

Eglin Air Force Base, Florida
2013 - 2014 Outdoor Recreation, Hunting and Freshwater Fishing Map
Legend
Metts Still Hunting Units
Brier Creek Still Hunting Units: Hunter check-in required
Choctaw Open Dog Hunting Units
Sikes Hunting Units
East River Archery Units
Eglin Main Archery Units
Jackson Still Hunting Units: Hunter check-in required
Roberts Pond and Toms Creek Still Hunting Units
Recreation Units. Closed to hunting.
Closed to all forms of public access.
Open to access during established hunting seasons only.
Archery hunting only. See specific management unit regulations.
Motorized vehicle access restricted to designated access points.
Access point
Motorized vehicles prohibited.
Map Scale: 1 inch = 1.25 miles
ATTENTION
Prior to entering the Eglin AFB reservation for recreational purposes, all individuals are required to review the Public Access Map (PAM) located on the Eglin Force Support Squadron website available at http://ig.eglinforcesupport.com. The PAM is a graphical representation of daily or short term public access restrictions in support of military operations. Individuals must access this site to verify area availability and compliance with this instruction is mandatory. The Eglin Hunting, Fishing, and Outdoor Recreation program is designed to provide maximum recreational opportunities in a manner compatible with the military mission; however, military missions often require the closure of large portions of areas open to public access. In addition, heightened Force ProtectionCondition levels can result in reduced or prohibited public access.
Jackson Guard
Public Access Map
For Hunting, Fishing, & Outdoor Recreation
Other Map Features
Road
Stream
Powerline
Range Gate
Florida National Scenic Trail
Florida National Scenic Trail Trailhead
Camping Areas See attached camping regulations
Game Check Station
1 - Jackson Unit Check Station
2 - Brier Creek Check Station
Designated Parking Areas See attached Santa Rosa Island regulations
Permit Sales Office
Closed Road
Pond
Reservation Boundary
Hospital
Dove Field
Timberlake Bike Trail Area
Hurlburt/Eglin Skeet Range
Bird Dog Training Area
Choctaw Bowman Archery Range
Emergency 911 Call Box
Metts
Jackson North
Jackson South
Sikes
Choctaw East
Choctaw West
Brier Creek East
Brier Creek West
Toms Creek
Roberts Pond
East River
Eglin
East Bay
Choctawhatchee Bay
Crab Island
Destin
Santa Rosa Island
Enter at designated access points. See specific Santa Rosa Island regulations.
This map was developed for general planning purposes and is not intended to define the legal description of military property or airspace. The United States Air Force is not responsible for any discrepancies which may exist on this map.
DAVID A. HARRIS, Brig Gen, USAF
Commander
Please report illegal or suspicious activity to the 96th Security Forces/DAF Police Section at (850) 882-2000 or the Florida Fish and Wildlife Conservation Commission at (888) 404-3922 or cellular *FWC. To report a wildfire, call the Eglin Fire Department at (850) 882-5856.

USN-015585

**ATTENTION:** Prior to entering the Eglin AFB reservation for recreational purposes, all individuals are required to review the Public Access Map (PAM) located on the Eglin Force Support Squadron website available at jg.eglinforcesupport.com. The PAM is a graphical representation of daily or short term public access restrictions in support of military operations. Compliance with this instruction is mandatory.

**PUBLIC ACCESS MAP:** Increased scope and complexity of military operations is requiring more frequent short term, or daily closures. Jackson Guard has developed the PAM to inform the public via the internet of short term closure of otherwise open recreational areas. The PAM is based on the alpha numeric Tactical Training Area (TTA) grid system and graphically displays the current day's closure information and provides a 3-day forecast. The PAM is automatically updated daily at 1 p.m. and 5 p.m. for the following day. The PAM is intended for recreational access planning purposes and is subject to change. Gates, barricades and/or range personnel will prohibit access in the event unscheduled missions require immediate closure of public accessible areas. Individuals found to be in violation of this guidance are subject to Eglin outdoor recreation privilege suspension. In the event that the PAM is unavailable, please call the Base Information Line at (850) 882-0007 for closure information.

# 2013–2014 Outdoor Recreation, Hunting, and Freshwater Fishing Map and Regulation Product

**WARNING: Unexploded Ordnance.** The Eglin reservation has been supporting military testing and training since 1939. Persons who are permitted access to the reservation are hereby warned they may encounter unexploded ordnance in the areas that are open to the public for recreation. These items may be on the surface, or they may be partially or completely buried. Do not move, handle, or otherwise disturb ordnance (bullets, bombs, rockets, flares, etc.) or any other suspicious objects. Mark and report the location and description of such items to Security Forces (882-1000), Jackson Guard (882-4165 or 4166), or the Eglin Consolidated Command Post (883-4020).

## I. Introduction

**A. Applicability.** The following map and regulations apply to outdoor activities on Eglin AFB and are provided for the general public to reference from **1 Oct 2013–30 Sept 2014. Regulations of significant importance or that differ substantially from last year are shown in bold print.** All recreational users are responsible for knowledge of and compliance with the governing statutes and regulations. Violations of these regulations are considered very serious. In addition to penalties that may be levied under applicable federal and state laws and regulations, the Installation Commander has inherent administrative authority to revoke outdoor recreation privileges.

**B. Force Protection.** During periods of heightened Force Protection Condition (FPCON) or national security, all or portions of Eglin AFB may be closed to public use. In the event FPCON Delta is declared, the PAM will reflect closure of Eglin AFB to all public access.

**C. Liability Release.** All persons engaging in outdoor recreation on Eglin AFB do so at their own risk and agree to indemnify and hold harmless the United States of America against any and all claims for loss or damage to their person or property.

**D. Using the Map.** This map is to be used as a general guide. Boundaries are subject to change throughout the year and all boundaries and roads may not be depicted completely on the map. Signs are posted to further identify all boundaries. If the signs and the map do not correspond, the signs will be regarded as accurate.

**E. Permits.** Permits for all outdoor activities are available at the Eglin AFB Natural Resources Office (Jackson Guard), located at 107 Highway 85 North, Niceville FL 32578.

Office hours are:
Monday through Thursday 7:00 am - 4:30 pm; Friday 7:00 am - 6:00 pm
Saturday 7:30 am - 12:30 pm; Sunday and federal holidays Closed

**F. Additional Information.** Contact the Natural Resources Office at (850) 882-4165 or 4166 for information not adequately covered by this map and regulation product.

**G. Special Opportunity Hunts.** Hunt information, dates and applications for all Eglin AFB Special Opportunity hunts will be available at the Natural Resources Office and game check stations beginning 20 Nov 13. Contact the Natural Resources Office for additional information.

**H. Report Violations.** To report illegal activity or wildlife violations on Eglin AFB please call the Eglin Security Forces or the Florida Fish and Wildlife Conservation Commission. Violations can also be reported to game check station personnel during the hunting seasons.

| Office | Telephone # | Hours |
|---|---|---|
| Eglin AFB Natural Resources Office | (850) 882-4165 or 4166 | See Office Hrs |
| Eglin AFB Security Forces | (850) 882-1000 | 24 Hours a Day |
| FL Fish and Wildlife Conservation Comm. | (888) 404-3922 | 24 Hours a Day |
| Cellular phone users (free of charge) | *FWC | 24 Hours a Day |

## XVI. Fishing and Gigging Regulations

All ponds and streams within areas open to outdoor recreation are open to fishing. In addition to the regulations listed below specific regulations may be posted as needed at individual ponds.

**A. License Requirements.**
1. Any person fishing in freshwater on Eglin AFB or Hurlburt Field must comply with state fishing license requirements. A state fishing license is not required if fishing with a cane pole in your county of residence.
2. An Eglin Fishing Permit is required when fishing in any body of freshwater located on Eglin AFB or Hurlburt Field property.

**B. License in Possession.** Any person 16 years of age or older who is fishing, gigging, suckers, or gigging frogs must have a valid Eglin Fishing Permit in their possession.

**C. Authorized Hours.**
1. Fishing access is authorized from 2 hours before sunrise to 2 hours after sunset.
2. Hurlburt Lake may be fished during daylight hours only.

**D. Gigging.**
1. In accordance with FL FWC regulations, nongame fish may be taken by gigging year round during daylight hours on Eglin waters open to fishing. Gigging is authorized 24 hours a day north of RR211 from State Highway 85 west to State Highway 87 from 1 Sept–1 May.
2. Frogs may be gigged in all waters open to fishing during authorized hours.

**E. Posted Areas.** Fishing is prohibited in all ponds which are posted as "Closed to Fishing".

**F. Trotlines and Brush Hooks.** Trotlines and bush hooks are prohibited in all Eglin ponds.

**G. Outboard Motors.** The use of gasoline engines is prohibited on all ponds. Boats with outboard engines may be launched; however, engines may not be started at any time.

**H. Creel Limits.**
1. General
Daily creel limits are in accordance with state regulations except Channel Catfish which is limited to 10 in all Eglin ponds. In addition, special creel limits apply to Duck and Indigo Ponds.
2. Duck and Indigo Ponds

| | Creel Limit | Size Minimum |
|---|---|---|
| Panfish* | 10 | 8 Inches |
| Large mouth bass | 1 | 24 Inches |

*Includes blue gill, redbreast sunfish, redear sunfish, spotted sunfish, warmouth, and flier.

**I. Authorized Persons.** Fishing is authorized on Eglin Main Base and Hurlburt Field for persons with a Florida State Fishing License and an Eglin Fishing Permit. Access to both areas is limited to DoD-affiliated personnel and escorted guests.

**J. Catch and Release Areas.** Weekly Pond, Upper Memorial Lake, Hurlburt Lake, Post'l Lake, and Jack Lake will be open to fishing on a "catch and release" basis only. All fish caught in these ponds must be immediately released.

**K. Bowfishing.** Bowfishing is permitted during specified Eglin hunting seasons in which archery equipment is authorized. See FL FWC Freshwater Fishing regulations for specific bowfishing regulations.

**L. Turtles.** Freshwater turtles may be taken in accordance with the Florida Hunting and Freshwater Fishing Handbooks.

## XVII. EGLIN LAKES & PONDS

| | NAME | ACRES | | NAME | ACRES |
|---|---|---|---|---|---|
| A. | Anderson | 3 | J. | Jr Walton | 4 |
| B. | Atwell | 5 | K. | Lower Memorial * | 40 |
| C. | Brandt | 5 | L. | Upper Memorial *, ** | 23 |
| D. | Buck | 5 | M. | Speck | 7 |
| E. | College | 28 | N. | Roberts | 8 |
| F. | Crain | 5 | O. | Timberlake | Closed for Renovation |
| G. | Duck **** | 30 | P. | Weekly *, ** | 4 |
| H. | Indigo **** | 4 | Q. | Hurlburt Lake *, **, *** | 22 |
| I. | Jacks *, ** | 31 | | | |

## XI. Dog Possession and Use

**A. General**
1. **Dog Tags.** All dogs on the Eglin reservation must be tagged with the name and address of owner, phone number and current rabies inoculation tag.
2. **Swimming Area Restriction.** The possession of dogs or other pets in areas used by the public for swimming is prohibited.
3. **Wildlife Protection.** No person shall allow any dog to pursue or molest wildlife during any period in which hunting with dogs is prohibited.
4. **Camping Area Restriction.** Dogs are not permitted in designated camping areas. See specific Eglin AFB camping regulations for additional information.
5. **Applicability.** All general dog possession regulations apply to non-hunting and hunting dogs.

**B. Hunting Dog Use**
1. **General Gun Seasons.** The possession and use of hunting dogs is authorized in the Choctaw and Sikes Management Units during the designated general gun seasons.
2. **Small Game Season.** The use of bird dogs and retrievers is permitted during the designated small game seasons. Rabbit hunting with dogs during the designated Small Game seasons is only permitted in the Choctaw and Sikes Units.
3. **Prohibitions.** The possession of a hunting dog within any MU not specified above is prohibited. The possession of any hunting dog outside of the designated dog hunting and dog training seasons is prohibited.
4. **Wounded Game.** Hunters may return to any MU with a single dog on a leash to retrieve wounded game. A dog may not be brought into these areas in anticipation of use. Persons in possession of a dog may be required to show proof of having wounded an animal.
5. **Training Bird Dogs.** Bird dogs may be trained year-round with the aid of a pistol and blank cartridges in the old Cobbs Overrun, Field 4 and Timberlake dove fields. Pigeons may be used as training aids.
6. **Lost Dogs.** Lost hunting dogs may be retrieved in dog hunting areas until 8:00 pm during the general gun and deer dog training seasons. Retrieving dogs in closed areas is prohibited. Possession of a gun and/or dogs while trying to retrieve dogs in stalk-and archery-only areas is prohibited.
7. **Transporting Dogs.** Hunting dogs may be transported through stalk hunting areas on RR211 east of State Highway 85 to the intersection of RR207 (access to private land), and from RR236 west to Wolf Creek. Dogs may also be transported on RR213, west of RR236 to the intersection of RR747. Stopping or detouring from RR211 or 213 while transporting dogs through stalk and closed areas is prohibited.

**C. Non-Hunting Dog Use**
1. **Exercise and Recreational Use.** The possession and use of non-hunting dogs for the purpose of exercise and/or recreation (other than hunting) is permitted year-round in all Choctaw and Sikes Units. All general dog possession regulations apply to non-hunting and hunting dogs alike.
2. **Direct Supervision.** Pets must be under direct owner supervision at all times.
3. **Hunting Dog Awareness.** Pet owners need to be aware that during designated hunting seasons free-running hunting dogs may be encountered.

## XII. Hunting Season & Bag Limit Information

| SPECIES | 1. DAILY | 2. SEASON | 3. POSSESSION |
|---|---|---|---|
| A. Deer | [illegible] | [illegible] | [illegible] |
| B. Wild Hog | No Limit | No Limit | No Limit |
| C. Turkey (Spring Season) | [illegible] | [illegible] | [illegible] |
| D. Gray Squirrel | [illegible] | No Limit | [illegible] |
| E. Fox Squirrel | [illegible] | [illegible] | [illegible] |
| F. Rabbit | [illegible] | No Limit | [illegible] |
| G. Quail | [illegible] | No Limit | [illegible] |
| H. Dove | [illegible] | No Limit | [illegible] |
| M. Raccoon, Opossum, Coyote, Nutria, Skunk, Beaver | No Limit | No Limit | No Limit |

## XIII. Specific Season Information

**A. Early Archery**
1. **LEGAL TO TAKE** Any deer (except spotted fawn), feral hog, gray squirrel, quail, rabbit, raccoon, beaver, coyote, armadillo, skunk, and migratory birds in season.
2. **LEGAL HUNTING DEVICES/DETAILS** Compound, recurve and longbows with a minimum draw weight of 35 lbs. Crossbows and the use of dogs prohibited. Crossbows prohibited (unless individual possesses a FWC Disabled Person Crossbow Permit).

**B. Hunting Dog Training Season**
1. **AUTHORIZED ACTIVITY** Training of deer and hog dogs permitted. Feral hog may be harvested.
2. **LEGAL HUNTING DEVICES/DETAILS** Hunting dogs may be trained in Choctaw and Sikes Units only. Possession of firearms and/or archery equipment prohibited. Dogs must be registered for these Units during the Dog Training Season.

**C. Muzzleloading Gun**
1. **LEGAL TO TAKE** Deer with one or more antlers at least 5 inches in length visible above the hairline. Feral hog, gray squirrel, quail, rabbit, opossum, raccoon, beaver, coyote, armadillo, and skunk. **3-point antler minimum applies to legal buck harvest in Jackson and Brier Creek Units.**
2. **LEGAL HUNTING DEVICES/DETAILS** Muzzleloading guns firing a single bullet must be at least .40 caliber. Those firing two or more balls must be 20-gauge or larger. Use of dogs prohibited.

**D. General Gun**
1. **LEGAL TO TAKE** Deer with one or more antlers at least 5 inches in length visible above the hairline. Feral hog, gray squirrel, quail, rabbit, opossum, raccoon, beaver, coyote, armadillo, and skunk. Migratory birds, gray fox, and bobcat may be harvested during Eglin General Gun season in accordance with Florida regulations. **3-point antler minimum applies to legal buck harvest in Jackson and Brier Creek Units.**
2. **LEGAL HUNTING DEVICES/DETAILS** All legal rifles, shotguns, muzzleloading guns, crossbows, bows and handguns may be used. Hunting deer with rimfire cartridges is prohibited.

**E. Youth Hunt Weekend**
1. **LEGAL TO TAKE** One (1) either sex deer (except spotted fawn) and feral hogs may be taken. One (1) Youth Hunt Weekend either sex deer tag will be issued at time of Eglin AFB underage hunting permit purchase. Tag must be affixed to either sex deer immediately upon harvest. Either sex deer tag is only valid during Youth Hunt Weekend.
2. **LEGAL HUNTING DEVICES/DETAILS** All legal rifles, shotguns, muzzleloading guns, crossbows, bows may be used. Rimfire weapons are prohibited for taking deer. Participant must be in possession of a valid Eglin AFB underage hunting permit (15 yrs of age or younger). Youth hunters must be accompanied by an adult (21 yrs of age or older). **Accompanying adults are not required to have an Eglin AFB hunting permit; however they must possess some form of valid Eglin AFB permit that authorizes access to the reservation.**

**F. Late Archery/Muzzleloading Gun**
1. **LEGAL TO TAKE** Deer with one or more antlers at least 5 inches in length visible above the hairline. Feral hog, gray squirrel, quail, rabbit, raccoon, beaver, coyote, armadillo, and skunk. **3-point antler minimum applies to legal buck harvest in Jackson and Brier Creek Units.**
2. **LEGAL HUNTING DEVICES/DETAILS** Compound, recurve and longbows with a minimum draw weight of 35 lbs and muzzleloading guns. Crossbows prohibited (unless individual possesses a FWC Disabled Person Crossbow Permit).

**G. Small Game**
1. **LEGAL TO TAKE** Gray squirrel, quail, rabbit, opossum, raccoon, beaver, coyote, armadillo, and skunk. Migratory birds, otter, and bobcat may be harvested during Eglin Small Game season in accordance with Florida regulations.
2. **LEGAL HUNTING DEVICES/DETAILS** Shotguns, muzzleloading guns .36 caliber or smaller, bows and rimfire rifles. Possession of centerfire rifles prohibited.

**H. Youth Spring Turkey**
1. **LEGAL TO TAKE** Bearded turkeys or gobblers
2. **LEGAL HUNTING DEVICES/DETAILS** Shotguns, muzzleloading shotguns, crossbows and bows may be used. All individuals possessing a turkey permit (16 yrs of age) are eligible to participate. Participants must be accompanied by an adult (21 yrs of age or older). **Accompanying adults are not required to have an Eglin AFB hunting permit; however they must possess some form of valid Eglin AFB permit that authorizes access to the reservation.**

**I. Spring Turkey**
1. **LEGAL TO TAKE** Bearded turkeys or gobblers and coyote.
2. **LEGAL HUNTING DEVICES/DETAILS** Shotguns, muzzleloading shotguns, crossbows and bows. Use of dogs prohibited. Legal hunting hours are 1/2 hour before sunrise until 1:00 pm.

**J. Trapping**
1. **LEGAL TO TAKE** Raccoon, opossum, beaver, armadillo, skunk, otter, bobcat and coyote. Fox may not be trapped or possessed.
2. **LEGAL HUNTING DEVICES/DETAILS** Live traps and snares permitted. Trapping only in Choctaw West and Roberts Pond Units.

**K. Furbearer**
1. **LEGAL TO TAKE** Raccoon, opossum, beaver, skunk and coyote. Fox and bobcat may be chased but not taken or possessed.
2. **LEGAL HUNTING DEVICES/DETAILS** Hunting permitted in Choctaw West Unit only. Dogs and one rimfire pistol using short ammunition permitted during furbearer hunting season.

**L. Migratory Game Birds**
1. **LEGAL TO TAKE** Rails, common gallinules, mourning doves, white-winged doves, Eurasian collared doves, snipe, ducks, coots, woodcocks, and geese may be hunted during established Federal and State seasons.
2. **LEGAL HUNTING DEVICES/DETAILS** **Migratory Game Bird seasons to be announced.** Federal waterfowl and state duck stamps required. Shotguns no larger than 10 gauge and plugged to three-shell capacity. **Timberlake East and West established State dove seasons.**

## XIV. 2013–2014 Management Unit Seasons and Regulations

## XV. 2013–2014 Entry/Exit Times for Eglin AFB Public Use*

## II. Public Access

**A. Permit Requirements.** Persons 16 years of age or older must have a current Eglin permit in their possession when they enter Eglin AFB for the purpose of engaging in any outdoor activity.

## III. Motor Vehicle Use

## IV. General Outdoor Recreation Regulations

## V. Camping Regulations

## VI. Santa Rosa Island Beach Access

## VII. Eglin AFB Outdoor Recreation Permits

## VIII. Forest Products and Permits

## IX. General Hunting Regulations

## X. Gun Possession and Use