1              IN THE UNITED STATES DISTRICT COURT FOR

2                 THE NORTHERN DISTRICT OF FLORIDA

3                      PENSACOLA DIVISION

4    _____

5    WAYNE FABOZZI and

6    WENDY FABOZZI,

7            Plaintiffs,

8       v.                          Case No.:

9    UNITED STATES OF AMERICA,       3:23-CV-10474-TKW-HTC

10           Defendant.

11   _____

12                   VIDEOTAPED DEPOSITION

13   _____

14

15   WITNESS:            SEAN MATTES

16   DATE:               Thursday, January 18, 2024

17   START TIME:         10:03 a.m., ET

18   END TIME:           12:05 p.m., ET

19   REMOTE LOCATION:    Remote Legal platform

20   REPORTER:           Skyler Daniels, CER-1973

21   JOB NO.:            22170

22

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3         WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR,

 4         HIGGINBOTHAM, & JACOB P.L.L.C.

 5         1114 Lost Creek Boulevard

 6         Suite 410

 7         Austin, Texas 78746

 8         By:  JAMAL ALSAFFAR, ESQUIRE

 9              jalsaffar@nationaltriallaw.com

10              TOM JACOB, ESQUIRE

11              tjacob@nationaltriallaw.com

12         Appearing for Plaintiffs

13

14         ASSISTANT UNITED STATES ATTORNEY'S OFFICE

15         111 North Adams Street

16         Tallahassee, Florida 32301

17         By:  Peter Fisher, ESQUIRE

18              peter.fisher@usdoj.gov

19         Appearing for Defendant

20

21   ALSO PRESENT:

22         Zachary Hill, Observer, Eglin AFB

23         Camerin Dixon, Observer, U.S. Attorney's Office

24         Manny Nobleza, Observer

25
```

1          I N D E X   O F   T E S T I M O N Y

2

3   EXAMINATION OF SEAN MATTES:                    PAGE

4        By Mr. Alsaffar                              7

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1               I N D E X   O F   E X H I B I T S

2                    (available for download)

3

4   EXHIBIT   DESCRIPTION                        PAGE

5   1         DN Mattes                            23

6   2         Email                                60

7   3         USN-0000031                          88

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S

2                    THE REPORTER:  Good morning.  We are now

3       on the record.  Today's date is January 18th, 2024, and

4       the time is approximately 10:03 a.m. Eastern Standard

5       Time.

6                    My name is Skyler Daniels, and I am the

7       officer designated by Remote Legal, 11 Broadway, Suite

8       456, New York, New York, to take the record of this

9       proceeding.

10                   This is the deposition of Sean Mattes,

11      taken in the matter of Fabozzi, et al., versus United

12      States of America, Case Number 3:23-CV-10474-TKW-HTC,

13      filed in the United States District Court for the

14      Northern District of Florida, Pensacola Division.

15                   Would all counsel please identify

16      themselves for the record starting with our noticing,

17      attorney, and please state who you represent?

18                   MR. ALSAFFAR:  Jamal Alsaffar.  I

19      represent the plaintiff family, Wayne Fabozzi.

20                   MR. JACOB:  Tom Jacob for the plaintiffs.

21                   MR. FISHER:  Peter Fisher for the

22      defendant, United States of America.  And also appearing

23      today by remote appearing, is Zachary Hill, who is

24      counsel for the United States Army.

25                   THE REPORTER:  Thank you very much.  And
```

1    I will also state that Manny Nobleza (phonetic) may also

2    be observing the deposition.

3                    This deposition is being taken remotely

4    on behalf of the plaintiff and is being conducted

5    pursuant to the procedural rules and laws of the state

6    which governs this matter.

7                    As such, all parties agree to this means

8    of capturing the official record, which may include

9    recording by audio and/or audiovisual means, and agree

10   not to oppose admission of this proceeding on the basis

11   of the personnel or method by which the testimony in

12   this proceeding was captured.

13                   Attorney Alsaffar, do you so stipulate?

14                   MR. ALSAFFAR:  I do stipulate.

15                   THE REPORTER:  Thank you.

16                   And Attorney Jacob, do you so stipulate?

17                   MR. JACOB:  Yes.

18                   THE REPORTER:  Thank you.

19                   And Attorney Fisher, do you stipulate as

20   well?

21                   MR. FISHER:  Yes, we do.

22                   THE REPORTER:  Thank you very much.

23                   And I will now swear in the witness.

24                   Mr. Mattes, would you please raise your

25   right hand for me?  And would you state and spell your

```
 1   name for the purpose of the record?

 2              MR. MATTES:  Sean Mattes, S-E-A-N, M-A-T-

 3   T-E-S.

 4              THE REPORTER:  Thank you very much.

 5              And do you swear or affirm that the

 6   testimony you're about to give today will be the truth,

 7   the whole truth, and nothing but the truth?

 8              MR. MATTES:  Yes, ma'am.

 9   WHEREUPON,

10              S E A N   M A T T E S,

11   having been called as a witness, being duly sworn by the

12   notary public present, testified as follows:

13              THE REPORTER:  Thank you.

14              Counsel, you may begin.

15              MR. ALSAFFAR:  Thank you.

16                   EXAMINATION

17   BY MR. ALSAFFAR:

18   Q    Good morning, Mr. Mattes.  How are you?

19   A    I'm well.  Good morning.  How are you?

20   Q    I'm good.  Can you hear me okay?

21   A    Yes.

22   Q    And I know I have a blurred background, but

23   are you able to see me okay?

24   A    Yes, sir.

25   Q    Okay.  One of the things we were talking about
```

1    off the record, just to ensure that -- because this is a

2    remote deposition, just to ensure that we can get the

3    best feed possible, I may need to turn my camera off

4    like this.  And now I'm just a voice speaking.  And I

5    just want to let you know that if that happens, I'm

6    still here, we're still normal.  That's just something

7    I'm doing to preserve the feed, so we don't have to keep

8    reloading and restarting.  Try to make this as quick as

9    possible.  And now I'm back.  Is that okay?

10        A    Yes.

11        Q    Okay.  And the reason I'm telling you that in

12   painstaking details, I just don't want you to think I'm

13   being rude.  I want you to know why we're doing these,

14   you know, certain things.

15             You've stated your name for the record, Mr.

16   Mattes.  So what I'd like to do is just kind of go

17   through a little bit of background, just about how this

18   process works, a deposition.  And especially since we're

19   doing a remote deposition where most of us are in

20   various different locations around the country, I want

21   to make sure you're comfortable with the process and how

22   it's going to proceed.

23             And one of the first things I'd like to do is

24   just get the basics on records that I want to share with

25   you and show with you and talk about.  Obviously, I'd

```
 1    prefer to be right there with you, and I could just hand
 2    it across the table.  But since we cannot do that
 3    remotely, we're going to call -- do what's called
 4    sharing the screen.  And I don't know if you've done
 5    remote.  I'm sure you've probably done a lot of remote
 6    conferences where you've had to do that before.  So I
 7    apologize if this is a little bit elementary because --
 8    but I just want to make sure, what's most important to
 9    me, is that you feel like you're comfortable with the
10    process.  Okay?
11         A    Understood.
12         Q    Okay.  So the first thing I'm going to do is
13    I'm going to -- and I also want to make sure I'm doing
14    it right, make sure I'm not messing it up and thinking
15    you're looking at something when you're not.  So the --
16    just before we start going about background and what all
17    this is and your role and what happened, I want to just
18    show you a document that just so happens to be the
19    Notice of Deposition.  It's the document we send to let
20    you know that we'd like to take your deposition.  And I
21    just want to make sure you can see it.  So I'm going to
22    share with you right now, and it should be on your
23    screen.  Do you see something called Plaintiff's Notice
24    of Deposition?
25         A    Yes, sir.
```

```
 1        Q    Okay.  Can you see it okay?  Is it --

 2        A    Yes.

 3        Q    Is it the right size?  Okay.  And if, anytime

 4   you can't, just let me know.  I can zoom in.  I can zoom

 5   out.  As you can see there, we can -- we can work with

 6   it.  I'm just going to scroll through it real quick just

 7   so -- can you see page -- this page two, I'm showing

 8   you?

 9        A    I see it now --

10        Q    That is --

11        A    -- by "oral examination".

12        Q    Okay.

13        A    The big one -- paragraph is what I can

14   visually see.

15        Q    Okay.  The next page I'm showing you has --

16   can you see the word "identify" there?

17        A    I'm still on the same page.

18        Q    Oh, still --

19             THE REPORTER:  Mr. Alsaffar, do you --

20             MR. ALSAFFAR:  -- on the same page.

21             THE REPORTER:  -- see the Bring All to Me

22   button in the corner?

23             MR. ALSAFFAR:  Yes.  Yeah.

24             THE REPORTER:  That will bring everyone

25   to the same page.
```

```
 1                    MR. ALSAFFAR:  Oh, got it.  Got it.
 2   Well, that was my fault.  See, that's why I'm glad I'm
 3   doing this.  I should know better.  I've done this a
 4   couple of times on this platform.
 5   BY MR. ALSAFFAR:
 6        Q    Okay.  So I'm going to show you page two.
 7   Then it will have a word definition.  Do you see that?
 8        A    No.
 9        Q    Okay.  Show it to you again.  Do you see --
10        A    I see that.
11        Q    Okay.  Great.  I'm going to show you the next
12   page, page three, which will have the word "identify" in
13   bold.  Do you see that?
14        A    Yes, sir.
15        Q    Great.  I'm going to do it one more time.  I'm
16   so sorry.  The next page will have the word, "person"
17   and "concerning" in bold with signature line on the
18   bottom.  Do you see that?
19        A    Yes, sir.
20        Q    Okay.  And when I zoom, I'm going to make this
21   a little bit -- I'm going to zoom down, zoom out a
22   little bit.  Are you seeing that zoom out and become
23   smaller?
24        A    No, it's still at 114 percent zoom.
25        Q    Okay.  Is it at 90 percent now for you?
```

1       A    Sixty-four percent and I cannot read a single

2    thing.

3       Q    Okay.  That's fine.  I just want to test the

4    zoom and make sure that when I -- when I move the

5    document around that you're -- that you're seeing it.

6    So I zoom -- I should be zoomed back into where you can

7    see it; is that right?

8       A    Yes.

9       Q    Okay.  Great.  Sorry about that.  I just want

10   -- I just want to test things to make sure they're

11   working right.  Because when I show you a document, some

12   of these documents are going to be really long, and I

13   don't want to go read every single page of those

14   documents.  I want to make this efficient for you, if I

15   can.  And I want to be able to move to those documents

16   and make sure you're looking at the same thing that I

17   am.  So I'm going to close this for now, and we'll get

18   back to -- get back to that in just a second.

19           Okay.  Let me -- let me go back to the

20   beginning.  Sort of just get a little background

21   information, get a little ground rules about a

22   deposition.  Have you ever given a deposition before?

23      A    No.

24      Q    Okay.  You're doing a really good job.  So I'm

25   just going to talk about a few quick rules.  One of the

1   important rules is that we try not to talk over each

2   other.  And one of the ways I try to do that is I try to

3   speak as deliberately as I can so that you understand

4   me, and then -- but sometimes that -- that's a little --

5   comes a little bit slowly out.  So what I want to try to

6   ask you to do, if you can, is try to let me finish my

7   question before you answer.  Is that -- is that fine?

8        A    Understood.

9        Q    I'm also going to try not to interrupt you,

10  Mr. Mattes.  So if you're giving an answer and I

11  accidentally interrupt you, you know, just let me know

12  that you still had more to say, and then I'll let --

13  I'll absolutely let you continue.  Okay?

14       A    Okay.

15       Q    You're doing a very good job of this, is

16  you're giving verbal answers, which sounds like an odd

17  thing to say, but you're saying yes, you're saying no.

18  You're using words.  But sometimes in a normal

19  conversation, we tend to nod or say uh-huh or yes -- and

20  not say yes, but say uh-huh or uh-uh, or shake our head,

21  which is totally fine in a normal conversation.  But

22  since -- even though we're recording this by video, it's

23  very important that we get your testimony accurate.

24           So sometimes I will say, "Hey, Mr. Mattes, is

25  that a yes?  Is that a no?"  In a normal conversation,

1    if you and I were just talking, that would be rude.  But

2    I'm not trying to be rude.  I'm actually just trying to

3    make sure I got your answer correctly so that we fairly

4    represent your answer.  Does that make sense?

5          A    I understand.

6          Q    Okay.  If you do not understand a question I

7    ask, can you just let me know and I'll be happy to

8    rephrase it.  Okay?

9          A    Yes.

10          Q    Okay.  By that same token, if I ask you a

11    question and you don't ask me to rephrase it and you

12    give a full answer, can we have an agreement that that

13    means two things, that first, you understood my question

14    and that the answer you gave was the -- was the full

15    answer to the best of your memory that you could give to

16    that question?  Is that a fair agreement?

17          A    Yes.

18          Q    Okay.  And I don't think this deposition will

19    be much longer than an hour, if that.  You never know

20    what will happen with stuff, but -- so you probably

21    won't need one, but if you do need a break at any time

22    to go to the bathroom, to just stretch your legs, or

23    what have you, that's fine.  There's no limit on that.

24    There's no requirement that you sit for three hours or

25    that you're not allowed to take a break.  If you ever

1    need one, just let me know.  Otherwise, I might just

2    zoom on through because I'm used to doing these for long

3    periods of time.  So just let me know if you need a

4    break at any point.  All right?

5         A    Understood.

6         Q    And, you know, at the very beginning of this

7    deposition, you were given an oath.  You raised your

8    hand and promised to tell the truth.  And I know you

9    know what that means, but sometimes when we're in this

10   informal setting where you're not in a courtroom,

11   obviously, we're remote through video, it's easy to

12   forget.

13        So it's important for me that I make sure you

14   understand that the oath you gave at the beginning of

15   this deposition, to tell the whole truth, nothing but

16   the truth, is the same type of oath -- same oath and

17   with all the penalties of perjury and such that are

18   attached to it, the same type of oath that you would

19   take if you were in a courtroom, on a witness stand,

20   being asked by a judge to swear in before testimony.  Do

21   you understand --

22        A    I understand.

23        Q    -- you understand that as well?  Okay.  Great.

24   A few thing -- few quick things about a remote

25   deposition that we always want to make sure we ask,

```
1   since we are not in the room right now, we just kind of

2   have to make sure everything is going smoothly as best

3   as possible.  If -- anytime there's a connectivity

4   problem, like you can't hear my question through the

5   video, or I freeze up, or you can't understand

6   something, or there's just something happened with

7   audio, just let me know.  Just speak up and let us know.

8   Because sometimes I can hear you and see you fine, but

9   you can't hear and see me fine remotely.  And I just

10  wanted to give you the heads up for you to feel free to

11  let me know.  Okay?

12       A    Understood.

13       Q    Okay.  The only other thing, really, is there

14  may be a few objections made during the deposition by

15  one of the attorneys, either me or Mr. Fisher.  He's

16  probably explained this to you, but just because we make

17  an objection, all we're doing is preserving something

18  for the record.  Anytime we make an objection, unless we

19  specifically tell you not to answer a question and

20  instruct you not to answer, just because we make an

21  objection, just let us get it on record, then you can go

22  ahead and answer the question asked.  Okay?

23       A    Understood.

24       Q    All right.  Let's go into your background just

25  a little bit, if we could, because we've got your name
```

1    on the record.  But could you tell us your -- who your

2    employer is?

3         A    United States Army.

4         Q    How long have you been employed by the US

5    Army?

6         A    Fifteen years.

7         Q    And thank you for your service, by the way.

8    Have you ever -- have you ever worked for -- I'm sorry,

9    served for any other department other than the army?

10        A    No.

11        Q    Okay.  Do you remember the date of the

12   incident in question, September 10th --

13        A    Yes.

14        Q    -- 2021?  Okay.  And that was the date I'm

15   referring to.  And the incident I'm referring to is the

16   day Mr. Fabozzi was at the range on Eglin Air Force

17   Base, 52 North, where an explosion occurred, correct?

18        A    Yes.

19        Q    Okay.  At the time that you were -- at the

20   time that you were at -- well, actually, why don't you

21   do -- let me rephrase this.  Can you explain to me what

22   your role was on that day at the -- at Eglin Air Force

23   Base?

24        A    My duties and responsibilities on that day

25   were to shadow the range safety officer, Sergeant First

1    Class Eddie Vasquez, for part of my -- my RSO

2    certification process.

3         Q    Thank you.  And just so that everybody

4    understands what all these acronyms mean, sometimes

5    those of us in the civilian world want to -- want you to

6    just explain those, so does RSO stand for range safety

7    officer?

8         A    Yes, sir.

9         Q    Okay.  And at the time of this incident,

10   September 10th, 2021, you were -- I think I heard you

11   say you were in the process of getting your range safety

12   officer certification?

13        A    Yes, sir.

14        Q    Was this part of your training -- the day that

15   you were there, was this part of your training for that

16   certification?

17        A    Yes, sir.

18        Q    And if you don't mind, we've heard the term

19   instructor on the ranges.  Are you familiar with that

20   term?

21        A    Yes, sir.

22        Q    What does that term mean to you?

23        A    The instructors are the -- so we have our

24   point instructors that are running the range and point

25   of instruction from the -- the POI that's provided by

1    the Navy.

2        Q    Were you considered an instructor on the range

3    on the day of the incident?

4        A    That's an -- that's an interesting question.

5    I mean, I'm an instructor every day that I'm out there.

6    I'm a certified instructor.  And since I was not the

7    official range safety officer, yes, I would be

8    considered an instructor.

9        Q    Okay.  And you said -- and again, this is one

10   of those things where it's helping us understand all

11   these different roles.  Some people who were on the

12   range on that day have referred to you as an instructor,

13   including Mr. Fabozzi, including other folks who are on

14   the -- on the range during the incident.  Is that a fair

15   description of what your role was on that day?

16       A    My -- my position is an instructor.  So my --

17   my job, my duty, my responsibilities are that of an

18   instructor.  I have an -- I have an identifier as an

19   instructor.  And in that position on -- on the MTO slot

20   by the military.  That day, my duties and

21   responsibilities were to shadow the RSO for my RSO

22   certification.

23       Q    Okay.  So is it -- just to understand, is it

24   fair to say that on the day of this incident, September

25   10th, 2021, on the range that day, you were a certified

1    instructor who was there in part to shadow the RSO

2    Vasquez as part of your RSO certification, correct?

3         A    Correct.

4         Q    Okay.  So you were -- whatever

5    responsibilities and duties an instructor has, you still

6    had those responsibilities on that day, on the day of

7    the incident, but you were also there to shadow RSO

8    Vasquez as well; is that fair?

9         A    Range safety officer is one of our additional

10   duties.

11        Q    Okay.  Better way of saying it.  Just -- and

12   to break this down a little bit, can you -- just so that

13   we understand what it means to be an instructor on a

14   range, on September 10th, 2021, can you just tell us

15   what are your responsibilities, your job duties as an

16   instructor on that day?

17        A    To teach the students how to build a multiple

18   item, multiple ordnance shot, and -- and manage the

19   students and safety and any concerns that may arise.

20        Q    Okay.  Do your instructor duties include

21   supervising and managing safety for anyone else who's on

22   the range with you during that time period?

23        A    Wouldn't necessarily use the term "managing

24   safety".  That's -- would probably fall more under the

25   realm of the range safety officer.  But it would be the

1    instructor's responsibility and duty to bring up any

2    safety concern to the RSO.

3        Q    I understand.  So any policies, procedures, or

4    instructions that relate to range safety and what to do

5    on the range, as an instructor would it be your

6    responsibility to implement those policies and

7    procedures to ensure as much as you can the safety of

8    those that are with you on the range that day?

9        A    What -- what specifically are -- are you

10   referring to?  The -- the instructor -- I guess I don't

11   understand the question.

12       Q    Are -- that's fine.  This is a great example

13   of what I mentioned earlier about making sure you

14   understand the question.  So this is a great example

15   that we're going through.  Are you familiar with

16   instructions and policies and procedures that apply to

17   ranges such as the one at Eglin Air Force Base, range 52

18   North, where this explosion occurred, are you familiar

19   with policies and procedures that apply to safety on

20   those ranges?

21       A    Yes, sir.

22       Q    Okay.  And I know that there are -- is it fair

23   to say there are a variety -- there are several

24   policies, procedures, and instructions from the military

25   that apply --

```
1        A    Yes, sir.

2        Q    -- and relate to the range and that were

3   applicable on the day of the incident here?  Is that

4   fair to say?

5        A    Yes.

6        Q    Okay.  And so going back to my original

7   question, my question was: regarding those various

8   policies, procedures, instructions, as an instructor, as

9   part of your job, one of the things you're required to

10  do is to make sure those policies, instructions, and

11  procedures are followed on the range for those that are

12  with you on the range that day?

13       A    Yes, sir.

14       Q    Okay.  And we'll kind of go through some of

15  them I know specifically.  But it just helps me to

16  understand your role a little bit.

17            This is kind of random.  Going back to one of

18  the questions I didn't ask you in part of being a remote

19  deposition.  I was supposed to identify who's in the

20  room with you.  I know the United States attorney, Mr.

21  Fisher, is there.  Is -- can you just tell me everybody

22  who's in the room with you right now?

23       A    Ms. Dixon, the -- the one hosting the meeting.

24       Q    Okay.  And then Mr. Fisher, correct?

25       A    Correct.
```

```
1         Q    Okay.  Anybody else?

2         A    No one else.

3         Q    Okay.  Great.  Okay.  I'm going to go back and

4    show you the exhibit that I showed you at the beginning.

5    And we're going to -- when I pop it up here, we're going

6    to make sure that we mark it, and we're going to start

7    marking exhibits that we've looked at as part of your

8    deposition.  So hold on just a second.  Let me show it

9    again.  Okay.  Do you see the Notice of Deposition on

10   the screen?

11        A    Yes.

12        Q    Okay.  Great.  Can you read it okay?

13        A    Yes.

14             MR. ALSAFFAR:  Can we please mark this as

15   Exhibit Number 1 for Mr. Mattes' deposition?

16             I'm just going to fix it so it doesn't

17   obscure -- perfect.  Thank you so much.

18        (Exhibit 1 marked for identification.)

19   BY MR. ALSAFFAR:

20        Q    Okay.  I'm scrolling right now on my end, but

21   you cannot see it scrolling, correct?

22        A    Correct.

23        Q    Okay.  I'm going to jump to -- and I'll show

24   it to you because we've already looked at some of this.

25   I'm just going to jump to the relevant portion here, and
```

1    I'm going to bring you -- okay.  Can you see this page

2    that it says "Exhibit A" at the top?

3         A    Yes.

4         Q    Okay.  This is the Notice of Deposition that

5    was sent to you through your -- the US attorney, Mr.

6    Fisher.  This is just the notice telling you that we're

7    going to take your deposition.  We're going to do it

8    remotely and ask you to bring documents if you have

9    them, relevant to your -- to your role here.  And I'm

10   going to scroll down.  Can you see these items labeled

11   1, 2, 3?

12        A    Yes, sir.

13        Q    Okay.  And did you -- do you have a CV or

14   resume?

15        A    I do not.

16        Q    Okay.  And did you review any documents in

17   preparation for your deposition?

18        A    My Department of the Navy Voluntary Statement.

19        Q    Okay.  Let me just make a little note just so

20   I don't rehash.  Okay.  You said that you -- one of the

21   things you reviewed was your Department of the Navy

22   Voluntary Statement?

23        A    Yes, sir.

24        Q    All right.  I believe I have that, and we'll

25   show it to you soon.  Anything else that you reviewed in

```
 1   preparation for your deposition?

 2       A    No.

 3       Q    Okay.  The next thing noted here, number 3, is

 4   reports, notes, logs, journals, letters, emails, other

 5   documents that you have authored or have been sent to

 6   you concerning the explosion on September 10th, 2021 or

 7   Wayne Fabozzi.  Do you have any documents like that?

 8   Emails, communications, where you were going back and

 9   forth, text messages, just anything that's relating to

10   the explosion?

11       A    I do not.

12       Q    Did you send any text messages, whether

13   through your personal phone or work phone, to anybody

14   else in the military or without the military relating to

15   this explosion?

16       A    I did not.

17       Q    Okay.  And I'm assuming that goes the same for

18   any email communications; is that correct?

19       A    Correct.

20            MR. ALSAFFAR:  I'm sorry, Peter, did you

21   say something?

22            MR. FISHER:  No.

23            MR. ALSAFFAR:  Okay.  Sorry.  I just --

24   I'm -- probably background from me from one of the

25   others.
```

```
 1    BY MR. ALSAFFAR:

 2         Q    Okay.  So in terms of any other documents,

 3    were you provided any other documents to review either

 4    by the US attorney or other folks in the military or

 5    anywhere else to help you prepare and refresh your

 6    memory for this deposition?

 7         A    No.

 8         Q    Okay.  Did you bring any documents with you to

 9    the deposition?

10         A    My voluntary statement.

11         Q    Okay.  Do you -- I'm assuming you have that in

12    front of you, right?

13         A    Yes, sir.

14         Q    Okay.  Great.  That's all I have about --

15    questions about that.

16              Mr. Mattes, have we identified all of the

17    documents you reviewed or were provided to you in

18    preparing for your testimony today?

19         A    Yes.

20         Q    All right.  And, Mr. Mattes, I think you told

21    us your current employer is the US Army.  Can you tell

22    me specifically where you're employed?  What base?

23         A    Eglin Air Force Base, at the Army Liaison

24    office, where the 73rd Ordnance Battalion is located.  I

25    work in Defender Company, which is the -- the student
```

1    training population company.  Current operations, NCO.

2        Q    Okay.  And at the time of this explosion,

3    which was September 10th, 2021, were you -- when it

4    happened, were you working within the course and scope

5    of your federal employment with the Army?

6        A    Yes.

7        Q    Okay.  Was -- and I've asked every witness

8    this, so this is not personal to you, so I -- these

9    aren't personal questions.  But did you receive any kind

10   of disciplinary action as a result of what happened on

11   September 10th, 2021, from the military?

12       A    I did not.

13       Q    Were you subject to any kind of disciplinary

14   review, either by a committee or by your supervisors,

15   even though it didn't result in any disciplinary action?

16       A    I was not.

17       Q    Okay.  In preparing for the deposition, Mr.

18   Mattes, did you have any conversations with anybody to

19   help prepare you for the depositions?

20       A    Yes.

21       Q    Okay.  Can you tell me who you -- who you

22   talked to in preparation for the deposition?

23       A    Mr. Fisher.

24       Q    Anybody else?

25       A    No, sir.

```
1        Q    Okay.  And I know I just asked you anybody

2   else, but that includes you didn't speak to any friends,

3   any colleagues, any -- anyone associated with the

4   explosion, any witnesses either?

5        A    I did not.

6        Q    Okay.  And I don't want to -- I'm not asking

7   you what you talked about with Mr. Fisher, but how long

8   did you meet with Mr. Fisher, if you remember?  And it's

9   okay if it's ballpark.

10       A    An hour.

11       Q    Okay.  And when was that meeting?

12       A    Yesterday.

13       Q    Assuming it was only one meeting.  I'm sorry,

14  was it only one meeting?

15       A    One meeting, yesterday.

16       Q    Mr. Mattes, I apologize, I interrupted you.

17  That was an example of me breaking the rule first, so I

18  apologize.  Thank you.

19            Okay.  Let's talk about -- if you don't mind,

20  let's talk about the incident in question, September

21  10th, 2021.  Can I -- if you don't mind, I'd like to ask

22  you a little bit about Mr. Fabozzi, the person who was

23  the medic who was injured.  First of all, prior to

24  September 10th, 2021, did you know Mr. Fabozzi?

25       A    Not personally.
```

1        Q     Okay.  Did you know him in any other kind of

2    -- kind of connection?  You said not personally, so I

3    just want to know if there was -- if you're aware of him

4    in any other way.

5        A     I only knew of him as the medic.

6        Q     Did you -- had you -- did you meet him for the

7    first time on September 10th, 2021?

8        A     No.  He had been our medic a few other ranges.

9        Q     Okay.  And that was going to be -- that was

10   why I followed up on that.  So I know you said you don't

11   know him personally, but you knew -- known him through

12   his work as a medic prior to September 10th, 2021?

13       A     Correct.

14       Q     Okay.  My understanding from your answer is

15   that Mr. Fabozzi served as a medic on other operations

16   that you were involved in prior to September 10th, 2021?

17       A     Yes.

18       Q     Okay.  Can you -- just to the best of your

19   memory is all I'm asking.  So just want to be very

20   clear, this is -- this is not a memory test.  Just tell

21   me what you can remember the best.  What other -- what

22   other times and what -- and what ranges did Mr. Fabozzi

23   serve as your medic on range?

24       A     To the best of my memory, he -- he

25   (indiscernible - audio disruption) handful of times.

1      Q    Okay.  And, Mr. Mattes, I apologize, I don't
2  know if it was just on my end, but right when you
3  answered, you got cut off.  The audio cut off.  Would
4  you mind telling me the answer one more time?
5      A    He was our medic on 51 -- Range 51, and range
6  52 West as well, a handful of times.
7      Q    Okay.  So handful of times meaning more than a
8  couple, maybe -- no more than five other times?
9      A    Five other times to the best of my
10 recollection.
11     Q    And that's all -- that's all I'm asking.  And
12 you said he had been on range 51 and range 52 West on
13 other occasions as a medic.  Where are those located?
14     A    Range 51 is located behind the quarter deck,
15 the main building at the Naval Schoolhouse.  And 52 West
16 is a mile and a half west of 52 North, I guess I would
17 say southwest of 52 North.
18     Q    Okay.  And these rangers are all on Eglin Air
19 Force Base; is that right?
20     A    They are located at the Naval School, which is
21 -- I guess it's considered Eglin Air Force Base
22 property, but I wouldn't say they're on Eglin Air Force
23 Base.
24     Q    Okay.  And this is -- this is a good example
25 of you knowing a lot more than we do.  And so what I --

```
1    what I was -- really meant to say is that these other

2    times when Mr. Fabozzi served as a medic on the range

3    with you, it's the location of where the Navy school is

4    that is on Eglin Air Force Base property, is that

5    accurate?  Did I say that accurately?  Okay.  And was

6    that --

7         A    Yes.

8         Q    -- a yes?  Okay.  Got it.  During those times

9    that you -- this is just by way of background that you

10   worked with Mr. Fabozzi, was he -- was he a good medic?

11   Was he a hardworking medic?

12        A    I don't know.  I never interacted with him

13   very much.

14        Q    Okay.  Did you have any problems with -- were

15   there any problems raised about him serving as a medic?

16   Other military folks, other fellow colleagues,

17   instructors, supervisors, ever bring up a complaint

18   about him as a medic to you prior to this explosion?

19        A    No.

20        Q    Okay.  Did anybody ever question his

21   integrity, honesty as a medic prior to the explosion?

22        A    No.

23        Q    I didn't hear you.  Thank you.  Thank you.

24             Did -- one of the -- one of the things that

25   came up in the investigation had to do with fragment
```

```
1   pieces being used in -- for -- to create art pieces or
2   awards for various military personnel that served at the
3   Navy school.  Are you familiar with that?  Does that
4   ring a bell at all?
5        A    Yes.
6        Q    Okay.  And can you tell me just a little bit
7   about what you know regarding fragment pieces that were
8   being used and made into art for various military
9   personnel at the Navy school there at Eglin?
10       A    For PCS gifts, permanent change of station, we
11  would -- after the thousand-pound day explosion, you'd
12  have very large fragmentation pieces from the bombs, and
13  we would verify there's no explosive residue on them or
14  literal explosives on there and make sure they're safe,
15  and then use them to make going away gifts.
16       Q    Okay.  Was this something -- was this a common
17  occurrence on the base?
18       A    No, it was the EOD tech would do it for EOD
19  techs.
20       Q    Okay.  And just so we understand the acronyms
21  again, you said EOD techs would do it for EOD techs, who
22  are EOD techs?
23       A    The instructors.
24       Q    Okay.  Instructors like you?  You're an
25  instructor, correct?
```

1      A    Yes.

2      Q    Okay.  So these gifts that were made out of

3  fragments from bombs on the -- on the ranges were

4  generally made, just to the best of your memory, for

5  instructors on the base?

6      A    Yes.

7      Q    Okay.  And these are instructors that worked

8  on the range, correct?

9      A    Correct.  Nobody else would --

10     Q    And --

11     A    -- be able to go out there and get a piece of

12  fragmentation unless they were with the instructors or

13  on the range that day.

14     Q    Okay.  And I'm only asking about your -- what

15  you know and what you remember.  So these -- you said

16  these fragments from bombs that would be made for these

17  instructors as -- I think you called them PCS gifts,

18  correct?

19     A    Correct.

20     Q    Were they made for retirement gifts as well

21  for these instructors?

22     A    Yes.

23     Q    Okay.  And a PCS gift -- my understanding PCS

24  is it's a change of station, so -- is that correct?

25  Sorry.  Is that correct?

```
 1        A    Yes.

 2        Q    Okay.  And so sometimes when instructors would

 3   get a change of station order, meaning they'd be ordered

 4   to leave the naval school at Eglin, they would also be

 5   -- somebody would make them gifts out of these bomb

 6   fragments when they were also being transferred away

 7   from the station.  Is that fair to say?

 8        A    Yes.

 9        Q    Okay.  And prior to the explosion on 9/10/21,

10   what -- just ballpark for me, about, you know, how often

11   were these -- or how many of these gifts were being made

12   from bomb fragments that you're aware of?

13        A    In the time that I was there up to the

14   explosion --

15        Q    Yeah.

16        A    -- 15.

17        Q    Okay.  And I don't think I asked you this, and

18   I should have, but how long had you been on the -- at

19   the Navy school or on that range at Eglin Air Force Base

20   by the time the explosion happened in September of 2021?

21   How many years?

22        A    Two months.

23        Q    Oh, I'm sorry.  How many?

24        A    Two months.

25        Q    Oh, okay.  I'm sorry this happened so early in
```

1    your service there.  Okay.  And I -- and that's kind of

2    why I want to understand.  So in those couple of months

3    or two months that you had been working on the base, you

4    had seen about 15 or so of these art pieces made for

5    various instructors on the base out of bomb fragments

6    from the base?

7         A    Very rough estimate.

8         Q    Okay.  And that's okay, I'm just asking for

9    your -- for your estimate.  Is that practice still going

10   on today?

11        A    I don't know.

12        Q    And I'm only asking you what you know.  Okay.

13   So in the 2 months you were there, about 15 or so

14   ballpark, you were aware of various trophies and various

15   art pieces being made out of bomb fragments.  But since

16   the explosion, are you aware of any that have been made

17   that you're aware of?

18        A    No, not that I'm aware of.

19        Q    Before the explosion on 9/10/21, had any

20   instructor, supervisor, commanding officer at Eglin Air

21   Force Base or the Navy school or any other military

22   branch directed you or instructed you or trained you in

23   any way to not use bomb fragments from the range to make

24   into art pieces?

25                    MR. FISHER:  Just going to object to the

1    form of the question.

2                    Go ahead.  You can answer.

3                    THE WITNESS:  Can you --

4                    MR. ALSAFFAR:  Do you --

5                    THE WITNESS:  -- repeat that?

6                    MR. ALSAFFAR:  -- understand the

7    question?  No, no, absolutely.  Anytime you need.

8    BY MR. ALSAFFAR:

9        Q    Prior to the explosion on September 10, 2021,

10   had any one of your supervisors, commanders, or any

11   other instructors trained you in any form to not and

12   ensure that art pieces, trophies, et cetera, were not

13   made from any bomb fragments taken from the range on --

14   ranges on Eglin Air Force Base?

15       A    No.

16       Q    Okay.  Are -- when you -- I know you only --

17   said you were only on the ranges -- the Eglin Air Force

18   Base ranges in question for about two months prior to

19   this explosion, but were you aware -- we're still

20   talking about the art pieces from -- made from these

21   fragments.  Prior to the explosion, in those two months

22   that you were on the range, were you aware of any other

23   -- of any medics or -- including Mr. Fabozzi, but any

24   medics who were using -- you know, trying to find

25   fragments to make into art pieces for various soldiers

1    on base?

2         A    Did you ask if I was aware of any medics

3    picking up --

4         Q    Yes, sir.

5         A    -- frag?

6         Q    Yes, sir.

7         A    No.

8         Q    Okay.  It seems to me that you're aware that

9    these art pieces were made.  Do you know who was making

10   them for the -- these 15 art pieces?  Do you know who

11   was making them for the various folks on the base --

12   military folks on the base?

13        A    Instructors.

14        Q    Okay.  So other instructors were making the

15   art pieces themselves?

16        A    Yes.

17        Q    Okay.  Do you know which instructors were

18   doing --

19        A    No.

20        Q    -- the art pieces?  Okay.  So just -- and

21   we're just closing these loops here.  Sometimes it

22   sounds repetitive, but I -- it's just to make sure I

23   understand your testimony.  So first, you know that

24   other instruction -- sorry, other instructors at Eglin

25   Air Force Base on the ranges were taking fragments from

1    bombs on the range and making them into art pieces for

2    other folks, correct?

3         A    For other EOD techs.

4         Q    Okay.  And -- but you don't remember

5    specifically which instructors at Eglin Air Force Base

6    and the Navy school on the ranges were actually

7    collecting the fragments and making art pieces.  Is that

8    fair understanding of your testimony?

9         A    Yes.

10        Q    Okay.  Do you know -- we've talked about

11   medics.  We've talked about instructors making art

12   pieces.  Do you know of any other -- specifically of any

13   other people who were -- other than the instructors, any

14   other people who were making art pieces out of fragments

15   from the ranges?

16        A    I do not.

17        Q    Okay.  And I think based on what you've told

18   me, but I want to make sure this is correct, are you

19   specifically aware of any other instructors or EOD techs

20   or anyone else in the military who had art pieces made

21   for them by Mr. Fabozzi himself prior to this explosion?

22        A    No.

23        Q    Okay.  Since the explosion, I don't think I

24   answered these -- answered this, but since the

25   explosion, have you been trained by any of your

```
 1   supervisors that it is no longer appropriate or safe for
 2   instructors or EOD techs to receive gifts made out of
 3   bomb fragments on the range or to make gifts out of bomb
 4   fragments from the range?
 5        A    No.
 6        Q    You still have not received any training like
 7   that?
 8        A    No.
 9        Q    Okay.  I'm going -- I'm pausing only because
10   I'm going back to the exhibits to make sure that we
11   start looking through some of those.  So just give me
12   just a second.  I don't think I asked you this, while
13   I'm pulling up this exhibit.
14             This is relating to the fragments for art
15   pieces.  Did -- prior to the explosion on -- before the
16   September 10th, 2021 explosion, before that day, as an
17   instructor yourself on the range at Eglin Air Force
18   Base, had you ever been approached by any other
19   instructor or any other person with fragments to make
20   into art pieces?  People picking up fragments, showing
21   it to you, saying, "Hey, do you think this would be a
22   good art piece," et cetera?  Any of that happened in the
23   -- those few months before the explosion?
24        A    Yes.
25        Q    Okay.  Can you -- rather than me try to figure
```

```
1   out every -- can you just generally tell me how that
2   happened and the instances you can remember that
3   happening?
4        A    Yes.  After every -- after every shot that we
5   do, the instructors will go down to the shot hole and
6   pull out any large pieces of frag, interesting pieces of
7   frag, so that we can show the students what the
8   different frag look like and why they may form the way
9   that they do.  It's common practice --
10       Q    Okay.
11       A    -- among EOD to go down and pick up frag that
12  we identify as safe, being the explosive orange disposal
13  technician.  And then it's common practice among --
14  across all of EOD to use those fragment pieces in either
15  training other EOD techs, so we'll take them off the
16  range and use them as training aids, and we will also
17  use them to make art projects.
18       Q    Okay.  And -- I'm sorry, was that your full
19  answer?  I didn't -- it looked like you were done --
20       A    Yes.
21       Q    -- but I didn't want to do -- okay.  So was it
22  common practice -- it sounds like when you say it was
23  common practice for most or many of the times where you
24  were -- you were doing the -- I don't know how you --
25  let me -- let me rephrase it, because this is getting
```

1    already really confusing.

2           Let's break this down a little bit.  So you

3    said, "Every time we had" -- "Every shot we did."  Are

4    you talking about every testing -- bomb testing?  Is

5    that what you're talking about?

6       A    Every detonation.

7       Q    Every detonation.  Okay.  So that it was

8    common practice after every detonation for you -- for

9    the instructors or EOD tech to gather the fragments,

10   correct, and show students, correct?

11      A    Correct.

12      Q    Okay.  Was it also common practice after every

13   detonation or every shot for the instructors or EOD

14   techs to collect frags for the specific purpose of

15   making some of those into art pieces for other military

16   folks?

17      A    Yes.

18      Q    And I'm assuming that at every detonation, at

19   every shot practice that you had, that there were also

20   other folks on the range there as part of the exercise,

21   including non-military folks like medics; is that

22   correct?

23      A    No.

24      Q    Okay.

25      A    When would medics be there?

1      A    On the thousand pound range?  Never.

2      Q    Okay.  And so can you explain to me a little

3  bit of the distinction there?  Why did you mention

4  thousand pound range?

5      A    Because that's where the incident happened.

6  The --

7      Q    Are you --

8      A    The --

9      Q    -- talking about the --

10     A    Sorry.

11     Q    You're talking about the September 10th, 2021

12  incident?

13     A    So blanket statement on -- on thousand pound

14  day and 100 pound day and set day, the medics will not

15  be in the vicinity of any of the shot holes.

16     Q    Okay.

17     A    To -- to define "vicinity", the medics on

18  thousand pound will not be there because their vehicle

19  won't take them there.  We'd be worried about it getting

20  stuck.  And -- and we won't transport them down there.

21  We don't -- they stay with their vehicle at all times.

22  And then on the -- the other range days, they -- they --

23  we don't bring them down there.  It's only the

24  instructors and then the students.

25     Q    Okay.  And so anyone who -- like a medic or

1    anyone else who is not part of the military and part of

2    the exercise, meaning students or other military folks,

3    they're going to be downrange, like where Mr. Fabozzi

4    was, near the bunker?

5        A    Yes.  If --

6        Q    Okay.

7        A    If we have a distinguished visitor, they might

8    come down there, but it -- but it would be with the

9    instructor, so.

10       Q    Understood.

11       A    In my --

12       Q    And regarding this --

13       A    -- two years --

14       Q    Go ahead.

15       A    In my two years as an instructor there, we

16   never took the medics down to the shot holes.

17       Q    Understood.  And they -- the medics would not

18   be at the shot holes.  They'd be downrange where it was

19   safe, so to speak, near the occupational control bunker?

20       A    Correct.

21       Q    Okay.  How did -- how did the instructors and

22   EOD techs know who to give these fragment pieces to to

23   do the artwork?  Do you understand what I'm -- what I

24   mean?

25       A    The EOD techs would collect the fragmentation

1     to make the artwork themselves.

2         Q     Okay.  The reason I'm asking is, like, if I

3     was an EOD tech -- if I just happened to be an EOD tech

4     and I was who I was, I wouldn't know how to make artwork

5     to save my life, especially out of fragments from a --

6     from a bomb.  Meaning that I'm just not trained to do

7     it.  I don't have any skills in ironwork.  I don't have

8     any skills in welding, all that kind of stuff, and, you

9     know, trade artistry I just -- I don't have.

10             So -- but with that as background, just to

11    make you understand my question, how did the folks at

12    the Eglin Air Force Base and the Navy school and those

13    working on these bomb ranges, how did they know who to

14    give these fragments to, in other words, to people who

15    actually knew how to make it into art?

16                    MR. FISHER:  Object to form.

17                    MR. ALSAFFAR:  If you know.

18                    THE WITNESS:  I wouldn't know.  I only

19    collected fragmentation to make it myself.

20    BY MR. ALSAFFAR:

21        Q     All right.  So when you collected

22    fragmentations off the bomb sites for art pieces, you

23    would make it yourself?

24        A     Yes.

25        Q     You would not pass it on to somebody else to

1    make the artwork?

2        A    No.

3        Q    Okay.  Do you know of any instructors on -- at

4    Eglin or the Navy school or any of the ranges or any EOD

5    techs who would pass that fragmentation on to somebody

6    else who was qualified to do the artwork?

7        A    I would --

8        Q    They would get it and say, "You know what, I

9    can't do it.  But here's who I would send it to."  Do

10   you know --

11       A    Yeah, I understand the question.  I wouldn't

12   know.

13       Q    Okay.  Is it fair for me to understand that

14   you just don't know how some instructors or EOT (sic)

15   techs got those fragment pieces from the range to other

16   folks who could -- who could make the artwork?

17               MR. JACOB:  Object to form.

18               Go ahead.

19               THE WITNESS:  Yeah, I mean, short of

20   going to another EOD tech and handing it to him.  But I

21   wouldn't know -- say I'm -- I'm out there with an

22   instructor working, he picks up a piece of frag to make

23   into something.  My assumption would be, cool he does

24   woodworking.  He's going to make it into something.  I

25   do woodworking.  I make it into a plaque.  If -- if that

1    instructor were to give that fragment to another person

2    to make a plaque, I wouldn't know unless I asked them,

3    and I never asked anybody because I just assumed they

4    made it themselves.

5           MR. ALSAFFAR:  Okay.  That's okay.

6    That's perfectly fine with what I'm asking.

7    BY MR. ALSAFFAR:

8    Q    And just to give you an example, that Mr.

9    Fabozzi for some time was one of those people that was

10   making artwork for folks on the Navy base and Eglin Air

11   Force Base and the Navy school out of these fragments.

12   And obviously, he was not in the military.  He was not

13   an instructor, EOD.

14          And so that's all I was asking, if you know

15   anybody -- like, if there are any conversations or any

16   understanding on the base that you're aware of where

17   people would say, "Listen, I can't do it, but you can

18   send it to this guy."  And it sounds like you don't

19   know.

20   A    I do not know.

21          MR. JACOB:  Object to -- object to form.

22   BY MR. ALSAFFAR:

23   Q    Okay.  Great.  The -- is it fair to say that

24   you're not aware of -- or maybe you are, I don't know

25   because I don't know if I asked this right.  But do you

```
1    know of any other instructors, EOD techs, or anybody

2    else in the military on -- at Eglin Air Force Base who

3    had any trophies or had any artwork made from fragments

4    that were made by Mr. Fabozzi?

5        A    I do not.

6        Q    Okay.

7        A    Prior to that date, I did not know that Mr.

8    Fabozzi made artwork out of fragments.

9        Q    Okay.  My -- and I know you know now that that

10   was the case, that he was making artwork out of

11   fragments --

12               MR. FISHER:  Object to form.

13               MR. ALSAFFAR:  -- (indiscernible -

14   simultaneous speech), right?

15   BY MR. ALSAFFAR:

16       Q    You can go ahead, you can answer.

17       A    I do know now, yes.

18       Q    Okay.  And can you tell me, Mr. Mattes, how

19   you came about that knowledge?

20       A    Gossip.

21       Q    Okay.  All right.  Could you explain --

22   expound on that a little more, like who was talking

23   about it to you, et cetera?

24       A    Previous EOD techs that had worked out at the

25   range and by previous, anybody that had worked with him
```

1   knew that he went to the ranges and collected frag and

2   made it into gifts.

3        Q    Okay.  So other EOD techs that had worked with

4   Mr. Fabozzi prior to 9/10/21 had expressed to you that

5   it was well known that he would make art pieces for

6   military folks out of these fragments from the range; is

7   that correct?

8        A    Correct.

9             MR. FISHER:  Object to form.

10            Go ahead.

11            MR. ALSAFFAR:  Okay.

12            THE WITNESS:  Correct.

13  BY MR. ALSAFFAR:

14       Q    And this is -- this is based on conversations

15  you directly had from EOD techs who work for the

16  military on the range and were working there prior to

17  the explosion in question, is that correct?

18       A    Correct.

19       Q    Okay.  Okay.  I'm going to ask you, just

20  because I've been -- we've been going for almost an

21  hour.  We're not going to be too -- I don't think we'll

22  be more than 30 more minutes I think we're going to be

23  done, but do you want a quick break, a water, or

24  anything like that?

25            A    Drive on.

```
1        Q    Good?

2              MR. ALSAFFAR:  Okay.  Peter, are you

3   okay?

4              MR. FISHER:  Yeah, I'm good.  Thank you.

5              MR. ALSAFFAR:  Okay.  All right.  We'll

6   keep moving through this then.

7   BY MR. ALSAFFAR:

8        Q    And just to close out, seems like we've been

9   talking about this for a long time, but I'm not sure if

10  I asked you this.  But just to be sure, are you aware of

11  any discipline, reprimands, or any kind of negative

12  disciplinary action that was taken against anybody at

13  Eglin Air Force Base, the Navy school, or any of the

14  ranges, people who worked on the ranges, any

15  disciplinary action that was given for taking bomb

16  fragments and making them into art pieces and are you

17  aware of any of that?

18       A    I'm not aware of any disciplinary action for

19  taking bomb fragments and making art pieces.

20       Q    Okay.  And does that include -- are you --

21  you're unaware of any disciplinary action taken against

22  anybody in the military at Eglin Air Force Base for

23  accepting fragments for -- I'm sorry, giving fragments

24  from bomb pieces to Mr. Fabozzi to make into artwork?

25  Any -- unaware of any disciplinary action for that?
```

```
 1                    MR. FISHER:  Object to form.
 2                    THE WITNESS:  I am not aware of any
 3   disciplinary action for EOD techs taking bomb fragments,
 4   making art pieces, or using them for gifts or giving
 5   them as gifts.
 6                    MR. ALSAFFAR:  Understood.  Thank you.
 7   BY MR. ALSAFFAR:
 8        Q    Are you -- let's transition a little bit to
 9   the range itself.  You're familiar with the term
10   operational control bunker; is that correct?
11        A    Yes.
12        Q    Okay.  What does that -- what does that mean
13   to you?
14        A    That is the -- the bunker in our safe area
15   where we house the students.  And that's what we use as
16   our protection from fragmentation and blast.
17        Q    Okay.  Is that a -- is that known as a safe
18   area?
19        A    Yes.
20        Q    Okay.  And is that a term you've used before
21   in just working on the range?
22        A    Yes.
23        Q    Okay.  What -- can you define for me the term
24   "pit", what that means to you?  Does that sound
25   familiar?
```

1       A    Pit?

2       Q    Yes.

3       A    That would be the range area where we do

4    shots, in my definition.

5       Q    Okay.  I think we talked about this just a

6    little bit earlier and -- when we were discussing sort

7    of where everybody is at various times during, you know,

8    the range and the shooting.  When you're in the pit with

9    your instructors, with your students, et cetera, do you

10   know if anyone is supervising the medics that are

11   downranged?

12      A    Well, I -- I believe you're using the term

13   downrange wrong.  The medics would be --

14      Q    Okay.

15      A    -- uprange at the OCB.  The instructors and

16   students are downrange in the pit.

17      Q    Understood.  Okay.  And when the medics are

18   uprange, while you -- while the instructors and students

19   are in the pit, is anyone supervising the medics, if you

20   --

21      A    No.

22      Q    -- know?

23      A    No.

24      Q    Okay.  And this may be a corollary to that

25   same question, but if -- when you are -- when you and

1    the students, instructors, EODs, or techs are in the pit

2    and the medics are up -- did you say uprange or

3    downrange?

4         A    Medics are uprange.  Downrange is --

5         Q    Okay.

6         A    -- the pit.  OCB is uprange.

7         Q    Okay.  So OCB is uprange.  Okay.  Let me make

8    that so I don't make that mistake again.  Okay.  So let

9    me rephrase it.  When you're in the pit with the

10   students, instructors, et cetera, and the medics are

11   uprange at the OCB area, is it my understanding that

12   there is nobody supervising the medics while they are

13   uprange?

14        A    That is correct.

15        Q    Okay.  And this may be a corollary, but while

16   the medics -- while the medics are uprange and not being

17   supervised by anyone in the military, is there anyone

18   with them who's from the military who's with them but is

19   not technically supervising, just hanging around with

20   them?

21        A    No.

22        Q    Okay.  So the medics would be -- when you all

23   are in the pit, the medics would be uprange by

24   themselves, unsupervised?

25        A    Correct.

```
1        Q    Okay.  And do you know that if while they're
2   -- while the medics are uprange, not being supervised,
3   at least by the military, is it common for sometimes the
4   medics to get out of their ambulance, stretch their
5   legs, you know, walk around the ambulance a little bit
6   while they're waiting for you guys?
7        A    I don't know.  I'm not uprange with them.
8        Q    Okay.  Do you know --
9        A    I mean, I --
10       Q    -- if the medics were -- go ahead.  Go ahead.
11       A    I would imagine they get out to go to the
12  bathroom.  If they want to --
13       Q    And --
14       A    -- be inside the OCB instead of the ambulance,
15  we tell them that's okay.
16       Q    Okay.  So are the medics when they're uprange
17  and you guys are in the pit, are they told it's okay for
18  them to get out of their ambulance, go to the bathroom,
19  go to the OCB if they have to?  Are they told that
20  that's fine?
21       A    Yes.  They're -- we -- so we tell the medics,
22  "Hey, stay in your ambulance."  "Stay in the OCB."  "Go
23  to the bathroom."  "Stay on the hardball."
24       Q    And what's the hardball?
25       A    The paved road.
```

```
 1        Q    Understood.  And like what -- is there a
 2   restroom, porta potty, et cetera that is on -- near the
 3   safe area, the OCB area?
 4        A    Yes.
 5        Q    Okay.  And do you know, for example, where
 6   it's located?  Is it located on the hardball?
 7        A    Yes.
 8        Q    Okay.  When we were there inspecting the OCB,
 9   meaning the attorneys, Mr. Fisher, some of your
10   instructors, there was a -- there was a restroom there,
11   but it was not on pavement.  It was on the grass.  And
12   I'm -- is it that common?  Is that -- have you seen that
13   before?
14        A    I guess it just depends on when they replace
15   it and drop it off.  Maybe -- maybe they -- they dropped
16   it off right on the edge of the hardball instead of on
17   the hardball.  I -- I don't know why they would do that.
18   They -- they shouldn't.
19        Q    I mean, it was fairly -- it was close to the
20   OCB, but it was -- it was on grass.  And the only reason
21   I'm asking is that sometimes that happened near the --
22   you know, the restroom is put on grass near the OCB.
23   Even though it's not -- it's not on the concrete, it's
24   on the grass.  Have you seen that is really what I'm
25   asking.
```

1      A    I don't -- I don't recall.  Typically when I

2    --

3      Q    That's all right.

4      A    My memory, what I remember is it's on the

5    hardball.  And that's what makes sense to me.  I would

6    never drive in the grass there.  That seems like a

7    terrible idea.

8      Q    Okay.  And have you been in uprange -- and I

9    just want to be clear that when we're talking about the

10   OCB uprange, and we're talking about the safe area, I'm

11   talking about specifically the one on the range at Eglin

12   Air Force Base where this incident occurred.  I'm not

13   talking about any other.  I'm talking about that one.

14   Is that your understanding too?

15     A    Yeah.  Range 52 North, the OCB, Porter John on

16   the hardball, that's what I understand.

17     Q    Okay.  Great.  Going back to that.  Are there

18   parts of the grass that are unmowed, unkempt, and parts

19   of the grass that are mowed and kept that surround the

20   -- both the OCB safe area and the road -- parts of the

21   roadway?

22     A    There are not parts of the grass that are

23   specifically mowed.

24     Q    Okay.  Is something else done to them?

25     A    Not -- not that I'm aware of.

```
 1      Q    Okay.  I only asked that because the way you

 2  answered it, like I didn't know -- okay.  Does that mean

 3  that something else is done?  Like the area is pushed

 4  down or demarcated in any way?  And I'm talking about

 5  the grass.  Is --

 6      A    Yeah.

 7      Q    Is all the grass the same is really --

 8      A    All the grass is the same.

 9      Q    Okay.  Got it.  Okay.  The -- my understanding

10  -- I want to talk to you real quickly about safety

11  briefings.  Are you familiar with the term "HCB"?

12      A    Yes, the hazard control brief.

13      Q    Hazard control brief.  That's my understanding

14  as well.  Were any -- if -- let me ask you this.  Define

15  for me what a hazard control brief is on your

16  understanding?

17      A    It's a brief on any hazards you might find and

18  what the controls are to mitigate them.

19      Q    All right.  And who gets those briefings at

20  the range where this incident occurred?  I'm talking

21  about on the day of the incident and prior to.

22      A    The day of the incident, prior to, the HCB was

23  given to the students and the instructors by the RSO.

24      Q    And on the day of the incident, the RSO would

25  have been RSO Vasquez, correct?
```

1        A    Correct.

2        Q    Okay.  So just so I understand, are there any

3   other safety briefings given to students, instructors on

4   the range on the day in question?

5        A    No.

6        Q    And how long is the hazard control brief?

7   Would it -- how long does it last?  Thirty minutes?

8   Fifteen minutes?  One minute?  I mean, how long does it

9   last usually?

10       A    Five to 10 minutes.

11       Q    Okay.  Is it given in a classroom setting with

12   paperwork, or is it outside standing, talking?  How's it

13   given?

14       A    We give them the -- the hazard control brief

15   in the classroom, and then they receive it on -- every

16   -- every day they're on the range, they receive it every

17   morning.  So five -- so it was -- it's non-electric frag

18   day, electric frag day, 100 pound day, set day, 500

19   pound day.  So the four days prior to that, they're on

20   ranges and receive the HCB, and then they receive it a

21   fifth time on that range, making it a total of six times

22   from the first time in the classroom.

23       Q    Okay.  And on the day of the incident in

24   question, my understanding, and correct me if I'm wrong,

25   is that Mr. Fabozzi and the medics would not have

1    received the HCB, the hazard control briefing, on the

2    day of the incident, correct?

3        A    Correct.

4        Q    And is it your understanding that they would

5    never have received the HCB from anyone in the military

6    prior to coming on the base?  Or -- so let me rephrase

7    that because that was actually contradictory.

8             Is it your understanding that any medics,

9    including Mr. Fabozzi, prior to the incident on

10   September 10, 2021, none of those medics would have

11   received the HCB from any military instructor or any

12   other range safety officer or anyone within the

13   military?

14       A    I --

15            MR. FISHER:  Object to form.

16            Go ahead.

17            THE WITNESS:  I do not know.

18   BY MR. ALSAFFAR:

19       Q    Okay.  So just based on your two months that

20   you were there prior to September 10, 2021, did any non-

21   military personnel receive the hazard control briefing

22   that you're aware of?

23       A    Not that I'm aware of.

24       Q    Okay.  And did -- and that would include

25   medics.  So in the time that you were on -- working at

1    the base prior to this explosion, did any of the medics

2    that were hired to come onto base ever given the hazard

3    control briefing that you're aware of?

4        A    I'm not aware of it.

5        Q    Okay.  And we talked about the hazard control

6    briefing, but did Mr. Fabozzi or any of the other medics

7    that were there on the day in question receive any other

8    kind of safety briefing from the military prior to the

9    explosion happening that day that you're --

10       A    I --

11       Q    -- aware of?

12            MR. FISHER:  Object to form.  Go ahead.

13            THE WITNESS:  I'm not aware of it.

14   BY MR. ALSAFFAR:

15       Q    All right.  And when you say it's -- you're

16   not aware of it, as far as you know, they did not

17   receive any kind of safety briefing that day; is that a

18   fair statement?

19       A    They did not receive a safety briefing from

20   the RSO that day.

21       Q    And did they -- they did not receive a safety

22   briefing from any other person that you're aware of --

23       A    No.

24       Q    -- from the military?

25       A    Not that I'm aware of.

1        Q    Okay.  I want to show you another exhibit.

2   This is -- are you familiar with Robert Snider?  Do you

3   know who that is?

4        A    I do.

5        Q    Okay.  Who is he?  Just for the record.

6        A    He's a safety officer.

7        Q    Do you see the email I'm showing you that's on

8   the screen right now?

9        A    I do.

10            MR. ALSAFFAR:  Okay.  Can you -- can we

11   -- let's go ahead and mark this as Exhibit 2.  You can

12   cover exhibit -- you can cover that other exhibit number

13   that's from a prior depo.  So you can just cover that.

14            THE REPORTER:  Got it.  Thank you.

15       (Exhibit 2 marked for identification.)

16            THE REPORTER:  Okay.

17   BY MR. ALSAFFAR:

18       Q    Okay.  Exhibit 2 is an email chain between

19   Explosive Safety Officer Robert Snider and Douglas

20   Huling from the Navy.  Do you know -- by the way, do you

21   know who Douglas Huling is?

22       A    I do not.

23       Q    Okay.  Let me do this.  Let me -- okay.  I'm

24   showing you page three of Exhibit 2.  And can you see

25   that?

```
1        A     Yes.

2        Q     Okay.  And I'm just going to -- this -- these

3    are not my highlights or my markings.  These are

4    actually from Mr. Snider, from his -- from his record.

5    You see in the middle of this paragraph, Mr. Snider

6    says, "Our medics do not attend the HCB or sign the

7    workers statement because they are not part of the AAE

8    handling operation or staged in the AAE area."  Do you

9    see that?

10       A     Yes.

11       Q     Okay.  And that seems to comport with your

12   understanding nobody -- none of the medics received an

13   HCB --

14       A     No, no, no.

15       Q     -- on that day?

16       A     It's not the correct page.  I'm reading a

17   different -- I'm reading a --

18       Q     I'm sorry, let me do this.  Let me -- let me

19   try to get you this correct page in front of you.

20       A     It was up.

21       Q     That way you're not --

22       A     I did read that.

23       Q     I think -- I think that was my fault.  I

24   scrolled.  And let me -- let me make sure I'm back to

25   it.  Okay.  I think you're seeing from Snider -- an
```

1    email from Snider from September 21st, 2021, 4:22 p.m.;

2    is that correct?

3        A    4:22 p.m., yes.

4        Q    Okay.  And in the middle of that paragraph, he

5    -- Mr. Snider states, "Our medics do not attend the HCB

6    or sign the workers statement because they are not part

7    of the AAE handling operation or staged in the AAE

8    area."  Do you see that sentence that he wrote?

9        A    I do.

10       Q    Okay.  And that comports with your

11   understanding that day that none of the medics that

12   you're aware of received any kind of safety briefing

13   that day, correct?

14       A    Yes, that is correct.

15       Q    Okay.  I am going to then show you -- we're

16   going to -- we're going to show you the chain from Mr.

17   Huling, who, in response to that -- and I'm going to

18   hopefully bring that to you.  Do you see in front of you

19   at the top, it says, "In accordance with"?  Do you see

20   that?

21       A    Yes.

22       Q    Okay.  Mr. Huling says in response to Mr.

23   Snider, "In accordance with NOSSAINST 8023.11D", as in

24   dog, "August 2019".  You see that?  He's referencing an

25   instruction.  Do you see that?

```
1        A    Yes.

2        Q    And are you familiar with what NOSSA is?  N-O-

3   S-S-A.

4        A    It's a -- it's a Navy publication.

5        Q    Okay.  An instruction, correct?

6        A    Yes.  We -- Army calls them publications.

7   Navy calls them instructions.

8        Q    That -- that's okay.  That's okay.  Okay.  The

9   last sentence, he's talking here about the hazard

10  control briefing, is that correct, that we've been

11  talking about?

12       A    I don't know.  I'd have to read it.

13       Q    Sure, sure.  Please read it.  Read -- if you

14  would read -- it's a short paragraph -- Mr. Huling's

15  response to Mr. Snider, the paragraph that starts with,

16  "In accordance with," to yourself.

17       A    Okay.

18       Q    Okay.  So here Mr. Huling is -- in response to

19  Mr. Snider, he's saying that all -- "The briefing will

20  be given to all employees using the SOP and to visitors

21  and other transients or observers in the AE, MMPEH or

22  MEC location;" is that correct?

23       A    What is your question?

24       Q    I'm sorry, that was my question.  Is it

25  correct that Mr. Huling is telling Mr. Snider, in
```

```
 1    response to Mr. Snider's email, that the hazard control

 2    briefing will be given to all employees and all visitors

 3    and transients or observers in the AE, MPPEH, or MEC

 4    location?

 5                   MR. FISHER:  Object to form.

 6    BY MR. ALSAFFAR:

 7        Q    Is that correct?

 8        A    I would have to understand what his intent is,

 9    what Mr. Huling's intent is to give an -- to give an

10    accurate answer on that or a comfortable answer.  What

11    this email says -- what I'm reading in this email is

12    these people receive the HCB.

13        Q    Okay.  And he's saying the HCCB -- the HCB,

14    hazard control briefing, should be given to all

15    employees, visitors, other transients, or observers.

16    That's what's stated in the email, correct?

17        A    Well, to all employees using the SOP and to

18    visitors and other transients or observers not in the

19    AE, MPPEH, or MEC location, which, looking at these red

20    lines, those are all correct.

21        Q    Okay.  You said not in the AE.  Where are you

22    seeing the word "not" from Mr. Huling?

23        A    Given to all employees using the SOP prior to

24    initial use -- to visitors -- transients, or observers

25    in the AE.  Sorry.  The red line not was -- I read that.
```

1    So observers is -- "not" is not in there.

2        Q    I understand.  The handwriting is from Mr.

3    Snider's writing over the email, not from Mr. Huling.

4    Let's go to -- let's go to a different document.

5        A    What I will say is --

6        Q    Different page.  Yeah?

7        A    I will agree -- I will agree with Mr. Snider's

8    handwriting that employee -- he is not an employee using

9    the SOP.  He's a function of the SOP.  The RSO is using

10   the SOP.  The instructors are using the SOP.  Visitors,

11   he's not a visitor.  He is not a transient or an

12   observer in any of those locations.

13       Q    Okay.  Well, let's look at what -- after --

14   Huling responded to that particular question that you're

15   bringing up.  So I'm going to show that to you.  Do you

16   see Mr. Huling's response to Mr. Snider on September

17   22nd, 2021 at 2:54?  Do you see that?

18       A    Yes.

19       Q    2:54 p.m.  Mr. Huling responds to Mr. Snider

20   and says, "After further consultation with my supervisor

21   and personnel at NOSSA headquarters our position remains

22   unchanged, the medic should have attended the HCB."  You

23   see that?

24       A    Yep.

25       Q    Okay.  And the medic we're talking about here

```
 1    is Mr. Fabozzi, correct?

 2        A    That's what I understand.

 3             MR. FISHER:  Object to form.

 4    BY MR. ALSAFFAR:

 5        Q    Okay.  Let me show you another exhibit.  Now

 6    you were -- you were -- you mentioned that you gave a

 7    statement -- a voluntary statement that I think you

 8    brought with you as well.  I know this seems silly.  Can

 9    you show it to the camera?  I want to make sure you and

10    I are talking about the same thing so that when I show

11    it to you, we're talking about -- okay.  That's what I

12    thought it was.  That's what I thought it was.  You can

13    put it down.  I know exactly --

14        A    It's --

15        Q    -- what it is.

16             MR. FISHER:  Just so -- just so there's

17    not a lack of clarity, you indicated it was three pages,

18    and the third page is typewritten, so I just want to be

19    sure that's --

20             MR. ALSAFFAR:  Right.

21             MR. FISHER:  -- clear for the record.

22             MR. ALSAFFAR:  Yep, no, I'm sorry, I

23    should have said so.  I know exactly what you're talking

24    -- you can put it down.  I know exactly what -- it's --

25    we're about to go through it.  So I appreciate the
```

1    clarity on that.

2    BY MR. ALSAFFAR:

3        Q    Let me show you the next document.  And just

4    so you know, this document is labeled USN 31 PDF.  If

5    you look on the -- every document I've shown -- for the

6    most part, shown you has that little -- you see that

7    little number on the bottom right?  Says USN 31?  Has a

8    bunch of zeros and 31?

9        A    I mean, it's in the top middle of my screen.

10       Q    Okay.  You see -- yeah, I don't know what your

11   screen looks like, but you see that number, USN 31?

12       A    I do.

13       Q    Anytime you see that --

14            MR. FISHER:  It's not on the screen,

15   Jamal.

16            THE WITNESS:  Okay.

17            MR. FISHER:  Yeah, but that's not on the

18   -- I'm sorry, that's not on the document.  I didn't -- I

19   thought you were trying to indicate that you were

20   looking at a piece of the document.

21            MR. ALSAFFAR:  Okay.

22            MR. FISHER:  The only part of the

23   document --

24            MR. ALSAFFAR:  No problem.

25            MR. FISHER:  -- right now is the --

```
 1                   MR. ALSAFFAR:  Don't worry, I got it.
 2      Yeah, I know what -- I didn't -- I didn't show it to
 3      you.  That's why.  I didn't hit that button on the
 4      screen to show it to you.  Okay.  So this is just a
 5      little tricky because it's at the very bottom.  So I'm
 6      going to bring this all to you.
 7      BY MR. ALSAFFAR:
 8           Q    Do you see it now on the bottom right of your
 9      screen?
10           A    Yes.
11           Q    I'm going to try not to do this every single
12      time, but it's important for me that you understand I'm
13      showing you an official document.  This document -- when
14      you see that USN number, Mr. Mattes, it just -- it means
15      it's a US government document.  It was produced by Mr.
16      Fisher.  It was -- it was a document that he and the
17      United States government produced to us.  And they put
18      their unique number on it.  That just lets you know that
19      it's from the government --
20           A    Okay.
21           Q    -- and that it's not something I just printed
22      off the Internet or something.  This is part of the --
23      they gave us in response to subpoenas, et cetera, and
24      they put their unique number on it.
25                   Now, you probably are familiar with this
```

```
 1    document.  If we look at the top of it, do you see that
 2    it's dated September 22, '21, and it's a memorandum from
 3    Mr. Snider?
 4         A    I see all of that.
 5         Q    Okay.  Let me -- you might -- have you ever
 6    seen this document before?  You may not have.  Are you
 7    familiar with it?
 8         A    I have not.
 9         Q    Okay.  Were you ever informed that Mr. Snider
10    and then I believe Captain Beall performed a command
11    investigation, and produced reports and conclusions
12    about their investigation relating to this explosion?
13         A    Yes.
14         Q    All right.  Were you -- were you ever shown
15    the documents or -- from those investigations?
16         A    No.
17         Q    How did you find out about the conclusions
18    from the investigations?
19         A    I -- I didn't get in trouble.
20              MR. FISHER:  Object to form.
21              THE WITNESS:  I -- I don't -- I was -- I
22    guess I was never formally explained or told the
23    conclusion of the investigation.  It was very informal,
24    "Hey, everything's good."
25    BY MR. ALSAFFAR:
```

```
 1        Q    Okay.  So -- and that's what I'm talking
 2   about.  So you received -- do you remember who told you
 3   that?  How did you receive that information?
 4        A    The OIC and NCOIC of the division, Captain
 5   Kapucinski and Senior Chief Young.
 6        Q    Okay.
 7        A    Or Chief Young.
 8        Q    In my understanding, generally speaking, they
 9   told you an investigation has been done by command and
10   everything's okay?
11        A    Yes.
12        Q    Okay.  Let's go to the statement you were
13   referencing.  Let me pull it up here real quick.  Going
14   to be just a second.  Almost there.  Okay.  You should
15   see in front of you your -- at least the first page of
16   your voluntary statement.  Do you see that?
17        A    Yes.
18        Q    Okay.  I'm bringing up the third page, which
19   you just showed me on screen, but now I've got in front
20   of you from this document.  Do you see that, the
21   typewritten statement?
22        A    You are back on the --
23        Q    It's --
24        A    -- USN 31.
25        Q    Okay.  Let me try this.  Do you see the
```

```
 1    typewritten portion on your screen?

 2        A    No.

 3        Q    Okay.  Let me try it again.  My tech folks

 4    might -- I keep saying bring it to me.  So let's see if

 5    it -- just tell me when you see the -- still --

 6                  THE REPORTER:  Yeah, I think --

 7                  MR. ALSAFFAR:  -- page one?

 8                  THE REPORTER:  I think it's glitching a

 9    bit for some reason because it'll say at the top like

10    that you brought everyone to -- page 26 is it supposed

11    to be?

12                  MR. ALSAFFAR:  Yes, supposed to be page

13    26.

14                  THE REPORTER:  Yeah.  And then it says

15    page one.  So I'm not sure why it is doing that.

16                  MR. ALSAFFAR:  Okay.  I'll tell you what

17    --

18                  THE WITNESS:  Oh.  Oh.

19                  THE REPORTER:  I think it -- I think --

20                  MR. ALSAFFAR:  Go ahead.

21                  THE REPORTER:   -- we go it.

22                  MR. ALSAFFAR:  Well, I don't think we

23    did, because I just went back to page one.  What are you

24    seeing right now?

25                  THE WITNESS:  Did you just do that?
```

1    Because I gave two thumbs up.  That's obnoxious.

2                MR. ALSAFFAR:  That was strange.  Yeah.

3    Okay.  There's a glitch.

4    BY MR. ALSAFFAR:

5        Q    And so I'm going to try to go back to page 26

6    and see if that -- what are you seeing on your screen --

7        A    I see --

8        Q    -- right --

9        A    Sorry.

10       Q    Go ahead.  What are you seeing on your screen?

11       A    My typewritten statement that starts with "On

12   10 September 2021".

13       Q    Okay.  Great.  Sometimes we just need to

14   reload.  Okay.  So I want to talk to you a little bit

15   about this.  Did you do the typewritten portion

16   yourself?

17       A    Yes.

18                MR. ALSAFFAR:  All right.  And just for

19   the record, this is -- the Bates stamp on this, Peter,

20   is USN 56.  This is part of USN 31.

21   BY MR. ALSAFFAR:

22       Q    Okay.  So let's talk about this statement a

23   little bit.  I'm going down -- let's just talk about the

24   point at which you were down at the OCB.  Can you see it

25   okay --

1          A     No.

2          Q     -- on the screen?  What are you -- is it too

3     small?

4          A     Yeah, it's a 20 percent zoom.

5          Q     Interesting.  You can see it now?

6                THE REPORTER:  Mr. Mattes, you can zoom

7     in yourself, too, and that might help us avoid any -- do

8     you see the little percentage --

9                MR. ALSAFFAR:  Oh, great.

10               THE REPORTER:  -- at the top?  You can do

11    the plus and minus.

12               MS. DIXON:  Feel free to do that.

13               THE WITNESS:  This is fun.

14               All right.  Where did you want me

15    looking?

16    BY MR. ALSAFFAR:

17         Q     Okay.  Well, we'll just -- we'll -- I'm on

18    paragraph three, "Upon arrival to Range 52N OCB."  You

19    see that part?

20         A     Yes.

21         Q     And just so the record is clear, when you say,

22    "Arrival to Range 52N OCB", you're talking about the

23    occupational control bunker, the safe area we talked

24    about earlier, correct?

25         A     Correct.

1      Q     Okay.  Upon your arrival there, "the students

2  and instructors dismounted and made their way inside the

3  bunker."  Just so the record is clear, and everyone

4  understands, when you say the students and instructors

5  dismounted to the bunker, you mean you got out of your

6  vehicles and walked towards the operational control

7  bunker, correct?

8      A     Correct.

9      Q     And then you say, "On my way to the bunker,

10  Wayne (the medic) approached me with something in his

11  hand."  And just so the record's clear, Wayne is Wayne

12  Fabozzi, the medic, correct?

13      A     Correct.

14      Q     Then you say, "He presented it to me, it was a

15  fuze that he had found somewhere in the vicinity of the

16  OCB on Range 52 [North]."  Did I read that correctly?

17      A     Yes.

18      Q     "I was not able to identify what type of fuze

19  it was and immediately told him to put it down.  He

20  walked toward the grass, and I began assisting with

21  getting the students into the bunker."  Did I read that

22  correctly?

23      A     That is correct.

24      Q     And is that your memory of what happened?

25      A     Yes.

1      Q    Okay.  Let me ask you a little bit about it

2   just so that I can understand, just like what we did

3   earlier.  First you said on the way to the bunker, Wayne

4   approached you with something in his hand.  Can you

5   explain to me -- just sort of explain -- take me through

6   that -- those moments.  Explain to me where you were,

7   what it looked like as if I'm standing in your boots and

8   Wayne is approaching you.

9      A    Okay.  So get out of the front passenger side

10  of the truck, and the students are in the back of the

11  truck.  We get out.  Students go around me.  Mr. Fabozzi

12  comes walking up to me, hands me a metal object.  It --

13  he puts in my hands, and I said, "Oh, shit, that's a

14  fuse."  I looked for nomenclature, saw nomenclature,

15  didn't recognize it, gave it back to him and said, "Go

16  put this down."  And then I continued to escort the

17  students into the bunker.

18     Q    I think the next -- the next paragraph, you

19  say, "After getting the students into the bunker, I was

20  standing in the door when I heard a small explosion."

21  That would be the explosion that -- of the device that

22  Mr. Fabozzi came up to you with, correct?

23     A    I -- yes.

24     Q    Okay.  Let me just break that down just a

25  little.  After -- so Mister -- he's walking towards you.

```
 1    He's not running.  He's not -- so, you know, just normal

 2    walking towards you with the fuse?

 3         A    Yes.

 4         Q    Okay.  And then he comes up to you and he

 5    hands it to you.  So you get it, you take it from him

 6    and you're looking at it?

 7         A    Yes.  Well, I -- no.

 8         Q    Did --

 9         A    I did not take it from him.  He -- play by

10    play.  He walked up --

11         Q    Yeah, play by play.

12         A    -- and said, "Hey, isn't this cool," and

13    placed it in my hands.  And -- and at that moment is

14    when I knew it was a fuse, at which I said, "Oh, shit,

15    that's a fuse."  And in my head, I'm pissed off because

16    I'm like thanks for putting a fuse in my hands.

17              And I -- I stopped, and I was like, well, it's

18    there.  There's no move hazard, which is one of our

19    safeties.  And so I -- I looked for nomenclature and

20    there isn't any.  And so I said -- I handed it back to

21    him.  I said, "Go put this down."

22              And there were students standing directly

23    behind me and there's 3,000 pound shots down in the pit

24    that are -- the time fuse is currently smoking.  So we

25    got about four to five minutes of estimated time to be
```

1    like, "All right.  We need to get in the bunker."  So

2    handed it back to him, said, "Go put it down," and then

3    turn around and escorted the students into the bunker.

4              And he turned and walked away.  My assumption

5    was that he went to put it down because a master badge

6    EOD tech told him to go put it down.

7         Q    Okay.  Did you -- did you tell him

8    specifically -- actually, let me break that down.  So

9    when he -- when he gave it to you -- so Mr. Fabozzi gave

10   you the fuse, put it in your hands?

11        A    Correct.

12        Q    And I think -- I think you said -- you

13   immediately said, "Oh, this is a" -- "this is a fuse."

14   And then you -- I think you said you were looking for a

15   serial number or some kind of -- what do you --

16        A    Nomenclature.

17        Q    -- call it?  Nomenclature.  Can you tell me,

18   so it was in your hand and are you -- are you looking at

19   it for markings to see if you can -- help you identify

20   it?  Is that what you mean by looking for nomenclature?

21        A    Yes.

22        Q    Was it -- based on what you were observing of

23   Mr. Fabozzi, what he was saying to you, and the

24   circumstances surrounding the moment he handed you the

25   fuse, was it apparent to you, based on the circumstances

1    at the time that Mr. Fabozzi did not know that this was

2    some kind of fuse or explosive device?

3        A    Absolutely not.

4        Q    Okay.  Meaning my statement is correct, he

5    didn't know what it was?

6        A    No, he absolutely knew that it was a fuse.

7        Q    Okay.  And before he handed it to you?

8        A    Yes.

9        Q    Okay.  And why is that?  What made you say he

10    absolutely knew it was a fuse?

11        A    His demeanor, his -- when -- when I said it

12    was a fuse, he was like, "Yeah."  He knew.

13        Q    Okay.  You said --

14        A    He --

15        Q    -- he said he -- go ahead.  Go ahead.

16        A    Yeah, he -- he acknowledged that I was

17    correct, that it was a fuse.

18        Q    All right.  When he handed it to you, did he

19    ask you what it was in any way?

20        A    No, he did not.

21        Q    What -- did he not say -- he just walked up to

22    you and hand it to you or did he -- what did he say to

23    you?

24        A    As he was walking up to, said, "Hey, check

25    this out.  This is cool," handed it to me.  Said, "This

```
 1   is a fuse."  And then he acknowledged that I was correct
 2   that it's a fuse.
 3        Q    Okay.
 4        A    And I don't remember if he did it verbally or
 5   like we had communicated earlier where it was a nod or
 6   -- or -- you know, he didn't say, "Yes, you're correct,
 7   that's a fuse."  But --
 8        Q    Okay.
 9        A    -- his acknowledgment was, yes, I know it's a
10   fuse.  And that's when I handed it back to him and told
11   him to go put it down.
12        Q    All right.  When he came to you, was he asking
13   you to identify it for him, to help him understand what
14   it was in any way?
15        A    That would be my assumption.  What -- to
16   figure out what kind of fuse, if I knew what it was,
17   what specific fuse it was, how it worked.  Just -- that
18   would be my --
19        Q    Was there any indication that he understood --
20   was there any indication other than this nonverbal
21   communication you're mentioning, was there any
22   indication that he understood this to be an active fuse
23   that could explode before you told him it was a fuse?
24        A    I can't answer what he was thinking.
25        Q    Can't --
```

```
 1        A    What I can --

 2        Q    Right.

 3        A    What I can tell you is it is briefed, and it

 4   is of the understanding that on that range -- on any of

 5   those ranges, anything shiny on the ground is explosive

 6   until an EOD tech instructor comes and says it isn't.

 7        Q    Okay.  And it -- and when it was in your hand

 8   and you were inspecting it -- by the way, did you move

 9   it around at all or just to look --

10        A    Yes.

11        Q    -- and see if you could see -- okay.  And you

12   said yes; is that correct?

13        A    Correct.

14        Q    Can you tell me what you did to -- you know,

15   moving it around and manipulate it to try to identify it

16   specifically?

17        A    I rotated it on its vertical center line axis

18   to find the nomenclature.

19        Q    Okay.  Did you find the nomenclature that you

20   were looking for?

21        A    I did.

22        Q    Okay.  Is that when you confirmed the -- "Oh"

23   -- when you said, "Oh, shit, this is a fuse," is that at

24   the time you confirmed it was a fuse?

25        A    No.  As soon as it touched my hands --
```

```
 1          Q    Okay.

 2          A    -- it was a fuse.  It was already in my hands.

 3    I said maybe there's nomenclature on it, and I looked

 4    and was like, yeah, I don't -- I don't know what this is

 5    or how it works, and I handed it back and -- and told

 6    him to go put it down.

 7          Q    Okay.  When you had it in your hands and you

 8    recognized it was a fuse, did you -- when it was in your

 9    hands, did you know at that point that it could

10    potentially be an explosive fuse, meaning a --

11          A    Yes.

12          Q    -- an unexploded device that could detonate?

13          A    Yes.

14          Q    Okay.  And did you tell Mr. Fabozzi

15    specifically where to put it down?

16          A    No.

17          Q    Okay.  And my understanding is that there were

18    other students and instructors around the area, is that

19    right, when he handed this to you?

20          A    There were two students behind me.  There was

21    another instructor on the other side of the truck.

22          Q    All right.  And I believe you said that at the

23    time that Mr. Fabozzi handed you the fuse and you had it

24    in your hands and were looking at it, that you were

25    about four to five minutes away from when the active
```

1   shots were about to be fired down range?

2       A    Estimated four to five minutes, that is

3   correct.

4       Q    Okay.  So at the time that the fuse was put

5   into your hands, and you were inspecting it, did -- were

6   -- did you or did anybody else call for a timeout?  Do

7   you know what that means?

8       A    I'm assuming you're referring to a training

9   timeout.

10      Q    Yes, sir.  Yes, sir.  Thank you.

11      A    No.

12      Q    Okay.  Did -- and let me -- after the fuse was

13  given to you and you were inspecting it and -- did you

14  tell either the students that were there or any other

15  instructor that you had just handled what could be an

16  unexploded ordnance that had the potential to, you know,

17  explode?  Did you communicate that to anybody else?

18      A    No.

19      Q    Okay.  Is it -- my understanding, and I'm just

20  trying to break this down, is that the only person you

21  told that this might be a fuse that -- was Mr. Fabozzi?

22      A    Correct.

23      Q    Okay.  Is it fair -- is it my understanding

24  that at that moment you were given the fuse and that you

25  were handling it, looking at it, and then you had

1    yourself determined that it could be an -- it could be

2    an unexploded ordnance that could go off, that you did

3    not instruct anybody to clear away from the ordnance

4    more than 300 feet or so?  Did you -- that didn't

5    happen, correct?

6        A    There was -- there's no point in which that

7    could have happened.

8        Q    Okay.  So it didn't happen, right, at that

9    point?

10       A    No.

11       Q    Okay.  Let me ask you an alternative.  After

12   you were given the fuse, the UXO -- and at that point,

13   it's fair to say that when you were handling the fuse

14   and you had -- had been given to you by Mr. Fabozzi,

15   that you knew it was -- it -- it's a UXO, right?

16       A    Yes.

17       Q    And a UXO is an unexploded ordnance, correct?

18       A    Correct.

19       Q    And a UXO is -- has the potential for causing

20   great harm because it could explode and injure people,

21   correct?

22       A    Correct.

23       Q    Okay.  So the point that you were handling the

24   fuse that Mr. Fabozzi handed -- gave to you, how far

25   from the bunker were you?  Just -- and it's okay if it's

1    a ballpark, like -- go ahead.

2         A    Fifteen to 20 feet.

3         Q    Okay.  And make -- I want to make sure I

4    understand that the bunker that we're talking about,

5    this is a bomb bunker, correct, for us laymen?  And did

6    you say correct?  I'm sorry, I just kind of --

7         A    That is correct.

8         Q    And what it is, it's a -- it's a concrete

9    shelter built into a hill that, essentially, that's

10   where you all can go and be saved from bombs exploding

11   around you, correct?

12        A    That is correct.

13        Q    All right.  So if -- at the moment that the

14   UXO was handed to you and placed -- and that you were

15   handling it from Mr. Fabozzi, most of you, meaning Mr.

16   Fabozzi, the instructors, the students, were about no

17   more than 15 feet or so from that bunker, correct?

18        A    When Mr. Fabozzi handed me the fuse, all of

19   the students, except for the three priming into the

20   shots, were inside the bunker.  All of the instructors

21   were just outside the bunker under the overhang.

22        Q    Okay.  And I'm -- and I know there are doors

23   to the bunker, right?  There are doors to the bunker

24   that allow you to go inside of the bunker, correct?

25        A    Yes.  There are two doors that allow you to go

1    in the bunker.

2         Q    And on the day of this explosion, when Mister

3    -- when you were handling the UXO that Mr. Fabozzi gave

4    you, those doors were operational, meaning you can --

5    they were open, and you could go into the bunker if you

6    needed to?

7         A    The doors were operational, yes.

8         Q    All right.  And then if you go in the bunker

9    and close those doors, you're pretty -- you're going to

10   be safe from any kind of explosion that's happening

11   around there.  Is that fair to say?

12        A    Yes.

13        Q    Unless it's inside the bunker, right?  Unless

14   the explosion is inside the bunker, right?

15        A    Correct.

16        Q    All right.  So at the moment that the UXO was

17   in your hands, and you were inspecting it and realizing

18   what this was, if it -- if that UXO was placed down

19   right then, you, Mr. Fabozzi, the students that were

20   next to you, were just a few feet away from the bunker

21   that is sort of the -- well, the bunker that protects

22   you from explosions, correct?

23        A    Mm-hmm.  That's correct.

24        Q    Sorry?

25        A    Yes.

```
 1        Q    Okay.  Now, going back to the students and the

 2   folks that were around, after you handled the UXO, after

 3   you realized it was a UXO and a fuse that could go off,

 4   and after you handed it -- you handed it back to Mr.

 5   Fabozzi, so you put it in his hands, is that what you

 6   did?

 7        A    That is correct.

 8        Q    Okay.  Did -- tell me what you did next.  Did

 9   you turn around and start talking to the students?  Take

10   me through the next steps?

11        A    Yes.  So after he handed me the fuse and I

12   handed it back to him, which was about a five second

13   interaction, I immediately turned around and escorted

14   the students into the bunker where Sergeant -- Sergeant

15   First Class Vasquez was conducting accountability of the

16   students.  So I was standing in the doorway, he was

17   doing accountability of the students.

18             And during that time, probably a minute -- 45

19   seconds to a minute from handing the fuse back to Mr.

20   Fabozzi and standing in that doorway with Sergeant

21   Vasquez getting accountability, the detonation occurred

22   of the fuse, and that was right outside the door.  When

23   the detonation occurred, I -- I immediately closed the

24   door -- as Vasquez was still doing accountability, all

25   the students were inside, closed the door, and turned
```

1    around and saw Mr. Fabozzi bleeding.

2        Q    Okay.  About how many people did you interact

3    with from the time you handed the UXO back to Mr.

4    Fabozzi and the time the explosion went off?

5        A    Zero.  I was standing in the doorway waiting

6    for Sergeant Vasquez to finish accountability and then I

7    was going to address the UXO with him, which is why I

8    said there was at no point a time to do the training

9    timeout.  Although -- I mean, if I would have done a

10   training timeout, we -- we would have been at a

11   standstill outside of our safe bunker waiting for 3,000

12   pound shots to go off.

13          So how we -- how we train our gate guards, if

14   someone walks up to you with something explosive, hey,

15   they picked it up, turn them around, tell them to go put

16   it down.  And then as a gate guard, you'll set up a

17   cordon and then call EOD to come and respond.  So I went

18   with the same principle: hey, you picked this up, go put

19   it down.  And then before I had the opportunity to

20   address it with the RSO, it went off in his hands.

21          MR. ALSAFFAR:  Okay.  What I'd like to do

22   is, Court Reporter, can we mark -- thank you, Mr.

23   Mattes.  Can we mark this exhibit, US 31, as Exhibit

24   Number 3?

25          THE REPORTER:  Okay.  Just one moment.

1          (Exhibit 3 marked for identification.)

2               THE REPORTER:  I think it added it to the

3     first page.  Let me just go back.

4               MR. ALSAFFAR:  Yeah, let's put it on the

5     first page.  Let me share with all.  You should see the

6     first page now.

7               THE REPORTER:  Thank you.  Yes, that is

8     good.  Thanks so much.

9               MR. ALSAFFAR:  Did you mark it?

10              THE REPORTER:  Yes, sorry.

11              MR. ALSAFFAR:  That's okay.  I just can't

12    see it.  I can't see the mark, so that's why I was --

13              THE REPORTER:  It's okay.

14              MR. ALSAFFAR:  -- asking.

15              THE REPORTER:  Yeah, it's there on my

16    end, so we should be good.

17              MR. ALSAFFAR:  Okay.  Let's see here.  I

18    am not going to stop this -- we're almost done -- until

19    I see the marking on it.  So I'm going to marked

20    exhibits and I'm not seeing it as marked yet.

21              THE REPORTER:  It has to be --

22              MR. ALSAFFAR:  Do I want to --

23              THE REPORTER:  Yeah, it has to be closed

24    before it'll show --

25              MR. ALSAFFAR:  Got it.

```
 1                THE REPORTER:  -- up at marked exhibits
 2    area.
 3                MR. ALSAFFAR:  Okay.  I think I closed
 4    it.  And we go back to marked.  Okay.  You're right.
 5    This is why we do this.  Okay.  So it is marked.  Great.
 6    BY MR. ALSAFFAR:
 7        Q    Now, Mr. Mattes, this is one of those
 8    exercises we have to do just for identification.  I'm
 9    going to go back to your -- the part of Exhibit USN 31,
10    Exhibit 3.  That's your statement.  Just find it again
11    and then I'll bring you to it.  So give me a second.
12    Okay.  Just tell me when you -- I hope when you see page
13    26, which is your typewritten statement.  And it's
14    thinking right now, just tell me when it's there for
15    you.
16        A    Okay.
17        Q    Tell you what, let's start with this page.
18    Can you see -- this is page 25 of Exhibit Number 3.
19    This is your handwritten portion of your statement.  Do
20    you see that on your screen?
21        A    I see the handwritten statement.
22        Q    Okay.  And then so page 24 is your handwritten
23    statement, correct?
24        A    Yes.
25        Q    Okay.  I'm going to go to page 25 of Exhibit
```

```
1    3.  That's your second page of your handwritten

2    statement, correct?

3         A    So page 25 is the second page of my

4    handwritten statement.

5         Q    Okay.  And then I'm going to show you -- give

6    me a second -- what we were looking at just a moment

7    ago.  Page 26, this is the typewritten version that you

8    put together of your statement of what happened,

9    correct?

10        A    Page 26 is the typed written version that I

11   created.

12        Q    Okay.  And this typewritten version, if you --

13   if you would, with me, I -- hopefully you can see it, I

14   scrolled to the bottom of the typewritten version.  Can

15   you see that?  That's your signature on the bottom,

16   correct?

17        A    That is correct.

18        Q    And it says 9/13/21 at 11:31 a.m.  That is the

19   date and the time that you made this statement on --

20   typewritten statement that's a part of Exhibit 3,

21   correct?

22        A    Correct.

23        Q    Okay.  Okay.  What I'd like to do right now is

24   let's go off the record for five minutes, Mr. Mattes,

25   since we've been going -- and I think we're close --
```

```
 1   we're very close to being done.  I'm just going to look

 2   at my notes to make sure there's any hanging questions I

 3   had.  So let's just take a break, go to the restroom,

 4   and we'll be back in five minutes.  Okay?

 5              MR. FISHER:  Okay.

 6              THE REPORTER:  Off the record at 11:54

 7   a.m., Eastern Standard Time.

 8       (Off the record.)

 9              THE REPORTER:  On the record at 12:03

10   p.m., Eastern Standard Time.

11   BY MR. ALSAFFAR:

12       Q   Mr. Mattes, just want to make sure that as

13   we're closing this out, did you understand all the

14   questions that I asked you?  And if you didn't, did you

15   clarify for me so that all of your answers were

16   accurate?

17       A   Yes.

18       Q   Okay.  Was I polite to you?

19       A   Yes.

20              MR. FISHER:  That's a very subjective

21   question, Jamal.

22              MR. ALSAFFAR:  Well, I think he said yes.

23   Peter, we'll have to talk about what you felt like.

24              THE WITNESS:  I've been treated worse.

25              MR. ALSAFFAR:  And I just wanted to just
```

 1    thank you for your time, Mr. Mattes.  I know this is

 2    very -- these are always -- we're always asking you to

 3    take time out from much more important things.  So I

 4    want to thank you not only for your service, but for

 5    your time and giving us today.

 6                    I don't have any further questions.  I

 7    pass the witness to Mr. Fisher.

 8                    MR. FISHER:  I don't have any questions

 9    today.  We would ask that he read the deposition.

10                    THE REPORTER:  Excellent.  And Mr.

11    Fisher, you want me to send that to you?

12                    MR. FISHER:  Please.

13                    THE REPORTER:  Okay.  Excellent.

14                    And then, Mr. Alsaffar, you will be

15    purchasing the original copy of the transcript, correct?

16                    MR. ALSAFFAR:  I think that's correct.

17    But I'm going to let my -- we -- we've used you many

18    times, so I'm going to let my paralegal be the one to

19    arrange all the -- I don't want to undo what my

20    paralegal does.  So she'll -- Thelma will be the one to

21    give you our standard instructions on that if that's

22    okay.

23                    THE REPORTER:  Yeah.  Excellent.  I'm

24    with you guys for the other depositions today, too.

25                    MR. ALSAFFAR:  Yes.

1            THE REPORTER:  So afterward, I'll just

2    shoot her an email.

3            MR. ALSAFFAR:  Yeah, just shoot her an

4    email.  She'll tell you what we need and all that.  I

5    just don't --

6            THE REPORTER:  Okay.

7            MR. ALSAFFAR:  -- want to screw up.

8            MR. FISHER:  Fair enough.

9            THE REPORTER:  And then, Mr. Fisher, did

10   you want to purchase a copy of the transcript?

11           MR. FISHER:  I'm not authorized to do it

12   today day.  We'll have to get back in touch with you.

13           THE REPORTER:  Okay.  Yes.  No problem.

14           So we are going off the record.  Time is

15   12:05 p.m. Eastern Standard Time.

16        (Proceedings concluded at 12:05 p.m.)

17           (Read and Sign requested.)

18                    *  *  *  *  *

19

20

21

22

23

24

25

```
 1                  CERTIFICATE OF REPORTER

 2

 3           I, Skyler Daniels, hereby certify:

 4           That the foregoing proceedings were taken

 5    before me at the time and place therein set forth;

 6           That the proceedings were recorded by me and

 7    thereafter formatted into a full, true, and correct

 8    transcript of same;

 9           I further certify that I am neither counsel

10    for nor related to any parties to said action, nor in

11    any way interested in the outcome thereof.

12

13           DATED, this 1st day of February 2024.

14

15

16           _____

17           Skyler Daniels, CER-1973

18           Court Reporter

19

20

21

22

23

24

25
```

1                     A C K N O W L E D G E M E N T

2

3              I do hereby certify that having been first

4       duly sworn to testify to the truth, I gave the above

5       testimony on January 18, 2024.

6

7              I further certify that the foregoing

8       transcript is a true and correct transcript of the

9       testimony given by me at the time and place specified.

10

11

12                               _____

13                               SEAN MATTES

14

15       Sworn to before me this ____ day of _____, 20__

16

17

18       _____

19       Notary Public

20

21

22

23

24

25

E R R A T A   S H E E T

Deponent:  SEAN MATTES

Deposition Date:  Thursday, January 18, 2024

PAGE   LINE   CHANGE FROM/TO    REASON FOR CHANGE

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

_____ _____ _____  _____

Under penalties of perjury, I declare that I have

read the foregoing deposition and hereby affix my

signature that same is true and correct, except as noted

above.

_____        _____

SEAN MATTES                   Date

Sworn to before me this ___ day of _____, 20__

_____

Notary Public

**WORD**
**INDEX**

**< 1 >**
**1**    4:5
23:15,
18    24:11
**10**    36:9
57:10
58:10,
20    72:12
**10:03**
1:17
5:4
**100**
42:14
57:18
**10th**
17:12
18:10
19:25
20:14
25:6
27:3, 11
28:21,
24    29:7,
12, 16
39:16
42:11
**11**    5:7
**11:31**
90:18
**11:54**
91:6
**111**    2:15
**1114**    2:5
**114**
11:24
**12:03**
91:9
**12:05**
1:18
93:15, 16

**15**
34:16
35:4, 13
37:10
84:17
**18**    1:16
95:5
96:1
**18th**    5:3
**1st**
94:13

**< 2 >**
**2**    4:6
24:11
35:13
60:11,
15, 18, 24
**2:54**
65:17, 19
**20**    73:4
84:2
95:15
96:1
**2019**
62:24
**2021**
17:14
18:10
19:25
20:14
25:6
27:3, 11
28:21,
24    29:7,
12, 16
34:20
36:9
39:16
42:11
58:10,
20    62:1

**65:17**
72:12
**2024**
1:16
5:3
94:13
95:5
96:1
**21**    69:2
**21st**
62:1
**22**    69:2
**22170**
1:21
**22nd**
65:17
**23**    4:5
**24**    89:22
**25**
89:18,
25    90:3
**26**
71:10,
13    72:5
89:13
90:7, 10

**< 3 >**
**3**    4:7
24:11
25:3
87:24
88:1
89:10,
18    90:1,
20
**3,000**
76:23
87:11
**3:23-CV-
10474-TKW-
HTC**    1:9

**5:12**
**30**    48:22
**300**    83:4
**31**    67:4,
7, 8, 11
70:24
72:20
87:23
89:9
**32301**
2:16

**< 4 >**
**4:22**
62:1, 3
**410**    2:6
**45**    86:18
**456**    5:8

**< 5 >**
**500**
57:18
**51**    30:5,
12, 14
**52**
17:17
21:17
30:6, 12,
15, 16,
17
55:15
74:16
**52N**
73:18, 22
**56**    72:20

**< 6 >**
**60**    4:6

**< 7 >**
**7**    3:4
**73rd**
26:24

**78746**
2:7

**< 8 >**
**8023.11D**
62:23
**88**    4:7

**< 9 >**
**9/10/21**
34:9
35:19
48:4
**9/13/21**
90:18
**90**    11:25

**< A >**
**a.m**
1:17
5:4
90:18
91:7
**AAE**
61:7, 8
62:7
**able**
7:23
12:15
33:11
74:18

**absolutely**
13:13
36:7
78:3, 6,
10
**accepting**
49:23
**accidental
ly**    13:11
**accountabi
lity**

86:15,
17, 21,
24   87:6
**accurate**
13:23
31:5
64:10
91:16

**accurately**
31:5
**acknowledg**
**ed**
78:16
79:1
**acknowledg**
**ment**
79:9
**acronyms**
18:4
32:20
**action**
27:10,
15
49:12,
15, 18,
21, 25
50:3
94:10
**active**
79:22
81:25
**Adams**
2:15
**added**
88:2

**additional**
20:9
**address**
87:7, 20
**admission**
6:10

**AE**
63:21
64:3, 19,
21, 25
**AFB**   2:22
**affirm**
7:5
**affix**
96:1
**afterward**
93:1
**ago**   90:7
**agree**
6:7, 9
65:7
**agreement**
14:12, 16
**ahead**
16:22
36:2
43:14
45:18
47:16
48:10
53:10
58:16
59:12
60:11
71:20
72:10
78:15
84:1
**aids**
40:16
**Air**
17:16,
22
21:17
26:23
30:18,
21, 22
31:4
34:19

35:20
36:14,
17
37:25
38:5
39:17
44:12
46:10
47:2
49:13,
22   55:12
**al**   5:11
**allow**
84:24, 25
**allowed**
14:25
**ALSAFFAR**
2:3, 8
3:4
5:18
6:13, 14
7:15, 17
10:19,
20, 23
11:1, 5
23:14,
19
25:20,
23   26:1
36:4, 6,
8   44:17,
20   46:5,
7, 22
47:13,
15
48:11,
13   49:2,
5, 7
50:6, 7
58:18
59:14
60:10,
17   64:6

66:4, 20,
22   67:2,
21, 24
68:1, 7
69:25
71:7, 12,
16, 20,
22   72:2,
4, 18, 21
73:9, 16
87:21
88:4, 9,
11, 14,
17, 22,
25   89:3,
6   91:11,
22, 25
92:14,
16, 25
93:3, 7
**alternativ**
**e**   83:11
**ambulance**
53:4, 5,
14, 18, 22
**AMERICA**
1:9
5:12, 22
**and/or**
6:9
**answer**
13:7, 10
14:3, 4,
12, 14,
15
16:19,
20, 22
29:14
30:4
36:2
40:19
47:16

64:10
79:24
**answered**
30:3
38:24
56:2
**answers**
13:16
91:15
**Anybody**
23:1
25:13
27:18,
24   28:1
31:20
46:3, 15
47:1, 25
49:12,
22   82:6,
17   83:3
**anytime**
10:3
16:3, 18
36:7
67:13
**apologize**
9:7
28:16,
18   30:1
**apparent**
77:25
**Appearing**
2:12, 19
5:22, 23
**applicable**
22:3
**apply**
21:16,
19, 25
**appreciate**
66:25

**approached**
  39:*18*
  74:*10*
  75:4
**approaching**  75:*8*
**appropriate**  39:*1*
**approximately**  5:4
**area**
  50:*14*,
  *18*  51:3
  52:*11*
  54:3
  55:*10*,
  *20*  56:3
  61:*8*
  62:*8*
  73:23
  81:*18*
  89:2
**Army**
  5:*24*
  17:*3*, *5*,
  *9*  26:*21*,
  *23*  27:5
  63:6
**arrange**
  92:*19*
**arrival**
  73:*18*,
  *22*  74:*1*
**art**
  32:*1*, *8*
  35:*4*, *15*,
  *24*
  36:*12*,
  *20*, *25*
  37:*9*, *10*,
  *15*, *20*
  38:*1*, *7*,

  *11*, *14*,
  *20*
  39:*14*,
  *20*, *22*
  40:*17*
  41:*15*
  44:*15*,
  *22*   48:5
  49:*16*,
  *19*   50:4
**artistry**
  44:*9*
**artwork**
  43:*23*
  44:*1*, *4*
  45:*1*, *6*,
  *16*
  46:*10*
  47:*3*, *8*,
  *10*   49:*24*
**asked**
  15:*20*
  16:*22*
  27:7
  28:*1*
  34:*17*
  39:*12*
  46:*2*, *3*,
  *25*
  49:*10*
  56:*1*
  91:*14*
**asking**
  28:6
  29:*19*
  30:*11*
  33:*14*
  35:*8*, *12*
  44:*2*
  46:*6*, *14*
  54:*21*,
  *25*
  79:*12*

  88:*14*
  92:*2*
**ASSISTANT**
  2:*14*
**assisting**
  74:*20*

**associated**
  28:3
**assumed**
  46:*3*
**assuming**
  25:*17*
  26:*11*
  28:*13*
  41:*18*
  82:8

**assumption**
  45:*23*
  77:*4*
  79:*15*
**attached**
  15:*18*
**attend**
  61:6
  62:5
**attended**
  65:*22*
**attorney**
  5:*17*
  6:*13*, *16*,
  *19*
  22:*20*
  24:5
  26:4
**attorneys**
  16:*15*
  54:*9*

**ATTORNEY'S**
  2:*14*, *23*

**audio**
  6:*9*
  16:7
  29:*25*
  30:3
**audiovisual**  6:*9*
**August**
  62:*24*
**Austin**
  2:7
**authored**
  25:5

**authorized**
  93:*11*
**available**
  4:2
**avoid**
  73:7
**awards**
  32:2
**aware**
  29:3
  34:*12*
  35:*14*,
  *16*, *17*,
  *18*
  36:*19*,
  *22*   37:*2*,
  *8*   38:*19*
  46:*16*,
  *24*
  49:*10*,
  *17*, *18*
  50:2
  55:*25*
  58:*22*,
  *23*  59:*3*,
  *4*, *11*, *13*,
  *16*, *22*,
  *25*   62:*12*

**axis**
  80:*17*

**< B >**
**back**
  8:*9*
  12:*6*, *18*,
  *19*  22:*6*,
  *17*  23:*3*
  25:*8*
  39:*10*
  55:*17*
  61:*24*
  70:*22*
  71:*23*
  72:5
  75:*10*,
  *15*
  76:*20*
  77:2
  79:*10*
  81:5
  86:*1*, *4*,
  *12*, *19*
  87:3
  88:3
  89:*4*, *9*
  91:4
  93:*12*

**background**
  7:*22*
  8:*17*
  9:*16*
  12:*20*
  16:*24*
  25:*24*
  31:9
  44:*10*
**badge**
  77:5
**ballpark**
  28:9

34:*10*
35:*14*
84:*1*
**Base**
 17:*17,*
*23*
 21:*17*
 26:*22,*
*23*
 30:*19,*
*21, 23*
 31:*4*
 32:*17*
 33:*5*
 34:*19*
 35:*3, 5,*
*6, 21*
 36:*14,*
*18*   37:*1,*
*11, 12,*
*25*   38:*5*
 39:*18*
 44:*12*
 46:*10,*
*11, 16*
 47:*2*
 49:*13,*
*22*
 55:*12*
 58:*6*
 59:*1, 2*
**based**
 38:*17*
 48:*14*
 58:*19*
 77:*22, 25*
**basics**
 8:*24*
**basis**
 6:*10*
**Bates**
 72:*19*

**bathroom**
 14:*22*
 53:*12,*
*18, 23*
**Battalion**
 26:*24*
**Beall**
 69:*10*
**began**
 74:*20*
**beginning**
 12:*20*
 15:*6, 14*
 23:*4*
**behalf**
 6:*4*
**believe**
 24:*24*
 51:*12*
 69:*10*
 81:*22*
**bell**
 32:*4*
**best**
 8:*3*
 14:*15*
 16:*2*
 29:*18,*
*21, 24*
 30:*9*
 33:*4*
**better**
 11:*3*
 20:*11*
**big**
 10:*13*
**bit**
 8:*17*
 9:*7*
 11:*21,*
*22*   13:*5*
 16:*25*
 20:*12*

22:*16*
28:*22*
32:*6*
41:*2*
42:*3*
50:*8*
51:*6*
53:*5*
71:*9*
72:*14,*
*23*   75:*1*
**blanket**
 42:*13*
**blast**
 50:*16*
**bleeding**
 87:*1*
**blurred**
 7:*22*
**bold**
 11:*13, 17*
**bomb**
 34:*5, 12*
 35:*5, 15,*
*23*
 36:*13*
 39:*3*
 41:*4*
 44:*6, 13,*
*22*
 49:*15,*
*19, 24*
 50:*3*
 84:*5*
**bombs**
 32:*12*
 33:*3, 16*
 38:*1*
 84:*10*
**boots**
 75:*7*
**bottom**
 11:*18*

67:*7*
68:*5, 8*
90:*14, 15*
**Boulevard**
 2:*5*
**branch**
 35:*22*
**break**
 14:*21,*
*25*   15:*4*
 20:*12*
 41:*2*
 48:*23*
 75:*24*
 77:*8*
 82:*20*
 91:*3*
**breaking**
 28:*17*
**BREES**
 2:*3*
**brief**
 56:*12,*
*13, 15,*
*17*   57:*6,*
*14*
**briefed**
 80:*3*
**briefing**
 58:*1, 21*
 59:*3, 6,*
*8, 17, 19,*
*22*
 62:*12*
 63:*10,*
*19*   64:*2,*
*14*
**briefings**
 56:*11,*
*19*   57:*3*
**Bring**
 10:*21,*
*24*   21:*1*

24:*1, 8*
26:*8*
31:*17*
42:*23*
62:*18*
68:*6*
71:*4*
89:*11*
**bringing**
 65:*15*
 70:*18*
**Broadway**
 5:*7*
**brought**
 66:*8*
 71:*10*
**build**
 20:*17*
**building**
 30:*15*
**built**
 84:*9*
**bunch**
 67:*8*
**bunker**
 43:*4, 19*
 50:*10,*
*14*
 73:*23*
 74:*3, 5,*
*7, 9, 21*
 75:*3, 17,*
*19*   77:*1,*
*3*   83:*25*
 84:*4, 5,*
*17, 20,*
*21, 23,*
*24*   85:*1,*
*5, 8, 13,*
*14, 20,*
*21*
 86:*14*
 87:*11*

button
 10:22
 68:3

< C >
call
 9:3
 77:17
 82:6
 87:17
called
 7:11
 9:3, 23
 33:17
calls
 63:6, 7
camera
 8:3
 66:9
Camerin
 2:23
Captain
 69:10
 70:4
captured
 6:12
capturing
 6:8
Case
 1:8
 5:12
 47:10
causing
 83:19
center
 80:17
CER-1973
 1:20
 94:17
certain
 8:14
CERTIFICAT
E   94:1

certificat
ion
 18:2, 12,
 16
 19:22
 20:2
certified
 19:6, 25
certify
 94:3, 9
 95:3, 7
cetera
 36:12
 39:22
 47:23
 51:9
 52:10
 54:2
 68:23
chain
 60:18
 62:16
change
 32:10
 33:24
 34:3
 96:1
check
 78:24
CHENG
 2:3
Chief
 70:5, 7
circumstan
ces
 77:24, 25
civilian
 18:5
clarify
 91:15
clarity
 66:17
 67:1

Class
 18:1
 86:15
classroom
 57:11,
 15, 22
clear
 29:20
 55:9
 66:21
 73:21
 74:3, 11
 83:3
close
 12:17
 49:8
 54:19
 85:9
 90:25
 91:1
closed
 86:23,
 25
 88:23
 89:3
closing
 37:21
 91:13

colleagues
 28:3
 31:16
collect
 41:14
 43:25
collected
 44:19,
 21   48:1

collecting
 38:7
come
 43:8

59:2
 87:17
comes
 13:5
 75:12
 76:4
 80:6
comfortabl
e   8:21
 9:9
 64:10
coming
 58:6
command
 69:10
 70:9

commanders
 36:10

commanding
 35:20
committee
 27:14
common
 32:16
 40:9, 13,
 22, 23
 41:8, 12
 53:3
 54:12
communicat
e   82:17
communicat
ed   79:5
communicat
ion
 79:21
communicat
ions
 25:8, 18

Company
 26:25
 27:1
complaint
 31:17
comport
 61:11
comports
 62:10
concern
 21:2

concerning
 11:17
 25:6
concerns
 20:19
concluded
 93:16

conclusion
 69:23
conclusion
s   69:11,
 17
concrete
 54:23
 84:8
conducted
 6:4

conducting
 86:15
conference
s   9:6
confirmed
 80:22, 24
confusing
 41:1

connection
 29:2

connectivity 16:3
considered
19:2, 8
30:21
consultation 65:20
continue
13:13
continued
75:16
contradictory 58:7
control
43:19
50:10
56:12, 13, 15
57:6, 14
58:1, 21
59:3, 5
63:10
64:1, 14
73:23
74:6
controls
56:18
conversation
13:19, 21, 25
conversations
27:18
46:15
48:14
cool
45:23
76:12
78:25

copy
92:15
93:10
cordon
87:17
corner
10:22
corollary
51:24
52:15
correct
17:17
20:2, 3
22:24, 25
23:21, 22
25:18, 19
29:13
32:25
33:8, 9, 18, 19, 24, 25
38:2, 18
41:10, 11, 22
43:20
48:7, 8, 12, 17, 18
50:10
52:14, 25
56:25
57:1, 24
58:2, 3
61:16, 19 62:2, 13, 14
63:5, 10, 22, 25
64:7, 16,

20  66:1
73:24, 25  74:7, 8, 12, 13, 23
75:22
77:11
78:4, 17
79:1, 6
80:12, 13  82:3, 22  83:5, 17, 18, 21, 22
84:5, 6, 7, 11, 12, 17, 24
85:15, 22, 23
86:7
89:23
90:2, 9, 16, 17, 21, 22
92:15, 16  94:7
95:8
96:1
correctly
14:3
74:16, 22
counsel
5:15, 24
7:14
94:9
country
8:20
couple
11:4
30:8
35:2
course
27:4

COURT
1:1
5:13
87:22
94:18
courtroom
15:10, 19
cover
60:12, 13
create
32:1
created
90:11
Creek
2:5
current
26:21
27:1
currently
76:24
cut  30:3
CV  24:13

< D >
Daniels
1:20
5:6
94:3, 17
DATE
1:16
5:3
17:11, 14  47:7
90:19
96:1
dated
69:2
94:13
day
17:16, 22, 24
18:14
19:3, 5,

12, 15, 20, 24, 25  20:6, 16  21:8
22:3, 12
32:11
33:13
39:16
42:14
56:21, 22, 24
57:4, 16, 18, 19, 23  58:2
59:7, 9, 17, 20
61:15
62:11, 13  85:2
93:12
94:13
95:15
96:1
days
42:22
57:19
deck
30:14
declare
96:1
Defendant
1:10
2:19
5:22
Defender
26:25
define
42:17
50:23
56:14

definition

11:7
51:4
deliberately   13:3

demarcated
56:4
demeanor
78:11
department
17:9
24:18, 21
depends
54:14
depo
60:13
Deponent
96:1

DEPOSITION
1:12
5:10
6:2, 3
8:2, 18,
19   9:19,
20, 24
12:22
14:18
15:7, 15,
25
16:14
22:19
23:8, 9,
15   24:4,
7, 17
25:1
26:6, 9
27:17,
22   92:9
96:1

depositions   27:19
92:24
DESCRIPTION   4:4
19:15

designated
5:7
details
8:12

determined
83:1
detonate
81:12

detonation
41:6, 7,
8, 13, 18
86:21, 23
device
75:21
78:2
81:12
different
8:20
19:11
40:8
61:17
65:4, 6
directed
35:22
directly
48:15
76:22
disciplinary
27:10,
13, 15
49:12,
15, 18,

21, 25
50:3

discipline
49:11

discussing
51:6

dismounted
74:2, 5
disposal
40:12

disruption
29:25
distinction   42:3
distinguished   43:7
DISTRICT
1:1, 2
5:13, 14
DIVISION
1:3
5:14
70:4
Dixon
2:23
22:23
73:12
DN   4:5
document
9:18, 19
12:5, 11
65:4
67:3, 4,
5, 18, 20,
23
68:13,
15, 16
69:1, 6
70:20

documents
12:12,
14, 15
24:8, 16
25:5, 7
26:2, 3,
8, 17
69:15
dog
62:24
doing
8:7, 13,
19   9:13
11:3
12:24
13:15
15:2
16:17
37:18
40:24
71:15
86:17, 24
door
75:20
86:22,
24, 25
doors
84:22,
23, 25
85:4, 7,
9
doorway
86:16,
20   87:5
Douglas
60:19, 21
download
4:2
downrange
43:3, 18
51:13,
16   52:3,
4

downranged
51:11
Drive
48:25
55:6
drop
54:15
dropped
54:15
duly
7:11
95:4
duties
17:24
19:20
20:5, 10,
15, 20
duty
19:17
21:1

< E >
earlier
21:13
51:6
73:24
75:3
79:5
early
34:25
Eastern
5:4
91:7, 10
93:15
easy
15:11
Eddie
18:1
edge
54:16
efficient
12:14

Eglin
 2:22
 17:16,
22
 21:17
 26:23
 30:18,
21, 22
 31:4
 32:9
 34:4, 19
 35:20
 36:14,
17
 37:24
 38:5
 39:17
 44:12
 45:4
 46:10
 47:2
 49:13,
22   55:11
either
 16:15
 26:3
 27:14
 28:4
 40:14
 82:14
electric
 57:18

elementary
 9:7
Email
 4:6
 25:18
 60:7, 18
 62:1
 64:1, 11,
16   65:3
 93:2, 4

emails
 25:4, 8
employed
 17:4
 26:22
employee
 65:8
employees
 63:20
 64:2, 15,
17, 23
employer
 17:2
 26:21

employment
 27:5
ensure
 8:1, 2
 21:7
 36:12
EOD
 32:18,
21, 22
 38:3, 19
 39:2
 40:11,
14, 15
 41:9, 13
 43:22,
25   44:3
 45:4, 20
 46:13
 47:1, 24
 48:3, 15
 50:3
 77:6
 80:6
 87:17
EODs
 52:1
EOT
 45:14

escort
 75:16
escorted
 77:3
 86:13

especially
 8:18
 44:5
ESQUIRE
 2:8, 10,
17
essentiall
y   84:9
estimate
 35:7, 9
estimated
 76:25
 82:2
ET   1:17,
18   5:11
 36:12
 39:22
 47:23
 51:9
 52:10
 54:2
 68:23
everybody
 18:3
 22:21
 51:7

everything'
s   69:24
 70:10
exactly
 66:13,
23, 24
EXAMINATIO
N   3:3
 7:16
 10:11

example
 21:12,
14
 28:17
 30:24
 46:8
 54:5
Excellent
 92:10,
13, 23
exercise
 41:20
 43:2
exercises
 89:8
EXHIBIT
 4:4
 23:4, 15,
18   24:2
 39:13
 60:1, 11,
12, 15,
18, 24
 66:5
 87:23
 88:1
 89:9, 10,
18, 25
 90:20
exhibits
 23:7
 39:10
 88:20
 89:1
explain
 17:21
 18:6
 42:2
 47:21
 75:5, 6
explained
 16:16
 69:22

explode
 79:23
 82:17
 83:20
exploding
 84:10
explosion
 17:17
 21:18
 25:6, 10,
15   27:2
 28:4
 31:18,
21
 32:11
 34:9, 14,
20
 35:16,
19   36:9,
19, 21
 38:21,
23, 25
 39:15,
16, 23
 48:17
 59:1, 9
 69:12
 75:20,
21   85:2,
10, 14
 87:4

explosions
 85:22
explosive
 32:13
 40:12
 60:19
 78:2
 80:5
 81:10
 87:14

explosives
  32:14
expound
  47:22
expressed
  48:4

< F >
FABOZZI
  1:5, 6
  5:11, 19
  17:16
  19:13
  25:7
  28:22,
  24
  29:15,
  22   31:2,
  10
  36:23
  38:21
  43:3
  46:9
  47:4, 8
  48:4
  49:24
  57:25
  58:9
  59:6
  66:1
  74:12
  75:11,
  22   77:9,
  23   78:1
  81:14,
  23
  82:21
  83:14,
  24
  84:15,
  16, 18
  85:3, 19

86:5, 20
87:1, 4
fair
  14:16
  19:14,
  24   20:8
  21:22
  22:4
  34:7
  38:8
  45:13
  46:23
  59:18
  82:23
  83:13
  85:11
  93:8
fairly
  14:3
  54:19
fall
  20:24
familiar
  18:19
  21:15,
  18   32:3
  50:9, 25
  56:11
  60:2
  63:2
  68:25
  69:7
family
  5:19
far
  59:16
  83:24
fault
  11:2
  61:23
February
  94:13

federal
  27:5
feed
  8:3, 7
feel
  9:9
  16:10
  73:12
feet
  83:4
  84:2, 17
  85:20
fellow
  31:16
felt
  91:23
Fifteen
  17:6
  57:8
  84:2
fifth
  57:21
figure
  39:25
  79:16
filed
  5:13
find
  36:24
  56:17
  69:17
  80:18,
  19   89:10
fine
  12:3
  13:7, 21
  14:23
  16:8, 9
  21:12
  46:6
  53:20

finish
  13:6
  87:6
fired
  82:1
first
  8:23
  9:12
  14:13
  17:25
  28:17,
  23   29:7
  37:23
  57:22
  70:15
  75:3
  86:15
  88:3, 5,
  6   95:3
Fisher
  2:17
  5:21
  6:19, 21
  16:15
  22:21,
  24   24:6
  25:22
  27:23
  28:7, 8
  35:25
  44:16
  47:12
  48:9
  49:4
  50:1
  54:9
  58:15
  59:12
  64:5
  66:3, 16,
  21
  67:14,
  17, 22,

25
  68:16
  69:20
  91:5, 20
  92:7, 8,
  11, 12
  93:8, 9,
  11
five
  30:8, 9
  57:10,
  17
  76:25
  81:25
  82:2
  86:12
  90:24
  91:4
fix
  23:16
FLORIDA
  1:2
  2:16
  5:14
folks
  19:13
  26:4
  31:16
  37:11,
  12   38:2
  41:16,
  20, 21
  43:2
  44:11
  45:16
  46:10
  48:6
  71:3
  86:2
followed
  22:11
  29:10

follows
 7:12
Force
 17:16, 22
 21:17
 26:23
 30:19, 21, 22
 31:4
 34:19
 35:21
 36:14, 17
 37:25
 38:5
 39:17
 44:12
 46:11
 47:2
 49:13, 22   55:12
foregoing
 94:4
 95:7
 96:1
forget
 15:12
form
 36:1, 11
 40:8
 44:16
 45:17
 46:21
 47:12
 48:9
 50:1
 58:15
 59:12
 64:5
 66:3
 69:20

formally
 69:22
formatted
 94:7
forth
 25:9
 94:5
found
 74:15
four
 57:19
 76:25
 81:25
 82:2
frag
 37:5
 40:6, 7, 8, 11
 45:22
 48:1
 57:17, 18
fragment
 31:25
 32:7
 40:14
 43:22
 45:15
 46:1
fragmentat ion
 32:12
 33:12
 43:25
 44:19
 45:5
 50:16
fragmentat ions
 44:22
fragments
 33:3, 16
 34:6, 12
 35:5, 15,

23
 36:13, 21, 25
 37:25
 38:7, 14
 39:3, 4, 14, 19, 20   41:9
 44:5, 14
 46:11
 47:3, 8, 11   48:6
 49:16, 19, 23
 50:3
frags
 41:14
free
 16:10
 73:12
freeze
 16:5
friends
 28:2
FROM/TO
 96:1
front
 26:12
 61:19
 62:18
 70:15, 19   75:9
full
 14:12, 14
 40:18
 94:7
fun
 73:13
function
 65:9
further
 65:20

92:6
 94:9
 95:7
fuse
 75:14
 76:2, 14, 15, 16, 24
 77:10, 13, 25
 78:2, 6, 10, 12, 17   79:1, 2, 7, 10, 16, 17, 22, 23
 80:23, 24   81:2, 8, 10, 23
 82:4, 12, 21, 24
 83:12, 13, 24
 84:18
 86:3, 11, 19, 22
fuze
 74:15, 18

< G >
gate
 87:13, 16
gather
 41:9
generally
 33:4
 40:1
 70:8
getting
 18:11
 40:25
 42:19
 74:21

75:19
 86:21
gift
 33:23
gifts
 32:10, 15   33:2, 17, 20
 34:5, 11
 39:2, 3
 48:2
 50:4, 5
give
 7:6
 14:12, 15
 16:10
 39:11
 43:22
 44:14
 46:1, 8
 57:14
 64:9
 89:11
 90:5
 92:21
given
 12:22
 15:7
 49:15
 56:23
 57:3, 11, 13   59:2
 63:20
 64:2, 14, 23
 82:13, 24
 83:12, 14   95:9
giving
 13:10, 16

49:23
50:4
92:5
**glad**
11:2
**glitch**
72:3
**glitching**
71:8
**go**   8:16
12:13,
19
14:22
16:21,
24
22:14
23:3
33:11
36:2
40:5, 11
43:14
45:18
47:16
48:10
53:10,
11, 18,
19, 22
58:16
59:12
60:11
65:4
66:25
70:12
71:20,
21   72:5,
10
75:11,
15
76:21
77:2, 6
78:15
79:11
81:6

83:2
84:1, 10,
24, 25
85:5, 8
86:3
87:12,
15, 18
88:3
89:4, 9,
25
90:24
91:3
**goes**
25:17
**going**
8:22
9:3, 12,
13, 16,
21   10:6
11:6, 11,
15, 20,
21
12:12,
17, 25
13:9
16:2
21:15
22:6, 17
23:3, 5,
6, 16, 23,
25   24:1,
7, 10
25:8
29:9
32:15
35:9, 25
39:9, 10
43:3
45:20,
24
48:19,
20, 21,
22

55:17
61:2
62:15,
16, 17
65:15
68:6, 11
70:13
72:5, 23
85:9
86:1
87:7
88:18,
19   89:9,
25   90:5,
25   91:1
92:17,
18   93:14
**Good**
5:2
7:18, 19,
20
12:24
13:15
30:24
31:10
39:22
49:1, 4
69:24
88:8, 16
**Gossip**
47:20

**government**
68:15,
17, 19
**governs**
6:6
**grass**
54:11,
20, 22,
24   55:6,
18, 19,
22   56:5,

7, 8
74:20
**Great**
11:11,
15   12:9
15:23
21:12,
14   23:3,
12
26:14
46:23
55:17
72:13
73:9
83:20
89:5
**ground**
12:21
80:5
**guard**
87:16
**guards**
87:13
**guess**
21:10
30:16,
21
54:14
69:22
**guy**
46:18
**guys**
53:6, 17
92:24

**< H >**
**half**
30:16
**hand**
6:25
9:1
15:8
74:11

75:4
77:18
78:22
80:7
**handed**
76:20
77:2, 24
78:7, 18,
25
79:10
81:5, 19,
23
83:24
84:14,
18   86:4,
11, 12
87:3
**handful**
29:25
30:6, 7
**handing**
45:20
86:19
**handled**
82:15
86:2
**handling**
61:8
62:7
82:25
83:13,
23
84:15
85:3
**hands**
75:12,
13   76:5,
13, 16
77:10
80:25
81:2, 7,
9, 24
82:5

85:17
86:5
87:20
handwriting 65:2,
8
handwritten 89:19,
21, 22
90:1, 4
hanging
52:19
91:2
happen
14:20
83:5, 8
happened
9:17
16:6
27:4, 10
34:20,
25
39:22
40:2
42:5
44:3
54:21
74:24
83:7
90:8
happening
40:3
59:9
85:10
happens
8:5
9:18
happy
14:7
hardball
53:23,
24   54:6,

16, 17
55:5, 16
hardworking 31:11
HARKNESS
2:3
harm
83:20
hazard
56:12,
13, 15
57:6, 14
58:1, 21
59:2, 5
63:9
64:1, 14
76:18
hazards
56:17
HCB
56:11,
22
57:20
58:1, 5,
11   61:6,
13   62:5
64:12,
13   65:22
HCCB
64:13
head
13:20
76:15
headquarters 65:21
heads
16:10
hear
7:20
16:4, 8,
9   31:23

heard
18:10,
18   75:20
help
26:5
27:19
73:7
77:19
79:13
helping
19:10
helps
22:15
Hey
13:24
39:21
53:22
69:24
76:12
78:24
87:14, 18
HIGGINBOTHAM   2:4

highlights
61:3
Hill
2:22
5:23
84:9
hired
59:2
hit   68:3
hold
23:8
hole
40:5
holes
42:15
43:16, 18
honesty
31:21

hope
89:12
hopefully
62:18
90:13
hosting
22:23
hour
14:19
28:10
48:21
hours
14:24
house
50:15
How's
57:12
Huling
60:20,
21
62:17,
22
63:18,
25
64:22
65:3, 14,
19
Huling's
63:14
64:9
65:16

< I >
idea
55:7
identification
23:18
60:15
88:1
89:8

identified
26:16

identifier
19:18
identify
5:15
10:16
11:12
22:19
40:12
74:18
77:19
79:13
80:15
imagine
53:11
immediately   74:19
77:13
86:13, 23
implement
21:6
important
9:8
13:1, 23
15:13
68:12
92:3
incident
17:12,
15   18:9
19:3, 14,
24   20:7
22:3
28:20
42:5, 12
55:12
56:20,
21, 22,
24

57:23
58:2, 9
include
  6:8
  20:20
  49:20
  58:24
includes
  28:2
including
  19:13
  36:23
  41:21
  58:9
indicate
  67:19
indicated
  66:17

indication
  79:19,
  20, 22
indiscerni
ble
  29:25
  47:13
informal
  15:10
  69:23
informatio
n    12:21
  70:3
informed
  69:9
initial
  64:24
injure
  83:20
injured
  28:23
inside
  53:14
  74:2

84:20,
24
85:13,
14   86:25

inspecting
  54:8
  80:8
  82:5, 13
  85:17
instances
  40:2
instruct
  16:20
  83:3

instructed
  35:22
instructio
n    18:25
  37:24
  62:25
  63:5
instructio
ns    21:4,
16, 24
  22:8, 10
  63:7
  92:21

instructor
  18:19
  19:2, 5,
6, 8, 12,
16, 18,
19   20:1,
5, 13, 16,
20   21:5,
10   22:8
  32:25
  35:20
  39:17,
19   43:9,

15
  45:22
  46:1, 13
  58:11
  80:6
  81:21
  82:15
instructor
s    18:23,
24
  31:17
  32:23,
24   33:5,
7, 12, 17,
21   34:2
  35:5
  36:11
  37:13,
14, 17,
24   38:5,
11, 13,
19   39:2
  40:5
  41:9, 13
  42:24
  43:21
  45:3, 14
  47:1
  51:9, 15,
18   52:1,
10
  54:10
  56:23
  57:3
  65:10
  74:2, 4
  81:18
  84:16, 20

instructor'
s    21:1
integrity
  31:21

intent
  64:8, 9
interact
  87:2

interacted
  31:12
interactio
n    86:13

interested
  94:11
interestin
g    19:4
  40:6
  73:5
Internet
  68:22
interrupt
  13:9, 11
interrupte
d    28:16
investigat
ion
  31:25
  69:11,
12, 23
  70:9
investigat
ions
  69:15, 18
involved
  29:16
ironwork
  44:7
item
  20:18
items
  24:10
it'll
  71:9
  88:24

its
  80:17

< J >
JACOB
  2:4, 10
  5:20
  6:16, 17
  45:17
  46:21
jalsaffar@
nationaltr

iallaw.com
  2:9
JAMAL
  2:8
  5:18
  67:15
  91:21
January
  1:16
  5:3
  95:5
  96:1
JOB
  1:21
  12:24
  13:15
  19:17
  20:15
  22:9
John
  55:15
journals
  25:4
judge
  15:20
jump
  23:23, 25

< K >

**Kapucinski**
70:5
**keep**
8:7
49:6
71:4
**kept**
55:19
**kind**
8:16
16:1
22:14,
17   27:9,
13   29:1,
2   35:1
44:8
49:11
59:8, 17
62:12
77:15
78:2
79:16
84:6
85:10
**knew**
29:5, 11
44:15
48:1
76:14
78:6, 10,
12
79:16
83:15
**know**
7:22
8:5, 13,
14   9:4,
20   10:4
11:3
13:11
14:7, 19
15:1, 3,

6, 8, 9
16:7, 11
21:22
22:15,
20   28:1,
24   29:1,
3, 10, 11
30:2
31:12
32:7
33:15
34:10
35:11,
12
36:16,
24   37:9,
10, 17,
23
38:10,
12
40:24
43:22
44:4, 9,
13, 17,
18   45:3,
8, 10, 12,
14, 21
46:2, 14,
19, 20,
24, 25
47:1, 7,
9, 17
51:7, 10,
22   53:1,
5, 7, 8
54:5, 17,
22   56:2
58:17
59:16
60:3, 20,
21
63:12
66:8, 13,

23, 24
67:4, 10
68:2, 18
76:1
78:1, 5
79:6, 9
80:14
81:4, 9
82:7, 16
84:22
92:1
**knowing**
30:25
**knowledge**
47:19
**known**
29:11
48:5
50:17

< L >
**labeled**
24:10
67:4
**lack**
66:17
**large**
32:12
40:6
**laws**   6:5
**laymen**
84:5
**leave**
34:4
**Legal**
1:19
5:7
**legs**
14:22
53:5
**lets**
68:18

**letters**
25:4
**Liaison**
26:23
**life**
44:5
**limit**
14:23
**line**
11:17
64:25
80:17
96:1
**lines**
64:20
**Listen**
46:17
**literal**
32:14
**little**
8:17
9:7
11:21,
22
12:20,
21   13:4,
5   16:25
20:12
22:16
24:19
28:22
32:6
41:2
42:2
47:22
50:8
51:6
53:5
67:6, 7
68:5
72:14,
23   73:8
75:1, 25

**located**
26:24
30:13,
14, 20
54:6
**LOCATION**
1:19
31:3
63:22
64:4, 19
**locations**
8:20
65:12
**logs**
25:4
**long**
12:12
15:2
17:4
28:7
34:18
49:9
57:6, 7,
8
**longer**
14:19
39:1
**look**
40:8
65:13
67:5
69:1
80:9
91:1
**looked**
23:7, 24
40:19
75:7, 14
76:19
81:3
**looking**
9:15
12:16

39:*11*
64:*19*
67:*20*
73:*15*
76:*6*
77:*14,*
*18, 20*
80:*20*
81:*24*
82:*25*
90:*6*
**looks**
67:*11*
**loops**
37:*21*
**Lost**   2:*5*
**lot**   9:*5*
30:*25*

< M >
**ma'am**
7:*8*
**main**
30:*15*
**making**
21:*13*
37:*9, 11,*
*14*   38:*1,*
*7, 11, 14*
41:*15*
46:*10*
47:*10*
49:*16,*
*19*   50:*4*
57:*21*
**manage**
20:*18*
**managing**
20:*21, 23*

**manipulate**
80:*15*

**Manny**
2:*24*
6:*1*
**mark**
23:*6, 14*
60:*11*
87:*22,*
*23*   88:*9,*
*12*
**marked**
23:*18*
60:*15*
88:*1, 19,*
*20*   89:*1,*
*4, 5*
**marking**
23:*7*
88:*19*
**markings**
61:*3*
77:*19*
**master**
77:*5*
**M-A-T**
7:*2*
**matter**
5:*11*
6:*6*
**MATTES**
1:*15*
3:*3*
4:*5*
5:*10*
6:*24*
7:*2, 8,*
*18*   8:*16*
13:*10,*
*24*
23:*15*
26:*16,*
*20*
27:*18*
28:*16*

30:*1*
47:*18*
68:*14*
73:*6*
87:*23*
89:*7*
90:*24*
91:*12*
92:*1*
95:*13*
96:*1*
**mean**
18:*4, 22*
19:*5*
43:*24*
45:*19*
50:*12*
53:*9*
54:*19*
56:*2*
57:*8*
67:*9*
74:*5*
77:*20*
87:*9*
**meaning**
30:*7*
34:*3*
43:*2*
44:*6*
54:*9*
78:*4*
81:*10*
84:*15*
85:*4*
**means**
6:*7, 9*
14:*13*
15:*9*
20:*13*
50:*24*
68:*14*
82:*7*

**meant**
31:*1*
**MEC**
63:*22*
64:*3, 19*
**medic**
28:*23*
29:*5, 8,*
*12, 15,*
*23*   30:*5,*
*13*   31:*2,*
*10, 11,*
*15, 18,*
*21*
42:*25*
65:*22,*
*25*
74:*10, 12*
**medics**
36:*23,*
*24*   37:*2*
38:*11*
41:*21,*
*25*
42:*14,*
*17*
43:*16,*
*17*
51:*10,*
*13, 17,*
*19*   52:*2,*
*4, 10, 12,*
*16, 22,*
*23*   53:*2,*
*4, 10, 16,*
*21*
57:*25*
58:*8, 10,*
*25*   59:*1,*
*6*   61:*6,*
*12*   62:*5,*
*11*

**meet**
28:*8*
29:*6*
**meeting**
22:*23*
28:*11,*
*13, 14, 15*

**memorandum**
69:*2*
**memory**
14:*15*
26:*6*
29:*19,*
*20, 24*
33:*4*
55:*4*
74:*24*
**mention**
42:*3*
**mentioned**
21:*13*
66:*6*

**mentioning**
79:*21*
**messages**
25:*9, 12*
**messing**
9:*14*
**metal**
75:*12*
**method**
6:*11*
**middle**
61:*5*
62:*4*
67:*9*
**mile**
30:*16*
**military**
19:*20*
21:*24*

25:14
26:4
27:11
31:16
32:2, 8
35:21
37:12
38:20
41:15
43:1, 2
46:12
47:2
48:6, 16
49:22
52:17,
18   53:3
58:5, 11,
13, 21
59:8, 24
mind
18:18
28:19,
21   30:4
minus
73:11
minute
57:8
86:18, 19
minutes
48:22
57:7, 8,
10
76:25
81:25
82:2
90:24
91:4
mistake
52:8
Mister
75:25
85:2

mitigate
56:18
Mm-hmm
85:23
MMPEH
63:21
moment
76:13
77:24
82:24
84:13
85:16
87:25
90:6
moments
75:6
months
34:22,
24   35:2,
3, 13
36:18,
21
39:23
58:19
morning
5:2
7:18, 19
57:17
move
12:4, 15
76:18
80:8
moving
49:6
80:15
mowed
55:19, 23
MPPEH
64:3, 19
MTO
19:19
multiple

20:17, 18

< N >
name
5:6
7:1
8:15
16:25
Naval
30:15,
20   34:4
Navy
19:1
24:18,
21   31:3
32:3, 9
34:19
35:21
38:6
44:12
45:4
46:10,
11
49:13
60:20
63:4, 7
NCO   27:1
NCOIC
70:4
near
43:4, 19
54:2, 21,
22
necessaril
y   20:23
need
8:3
14:21
15:1, 3
36:7
72:13
77:1
93:4

needed
85:6
negative
49:11
neither
94:9
never
14:19
31:12
42:1
43:16
46:3
55:6
58:5
69:22
New   5:8
N-O   63:2
Nobleza
2:24
6:1
nod
13:19
79:5
nomenclatu
re
75:14
76:19
77:16,
17, 20
80:18,
19   81:3
non
58:20
non-
electric
57:17
non-
military
41:21
nonverbal
79:20
normal
8:6

13:18,
21, 25
76:1
North
2:15
17:17
21:18
30:16,
17
55:15
74:16
NORTHERN
1:2
5:14
NOSSA
63:2
65:21
NOSSAINST
62:23
notary
7:12
95:19
96:1
note
24:19
noted
25:3
96:1
notes
25:4
91:2
Notice
9:19, 23
23:9
24:4, 6
noticing
5:16
Number
5:12
23:15
25:3
60:12
67:7, 11

68:14, 18, 24
77:15
87:24
89:18

< O >
oath
15:7, 14, 16, 18
object
35:25
44:16
45:17
46:21
47:12
48:9
50:1
58:15
59:12
64:5
66:3
69:20
75:12
objection
16:17, 18, 21
objections
16:14
obnoxious
72:1
obscure
23:17
Observer
2:22, 23, 24   65:12
observers
63:21
64:3, 15, 18, 24
65:1

observing
6:2
77:22
Obviously
8:25
15:11
46:12
OCB
51:15
52:6, 7, 11
53:14, 19, 22
54:3, 8, 20, 22
55:10, 15, 20
72:24
73:18, 22   74:16
occasions
30:13
occupation
al
43:19
73:23
occurred
17:17
21:18
55:12
56:20
86:21, 23

occurrence
32:17
odd
13:16
OFFICE
2:14, 23
26:24
officer
5:7
17:25

18:7, 12
19:7
20:9, 25
35:20
58:12
60:6, 19
official
24:1, 4, 13, 16, 19, 20
68:13
Oh
10:18
11:1
34:23, 25
71:18
73:9
75:13
76:14
77:13
80:22, 23
OIC   70:4
okay
7:20, 23, 25   8:9, 11   9:10, 12   10:1, 3, 12, 15   11:6, 9, 11, 20, 25   12:3, 9, 19, 24   13:13, 14   14:6, 8, 10, 18
15:23
16:11, 13, 22
17:11, 14, 19
18:9
19:9, 23
20:4, 11,

20
21:22
22:6, 14, 24   23:1, 3, 9, 12, 20, 23
25:3, 17, 23   26:2, 8, 11, 14
27:2, 7, 17, 21
28:1, 6, 9, 11, 19
29:1, 9, 14, 18
30:1, 7, 18, 24
31:5, 8, 14, 20
32:6, 16, 20, 24
33:2, 7, 14, 23
34:2, 9, 17, 25
35:1, 8, 12
36:16
37:8, 14, 17, 20
38:4, 10, 17, 23
39:9, 25
40:10, 18, 21
41:7, 12, 24   42:2, 16, 25
43:6, 21
44:2

45:3, 13
46:5, 23
47:6, 9, 18, 21
48:3, 11, 19   49:2, 3, 5, 20
50:12, 17, 20, 23   51:5, 14, 17, 24   52:5, 7, 8, 15, 22   53:1, 8, 15, 16, 17   54:5, 8   55:8, 17, 24
56:1, 2, 9   57:2, 11, 23
58:19, 24   59:5
60:1, 5, 10, 16, 18, 23
61:2, 11, 25   62:4, 10, 15, 22   63:5, 8, 17, 18
64:13, 21
65:13, 25   66:5, 11
67:10, 16, 21
68:4, 20
69:5, 9
70:1, 6, 10, 12, 14, 18,

25    71:3,
16    72:3,
13, 14,
22, 25
  73:17
  74:1
  75:1, 9,
24    76:4
  77:7
  78:4, 7,
9, 13
  79:3, 8
  80:7, 11,
19, 22
  81:1, 7,
14, 17
  82:4, 12,
19, 23
  83:8, 11,
23, 25
  84:3, 22
  86:1, 8
  87:2, 21,
25
  88:11,
13, 17
  89:3, 4,
5, 12, 16,
22, 25
  90:5, 12,
23    91:4,
5, 18
  92:13,
22    93:6,
13
open
  85:5
operation
  61:8
  62:7
operationa
l    50:10

74:6
85:4, 7

operations
  27:1
  29:15
opportunit
y    87:19
oppose
  6:10
oral
  10:11
orange
  40:12
order
  34:3
ordered
  34:3
ordnance
  20:18
  26:24
  82:16
  83:2, 3,
17
original
  22:6
  92:15
outcome
  94:11
outside
  57:12
  84:21
  86:22
  87:11
overhang
  84:21

< P >
P.L.L.C
  2:4
p.m
  1:18
  62:1, 3

65:19
  91:10
  93:15, 16
PAGE
  3:3
  4:4
  10:7, 15,
17, 20,
25    11:6,
12, 16
  12:13
  24:1
  60:24
  61:16,
19    65:6
  66:18
  70:15,
18    71:7,
10, 12,
15, 23
  72:5
  88:3, 5,
6    89:12,
17, 18,
22, 25
  90:1, 3,
7, 10
  96:1
pages
  66:17
painstakin
g    8:12
paperwork
  57:12
paragraph
  10:13
  61:5
  62:4
  63:14,
15
  73:18
  75:18

paralegal
  92:18, 20
part
  18:1, 14,
15    20:1,
2    22:9,
18    23:7
  41:20
  43:1
  61:7
  62:6
  67:6, 22
  68:22
  72:20
  73:19
  89:9
  90:20

particular
  65:14
parties
  6:7
  94:10
parts
  55:18,
20, 22
pass
  44:25
  45:5
  92:7
passenger
  75:9
pausing
  39:9
paved
  53:25
pavement
  54:11
PCS
  32:10
  33:17, 23
PDF    67:4

penalties
  15:17
  96:1
PENSACOLA
  1:3
  5:14
people
  19:11
  38:13,
14
  39:20
  44:14
  46:9, 17
  49:14
  64:12
  83:20
  87:2
percent
  11:24,
25    12:1
  73:4

percentage
  73:8
perfect
  23:17
perfectly
  46:6
performed
  69:10
period
  20:22
periods
  15:3
perjury
  15:17
  96:1
permanent
  32:10
person
  11:16
  28:22
  39:19

46:*1*
59:*22*
82:*20*
**personal**
25:*13*
27:*8, 9*

**personally**
28:*25*
29:*2, 11*
**personnel**
6:*11*
32:*2, 9*
58:*21*
65:*21*
**Peter**
2:*17*
5:*21*
25:*20*
49:*2*
72:*19*
91:*23*
**peter.fish**
**er@usdoj.g**
**ov**   2:*18*
**phone**
25:*13*
**phonetic**
6:*1*
**pick**
40:*11*
**picked**
87:*15, 18*
**picking**
37:*3*
39:*20*
**picks**
45:*22*
**piece**
33:*11*
39:*22*
45:*22*
67:*20*

**pieces**
32:*1, 7,*
*12*  35:*4,*
*15, 24*
36:*12,*
*20, 25*
37:*9, 10,*
*15, 20*
38:*1, 7,*
*12, 14,*
*20*
39:*15,*
*20*  40:*6,*
*14*
41:*15*
43:*22*
44:*22*
45:*15*
48:*5*
49:*16,*
*19, 24*
50:*4*
**pissed**
76:*15*
**pit**
50:*24*
51:*1, 8,*
*16, 19*
52:*1, 6,*
*9, 23*
53:*17*
76:*23*
**place**
94:*5*
95:*9*
**placed**
76:*13*
84:*14*
85:*18*
**plaintiff**
5:*19*
6:*4*

**Plaintiffs**
1:*7*
2:*12*
5:*20*
**Plaintiff'**
**s**   9:*23*
**plaque**
45:*25*
46:*2*
**platform**
1:*19*
11:*4*
**play**
76:*9, 10,*
*11*
**please**
5:*15, 17*
6:*24*
23:*14*
63:*13*
92:*12*
**plus**
73:*11*
**POI**
18:*25*
**point**
15:*4*
18:*24*
72:*24*
81:*9*
83:*6, 9,*
*12, 23*
87:*8*
**policies**
21:*3, 6,*
*16, 19,*
*24*  22:*8,*
*10*
**polite**
91:*18*
**pop**   23:*5*

**population**
27:*1*
**porta**
54:*2*
**Porter**
55:*15*
**portion**
23:*25*
71:*1*
72:*15*
89:*19*
**position**
19:*16,*
*19*  65:*21*
**possible**
8:*3, 9*
16:*3*
**potential**
82:*16*
83:*19*
**potentiall**
**y**   81:*10*
**potty**
54:*2*
**pound**
42:*1, 4,*
*13, 14,*
*18*
57:*18,*
*19*
76:*23*
87:*12*
**practice**
35:*9*
40:*9, 13,*
*22, 23*
41:*8, 12,*
*19*
**prefer**
9:*1*
**preparatio**
**n**   24:*17*

25:*1*
27:*22*
**prepare**
26:*5*
27:*19*
**preparing**
26:*18*
27:*17*
**PRESENT**
2:*21*
7:*12*
**presented**
74:*14*
**preserve**
8:*7*

**preserving**
16:*17*
**pretty**
85:*9*
**Previous**
47:*24, 25*
**priming**
84:*19*
**principle**
87:*18*
**printed**
68:*21*
**prior**
28:*23*
29:*12,*
*16*
31:*18,*
*21*  34:*9*
36:*9, 18,*
*21*
38:*21*
39:*15*
47:*7*
48:*4, 16*
56:*21,*
*22*
57:*19*

58:6, 9, 20   59:1, 8   60:13 64:23

probably
 9:5
 14:20
 16:16
 20:24
 25:24
 68:25
 86:18

problem
 16:4
 67:24
 93:13

problems
 31:14, 15

procedural
 6:5

procedures
 21:3, 7, 16, 19, 24   22:8, 11

proceed
 8:22

proceeding
 5:9
 6:10, 12

Proceedings   93:16
 94:4, 6

process
 8:18, 21
 9:10
 18:2, 11

produced
 68:15, 17   69:11

projects
 40:17

promised
 15:8

property
 30:22
 31:4

protection
 50:16

protects
 85:21

provided
 18:25
 26:3, 17

public
 7:12
 95:19
 96:1

publicatio
n   63:4

publicatio
ns   63:6

pull
 40:6
 70:13

pulling
 39:13

purchase
 93:10

purchasing
 92:15

purpose
 7:1
 41:14

pursuant
 6:5

pushed
 56:3

put
 54:22
 66:13,

24
 68:17, 24
 74:19
 75:16
 76:21
 77:2, 5, 6, 10
 79:11
 81:6, 15
 82:4
 86:5
 87:15, 18   88:4
 90:8

puts
 75:13

putting
 76:16

< Q >

qualified
 45:6

quarter
 30:14

question
 13:7
 14:6, 11, 13, 16
 16:4, 19, 22
 17:12
 19:4
 21:11, 14   22:7
 28:20
 31:20
 36:1, 7, 18
 44:11
 45:11
 48:17
 51:25

57:4, 24
 59:7
 63:23, 24
 65:14
 91:21

questions
 22:18
 26:15
 27:9
 91:2, 14
 92:6, 8

quick
 8:8
 10:6
 12:25
 15:24
 48:23
 70:13

quickly
 56:10

< R >

raise
 6:24

raised
 15:7
 31:15

random
 22:17

range
 17:16, 25   18:6, 11, 24
 19:2, 7, 12, 14, 25   20:9, 14, 22, 25   21:4, 5, 8, 17
 22:2, 11, 12
 29:23

30:5, 12, 14   31:2
 33:8, 13
 34:19
 35:23
 36:13, 22   38:1
 39:3, 4, 17
 40:16
 41:20
 42:1, 4, 22
 45:15
 47:25
 48:6, 16
 50:9, 21
 51:3, 8
 55:11, 15
 56:20
 57:4, 16, 21
 58:12
 73:18, 22
 74:16
 80:4
 82:1

rangers
 30:18

ranges
 18:19
 21:17, 20   29:8, 22   33:3
 36:14, 17, 18
 37:25
 38:6, 15
 44:13
 45:4
 48:1

49:*14*
57:*20*
80:*5*
**read**
12:*1, 13*
23:*12*
61:*22*
63:*12,*
*13, 14*
64:*25*
74:*16,*
*21*   92:*9*
93:*17*
96:*1*
**reading**
61:*16,*
*17*   64:*11*
**real**
10:*6*
56:*10*
70:*13*
**realized**
86:*3*
**realizing**
85:*17*
**really**
12:*12,*
*24*
16:*13*
31:*1*
41:*1*
54:*24*
56:*7*
**realm**
20:*25*
**reason**
8:*11*
44:*2*
54:*20*
71:*9*
96:*1*
**recall**
55:*1*

**receive**
27:*9*
39:*2*
57:*15,*
*16, 20*
58:*21*
59:*7, 17,*
*19, 21*
64:*12*
70:*3*
**received**
39:*6*
58:*1, 5,*
*11*
61:*12*
62:*12*
70:*2*
**recognize**
75:*15*

**recognized**
81:*8*
**recollecti**
on   30:*10*
**record**
5:*3, 8,*
*16*   6:*8*
7:*1*
8:*1, 15*
16:*18,*
*21*   17:*1*
60:*5*
61:*4*
66:*21*
72:*19*
73:*21*
74:*3*
90:*24*
91:*6, 8,*
*9*   93:*14*
**recorded**
94:*6*

**recording**
6:*9*
13:*22*
**records**
8:*24*
**record's**
74:*11*
**red**
64:*19, 25*
**referencin**
g   62:*24*
70:*13*
**referred**
19:*12*
**referring**
17:*15*
21:*10*
82:*8*
**refresh**
26:*5*
**regarding**
22:*7*
32:*7*
43:*12*
**rehash**
24:*20*
**relate**
21:*4*
22:*2*
**related**
94:*10*
**relating**
25:*9, 14*
39:*14*
69:*12*
**relevant**
23:*25*
24:*9*
**reload**
72:*14*
**reloading**
8:*8*

**remains**
65:*21*
**remember**
17:*11*
28:*8*
29:*21*
33:*15*
38:*4*
40:*2*
55:*4*
70:*2*
79:*4*
**REMOTE**
1:*19*
5:*7, 23*
8:*2, 19*
9:*5*
15:*11,*
*24*   22:*18*
**remotely**
6:*3*
9:*3*
16:*9*
24:*8*
**repeat**
36:*5*

**repetitive**
37:*22*
**rephrase**
14:*8, 11*
17:*21*
40:*25*
52:*9*
58:*6*
**replace**
54:*14*
**REPORTER**
1:*20*
5:*2, 25*
6:*15, 18,*
*22*   7:*4,*
*13*

10:*19,*
*21, 24*
60:*14,*
*16*   71:*6,*
*8, 14, 19,*
*21*   73:*6,*
*10*
87:*22,*
*25*   88:*2,*
*7, 10, 13,*
*15, 21,*
*23*   89:*1*
91:*6, 9*
92:*10,*
*13, 23*
93:*1, 6,*
*9, 13*
94:*1, 18*
**reports**
25:*4*
69:*11*
**represent**
5:*17, 19*
14:*4*

**reprimands**
49:*11*
**requested**
93:*17*
**required**
22:*9*
**requiremen**
t   14:*24*
**residue**
32:*13*
**respond**
87:*17*
**responded**
65:*14*
**responds**
65:*19*
**response**
62:*17,*

22
  63:*15*,
*18*  64:*1*
 65:*16*
 68:*23*
**responsibi**
**lities**
 17:*24*
 19:*17*,
*21*  20:*5*,
*6*, *15*
**responsibi**
**lity**
 21:*1*, *6*

**restarting**
 8:*8*
**restroom**
 54:*2*, *10*,
*22*  91:*3*
**result**
 27:*10*, *15*
**resume**
 24:*14*

**retirement**
 33:*20*
**review**
 24:*16*
 26:*3*
 27:*14*
**reviewed**
 24:*21*,
*25*  26:*17*
**right**
 6:*25*
 9:*1*, *14*,
*22*  10:*3*
 12:*7*, *11*
 15:*4*
 16:*1*, *24*
 22:*22*
 23:*20*

 24:*24*
 26:*12*,
*20*  30:*2*,
*19*
 44:*21*
 46:*25*
 47:*14*,
*21*  49:*5*
 54:*16*
 55:*3*
 56:*19*
 59:*15*
 60:*8*
 66:*20*
 67:*7*, *25*
 68:*8*
 69:*14*
 71:*24*
 72:*8*, *18*
 73:*14*
 77:*1*
 78:*18*
 79:*12*
 80:*2*
 81:*19*,
*22*  83:*8*,
*15*
 84:*13*,
*23*  85:*8*,
*13*, *14*,
*16*, *19*
 86:*22*
 89:*4*, *14*
 90:*23*
**ring**
 32:*4*
**road**
 53:*25*
 55:*20*
**roadway**
 55:*21*
**Robert**
 60:*2*, *19*

**role**
 9:*17*
 17:*22*
 19:*15*
 22:*16*
 24:*9*
**roles**
 19:*11*
**room**
 16:*1*
 22:*20*, *22*
**rotated**
 80:*17*
**rough**
 35:*7*
**RSO**
 18:*1*, *6*
 19:*21*
 20:*1*, *2*,
*7*  21:*2*
 56:*23*,
*24*, *25*
 59:*20*
 65:*9*
 87:*20*
**rude**
 8:*13*
 14:*1*, *2*
**rule**
 28:*17*
**rules**
 6:*5*
 12:*21*,
*25*  13:*1*
**running**
 18:*24*
 76:*1*

**< S >**
**safe**
 32:*14*
 39:*1*
 40:*12*

 43:*19*
 50:*14*,
*17*  54:*3*
 55:*10*,
*20*
 73:*23*
 85:*10*
 87:*11*
**safeties**
 76:*19*
**safety**
 17:*25*
 18:*6*, *11*
 19:*7*
 20:*9*, *19*,
*21*, *24*,
*25*  21:*2*,
*4*, *7*, *19*
 56:*10*
 57:*3*
 58:*12*
 59:*8*, *17*,
*19*, *21*
 60:*6*, *19*
 62:*12*
**save**
 44:*5*
**saved**
 84:*10*
**saw**
 75:*14*
 87:*1*
**saying**
 13:*17*
 20:*11*
 39:*21*
 63:*19*
 64:*13*
 71:*4*
 77:*23*
**says**
 24:*2*
 61:*6*

 62:*19*,
*22*
 64:*11*
 65:*20*
 67:*7*
 71:*14*
 80:*6*
 90:*18*
**School**
 30:*20*
 31:*3*
 32:*3*, *9*
 34:*4*, *19*
 35:*21*
 38:*6*
 44:*12*
 45:*4*
 46:*11*
 49:*13*
**Schoolhous**
**e**  30:*15*
**scope**
 27:*4*
**screen**
 9:*4*, *23*
 23:*10*
 60:*8*
 67:*9*, *11*,
*14*  68:*4*,
*9*  70:*19*
 71:*1*
 72:*6*, *10*
 73:*2*
 89:*20*
**screw**
 93:*7*
**scroll**
 10:*6*
 24:*10*
**scrolled**
 61:*24*
 90:*14*

**scrolling**
23:*20, 21*

**SEAN**
1:*15*
3:*3*
5:*10*
7:*2*
95:*13*
96:*1*

**S-E-A-N**
7:*2*

**second**
12:*18*
23:*8*
39:*12*
70:*14*
86:*12*
89:*11*
90:*1, 3,*
*6*

**seconds**
86:*19*

**see**
7:*23*
9:*21, 23*
10:*1, 5,*
*7, 9, 14,*
*16, 21*
11:*2, 7,*
*9, 10, 13,*
*18*   12:*7*
16:*8, 9*
23:*9, 21*
24:*1, 10*
60:*7, 24*
61:*5, 9*
62:*8, 18,*
*19, 24,*
*25*
65:*16,*
*17, 23*
67:*6, 10,*
*11, 13*

68:*8, 14*
69:*1, 4*
70:*15,*
*16, 20,*
*25*   71:*4,*
*5*   72:*6,*
*7, 24*
73:*5, 8,*
*19*
77:*19*
80:*11*
88:*5, 12,*
*17, 19*
89:*12,*
*18, 20,*
*21*
90:*13, 15*

**seeing**
11:*22*
12:*5*
61:*25*
64:*22*
71:*24*
72:*6, 10*
88:*20*

**seen**
35:*4*
54:*12,*
*24*   69:*6*

**send**
9:*19*
25:*12*
45:*9*
46:*18*
92:*11*

**Senior**
70:*5*

**sense**
14:*4*
55:*5*

**sent**
24:*5*
25:*5*

**sentence**
62:*8*
63:*9*

**September**
17:*12*
18:*10*
19:*24*
20:*14*
25:*6*
27:*3, 11*
28:*20,*
*24*   29:*7,*
*12, 16*
34:*20*
36:*9*
39:*16*
42:*11*
58:*10,*
*20*   62:*1*
65:*16*
69:*2*
72:*12*

**Sergeant**
17:*25*
86:*14,*
*20*   87:*6*

**serial**
77:*15*

**serve**
29:*23*

**served**
17:*9*
29:*15*
31:*2*
32:*2*

**service**
17:*7*
35:*1*
92:*4*

**serving**
31:*15*

**set**
42:*14*

57:*18*
87:*16*
94:*5*

**setting**
15:*10*
57:*11*

**shadow**
17:*25*
19:*21*
20:*1, 7*

**shake**
13:*20*

**share**
8:*24*
9:*22*
88:*5*

**sharing**
9:*4*

**she'll**
92:*20*
93:*4*

**shelter**
84:*9*

**shiny**
80:*5*

**shit**
75:*13*
76:*14*
80:*23*

**shoot**
93:*2, 3*

**shooting**
51:*8*

**short**
45:*19*
63:*14*

**shot**
20:*18*
40:*4, 5*
41:*3, 13,*
*19*
42:*15*
43:*16, 18*

**shots**
51:*4*
76:*23*
82:*1*
84:*20*
87:*12*

**show**
8:*25*
9:*18*
11:*6, 9,*
*11*
12:*11*
23:*4, 8,*
*23*
24:*25*
40:*7*
41:*10*
60:*1*
62:*15,*
*16*
65:*15*
66:*5, 9,*
*10*   67:*3*
68:*2, 4*
88:*24*
90:*5*

**showed**
23:*4*
70:*19*

**showing**
10:*7, 15*
39:*20*
60:*7, 24*
68:*13*

**shown**
67:*5, 6*
69:*14*

**sic**
45:*14*

**side**
75:*9*
81:*21*

sign
  61:*6*
  62:*6*
  93:*17*
signature
  11:*17*
  90:*15*
  96:*1*
silly
  66:*8*
simultaneo
us   47:*14*
single
  12:*1, 13*
  68:*11*
sir
  7:*24*
  9:*25*
  11:*14,*
  *19*   18:*8,*
  *13, 17,*
  *21*
  21:*21*
  22:*1, 13*
  24:*12,*
  *23*
  26:*13*
  27:*25*
  37:*4, 6*
  82:*10*
sit
  14:*24*
sites
  44:*22*
six
  57:*21*
Sixty-
four
  12:*1*
size
  10:*3*
skills
  44:*7, 8*

Skyler
  1:*20*
  5:*6*
  94:*3, 17*
slot
  19:*19*
slowly
  13:*5*
small
  73:*3*
  75:*20*
smaller
  11:*23*
smoking
  76:*24*
smoothly
  16:*2*
Snider
  60:*2, 19*
  61:*4, 5,*
  *25*   62:*1,*
  *5, 23*
  63:*15,*
  *19, 25*
  65:*16,*
  *19*   69:*3,*
  *9*
Snider's
  64:*1*
  65:*3, 7*
soldiers
  36:*25*
somebody
  34:*5*
  44:*25*
  45:*5*
soon
  24:*25*
  80:*25*
SOP
  63:*20*
  64:*17,*

*23*   65:*9,*
*10*
sorry
  11:*16*
  12:*9*
  17:*8*
  25:*20,*
*23*
  28:*13*
  33:*25*
  34:*23,*
*25*
  37:*24*
  40:*18*
  42:*10*
  49:*23*
  61:*18*
  63:*24*
  64:*25*
  66:*22*
  67:*18*
  72:*9*
  84:*6*
  85:*24*
  88:*10*
Sort
  12:*20*
  51:*6*
  75:*5*
  85:*21*
sound
  50:*24*
sounds
  13:*16*
  37:*22*
  40:*22*
  46:*18*
southwest
  30:*17*
speak
  13:*3*
  16:*7*

28:*2*
  43:*19*
speaking
  8:*4*
  70:*8*
specific
  41:*14*
  79:*17*
specifical
ly
  16:*19*
  21:*9*
  22:*15*
  26:*22*
  38:*5, 12,*
*19*
  55:*11,*
*23*   77:*8*
  80:*16*
  81:*15*
specified
  95:*9*
speech
  47:*14*
spell
  6:*25*
S-S-A
  63:*3*
staged
  61:*8*
  62:*7*
stamp
  72:*19*
stand
  15:*19*
  18:*6*
Standard
  5:*4*
  91:*7, 10*
  92:*21*
  93:*15*
standing
  57:*12*

75:*7, 20*
  76:*22*
  86:*16,*
*20*   87:*5*

standstill
  87:*11*
START
  1:*17*
  9:*16*
  23:*6*
  39:*11*
  86:*9*
  89:*17*
starting
  5:*16*
starts
  63:*15*
  72:*11*
state
  5:*17*
  6:*1, 5,*
*25*
stated
  8:*15*
  64:*16*
Statement
  24:*18,*
*22*
  26:*10*
  42:*13*
  59:*18*
  61:*7*
  62:*6*
  66:*7*
  70:*12,*
*16, 21*
  72:*11,*
*22*   78:*4*
  89:*10,*
*13, 19,*
*21, 23*

90:2, 4, 8, 19, 20

STATES
1:1, 9
2:14
5:12, 13, 22, 24
17:3
22:20
62:5
68:17

station
32:10
33:24
34:3, 7

stay
42:21
53:22, 23

steps
86:10

stipulate
6:13, 14, 16, 19

stop
88:18

stopped
76:17

strange
72:2

Street
2:15

stretch
14:22
53:4

stuck
42:20

student
26:25

students
20:17, 19   40:7
41:10
42:24

43:2
50:15
51:9, 16, 18   52:1, 10
56:23
57:3
74:1, 4, 21
75:10, 11, 17, 19
76:22
77:3
81:18, 20
82:14
84:16, 19
85:19
86:1, 9, 14, 16, 17, 25

stuff
14:20
44:8

subject
27:13

subjective
91:20

subpoenas
68:23

Suite
2:6   5:7

supervised
52:17
53:2

supervising   20:21
51:10,

19
52:12, 19

supervisor
35:20
65:20

supervisors   27:14
31:17
36:10
39:1

supposed
22:19
71:10, 12

sure
8:21
9:5, 8, 13, 14, 21   12:4, 10, 16
14:3
15:13, 25   16:2
21:13
22:10
23:6
32:14
37:22
38:18
39:10
49:9, 10
61:24
63:13
66:9, 19
71:15
84:3
91:2, 12

surround
55:19

surrounding   77:24

swear
6:23

7:5
15:20

sworn
7:11
95:4, 15
96:1

< T >
table
9:2

take
5:8
9:20
14:25
15:19
24:7
40:15
42:19
75:5
76:5, 9
86:9
91:3
92:3

taken
5:11
6:3
36:13
49:12, 21   94:4

talk
8:25
12:25
13:1
28:19, 20
56:10
72:14, 22, 23
91:23

talked
27:22
28:7
38:10,

11   51:5
59:5
73:23

talking
7:25
14:1
36:20
41:4, 5
42:9, 11
47:22
49:9
55:9, 10, 11, 13
56:4, 20
57:12
63:9, 11
65:25
66:10, 11, 23
70:1
73:22
84:4
86:9

Tallahassee   2:16

teach
20:17

tech
32:18
41:9
44:3
45:20
71:3
77:6
80:6

technically   52:19

technician
40:13

techs
32:19, 21, 22

| | | | | |
|---|---|---|---|---|
| 38:3, *19* | 20, 22 | 31:23 | 39:*12*, | **Thursday** |
| 39:*2* | 20:23 | 49:4 | *21* | 1:*16* |
| 40:15 | 50:*9, 20,* | 50:6 | 48:*21*, | 96:1 |
| 41:14 | *23* | 60:14 | *22*   51:5 | **TIME** |
| 43:*22*, | 51:*12* | 82:10 | 61:*23*, | 1:*17, 18* |
| *25*   45:5, | 56:11 | 87:22 | *25*   66:7 | 5:4, *5* |
| *15*   47:*1*, | **terms** | 88:7 | 71:*6, 8,* | 11:*15* |
| *24*   48:*3*, | 26:2 | 92:*1, 4* | *19, 22* | 14:*21* |
| *15*   50:*3* | **terrible** | **thanks** | 75:*18* | 15:*3* |
| 52:*1* | 55:7 | 76:16 | 77:*12*, | 17:*19*, |
| **tell** | **T-E-S** | 88:8 | *14*   88:*2* | *20*   18:*9* |
| 15:*8, 15* | 7:*3* | **Thelma** | 89:*3* | 20:22 |
| 16:19 | **test** | 92:20 | 90:25 | 27:2 |
| 17:*1* | 12:*3, 10* | **thereof** | 91:22 | 29:7 |
| 20:14 | 29:20 | 94:*11* | 92:16 | 30:4 |
| 22:21 | **testified** | **thing** | **thinking** | 34:*13*, |
| 26:21 | 7:*12* | 9:*12* | 9:*14* | *20*   41:*3* |
| 27:21 | **testify** | 12:*2, 16* | 79:24 | 46:*9* |
| 29:20 | 95:*4* | 13:*17* | 89:*14* | 49:*9* |
| 32:*6* | **testimony** | 15:24 | **third** | 57:*21*, |
| 40:*1* | 6:*11* | 16:13 | 66:18 | *22* |
| 47:*18* | 7:*6* | 25:3 | 70:18 | 58:*25* |
| 53:*15*, | 13:*23* | 66:10 | **Thirty** | 68:*12* |
| *21*   71:5, | 15:*20* | **things** | 57:7 | 76:*24*, |
| *16*   77:7, | 26:*18* | 7:*25* | **thought** | *25*   78:*1* |
| *17*   80:*3*, | 37:*23* | 8:*14, 23* | 66:*12* | 80:*24* |
| *14* | 38:*8* | 12:*10* | 67:*19* | 81:*23* |
| 81:*14* | 95:*5, 9* | 14:*13* | **thousand** | 82:*4* |
| 82:*14* | **testing** | 15:24 | 42:*1, 4,* | 86:*18* |
| 86:*8* | 41:4 | 19:*10* | *13, 18* | 87:*3, 4,* |
| 87:*15* | **Texas** | 22:9 | **thousand-** | *8*   90:*19* |
| 89:*12*, | 2:*7* | 24:21 | **pound** | 91:*7, 10* |
| *14, 17* | **text** | 31:24 | 32:*11* | 92:*1, 3,* |
| 93:*4* | 25:*9, 12* | 92:*3* | **three** | *5*   93:*14*, |
| **telling** | **Thank** | **think** | 11:*12* | *15*   94:*5* |
| 8:*11* | 5:*25* | 8:*12* | 14:24 | 95:*9* |
| 24:*6* | 6:*15, 18,* | 14:*18* | 60:24 | **timeout** |
| 30:*4* | *22*   7:*4*, | 18:*10* | 66:*17* | 82:*6, 9* |
| 63:*25* | *13, 15* | 26:*20* | 73:*18* | 87:*9, 10* |
| **tend** | 17:*7* | 33:*17* | 84:*19* | **times** |
| 13:*19* | 18:*3* | 34:*17* | **thumbs** | 11:*4* |
| **term** | 23:*17* | 38:*17*, | 72:*1* | 29:*22*, |
| 18:*18*, | 28:*18* | *23* | | *25*   30:*6*, |

7, 8, 9
31:2, 8
40:23
42:21
51:7
57:21
92:18
tjacob@nat
ionaltrial
law.com
  2:11
today
  5:23
  7:6
  26:18
  35:10
  92:5, 9,
24   93:12
Today's
  5:3
token
  14:10
told
  26:20
  38:17
  53:17,
19
  69:22
  70:2, 9
  74:19
  77:6
  79:10,
23   81:5
  82:21
TOM
  2:10
  5:20
top
  24:2
  62:19
  67:9
  69:1

71:9
73:10
total
  57:21
totally
  13:21
touch
  93:12
touched
  80:25
trade
  44:9
train
  87:13
trained
  35:22
  36:11
  38:25
  44:6
training
  18:14,
15   27:1
  39:6
  40:15,
16   82:8
  87:8, 10

transcript
  92:15
  93:10
  94:8
  95:8
transferre
d   34:6
transient
  65:11

transients
  63:21
  64:3, 15,
18, 24

transition
  50:8
transport
  42:20
treated
  91:24
tricky
  68:5
trophies
  35:14
  36:12
  47:3
trouble
  69:19
truck
  75:10,
11   81:21
true
  94:7
  95:8
  96:1
truth
  7:6, 7
  15:8, 15,
16   95:4
Try   8:8
  13:1, 2,
5, 6, 9
  39:25
  61:19
  68:11
  70:25
  71:3
  72:5
  80:15
trying
  14:2
  36:24
  67:19
  82:20
turn
  8:3

77:3
86:9
87:15
turned
  77:4
  86:13, 25
two
  10:7
  11:6
  14:13
  34:22,
24   35:3
  36:18,
21
  43:13,
15
  58:19
  72:1
  81:20
  84:25
type
  15:16,
18   74:18
typed
  90:10
typewritte
n   66:18
  70:21
  71:1
  72:11,
15
  89:13
  90:7, 12,
14, 20
Typically
  55:1

< U >
U.S   2:23
uh-huh
  13:19, 20
uh-uh
  13:20

unaware
  49:21, 25
unchanged
  65:22

understand
  13:3
  14:5, 6
  15:14,
21, 22,
23   16:5
  19:10,
23
  20:13
  21:3, 11,
14
  22:16
  32:20
  35:2
  36:6
  37:23
  43:23
  44:11
  45:11,
13
  55:16
  57:2
  64:8
  65:2
  66:2
  68:12
  75:2
  79:13
  84:4
  91:13
understand
ing
  29:14
  33:23
  38:8
  46:16
  52:11
  55:14

56:*9*, *13*,
*16*
57:*24*
58:4, *8*
61:*12*
62:*11*
70:*8*
80:*4*
81:*17*
82:*19, 23*
**understand**
**s**   18:*4*
74:*4*

**Understood**
9:*11*
13:*8*
14:*13*
15:*5*
16:*12*,
*23*
43:*10*,
*17*   50:*6*
51:*17*
54:*1*
79:*19, 22*
**undo**
92:*19*

**unexploded**
81:*12*
82:*16*
83:*2, 17*
**unique**
68:*18, 24*
**UNITED**
1:*1, 9*
2:*14*
5:*11, 13,*
*22, 24*
17:*3*
22:*20*
68:*17*

**unkempt**
55:*18*
**unmowed**
55:*18*
**unsupervis**
**ed**   52:*24*
**uprange**
51:*15*,
*18*   52:*2*,
*4, 6, 7,*
*11, 13,*
*16, 23*
53:*2, 7,*
*16*   55:*8*,
*10*
**use**
20:*23*
32:*15*
35:*23*
40:*14*,
*16, 17*
50:*15*
64:*24*
**USN**
67:*4, 7,*
*11*
68:*14*
70:*24*
72:*20*
89:*9*
**USN-**
**0000031**
4:*7*
**usually**
57:*9*
**UXO**
83:*12*,
*15, 17,*
*19*
84:*14*
85:*3, 16,*
*18*   86:*2,*

*3*   87:*3*,
*7*

< V >
**variety**
21:*23*
**various**
8:*20*
22:*7*
32:*2, 8*
35:*5, 14*
36:*25*
37:*11*
51:*7*
**Vasquez**
18:*1*
20:*2, 8*
56:*25*
86:*15,*
*21, 24*
87:*6*
**vehicle**
42:*18, 21*
**vehicles**
74:*6*
**verbal**
13:*16*
**verbally**
79:*4*
**verify**
32:*13*
**version**
90:*7, 10,*
*12, 14*
**versus**
5:*11*
**vertical**
80:*17*
**vicinity**
42:*15,*
*17*   74:*15*
**video**
13:*22*

15:*11*
16:*5*

**VIDEOTAPED**
1:*12*
**visitor**
43:*7*
65:*11*
**visitors**
63:*20*
64:*2, 15,*
*18, 24*
65:*10*
**visually**
10:*14*
**voice**
8:*4*
**Voluntary**
24:*18,*
*22*
26:*10*
66:*7*
70:*16*

< W >
**waiting**
53:*6*
87:*5, 11*
**walk**
53:*5*
**walked**
74:*6, 20*
76:*10*
77:*4*
78:*21*
**walking**
75:*12,*
*25*   76:*2*
78:*24*
**walks**
87:*14*
**want**
8:*5, 12,*

*13, 20,*
*24*   9:*8,*
*13, 17,*
*21*   12:*3,*
*9, 10, 13,*
*14, 15*
13:*5*
15:*25*
18:*5*
28:*6*
29:*3, 19*
35:*2*
38:*18*
40:*21*
48:*23*
53:*12*
55:*9*
56:*10*
60:*1*
66:*9, 18*
72:*14*
73:*14*
84:*3*
88:*22*
91:*12*
92:*4, 11,*
*19*   93:*7,*
*10*
**wanted**
16:*10*
91:*25*
**water**
48:*23*
**way**
17:*7*
20:*11*
29:*4*
31:*9*
35:*23*
40:*8*
56:*1, 4*
60:*20*
61:*21*

74:*2, 9*
75:*3*
78:*19*
79:*14*
80:*8*
94:*11*
**WAYNE**
 1:*5*
 5:*19*
 25:7
 74:*10,*
*11*   75:*3,*
*8*
**ways**
 13:*2*
**welding**
 44:*8*
**well**
 6:*20*
 7:*19*
 11:*2*
 15:*23*
 17:*20*
 20:*8*
 30:*6*
 33:*20*
 48:*5*
 51:*12*
 56:*14*
 64:*17*
 65:*13*
 66:*8*
 71:*22*
 73:*17*
 76:*7, 17*
 85:*21*
 91:*22*
**WENDY**
 1:*6*
**went**
 48:*1*
 71:*23*
 77:*5*

87:*4, 17,*
*20*
**we're**
 8:*6, 13,*
*18*  9:*3*
 13:*22*
 15:*9, 11*
 16:*17*
 21:*15*
 23:*5, 6*
 24:*6, 7*
 36:*19*
 37:*21*
 48:*21,*
*22*  55:*9,*
*10*
 62:*15,*
*16*
 65:*25*
 66:*11,*
*25*  84:*4*
 88:*18*
 90:*25*
 91:*1, 13*
 92:*2*
**West**
 30:*6, 12,*
*15, 16*
**we've**
 16:*25*
 18:*18*
 23:*7, 24*
 38:*10,*
*11*
 48:*20*
 49:*8*
 63:*10*
 90:*25*
 92:*17*

**WHITEHURST**
 2:*3*

**WITNESS**
 1:*15*
 6:*23*
 7:*11*
 15:*19*
 27:*7*
 36:*3, 5*
 44:*18*
 45:*19*
 48:*12*
 50:*2*
 58:*17*
 59:*13*
 67:*16*
 69:*21*
 71:*18,*
*25*
 73:*13*
 91:*24*
 92:*7*
**witnesses**
 28:*4*
**woodworkin**
**g**  45:*24,*
*25*
**word**
 10:*16*
 11:*7, 12,*
*16*  64:*22*
**words**
 13:*18*
 44:*14*
**work**
 10:*5*
 25:*13*
 26:*25*
 29:*12*
 48:*15*
**worked**
 17:*8*
 31:*10*
 33:*7*
 47:*24,*

*25*  48:*3*
 49:*14*
 79:*17*
**workers**
 61:*7*
 62:*6*
**working**
 12:*11*
 27:*4*
 35:*3*
 44:*13*
 45:*22*
 48:*16*
 50:*21*
 58:*25*
**works**
 8:*18*
 81:*5*
**world**
 18:*5*
**worried**
 42:*19*
**worry**
 68:*1*
**worse**
 91:*24*
**writing**
 65:*3*
**written**
 90:*10*
**wrong**
 51:*13*
 57:*24*
**wrote**
 62:*8*

**< Y >**
**Yeah**
 10:*23*
 34:*15*
 45:*11,*
*19*  49:*4*
 55:*15*

56:*6*
 65:*6*
 67:*10,*
*17*  68:*2*
 71:*6, 14*
 72:*2*
 73:*4*
 76:*11*
 78:*12,*
*16*  81:*4*
 88:*4, 15,*
*23*
 92:*23*
 93:*3*
**years**
 17:*6*
 34:*21*
 43:*13, 15*
**Yep**
 65:*24*
 66:*22*
**Yesterday**
 28:*12, 15*
**York**  5:*8*
**Young**
 70:*5, 7*

**< Z >**
**Zachary**
 2:*22*
 5:*23*
**Zero**
 87:*5*
**zeros**
 67:*8*
**zoom**
 10:*4*
 11:*20,*
*21, 22,*
*24*  12:*4,*
*6*  15:*2*
 73:*4, 6*

```
zoomed
  12:6
```