

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

OPNAVINST 3571.4
N43
9 Oct 2009

OPNAV INSTRUCTION 3571.4

From:  Chief of Naval Operations

Subj:  OPERATIONAL RANGE CLEARANCE POLICY FOR NAVY RANGES

Ref:   (a) DoD Directive 4715.11 of 10 May 04
       (b) DoD Directive 4715.12 of 12 Jul 04
       (c) DoD Instruction 3200.16 of 13 Jun 05
       (d) DoD Instruction 4140.62 of 25 Nov 08
       (e) DoD Directive 3200.11 of 27 Dec 07
       (f) CNIC Instruction 3550.1
       (g) OPNAVINST 8020.14
       (h) OPNAVINST 3500.39B
       (i) OPNAV N45 ltr 5090 Ser N45C/6U838228 of 6 Nov 06,
           Navy Range Sustainability Environmental Program
           Assessment(RSEPA) Implementation Policy
       (j) DoD 4160.21-M of 18 Aug 97
       (k) DoD 4160.21-M-1 of 1 Oct 91

Encl:  (1) Applicable Acronyms and Definitions

1.  <u>Purpose</u>.  Establish Navy policy objectives and
responsibilities for performing Operational Range Clearance (ORC)
on Navy operational testing and training ranges in accordance
with references (a) through (d).

2.  <u>Background and Objectives</u>.  The Navy has a responsibility to
sustain the highest levels of readiness to meet its mission
requirements while operating in an environmentally responsible
manner that is protective of the public.  The Navy shall use and
manage operational ranges in a manner that ensures their safety
and long-term sustainability.  Accordingly, the Navy's primary
ORC objectives are broadly outlined below.

    a.  <u>Sustain Readiness</u>.  Clearing the ground surface of
ordnance, inert ordnance debris, training projectile ammunition,
and other range debris, and recycling and/or disposing of such
material significantly contributes to readiness sustainment by
increasing the long-term availability of Navy ranges.  ORC
procedures, documented in ORC plans, shall be developed to

USN-016112

OPNAVINST 3571.4
9 Oct 2009

specifically address operational and environmental issues and support current and future testing and training mission requirements.

b. <u>Environmental Responsibility</u>.  Effective environmental stewardship requires close cooperation between the Navy and other Federal, state, local, and tribal government agencies. The Navy shall incorporate environmental compliance, natural, and cultural resource requirements into all ORC programs.  All Materials Presenting a Potential Explosive Hazard (MPPEH) shall be managed as required by applicable Department of Defense (DoD) and Navy directives and, when appropriate, Federal, state, and local laws.  Ordnance scrap and target debris shall be processed and released to the public only when it has been formally documented as safe and free of explosives and other hazards to human health and the environment.

c. <u>Public Safety</u>.  Navy has a responsibility to protect public and military personnel to the maximum extent practical from hazards and effects associated with range operations. Accordingly, the development and facilitation of strong public outreach based on proactive communication and education shall be implemented to ensure public safety.

3. <u>Applicability</u>.  The requirements of this policy apply to clearance of munitions used for their intended purpose (e.g., munitions that have been fired, dropped, launched, projected, placed, or otherwise used) on Navy-administered operational testing and training ranges.  These ranges include major range and test facility base activities, identified in reference (e), for which Navy plans, programs, and budgets for institutional costs of operation, maintenance, and sustainability.  This policy excludes water ranges, near shore areas adjacent to land-based ranges, and small arms ranges.  Small arms ranges are managed in accordance with reference (f).  For ranges that Navy administers, but does not own, this policy applies subject to the terms of any agreement with the owner for the leasing and operation of the range.

4. <u>Policy</u>.  The Navy is responsible for the periodic review of operational range management policies and procedures to determine the degree and frequency of range clearance required to support the DoD's Sustainable Range Management Program.  To

2

USN-016113

OPNAVINST 3571.4
9 Oct 2009

assist the Navy in meeting this responsibility an Operational
Range Clearance Advisory Group (ORCAG) shall be established.

a. The ORCAG shall meet biannually, or more frequently when
necessary, to consider sustainable range management policies,
develop recommendations to improve the program and advise the
Chief of Naval Operations (CNO), Director, Fleet Readiness
Division (N43) of their recommendations.

b. Accordingly, it is Navy policy that Budget Submitting
Offices (BSO) that administer operational testing and/or
training ranges shall comprise this advisory group which will
include, at a minimum, range representatives from the staffs of
Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), Commander,
U.S. Pacific Fleet (COMUSPACFLT), Commander, Naval Air Systems
Command (COMNAVAIRSYSCOM), Commander, Naval Sea Systems Command,
and Commander Naval Facilities Engineering Command.

c. The ORCAG shall be co-chaired by the representatives of
COMUSFLTFORCOM and COMNAVAIRSYSCOM.  All ORCAG members shall
coordinate with the respective training and testing range
communities they represent.  Additional administrative and
technical assistance shall be coordinated from support staffs as
required.  Prior to the new fiscal year, the ORCAG shall conduct
a risk based analysis and issue an annual report to CNO that
represents a Navy wide consensus of the necessary prioritized
future clearance requirements, summarizes ORC actions to date,
evaluates the program's effectiveness, and recommends necessary
changes to ORC policy.

d. Pursuant to this instruction, BSOs shall also establish
ORC program requirements and implementing guidance for their
respective subordinate commands and installations that operate
testing and/or training ranges.  These ORC program requirements
shall include development of range-specific ORC plans and other
program elements that achieve the objectives outlined above.
ORC plans shall conform to the following minimum requirements:

(1) Clear the range surface, to include the removal or
disposal of all ordnance, inert ordnance debris, target practice
ammunition, and other range debris (normally down to 4 inches in
size).  Range-specific clearance requirements shall be
established for ranges, targets, target groups or test areas
that specify clearance areas and frequency of clearance

3

USN-016114

OPNAVINST 3571.4
9 Oct 2009

necessary to be consistent with installation mission
requirements and to ensure the continuing viability of the range.
Clearance areas shall also be established for access roads and
run-in lines.  Reference (g) is germane to this activity.
Subsurface Unexploded Ordnance (UXO) and MPPEH removal should
only be performed when specifically required for construction,
cable burial, etc.  ORC plans shall be reviewed and updated
every 5 years or earlier as required to address specific ORC
plan changes.

        (2) Physical or environmental conditions at ranges, such
as unstable surfaces, dense vegetation, endangered species,
steep topography or unsafe conditions, may be considered
physical impediments to clearance.  The site-specific approach
to ORC planning shall document such impediments and work to
minimize their effect on the achievement of ORC program
objectives.

        (3) MPPEH and material documented as hazardous shall be
managed and controlled to prevent its unauthorized use, transfer
or release.  MPPEH shall never be released to the public.  Such
material will be inspected, reinspected and formally
reclassified as Material Documented As Safe (MDAS) as required
by reference (d) before it is released to the public.  MPPEH
processing (sometimes referred to as "Range Residue Recovery")
shall normally be accomplished by UXO-qualified contractors.  A
chain-of-custody process is required for MPPEH from collection
to final disposition.  This is particularly necessary when two
or more agencies (e.g., military and contracted) are involved in
the MPPEH certification process.  MPPEH recycling and/or
disposal shall not be viewed as a funds-generating activity and
must consider safety first.

        (4) Range Holding Areas (RHA), or other controlled areas,
shall be established for MPPEH consolidation and related
processes to ensure material is not commingled or otherwise
compromised as such processes are conducted and material awaits
ultimate demilitarization and/or other disposition.  The RHAs
shall be secured (e.g., with chain link fence, lockable gate,
etc.) to preclude inadvertent or intentional co-mingling of
uninspected, uncertified material with MDAS items within holding
areas.  These areas shall also be included in local facility
threat assessments.

4

USN-016115

OPNAVINST 3571.4
9 Oct 2009

(5) ORC personnel shall be qualified using the experience and training requirements established for such work by DoD Explosives Safety Board (DDESB) Technical Paper 18.

(6) Quality Assurance (QA) Surveillance Plans (QASP) shall be included in ORC planning efforts.  QA personnel shall be responsible for evaluating and documenting ORC performance in accordance with the QASP.

(7) Hazard assessments shall be prepared for ORC plans using reference (h).  Hazard assessments will be updated when new munitions are authorized for the range or when additional hazards are identified or new clearance methods are used.  The hazard assessments will address, at a minimum, the following:

(a) Rationale for clearance.

(b) Number of personnel involved.

(c) Most hazardous munitions expected.

(d) Personnel qualifications for each task.

(e) Types and density of ordnance, inert ordnance debris, target practice ammunition, and other range debris.

(f) Support requirements.

e.  Record keeping shall be established for ORC efforts and related information that includes the following:

(1) All military munitions expended, to include failure (dud) rate, by date, type, quantity, and location.

(2) Locations of past, current, and future range clearances.

(3) All UXO and range scrap/debris clearance operations or Explosive Ordnance Disposal (EOD) clearance/sweep operations conducted on the range.

(4) All areas known or suspected of containing UXO. Installation master plans, regional shore installation plans or range maps will be used to document such areas.

USN-016116

OPNAVINST 3571.4
9 Oct 2009

f.  Controlled vegetative burning shall not be used as a method of UXO and range scrap/debris clearance on Navy ranges. However, controlled burns may be used to periodically control dense brush or undergrowth to improve operational safety for personnel conducting ORC.  Burning operations to clear vegetation must comply with the requirements of the National Environmental Policy Act, Integrated Natural and Cultural Resource Management Plans, safety, and all other applicable requirements.

g.  Outreach programs shall be established and described within ORC plans to educate installation personnel and the public about hazards from UXO and of trespassing on operational ranges.  COMUSFLTFORCOM, COMUSPACFLT, and the systems commands will use appropriate forums to address range clearance issues that have the potential to influence the surrounding community (e.g., controlled burns, access controls, and clearance actions). Outreach programs shall be coordinated through cognizant Navy region commanders and include:

(1) Prompt response to protect personnel and property from any UXO located off the operational range.

(2) Notification of installation personnel and the public, as appropriate, if any range clearance operation presents a potential explosive hazard off the range.  This includes informing the public of any mishap that could influence the local community and may require additional precautions and/or restrictions.

(3) Immediate response to releases or substantial threats of release of munitions constituents, when such release or threat of release poses an imminent and substantial threat to human health or the environment in accordance with references (a), (b), and (i).

(4) When necessary and as warranted, attend/hold public forums to educate and inform the public regarding ORC activities that may impact or influence them.

USN-016117

OPNAVINST 3571.4
9 Oct 2009

h.  Safety

(1) Safety Training.  Exercise extreme caution when working within target areas to preclude inadvertent detonation of UXO.  Provide hazard control briefs to all ORC personnel prior to commencement of ORC operations.  Non-EOD or non-UXO qualified personnel must be briefed on the markings used for live, inert or practice ordnance and other hazards they may encounter.  ORC personnel shall also be trained in proper range entry/access procedures for all operational training range complexes.

(2) Aircraft Operations.  During range clearance, specific arrangements (scheduling deconfliction) must be made to ensure that aircraft operations do not pose a hazard to ground personnel, and ground EOD detonation activities do not pose a hazard to aviation.

(a) Each working team shall have a signal flare for use in the event an uninformed flight crew attempts to use the range.

(b) Each working team shall maintain two-way communications with the range operation control or range office while engaged in range clearance operations.

(c) Over-flight of areas or portions of ranges during maintenance and/or ORC actions is not authorized without range control approval.  This ensures the protection of ground personnel and prevents aircraft damage by fragments from demolition operations.

(3) Snow Cover.  ORC operations are prohibited during periods in which any amount of snow covers the ground.

5.  Responsibilities.  COMUSFLTFORCOM, COMUSPACFLT, and the systems commands will:

a.  Ensure compliance with this policy and other directives applicable to range maintenance and clearance programs.  BSOs may delegate the ORC management to a subordinate unit.

USN-016118

OPNAVINST 3571.4
9 Oct 2009

b.  Plan, program, and budget funds necessary to implement requirements of this policy at ranges within their respective BSOs.

c.  Establish and maintain a range clearance processing and recycling program for operational testing and training ranges programmed for continued use, in accordance with policy set forth in this guidance.

d.  Prepare and approve an ORC plan for each range programmed for continued use.  The ORC plan shall be coordinated and shared, as appropriate, with organizational elements involved with operational range administration and ORC functions (typically, military EOD or similarly-qualified munitions response employees or contractors, range managers, installation explosives safety, environmental, and public works offices).

e.  Determine the certifying authorities for MPPEH and range scrap/debris in accordance with references (j) and (k) such that materials can be recycled or disposed.

f.  Be preventative as well as corrective.  Whenever possible, design, locate, and maintain targets to minimize future range scrap/debris clearance costs.

(1) When practicable, establish sole use target or impact areas such that live munitions targets are segregated from inert/practice munitions targets.

(2) Cluster bomb targets shall be segregated from other live munitions targets.

(3) Potential hazardous materials (e.g., petroleum, oils, lubricants, radium dials, and batteries) shall be removed from fixed targets before placing them on a range site to minimize the amounts of hazardous waste and reduce the potential for soil contamination.  Materials removed shall be disposed of or recycled as necessary in accordance with local hazardous material regulations.

(4) Develop a program to incorporate environmentally friendly targets (e.g., using targets fabricated from sheet metal) wherever possible to minimize the cost associated with disposal of target scrap.

8

USN-016119

OPNAVINST 3571.4
9 Oct 2009

g.  Respond in accordance with references (a), (b), and (i) to any release or substantial threat of a release of munitions constituents from an active or inactive range to off-range area, when such release poses an imminent and substantial threat to human health or the environment.

h.  Establish an outreach program that educates installation personnel and the public about the dangers of UXO and of trespassing on ranges.

6.  The CNO point of contact for ORC policy is the Range Policy and Sustainment Action Officer (N433B1), Fleet Readiness Division (N43), at 703-601-0568 (DSN 329).

7.  Records Management.  Records created as a result of this instruction, regardless of media and format, shall be managed in accordance with Secretary of the Navy Manual 5210.1.

M. T. LOOSE
Vice Admiral, CEC, U.S. Navy
Deputy Chief of Naval Operations
(Fleet Readiness and Logistics)

Distribution:
Electronic only via Department of the Navy Issuances Web site
http://doni.daps.dla.mil/

USN-016120

OPNAVINST 3571.4
9 Oct 2009

## APPLICABLE ACRONYMS AND DEFINITIONS

1.  <u>Explosive Ordnance Disposal (EOD) Technician</u>.  Active duty military personnel who have graduated from the U.S. Naval School, Explosive Ordnance Disposal, Eglin Air Force Base, Florida (formerly at Indian Head, Maryland).

2.  <u>Demilitarization</u>.  The act of rendering military munitions innocuous or ineffectual for military use (i.e., removing the military offensive or defensive characteristics), which may include disposal (treatment) of the unusable components of the munition.  The term encompasses various approved methods such as mutilation, alteration, or destruction to prevent further use for its originally intended military purpose.

3.  <u>Material Documented as Hazardous</u>.  MPPEH that has been assessed and documented as to the explosive hazards the material is known or suspected to present and for which the chain of custody has been established and maintained.  This material is no longer considered to be MPPEH.

4.  <u>Material Documented as Safe (MDAS)</u>.  MPPEH that has been assessed and documented as not presenting an explosive hazard and for which the chain of custody has been established and maintained.  This material is no longer considered to be MPPEH.

5.  <u>Material Presenting a Potential Explosive Hazard (MPPEH)</u>.  Material that, prior to determination of its explosives safety status, potentially contains explosives or munitions (e.g., munitions containers and packaging material; munitions debris remaining after munitions use, demilitarization, or disposal; and range-related debris) or potentially contains a high enough concentration of explosives that the material presents an explosive hazard (e.g., equipment, drainage systems, holding tanks, piping, or ventilation ducts that were associated with munitions production, demilitarization, or disposal operations).  Excluded from MPPEH are munitions within the DoD-established munitions management system and other hazardous items that may present explosion hazards (e.g., gasoline cans and compressed gas cylinders) that are not munitions and are not intended for use as munitions.

6.  <u>Military Munitions</u>.  All ammunition products and components produced or used by or for the U.S. DoD or the U.S. Armed

Enclosure (1)

OPNAVINST 3571.4
9 Oct 2009

Services for national defense and security, including military
munitions under the control of the DoD, the U.S. Coast Guard,
the U.S. Department of Energy, National Guard personnel, and
foreign military services operating on Navy ranges.  The term
includes:  confined gaseous, liquid, and solid propellants,
explosives, pyrotechnics, chemical and riot control agents,
smokes, and incendiaries used by DoD components, including bulk
explosives and chemical warfare agents, chemical munitions,
rockets, guided and ballistic missiles, bombs, warheads, mortar
rounds, artillery ammunition, small arms ammunition, grenades,
mines, torpedoes, depth charges, cluster munitions and
dispensers, demolition charges, and devices and components
thereof.  It does not include:  wholly inert items, improvised
explosive devices, or nuclear weapons, devices, and components
thereof.  (However, it does include non-nuclear components of
nuclear devices, managed under Department of Energy's nuclear
weapons program after all required sanitation operations under
the Atomic Energy Act of 1954, as amended, have been completed.)

7.  Military Munitions Rule.  Reference (e) regulates when
military munitions become Waste Military Munitions (WMM) and how
WMM must be managed.  Navy ranges shall comply with the guidance
established in the Environmental Protection Agency's (EPA)
Military Munitions Rule to meet EPA regulatory requirements
related to military munitions removed from active and inactive
ranges.  If a state has a more stringent munitions rule, that
rule takes precedence over the Federal rule.

8.  Munitions Debris.  Remnants of military munitions (e.g.,
fragments, penetrators, projectiles, shell casings, links, fins)
after military munitions use or demilitarization.

9.  Operational Range.  A designated land or water area set
aside, managed, and used to conduct research on, develop, test
and evaluate military munitions and explosives, other ordnance,
or weapon systems, or to train military personnel in their use
and handling.  Ranges include firing lines and positions,
maneuver areas, test pads, detonation pads, impact areas, and
buffer zones with restricted access and exclusionary areas.  For
purposes of this instruction, this definition does not include
airspace, or water, or land areas underlying airspace used for
training, testing, or research and development where military
munitions have not been used.

2                        Enclosure (1)

USN-016122

OPNAVINST 3571.4
9 Oct 2009

10.  Range Clearance.  The destruction or removal and proper disposition of used military munitions (e.g., UXO and munitions debris) and other range-related debris (e.g., target debris, munitions packaging and crating material) on an operational range to maintain or enhance operational safety or to prevent the accumulation of such material from impairing or precluding the continued use of the range for its intended purpose.  The term "range clearance" does not include removal, treatment, or remediation of chemical residues or munitions constituents from environmental media, nor actions to address discarded military munitions (e.g., burial pits) on operational ranges.

11.  Range-Related Debris.  Debris, other than munitions debris, collected from operational ranges.

12.  Range Scrap/Debris.  Munitions scrap metal and target (wood, tires, sea land container, vehicles, etc.) debris.

13.  Unexploded Ordnance (UXO).  Military munitions that have been primed, fused, armed, or otherwise prepared for action, and have been fired, dropped, launched, projected, or placed in such a manner as to constitute a hazard to operations, installation, personnel, or material and remain unexploded either by malfunction, design, or any other cause.

14.  UXO-Qualified Personnel or Technicians.  Personnel who have performed successfully in military EOD positions, or are qualified to perform in the following Department of Labor, Service Contract Act, Directory of Occupations, contractor positions:  UXO Technician II, UXO Technician III, UXO Safety Officer, UXO Quality Control Specialist, or Senior UXO Supervisor.  UXO-Qualified Personnel must also meet DDESB experience and training requirements (DDESB Technical Paper 18).

15.  Waste Military Munitions (WMM).  A military munition is a "waste" military munition when it is identified as:  (1) a solid waste per subpart M, section 266.202 of title 40, Code of Federal Regulation (CFR); or (2) a hazardous waste per part 261, subpart C or D of title 40, CFR.  In general, WMM are hazardous wastes when they exhibit the hazardous waste characteristic of ignitability, corrosivity, reactivity, or toxicity; or are listed as a hazardous waste.

Enclosure (1)

USN-016123