UNCLASSIFIED                                      SOP ID#: DEMO-019

ORIGINAL



# STANDARD OPERATING PROCEDURES
# FOR
# DEMOLITION DIVISION
### (ELEMENT 1)

**(THESE SOPS ARE WRITTEN IN ACCORDANCE WITH NOSSAINST 8023.11 SERIES)**

**EXPIRATION DATE:** 31-Dec-19

## ID #: DEMO-019

## COMMITTED TO SAFETY IN EXPLOSIVE OPERATIONS

**Distribution is limited to U.S. Government agencies and their contractors for administrative/operational use.**

USN-00000436

## INTRODUCTION AND REFERENCES
### (ELEMENT 2)

1. <u>Introduction</u>.  These Standard Operating Procedures (SOPs) have been developed in accordance with reference (a) for conducting Ammunition and Explosives (A&E) operations for Demolition Division.  All provisions of these SOPs and references (b) through (r) shall be strictly adhered to and enforced when conducting A&E operations.

2. <u>Review Process</u>.  Per reference (a), a continuous review of these SOPs by all individuals utilizing these SOPs is required.  Additionally, an annual review of these SOPs shall be conducted and documented on ELEMENT 4B by the developer.

3. <u>References</u>:
    (a) NOSSAINST 8023.11 Series (DON Standard Operating Procedures Development, Implementation, and Maintenance for Ammunition and Explosives)
    (b) OPNAVINST 8023.24 Series (Navy Personnel Ammunition and Explosives Handling Qualification and Certification Program)
    (c) NETCINST 5100.1 Series (Safety, Occupational Health and High-Risk Training Safety Program Manual)
    (d) NAVSCOLEODINST 1500.20 Series (Safety Procedures for Conducting Training)
    (e) OPNAVINST 5530.13 Series (Department of the Navy Physical Security Instruction for Conventional Arms, Ammunition, and Explosives (AA&E))
    (f) NAVSCOLEODINST 5530.7 Series (Arms, Ammunition & Explosives (AA&E) Lock and Key Control Program)
    (g) NAVSEA OP5 Vol 1 (Ammunition and Explosives Safety Ashore)
    (h) NAVSEA SW060-AA-MMA-010 (Technical Manual for Demolition Materials) (FOUO)
    (i) EODB 60A-1-1-31 (Technical Manual for Explosive Ordnance Disposal Procedures, General Information of EOD Disposal Procedures) (FOUO)
    (j) NAVSCOLEODINST 8020.2 Series (Demolitions Requalification)
    (k) NAVSCOLEODINST 3502.1 Series (Range Safety Officer (RSO))
    (l) NAVSCOLEODINST 1540.1E Series (Instructor Certification Qualification Evaluation Program)
    (m) Demolition Job Sheets/Demolition Test Administrator's Guides
    (n) OPNAVINST 3500.39 Series (Operational Risk Management (ORM))
    (o) NAVSCOLEODINST 8020.2 Series (Hazards of Electromagnetic Radiation to Ordnance (HERO))
    (p) EAFBI 13-212 (Range Planning and Operations)
    (q) EAFBI 13-204 (Eglin Range Mission Scheduling and Control)
    (r) NAVSCOLEOD Standard Operating Procedures for Inert/Dummy Ordnance and MPPEH Management
    (s) NAVSCOLEODINST 8027.1A UXO Reporting and Actions

USN-00000437

UNCLASSIFIED                                          SOP ID#: DEMO-019

## TABLE OF CONTENTS
### (ELEMENT 3)

| ELEMENT | PAGE |
|---|---|
| 1. TITLE PAGE | 1 |
| 2. INTRODUCTION AND REFERENCES | 2 |
| 3. TABLE OF CONTENTS | 3 |
| 4. RECORD OF DEVELOPMENT, REVIEW, VALIDATION, APPROVAL AND CHANGES | 5 |
| 4A. RECORD OF REVIEW, VALIDATION AND APPROVAL | 5 |
| 4B. RECORD OF CHANGES | 6 |
| 4C. DISTRIBUTION PAGE OF SOP | 7 |
| 5. HAZARD ANALYSIS/RISK ASSESSMENT AND HAZARD CONTROL BRIEF | 8 |
| 6. EMERGENCY RESPONSE PROCEDURES AND CONTINGENCY PLAN | 18 |
| 7. PROCESS SUPERVISOR'S STATEMENT | 20 |
| 8. WORKER'S/OPERATOR'S STATEMENT | 21 |
| 9. SAFETY, TOOLS AND OTHER EQUIPMENT LOAD CHECKLIST | 22 |
| 10. STEP-BY-STEP PROCEDURES | 23 |
| 10A. RECEIPT AND STORAGE OF A&E PROCEDURES | 27 |
| 10B. ISSUE OF A&E PROCEDURES | 30 |
| 10C. RANGE D-51 "EOD EXPLOSIVES TRAINING RANGE" ELECTRIC/NONELECTRIC DEMOLITION PROCEDURES | 33 |
| 10D. RANGE D-51 OR C-52N "BURN RANGE" OPERATIONS AND DISPOSAL PROCEDURES | 37 |
| 10E. RANGES C-52W AND C-52N SPECIAL EXPLOSIVE TECHNIQUES AND MUNITIONS DISPOSAL TRAINING PROCEDURES | 41 |
| 10F. MISFIRE PROCEDURES | 44 |

USN-00000438

ELEMENT                                                                  PAGE

  10G.  ORDNANCE KICK-OUT PROCEDURES                              51

    10G.1.    ORDNANCE KICK-OUT AREA MAPS                        53

    10G.1-M1.  RANGE C-52 NORTH ORDNANCE KICK-OUT PARAMETERS      53

    10G.1-M2.  RANGE C-52 WEST ORDNANCE KICK-OUT PARAMETERS       54

  10H.  RESTOW OF A&E PROCEDURES                                   55

  10I.  POTENTIAL EXPLOSION SITE (PES) INSPECTION                  58

11. RANGE DIAGRAMS                                                        61

    11.1-M1.  RANGE C-52 WEST                                    61

    11.1-M2.  RANGE C-52 NORTH                                   62

    11.1-M3.  RANGE D-51                                         63

12. A&E SECURITY                                                          64

13. HERO RESTRICTIONS AND COMMUNICATIONS PLAN                             65

14. RANGE MAINTENANCE, CLEAN-UP, AND DEBRIS REMOVAL                       67

APPENDICES

A.  DEMOLITION DIVISION DAILY RANGE LOG                                   A-1

B.  DEMOLITION DIVISION OPERATIONAL CHECKLIST                             B-1

C.  READY SERVICE LOCKER (RSL) INSPECTION FORM                            C-1

D.  DEMOLITION RANGE INSPECTION FORM                                      D-1

E.  PES INSPECTION DISCREPANCIES AND CORRECTIVE ACTION PLAN
  (CAP)                                                             E-1

F.  GENERAL SAFETY REGULATIONS FOR HANDLING AND STORAGE OF
  EXPLOSIVES                                                        F-1

USN-00000439

## RECORD OF DEVELOPMENT, REVIEW, VALIDATION, AND APPROVAL
### (ELEMENT 4A)

| Record of Development, Review, Validation, and Approval | | | |
|---|---|---|---|
| SOP Title: DEMOLITION DIVISION | | SOP Number: DEMO-019 | |
| **DEVELOPMENT** | | | |
| Developer: | Print Full Name: | Signature: | Date: |
| | | | |
| **REVIEW** | | | |
| Reviewed By: | Print Full Name: | Signature: | Date: |
| Medical Division: | | | |
| Safety Manager: | | | |
| Explosive Safety Officer: | | | |
| Training LCPO: | | | |
| Training Officer: | | | |
| **VALIDATION** | | | |
| I have reviewed this SOP in accordance with NOSSAINST 8023.11C, and conducted a thorough walk through of procedures using INERT materials and mockups where applicable. I conclude that this SOP is a valid, safe, and effective document in support of recurring operations involving the handling, transportation, and storing of ammunition and explosives. | | | |
| Validated By: | Print Full Name: | Signature: | Date: |
| Process Supervisor: | | | |
| Worker or Operator: | | | |
| **APPROVAL** | | | |
| Commanding Officer or Designated Representative: | | | Date: |
| Print:                                    Signature: | | | |
| **SOP ANNUAL REVIEW** | | | |
| Process Supervisor: | Print Full Name: | Signature: | Date: |
| Process Supervisor: | | | |
| Process Supervisor: | | | |
| Process Supervisor: | | | |
| This SOP must be reviewed annually and expires four years from the date of approval. | | | |

5

USN-00000440

## RECORD OF CHANGES
### (ELEMENT 4B)

| DATE. | SUPERVISOR'S SIGNATURE | PAGE | PARAGRAPH | REMARKS |
|-------|------------------------|------|-----------|---------|
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |
|       |                        |      |           |         |

**NOTE**

**ANY CHANGES MADE TO THE OPERATIONAL PROCEDURES OF THESE SOPS ARE CONSIDERED MAJOR IF THEY ADD OPERATIONAL HAZARDS, NEW HAZARDOUS ITEMS, CLASSIFIED INFORMATION, OR MODIFICATIONS TO OPERATIONAL PROCEDURES THAT AFFECT SAFETY.  CHANGES SUCH AS PHONE NUMBERS, CORRECTION OF TYPOGRAPHICAL ERRORS, OR REWORDING OF THE PARAGRAPHS (TO CLARIFY MEANING OR INTENT) THAT DO NOT AFFECT THE CONTENT OF THE PROCEDURES DELINEATED IN THESE SOPS STATED ON ALL DIVISION COPIES.**

USN-00000441

## DISTRIBUTION PAGE OF THE SOP
### (ELEMENT 4C)

| SOP Number | # of Copies | Organization | Building Number | Signature |
|---|---|---|---|---|
| DEMO - 019 | Master | ESO Office | BLDG 8840 | Print:_____<br><br>Sign:_____ |
| DEMO - 019 | Copy #1 | Demolition Division Officer | BLDG 8849 | Print:_____<br><br>Sign:_____ |
| DEMO - 019 | Copy #2 | Range D51 OCB | OCB | Print:_____<br><br>Sign:_____ |
| DEMO - 019 | Copy #3 | Range D51 RSO Truck | Vehicle | Print:_____<br><br>Sign:_____ |
| DEMO - 019 | Copy #4 | Range C52N & W RSO Truck | Vehicle | Print:_____<br><br>Sign:_____ |
| DEMO - 019 | Copy #5 | Range C52N & W Instructor Truck | Vehicle | Print:_____<br><br>Sign:_____ |
| | | | | |

USN-00000442

## HAZARD ANALYSIS/RISK ASSESSMENT AND HAZARD CONTROL BRIEFING
### (ELEMENT 5)

**NOTE**

**PER REFERENCE (N), THE HAZARD ANALYSIS IS COVERED BY THE RISK ASSESSMENT, WHICH CAN BE OBTAINED FROM THE SAFETY MANAGER UPON REQUEST, OR GO TO S:\NAVSCOLEOD\SAFETY\RISKASSESSMENTS.**

### HAZARD CONTROL BRIEFING

1.  Introduction.  This Hazard Control Briefing (HCB) addresses the process/operation, and describes the hazards and control methods that the operator may encounter.  This briefing can include, but is not limited to video recordings, computer generated instruction, and testing of knowledge comprehension. The briefing shall be given to all staff and student personnel involved in A&E operations.  Visiting personnel not directly involved, will be briefed utilizing this brief, the emergency action plan, and must be escorted by approved NAVSCOLEOD staff.

2.  Requirements for a HCB:

   a.  It is required that a HCB be given on operations covered in these SOPs.  Supervisory personnel will give this briefing and ensure a Process Supervisor's Statement and/or a Worker's/Operator's Statement is signed by all personnel receiving the briefing.  The briefing will be given under the following conditions:

      (1) Prior to the initial startup of new operations.

      (2) Intervals not exceeding six months, when operations continue for an extended period of time.

      (3) Upon restarting operations after an inactive period of 30 days or more.

      (4) When new personnel are brought into the operation.

      (5) When a change in procedures introduces a new potential explosive hazard to personnel and/or facilities.

      (6) When there is a change or revision to these SOPs.

      (7) When deemed necessary by competent authority.

      (8) As often as necessary based on hazard analysis.

   b.  The Process Supervisor's and Worker's/Operator's Statement sheets will be signed as proof that the HCB has been given as described above.

3.  Hazard Control Briefing Points.

USN-00000443

a.  EOD operations requiring the use of A&E are dangerous and may be fatal.  Extreme caution must be exercised when working with explosives.  While every practical precaution has been incorporated into the publications and operating procedures, it is not possible or practical to list every condition or hazard that may be encountered.  Therefore, all personnel must at all times observe as a minimum, the following:

(1) Standard Operating Procedures.  All personnel will adhere to Standard Operating Procedures at all times and will not deviate from them unless authorized by competent authority and ONLY under emergency situations.

(2) Only command qualified and certified personnel will be allowed to handle or use A&E.  Students under instruction will handle only those materials authorized by the instructor, course curriculum, and lesson topic guides.  Students shall be under the direct supervision of qualified and certified EOD instructors at all times.

(3) Do Not Work Alone.  No individual will be permitted to work alone, at any time, during potentially hazardous conditions.  A qualified/certified instructor will accompany workers/operators when working in a hazardous area.

(4) Report All Undocumented Hazards.  If at any time you detect a hazard, or hazardous situation that is not identified in the Hazard Analysis/Risk Assessment, report it.  It is EVERYONE'S responsibility to report undocumented hazards to ensure they are corrected and addressed in the Hazard Analysis/ Risk Assessment.

(5) Report All Injuries.  Report all injuries, regardless of severity, to your supervisor immediately.  Even minor injuries can become serious without proper first aid.  Report any symptoms of heat stress injuries.

(6) Environmental Hazards.  Practical areas are natural environments and can be expected to contain the hazards normally associated with this part of the country; i.e. snakes, scorpions, and spiders.  Be aware of these and report any occurrences to your supervisor.  DO NOT TOUCH animals and/or reptiles in any area.  Be prepared to train outside every day and STAY HYDRATED!

(7) Mishap Procedures.  In the event of a mishap, a Training Time Out (TTO) shall be called.  If required, the Emergency Action Plan (EAP) will be activated and all personnel will muster in the pre-designated location.  Follow the instructions given by your primary instructor or RSO.

b.  The handling or use of explosives and other hazardous materials shall not be undertaken during electrical storms.  All A&E handling evolutions will be suspended at the approach of an electrical storm (**within ten nautical miles**) and may resume only after it clears the area.  Storm distance determination is to be ascertained through NAVSCOLEOD Range Operations Weather Monitors, the Eglin AFB weather information (IWDS) center, refer to element 6, authorized portable lightning systems or on-site weather observations.

USN-00000444

UNCLASSIFIED                                                    SOP ID#: DEMO-019

c.  At no time will explosives be permitted inside any building intended for students/staff or privately owned vehicles.

d.  Privately Owned Vehicles (POVs) shall park in designated parking areas only for Range D-51, and POVs will never be permitted inside the gates that control access onto Ranges C-52W or C-52N.

e.  Transportation of Detonators and HE on Ranges.

(1) When transporting detonators and HE in the same vehicle, the detonators shall be packaged in a MK663 container and the HE shall be packaged in a DOD approved manufacturer's container and both shall be placed in the truck bed.

(2) When transporting detonators and HE in different vehicles, the detonators and HE shall be packaged in DOD approved manufacturer's containers separately and both shall be placed in the truck bed.

### NOTES

**TRUCK BEDS MUST HAVE A SECURED WOODEN TRANSPORT BOX WHICH WILL TIGHTLY SECURE THE MATERIAL AS TO NOT ALLOW THE MATERIAL TO SHIFT, SLIDE, OR SUFFER UNNECESSARY IMPACT. THIS MAY OCCUR DUE TO THE ROUGH TERRAIN OF OUR RANGES.**

**DUE TO THE ROUGH TERRAIN AND ROADS IN AND AROUND DEMOLITION RANGES, THE SPEED LIMIT OF THE VEHICLE SHALL NOT EXCEED 18 MPH WHEN TRANSPORTING DETONATORS.**

f.  Explosives safety standards mandate that HE and detonators shall always be separated by at least 50 feet during open storage, i.e. on a range, so in order to meet the required 50 foot separation distance, the HE and detonators shall not be allowed to be offloaded from a delivery vehicle simultaneously, rather one should be offloaded and staged first in the buildup area or the open storage area designated only for that material, then the other.  This process shall be enforced by Demolition Division personnel.

g.  Unprotected blasting caps will never be carried in pockets or pouches on any person. Blasting caps are very sensitive to heat, shock, and friction.  They shall not be tapped, forced, or mistreated in any way, and will not be exposed to the direct rays of the sun or other heat sources for prolonged periods.

### WARNING

**THE BUILDUP OF CHARGES SHALL NEVER BE CONDUCTED BEHIND PERSONNEL EMERGENCY BARRICADES OR DESIGNATED HE OR DETONATOR OPEN STORAGE AREAS, ONLY IN DESIGNATED BUILDUP AREAS IDENTIFIED IN RANGE DIAGRAMS.**

USN-00000445

h.  Prior to handling electric blasting caps or squibs, each person shall ground themselves by an approved grounding method to dissipate any accumulated static charge.  Nylon, wool, or silk garments will not be worn by personnel using electric firing systems for the initiation of explosives or energetic materials.

```
┌─────────────┐
│    NOTE     │
└─────────────┘
```

**DURING INCLEMENT WEATHER PERIODS THE RSO MAY AUTHORIZE
THE WEAR OF NON-ISSUED CLOTHING.**

i.  Prior to priming explosive charges, blasting caps shall be kept at least 50 feet from other explosives.  No person will work alone when priming explosive charges.  Students shall be under the direct supervision of EOD Instructors.  Instructors will be under the supervision of the RSO during the final priming in of all demolition charges.

j.  All personnel working with blasting caps, as defined below, will wear ANSI approved safety glasses or goggles:

   (1) Crimping procedures

   (2) Priming in procedures

   (3) Sensitizing detonating cord

k.  The OCB, shall be occupied by all students and instructors prior to the detonation of any explosive charge.  The only exception is Range D-51.  During any explosive operation where the RSO authorizes the students to view the explosive shots, the students may observe from an area designated by the RSO that meets minimum safe distance criteria.  Smoking will be permitted for instructors and students in marked designated areas only.

```
┌─────────────┐
│   WARNING   │
└─────────────┘
```

**SMOKING, MATCHES, OR ANY UNAUTHORIZED SOURCE OF FIRE OR
FLAME WILL NOT BE ALLOWED WITHIN 50 FEET OF ANY RSL,
EXPLOSIVE-LADEN VEHICLE, DETONATION SITES OR AN AREA WHERE
EXPLOSIVES ARE BEING HANDLED.**

l.  Distracting behavior such as skylarking, loud or boisterous language, running, or shoving will not be permitted at any time during active range operations.

m.  Students shall not pick up or utilize any live ordnance or firing devices that may be found in explosives training areas. All remnant fuses, sensitive firing devices, or other ammunition components shall be destroyed by qualified EOD personnel only.

USN-00000446

n.  If suspect Unexploded Ordnance (UXO) items are discovered, the RSO will follow procedures outlined in element 6 and the EAP.

o.  Prior to commencing range operations involving explosives or other hazardous materials, the RSO and EOD Instructors shall ensure all personnel handling explosives have removed all jewelry (wrist watches/rings/necklaces/bracelets) and will brief the location of:

    (1) Telephones and emergency numbers.

    (2) Ambulance, Hospital Corpsman or Emergency Medical Technicians (or other Medical Support Personnel).

    (3) Firefighting equipment.

    (4) Communications equipment.

    (5) Individual safety equipment.

p.  The Mishap Plan Binder, with the EAP, will be located in the RSO book and carried in the RSO truck at all times.  An additional copy will be located in the OCB.

q.  Blasting Caps and Time Fuse.

    (1) Maintain positive control and accountability of blasting caps at all times.

    (2) Handle non-electric blasting caps by the open end only, except when required to maintain positive control while attaching to time fuse or detonating cord.

    (3) Use only approved crimpers to crimp blasting caps.

    (4) Point the explosive end of the blasting caps away from the body during handling, except when required to maintain positive control while attaching to time fuses or detonating cord.

    (5) Handle primed time fuse with extreme caution to avoid contact between blasting caps and hard objects.

    (6) Secure time fuse prior to ignition in a manner that prevents it from coiling or making contact with itself while burning.

    (7) No student will prime in until the RSO gives the appropriate command and the Point Instructor (PI) is present and gives permission to do so.

    (8) Only one student is allowed in the RSL at a time. Remaining students will standby until called in.

    (9) Prior to commencing any explosive volley, the Class Leader or NCOIC will account for all students and report to the RSO.

USN-00000447

(10) All students with pre-existing medical conditions (i.e. heat stress, medications, etc.) will notify a staff member of their condition prior to each training evolution.

(11) Water jugs will be located at the OCB, in the RSO vehicle and on other Low Speed Vehicles, i.e. Polaris or Gator.

(12) No attempt will be made to fight fires downrange.  Range 52 Control will be notified of any fires downrange.

r.  Mitigation of Potential Explosive Detonation to A&E.

(1) Boxes containing A&E shall remain closed until ready for use or inspection.

(2) A&E shall be carefully protected from moisture, heat, debris, and against blows or shock.

(3) A&E shall not be exposed to direct sunlight for any considerable length of time.

(4) Smoking.  Smoking is prohibited in magazines, ready service lockers (RSLs), and any other Potential Explosion Site (PES), i.e. on a demolition range; conveyance where ammunition, explosives, and related hazards are present.  Smoking areas shall be located as far possible from any PES, but no closer than 50 feet.  Signs with "Designated Smoking Areas" shall be prominently posted at approved smoking areas.  Necessary approved firefighting equipment shall be available.  A 2 ½ gallon stored pressure water extinguisher, equivalent, or greater shall be furnished in each approved smoking area.  Suitable metal receptacles, preferably containing water or sand, shall be provided for butts.  Combustible receptacles shall not be used as receptacles.  Receptacles shall be emptied at least weekly or preferably at the end of the workday.  No cigarette or tobacco disposal shall be permitted in rubbish cans, wastebaskets, or any place where there is a risk of igniting combustible material.  Combustible material in smoking areas shall be minimized.

(5) Flame- and Spark-Producing Devices.  Matches, cigarette lighters, or other similar flame- or spark-producing devices shall not be permitted in or around areas where ammunition and explosives are present.  Flame-producing devices used in tests or operations, if identified in element 9 of these SOPs, are permissible in operational areas.

(6) Do Not rough handle A&E.  Examples:

(a) Dropping of an item during handling.

(b) Puncture of the protective case or the item.

(c) Rough handling which results in dents, cuts, bends or other deformities.

(d) The impact of a piece of shrapnel.

(e) The impact from the dropping of the explosive  item.

USN-00000448

(f) The impact from the dropping of another item on the explosive item.

(g) Friction due to rubbing or dragging.

(7) Adhere to all safety precuations identified in Appendix F.

s.  Unauthorized procedures or tools.  Examples:

(1) Electrical discharge generated by a moving vehicle or use of an improper tool.

(2) Static electricity discharge due to improper grounding, movement of explosive components, and dragging.

(3) Exposure to Radio Frequency (RF) fields.

t.  Unsafe, armed or suspect A&E is considered unsafe to handle or stow.  Any A&E that has a Naval Ammunition Reclassification (NAR) indicating it is unsafe to handle or stow, is armed, or cannot be determined to be safe, or any A&E that contains a critical safety deficiency shall be reported to the ESO, Eglin AFB EOD, and the Ordnance Officer.

u.  Maintain HERO safe-separation, per element 13, when using cell phones, portable radios (handheld radios), mobile radios (vehicle-mounted radios) and cell phones (in emergency situations only).

v.  Environmental Hazards:

(1) Heat generated by fire.

(2) Exposure to unauthorized "open flames".

(3) Heat generated by a lightning strike.

(4) Prolonged storage at very high or very low temps.

(5) High solar radiation.



**NOTE**

**THE RSO WILL VERIFY IF THE WEATHER IS CONDUCIVE FOR ORDNANCE-HANDLING OPERATIONS.  EXTREMES IN CLIMATE AND POTENTIAL FOR LIGHTNING WILL BE CONSIDERED.**

w.  Remedial Actions for Hazard or Hazardous Materials.

(1) Personnel discovering an unsafe condition or procedure will immediately call a "Training Time-Out" (TTO), cease ordnance-handling operations, and notify the RSO.

USN-00000449

(2) The RSO will evaluate the unsafe condition and determine if upon correction of the unsafe condition, ordnance-handling operations can continue.

(3) If unable to continue ordnance-handling operations due to a significant unsafe condition (dropped or damaged A&E, handler injury, etc.), the Division Officer/NCOIC, Explosives Safety Officer (ESO) and Safety Manager will be notified immediately.

(4) The Division Officer, or NCOIC, ESO and Safety Manager will evaluate the unsafe condition and direct appropriate corrective action.

(5) In the case of a significant unsafe condition, ordnance-handling operations will not be allowed to continue without the permission of the CO or designated representative.

x.  Decontamination and Restoration of Safe Working Conditions Procedures.

(1) Corrective action restoring safe working conditions and decontaminating or disposing of damaged or unserviceable A&E shall be directed by the Explosives Safety Officer and Ordnance Officer.

(2) The assistance of Eglin AFB's EOD services shall be requested as needed.

(3) The CO or designated representative shall determine if ordnance handling operations may proceed upon restoration of safe working conditions.

y.  Avoidance of Personnel Injury.

(1) All personnel will be in the uniform of the day.

(2) Ensure all personnel are physically capable of performing duties assigned (no illness, hydrated and well rested).

(3) Demolition ranges are in the open and provide little shelter from the weather, ensure personnel take frequent breaks and drink water to prevent dehydration.

(4) Utilize two-man carry for any item weighing in excess of 50 lbs.

(5) Ensure personnel utilize correct lifting posture to avoid injuries to the lower back.

(6) Ensure proper Personal Protective Equipment (PPE) is being worn for the evolution. PPE that may be necessary to have on hand is listed in element 9.  PPE is the responsibility of the person to whom it is assigned.  When PPE becomes worn, torn or is otherwise unserviceable, the individual shall notify their supervisor in order to obtain replacement.

(7) In the event of personal injury, contact Medical Division for assistance.  As time permits notify the Division Officer/NCOIC and Safety Manager, include ESO if explosives are involved.

USN-00000450

z.  Training Time Out (TTO)/Drop on Request (DOR).

(1) TTO Procedures.  In any training situation where a student or instructor expresses concern for personal safety, or a need for clarification of procedures or requirements exists, an immediate TTO shall be called.  TTO is also an appropriate means for a student experiencing undue pain, heat stress, or serious physical discomforts to obtain relief.  When verbal communication is possible, the phrase "Training Time Out" will simply be stated.  When verbal communication is not possible, the two-handed "T" signal commonly used in athletic events will be used.  Furthermore, anytime a trainee demonstrates signals of panic, fear, extreme fatigue, or lack of confidence, instructors shall stop training, identify the problem, and make a determination to continue or discontinue training.  Following a TTO, the training situation shall be examined by the RSO or higher authority as required.  Additional explanation and instruction will be provided as necessary to allow safe resumption of training.  In those instances where a student refuses to participate in training after additional instruction has been provided, or when excessive use of TTO occurs, the student shall be removed from training and referred to the Training Officer or designated representative for counseling.  Should the student continue to refuse to resume training, they will be referred to the CO or designated representative for further counseling or administrative processing to include removal from training, if so indicated.

(2) Drop on Request (DOR) Procedures.  Any student may request voluntary terminating of training.  When any student in a voluntary high-risk training course desires to quit or "DOR", the student need only make such intentions known.  The student will be immediately and expeditiously removed from the training area.  A written summary of the action taken is entered in the student's service record and a copy is maintained in the command's permanent records.

aa.  Prohibited Articles In Hazardous Areas.  Personnel working with explosives, in explosive areas, or in certain other designated areas under specified circumstances established by the command, shall not wear or have prohibited articles on their persons.  The wearing of articles of adornment such as watches, rings, necklaces, chains, bracelets, earrings, or loose articles of clothing is forbidden when personnel are:
(1) Working in areas where exposed explosives are present.

(2) Operating moving or rotating equipment (whether guarded or unguarded).

(3) Physically handling material, i.e. lifting, moving, or working in areas where articles of adornment could be caught on a protrusion of any type; such as wood splinters or nails.

(4) Exposed to potential electrical shock.

(5) Handling weapons with exposed electric leads.

(6) The following exceptions are permitted at the discretion of the RSO:

(a) Articles of religious adornment that are worn under work, safety, and protective clothing that poses no significant hazard to personnel.

(b) Personnel operating or testing electrical equipment which is properly grounded.

USN-00000451

bb.  Actions for lightning watch and warnings.

(1) If work is being performed in a RSL, the work shall stop and the RSO will immediately containerize and secure all A&E in the applicable RSL.  RSLs shall be closed and locked, and personnel evacuated to shelter as soon as possible.  After A&E is secured in a closed RSL, the RSL shall not be opened until the lightning warning is "all clear".

(2) If work is being performed at a detonation site with exposed ordnance, the work shall stop and:

(a) If ordnance is set and primed: The RSO will withdraw all personnel to a lightning protected facility, complete detonations and remain in the facility and wait for lightning to pass outside of 10 nautical miles before resuming operations.

(b) If ordnance is not set or primed: The RSO will withdraw all personnel to a lightning protected facility and wait for lightning to pass outside of 10 nautical miles before resuming operations.

17

### EMERGENCY RESPONSE PROCEDURES AND CONTINGENCY PLAN
(ELEMENT 6)

1.  The following phone numbers are to be utilized in the event any incident or accident. When calling an off base number using a base telephone you must dial 99 for local and 98 for long distance.

| Contact | Number |
| --- | --- |
| General Emergency (Med/Fire) | 911 |
| Quarterdeck/Physical Security | 883-3833/Radio |
| Range Operations Department Head | 882-3549/Radio |
| Explosives Safety Officer | 883-1938/Radio |
| Explosives Safety Assistant/Range Scheduling | 882-8490/Radio |
| Safety Manager | 883-0858/Radio |
| Range Medical | 882-6476/Radio |
| Command Duty Officer Cell Phone | 98(850)382-3797 |
| Eglin 96 CES/CED/ EOD Command Post | 882-3225/3-4020 |
| Eglin Weather Services | 882-4800/5449/5322 |
| Range 52 Control | 882-4956/Radio |
| Eglin Joint Test and Training Operations Control Center (JTTOCC) | 882-5800 |
| Eglin 96 Security Forces Dispatch | 882-2000 |

2.  Emergency Procedures.  Actions to be taken in the event of an accident/incident shall be in accordance with the Emergency Action Plan (EAP).  The EAP will be readily accessible at all times.

3.  Non-Emergencies Procedures.  Medical assistance will be requested by radio and provided by a NAVSCOLEOD Hospital Corpsmen or Emergency Medical Technicians or other Medical Support Personnel.

4.  UXO Reporting.  Staff or students will not pick up and/or dispose of any non-NAVSCOLEOD ordnance items found on any demolition range.

   a.  Range D-51.  Reporting of UXO on Range D-51 will be in accordance with the division EAP.

   b.  Ranges C-52 West and North.  If any suspect unexploded ordnance (UXO) item is found, the RSO shall notify the ESO and provide the following information IAW reference (s)

      (1) Number of UXOs.

      (2) Type and caliber of UXO(s) (If known).

      (3) Coordinates of the UXO(s).

      (4) Location and terrain features.

USN-00000453

(5) Method by which UXO area will be marked.

(6) Names of individuals who will assist EOD.

(7) Name, unit, and phone number of person making report.

c.  The RSO shall also notify the Demolition Division Officer or NCOIC.

USN-00000454

SOP ID#: DEMO-019

## PROCESS SUPERVISOR'S STATEMENT
### (ELEMENT 7)

Title: Standard Operating Procedures for Demolition Division

1.  The supervisor will sign this statement when the conditions of the Hazard Analysis/Risk Assessment and Hazard Control Briefing, element 5, paragraph 2.a is required.  This is proof of a Hazard Control Briefing and shall be maintained on file for a minimum of one year after the date the brief was given.

2.  I have read the SOP and I fully understand the contents.  To the best of my knowledge, the processes described in the SOP can be conducted safely, efficiently, and in an environmentally acceptable manner.  I have made sure that all personnel assigned to this process are qualified, have read and understand the requirements of these SOPs, and have signed the supervisor's statement.  If deviations from these SOPs are necessary, I will ensure that demolition operations are stopped until these SOPs are revised and approved.  If unexpected safety, health, or environmental hazards are found, I will make sure demolition operations are stopped until the hazards have been eliminated.

| PRINT NAME | SIGNATURE | DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

USN-00000455

## WORKER'S/OPERATOR'S STATEMENT
### (ELEMENT 8)

Title: Worker's/Operator's Statement for Demolition Division

1. The worker will sign this statement when the conditions of the Hazard Analysis/Risk Assessment and Hazard Control Briefing, element 5, paragraph 2.a is required. This is proof of a Hazard Control Briefing and shall be maintained on file for a minimum of one year after the date the brief was given.

2. I have received a range safety brief and I have received adequate training to perform the evolution. I will continue training unless I identify a hazard not addressed or encounter an operation I cannot perform. If that occurs, I will stop the process and notify my immediate supervisor of the problem.

| Senior Class: | | Junior Class: | | |
|---|---|---|---|---|
| Worker's Name | Worker's Signature | Worker's Name | Worker's Signature | Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RSO Name: _____ RSO Signature: _____ Date:_____

USN-00000456

## SAFETY, TOOLS AND OTHER EQUIPMENT LOAD CHECKLIST
### (ELEMENT 9)

1.  The following list of equipment may not be needed to perform each procedure.  Some may be required frequently, others only rarely, if at all.  Other equipment may be helpful in performing these procedures.  Personnel encountering situations where other approved items would, in their opinion, provide a better substitute for the items listed, should bring these to the attention of the Division Officer or NCOIC, prior to implementing their use.  Supervisors and instructors are responsible for ensuring that adequate supplies of the listed items are available to the workers to perform assigned tasks.

| EQUIPMENT LIST | | |
| --- | --- | --- |
| **SAFETY** | **OPERATIONAL TOOLS** | **OTHER** |
| "Bravo" Flag | Ranges D-51/C-52W/C-52N Range Kits | Broom |
| Hand-Held Lightning Detector | Burn Igniters | Cell Phone (Emergency Calls by RSO only) |
| Wind Speed/Direction Indicator | DSRT (Medusa) | RSL Keys |
| Gloves, Leather, Heat-Resistant | MD82 | Ink Pens |
| Safety Glasses, Impact (ANSI Approved) | Ohm Meters | Comms (Hand Held Or Vehicle Mounted Radio) |
| Fire Extinguishers | | MK663 Containers |
| Fire Blankets (2) | | Student Tool Kits |
| Video Surveillance System | | |
| OCB Range Warning Lights | | |
| Siren/PA System | | |
| | | |

USN-00000457

## STEP-BY-STEP PROCEDURES
### (ELEMENT 10)

```
NOTES
```

**NO NEW TRAINING PROCESSES ARE TO BE CONDUCTED WITHOUT ROUTING THE PROPOSED CHANGE THROUGH THE PROPER CHAIN OF COMMAND AND APPROVAL IS GRANTED.**

**NON-CURRICULUM BASED DEMOLITION/BURN OPERATIONS, E.G. PLAQUE BLOWING, IS AUTHORIZED AND SHALL ONLY BE CONDUCTED ON DEMOLITION RANGES OR INDIVIDUAL TRAINING SITES AUTHORIZED BY DDESB FOR 1.25 LBS NET EXPLOSIVE WEIGHT (NEW) OR GREATER.  ALL SAFETY, SECURITY AND EXPLOSIVE LIMITS REQUIREMENTS AND ALL APPLICABLE OPERATING ELEMENTS OF THESE SOPS WILL BE ADHERED TO.**

1.  <u>Division Personnel Requirements</u>.

   a.  All staff personnel, who are required to supervise, instruct, handle, and store explosive materials as an "End User" for training must be qualified in accordance with reference (b) (if applicable) and references (j) through (l) by the CO or designated representative.  Only reliable, mentally sound and physically fit personnel shall be permitted to work with or use ammunition and explosives.

   b.  Personnel on site shall be kept to the minimum number required to safely conduct operations in accordance with references (c) and (d).  ONLY the RSO can authorize personnel access whenever a range is active in order to establish personnel accountability for entering/exiting the range.  EOD Instructors will notify the RSO of their presence once they arrive on-scene.  Personnel not normally involved in training evolutions must obtain prior approval from the CO or designated representative prior to being allowed downrange to observe demolition training.

   c.  The student to instructor ratio shall never exceed a three-to-one ratio during hands-on training evolutions involving any explosives on Range D-51.  The only exception is during demonstration of burning and time-fuse shed operations where the ratio can be six-to-one.  On Ranges C-52N and W, the ratio will never exceed six-to-one, unless specifically authorized by the CO or designated representative.  The training evolution starts when explosive procedures begin.

   d.  The student to instructor ratio shall never exceed a one-to-one during hands-on training evolutions with blasting caps.  The training evolution starts when handling any blasting caps (i.e. crimping or testing blasting caps, sensitizing detonating cord, or priming in.)

2.  <u>Support Personnel Requirements</u>.

USN-00000458

a.  Medical Assistance.  Medical personnel shall not be used for functions other than medical support.  Coordination with Medical Division shall be required if operations start or extend outside established working hours.  Medical support shall not be delegated to non-medical personnel.

b.  At a minimum, for all Range D-51 demolitions operations, one Hospital Corpsman or two Emergency Medical Technicians (EMTs)(or other Medical Support Personnel) and ambulance or other response vehicle will be standing by at building 8840.  When medical staffing allows, one Hospital Corpsman or two EMTs (or other Medical Support Personnel) will be stationed at Range D-51 OCB when this range is "Live".

c.  For Ranges C-52 North or West operations, one Hospital Corpsman or two EMTs (or other Medical Support Personnel) will be positioned at the OCB when each range is "Live".

d.  Firefighting assistance will be provided by Jackson Guard Fire Department and coordinated through Range 52 Control when any fire is observed.

e.  EOD assistance will be provided by the Eglin's 96 CES/CED EOD Flight when any ordnance item is encountered which is either unknown or did not originate from a Demolition Division operation on any range.

3.  <u>Responsibilities</u>.

a.  <u>Demolition Division Officer</u>: The Demolition Division Officer will be appointed by the CO and shall maintain all references (b) through (r) on file and comply with their provisions.  The Demolition Division Officer shall:

(1) Ensure that each person has been indoctrinated on all hazards, safety precautions, SOPs, and emergency procedures for evolutions involving the use of explosives.  Copies of these approved SOPs and the Emergency Action Plan (EAP) are posted in operating locations for emergency procedures and utilized with supporting reference material to control explosive operations.

(2) Ensure a mission is requested at least seven weeks in advance through NAVSCOLEOD Range Operations Division's Range Scheduler.

(3) Assign only qualified and certified EOD Instructors to schedule training evolutions. Qualification and certification of instructors will be in accordance with reference (b) (if applicable) and references (j) through (l) and documented as required.

(4) Assign only qualified and certified RSO to scheduled training evolutions. Their qualification and certification will be in accordance with references (j) through (l) and documented as required.

(5) Inform the Range Operations Division Officer of any incident outside of normal operations concerning any of the ranges.

USN-00000459

b. <u>Range Safety Officer (RSO)</u>: At least one certified RSO will be on scene to oversee and control authorized training evolutions.  The RSO will be designated by the Division Officer or NCOIC prior to the day of operations and be clearly identifiable to all personnel on the range. The RSO shall:

(1) Enforce all regulations and conduct all evolutions in accordance with these SOPs and supporting references.

(2) Ensure the Daily Range Log, Appendix A, the Operational Checklist, and Appendix B, have been completed for conducting operations.

(3) Conduct or supervise the instruction of the hazard control briefing, (Element 5), for all personnel prior to conducting operations.

(4) Secure all explosives and evolutions under any of the following circumstances:

(<u>a</u>) When an unsafe condition exists.

(<u>b</u>) When lightning activity is within ten nautical miles as determined by Range Operations Weather Monitors, Eglin AFB Weather (IWDS).

(<u>c</u>) For Range D-51 operations, when required medical support with ambulance or emergency response vehicle, is not standing by at building 8840 to provide medical assistance.

(<u>d</u>) For Ranges C-52N and W operations, when required medical support, with ambulance/emergency response vehicle, is not standing by at OCB.

(<u>e</u>) When directed by competent authority.

(5) Ensure that ANSI impact resistant approved safety glasses are worn by all personnel while handling blasting caps.

(6) Affirm by signature:

(<u>a</u>) On the Process Supervisor's Statement, element 7, that staff have read and understand the provisions of these SOPs and supporting documentation.

(<u>b</u>) On the Worker's/Operator's Statement, element 8, that students have been briefed and understand the provisions of these SOPs and supporting documentation.

(7) Per references (e) and (f), maintain security and accountability of all A&E materials for the specific training evolution and maintain proper security and accountability of all A&E keys and ensure proper procedures for the daily access to these keys are adhered to.  Document expenditures and misfired/ dud ordnance on the NAVSCOLEOD Ammunition Transaction Authorization Form.

USN-00000460

---

| NOTE |
| --- |

**YOU WILL NOT TRANSFER CUSTODY OF KEYS WITHOUT UTILIZING PROPER CHECK IN /CHECK OUT PROCEDURES. KEYS WILL REMAIN ON YOUR PERSON AT ALL TIMES AND AT NO TIME WILL CUSTODY OF KEYS BE TRANSFERRED TO ANOTHER INDIVIDUAL WITHOUT BEING CHECKED IN BY YOU AND CHECKED OUT BY NEW INDIVIDUAL.**

(8) Take positive control of any incident involving explosives and remove all unnecessary personnel from the scene until appropriate action can be taken.

(9) Take positive control of any and all initiation devices, to include keys for wall mounted firing boards.

(10) If a range is scheduled but not utilized on the day of the mission it must be canceled with JTTOCC no later than mission start time. Additional parties to notify would be as follows: medical, facilities, and the ordnance division. If the range is scheduled for any other day and it is known in ADVANCE that the range will not be utilized contact the NAVSCOLEOD Range Scheduler in Range Operations Division as soon as possible.

c.  <u>EOD Instructors shall</u>:

(1) Assist the RSO during training evolutions and supervise students during their involvement with explosive materials.

(2) Remain thoroughly familiar with the provisions of these SOPs and supporting references.

(3) Maintain accountability of blasting caps until they are required by their student.

(4) Report any unsafe condition to the RSO for appropriate action.

(5) Affirm by signature on element 7 that they have read and understand the provisions of these SOPs and supporting documentation.

d.  <u>Students shall</u>:

(1) Be under direct supervision of qualified EOD Instructors at all times while handling explosives.

(2) Affirm the students have read and understand their duties pertaining to this SOP and supporting references. Both student and instructor will then sign and date the Worker's/Operator's Statement (Element 8).

(3) Follow all orders and direction given to them by the RSO and EOD Instructors.  Report any unsafe condition to the RSO or immediate instructor for appropriate action.

USN-00000461

### RECEIPT AND STORAGE OF A&E PROCEDURES
### (ELEMENT 10A)

1.  The A&E Manager will request, at least three days in advance, from the Ordnance Workcenter the A&E required by curriculum, using the NAVSCOLEOD Ammunition Transaction Authorization Form.

2.  Upon notification of an inbound A&E shipment from Ordnance Workcenter, the A&E Manager or RSO shall make arrangements to accept custody and control of the shipment and coordinate delivery locations with the Ordnance Workcenter, and with tasks defined, assemble a minimum of two staff personnel who will be performing the task and then brief the task to be performed as well as the reference materials that apply to those tasks.

3.  CO authorized personnel shall obtain keys necessary to gain access to the applicable RSL(s). Keys are located in Building 8841, Safe #8796C5.  Ensure keys are logged in and out in the key register log in accordance with reference (f).



**NOTE**

**YOU WILL NOT TRANSFER CUSTODY OF KEYS WITHOUT UTILIZING PROPER CHECK IN /CHECK OUT PROCEDURES. KEYS WILL REMAIN ON YOUR PERSON AT ALL TIMES AND AT NO TIME WILL CUSTODY OF KEYS BE TRANSFERRED TO ANOTHER INDIVIDUAL WITHOUT BEING CHECKED IN BY YOU AND CHECKED OUT BY NEW INDIVIDUAL.**

4.  Hoist "BRAVO" Flag at designated range.

5.  Staff will meet Ordnance Workcenter personnel at the designated delivery site, assist with inventory and sign for the A&E.  Ordnance Workcenter personnel will conduct the vehicle offload.

6.  Ensure that there is no visible damage to the A&E or containers on the conveyance and ensure that the A&E matches the DD 1348-1.



**NOTE**

**IN THE EVENT OF DAMAGE TO A&E CONTAINERS OR DISCREPANCY WITH DOCUMENTATION; THE A&E MANAGER OR RSO WILL CEASE OPERATIONS, DOCUMENT DAMAGE AND/OR DISCREPANCIES AND NOTIFY ON-SITE ORDNANCE WORKCENTER PERSONNEL (FOR CORRECTIVE ACTIONS) AND DIVISION OFFICER/NCOIC, AND THE ESO (FOR A&E DAMAGE ONLY).**

7.  In accordance with reference (g), ensure compatibility of material to be stored.

USN-00000462

**WARNINGS**

**OBSERVE HERO RESTRICTIONS IAW ELEMENT 13.**

**ENSURE ALL FLAME OR SPARK PRODUCING DEVICES ARE LEFT IN A SAFE AREA AND JEWELRY HAS BEEN REMOVED PRIOR TO HANDLING.**

**STAND CLEAR OF ALL LOADS WHILE SECURING STRAPS ARE REMOVED AS LOADS MAY SHIFT OR FALL WHEN TENSION IS RELEASED.**

**NOTE**

**CONTACT RANGE OPERATIONS WEATHER MONITORS OR CALL EGLIN WEATHER AT 882-4800/5449/5322 TO ASCERTAIN CURRENT THUNDERSTORM CONDITIONS.**

**WARNINGS**

**ALL OPERATIONS INVOLVING A&E WILL BE SECURED WHEN LIGHTNING IS WITHIN 10 NAUTICAL MILES AND RESUME WHEN NOTIFIED THAT THE THREAT OF LIGHTNING HAS PASSED.  IF POSSIBLE, ALL EXPLOSIVE MATERIAL WILL BE SECURED IN THE APPROPRIATE RSL.**

**A 50 FOOT MINIMUM DISTANCE SHALL ALWAYS BE MAINTAINED BETWEEN DETONATORS (I.E. BLASTING CAPS) AND HIGH EXPLOSIVES (HE).**

8.  After the inspection and safety criteria listed above has been satisfied, the RSO may authorize offloading.



**NOTE**

**ORDNANCE WORKCENTER PERSONNEL WILL CONDUCT THE VEHICLE OFFLOAD**

9.  Ordnance Workcenter personnel shall offload and stage A&E material for complete inspection.  Care should be taken to prevent obliteration or defacement of material markings.

10.  After a complete and satisfactory inspection, the RSO shall sign the DD 1348-1 accepting custody.

USN-00000463

---

**NOTE**

---

**QUANTITY AND/OR QUALITY DISCREPANCIES, NOTED AFTER OPENING CONTAINERS, WILL BE DOCUMENTED BY THE RSO AND IMMEDIATELY REPORTED TO THE ORDNANCE WORKCENTER.**

11.  If storing to a RSL; determine appropriate storage locations inside and store material.  Care should be taken to prevent obliteration or defacement of material markings.

12.  Lock RSL(s) and ensure that working area is cleaned of any debris, dunnage, etc.  All debris, dunnage, etc., shall be gathered and properly stowed or disposed of.

---

**NOTE**

---

**UPON STORAGE OF A&E INTO A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE APPROPRIATE FIRE HAZARD SYMBOL PLACARD IS POSTED AND "EMPTY" PLACARD IS PLACED IN THE RSL.  WHEN ALL A&E IS REMOVED FROM THE RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE "EMPTY" PLACARD IS POSTED AND THE FIRE HAZARD SYMBOL PLACARD IS PLACED IN THE RSL OR COVERED.**

13.  Issue A&E in accordance with element 10B.

14.  Lower "BRAVO" flag after completion of A&E operations.

USN-00000464

## ISSUE OF A&E PROCEDURES
### (ELEMENT 10B)

1.  Ensure "BRAVO" flag is hoisted.

2.  Assemble staff members to perform the issue of A&E and brief the various tasks to be performed.

3.  If applicable, CO authorized personnel shall obtain keys necessary to gain access to the applicable RSL(s).  Keys are located in Building 8841, Safe #8796C5.  Ensure keys are logged in and out in the key register log in accordance with reference (f).

> **NOTE**

**YOU WILL NOT TRANSFER CUSTODY OF KEYS WITHOUT UTILIZING PROPER CHECK IN /CHECK OUT PROCEDURES. KEYS WILL REMAIN ON YOUR PERSON AT ALL TIMES AND AT NO TIME WILL CUSTODY OF KEYS BE TRANSFERRED TO ANOTHER INDIVIDUAL WITHOUT BEING CHECKED IN BY YOU AND CHECKED OUT BY NEW INDIVIDUAL.**

4.  Utilizing all available documentation, determine what tools, equipment, consumables and other supplies will be required to perform the assigned tasks.  Ensure required materials are available to personnel at the work site.

5.  Staff will proceed to the RSL(s), if applicable, to draw A&E as prescribed by curriculum.

> **WARNINGS**

**A 50 FOOT MINIMUM DISTANCE SHALL ALWAYS BE MAINTAINED BETWEEN DETONATORS (I.E. BLASTING CAPS) AND HIGH EXPLOSIVES (HE).**

**OBSERVE HERO RESTRICTIONS IAW ELEMENT 13.**

**ENSURE ALL FLAME OR SPARK PRODUCING DEVICES ARE LEFT IN A SAFE AREA AND JEWELRY HAS BEEN REMOVED PRIOR TO HANDLING.**

**IF NOTIFIED OF APPROACHING LIGHTNING WITHIN 10 NAUTICAL MILES, ALL A&E OPERATIONS WILL BE SUSPENDED UNTIL NOTIFIED THAT THE THREAT OF LIGHTNING HAS PASSED.**

> **NOTE**

**CONTACT RANGE OPERATIONS WEATHER MONITORS OR CALL EGLIN WEATHER AT 882-4800/5449/5322 TO ASCERTAIN CURRENT THUNDERSTORM CONDITION.**

USN-00000465

UNCLASSIFIED
SOP ID#: DEMO-019

6.  Ensure that a fully charged, with current inspection, Underwriter Laboratory (UL) portable fire extinguisher with a rating of 10BC or greater is readily available at site.

7.  After the safety criteria listed above has been satisfied, the RSO may authorize issuance.

8.  Open RSL(s) and identify and retrieve the material to be issued.

9.  After issuance, lock RSL(s) and ensure that the explosive buildup or RSL site is clear of any debris, dunnage, etc.  All debris, dunnage, etc., shall be gathered and properly stowed or disposed of.



**NOTE**

**THE RSO AND INSTRUCTORS WILL MAINTAIN ONE HUNDRED PERCENT ACCOUNTABILITY OF A&E AT ALL TIMES.**

10.  Upon completion of explosives training and 100 percent accountability has been obtained for all A&E, any remaining A&E materials will be inventoried, stored in applicable RSL and Ordnance Workcenter contacted for pickup and delivery to mainside magazines in accordance with element 10H.



**NOTE**

**UPON STORAGE OF A&E INTO A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE APPROPRIATE FIRE HAZARD SYMBOL PLACARD IS POSTED AND "EMPTY" PLACARD PLACED IN THE RSL.  WHEN ALL A&E IS REMOVED FROM A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE "EMPTY" PLACARD IS POSTED AND THE FIRE HAZARD SYMBOL PLACARD IS PLACED IN THE RSL OR COVERED.**

11.  Conduct training in accordance with element 10C, 10D or 10E.

12.  Lower "BRAVO" flag after A&E operations.

13.  Upon completion of the explosives training, the daily expenditure report will be submitted to the Ordnance Workcenter (navscoleod_ordnance@navy.mil).



**NOTES**

**ANY MISFIRED/DUD ORDNANCE SHALL BE ANNOTATED ON THE EXPENDITURE REPORT, EVEN IF IT WAS DESTROYED IN THE FINAL CLEAN-UP SHOT. ALL EMPTY A&E CONTAINERS, I.E. METAL AMMO BOXES, WOODEN CRATES ETC. AND ALL EXPENDED A&E CASINGS/CARTRIDGES SHALL BE CONSIDERED AS MATERIAL POTENTIALLY PRESENTING AN EXPLOSIVE HAZARD (MPPEH) UNTIL CERTIFIED/VERIFIED AS MATERIAL DEEMED AS**

USN-00000466

**SAFE (MDAS). THESE ITEMS SHALL HAVE ALL THEIR IDENTIFICATION MARKINGS OBLITERATED, I.E. PAINTED OVER AND DELIVERED TO THE DESIGNATED MDAS STORAGE LOCATION ON RANGE D-51 FOR FOLLOW-ON DISPOSITION BY NAVSCOLEOD ORDNANCE WORKCENTER, THIS INCLUDES EXPENDED SMALL ARMS CARTRIDGES (.50 CAL OR LESS), OR THE ITEMS WILL BE DEMILITARIZED, I.E. CRUSHED, DISTORTED, SO ITEMS CANNOT BE PERCEIVED AS ORDNANCE CONTAINERS AND ARE DISPOSED OF IN APPROPRIATE BASE DISPOSAL CONTAINERS/DUMPSTERS.**

USN-00000467

RANGE D-51 "EOD EXPLOSIVES TRAINING RANGE" ELECTRIC/NON-ELECTRIC
DEMOLITION PROCEDURES
(ELEMENT 10C)

1.  Explosive Limits.  The following explosive materials and quantities are DDESB authorized for this site.  These limits shall be strictly adhered to:

   a.  A maximum of 1.5 pounds Net Explosive Weight (NEW.) of HC/D 1.1 non-fragmenting high explosives and MEQ of HC/D 1.4, per single detonation.

   b.  The wood pavilion (burn shed) is limited to mission essential quantities (MEQ) of HC/D 1.4 for time-fuse burns.

2.  Sequence of Operations.

   a.  Electric Demolition Procedures (Ratio 25:9/3:1):

      (1) Prior to priming in on Range D-51, the RSO will contact Range Medical on the radio to request a "Hot" status authorization from the Joint Test and Training Operations Control Center (JTTOCC).

      (2) The RSO will brief all personnel on the operation to be performed and make team assignments.  Teams will be composed of not more than three students with one EOD instructor designated as the Point Instructor (PI).

      (3). The RSO and assigned EOD instructors will meet the explosives-laden vehicle on the range for receipt, inventory and storage of A&E in a RSL, if applicable, in accordance with element 10A.

      (4) The RSO completes the Daily Range Log, Appendix A, and the Operational Checklist, Appendix B

      (5) The PI will use reference (m) to brief their students on the procedures that must be performed and then will proceed down range to prepare for the day's operation

      (6) The RSO shall issue each team the explosive materials needed in accordance with element 10B.  The materials will be carried to their assigned site.  Students will not be allowed unescorted access into the RSL.

      (7) The PI will supervise the placement of all explosive materials in accordance with reference (m) and shall maintain control over the blasting caps until required by the students. A one-to-one student to instructor ratio shall be maintained during blasting cap work-up and priming in operations.

      (8) The PI will supervise the procedures to check out blasting caps and the attachment to assigned firing wires.

33

USN-00000468

(9) When directed by the RSO, the PI will supervise the priming in of the explosive charges.

(10) After priming in is complete, all personnel will proceed to the OCB for an accountability check prior to firing charges downrange.

(11) After all personnel have mustered at the OCB, the RSO will direct PIs to prepare to detonate the demolition charges.  The siren, PA system, or suitable substitute shall be used to provide warning prior to detonating each demolition charge.

(12) Each student will fire their demolition charge when directed by the PI.  All personnel will remain in the OCB or designated minimum safe distance (MSD) viewing area until cleared by the RSO.

(13) After the required five minute wait time, the RSO and one EOD instructor will inspect the range to ensure that all demolition charges have functioned and that any hazard is cleared prior to allowing students to proceed downrange.

(14) The RSO will oversee a cleanup shot with remaining explosives.

(15) Misfires.  Refer to element 10F.  After observing the required wait time, the RSO and one military EOD instructor will proceed downrange to correct misfire conditions on the range. Students shall never be allowed on the range to clear misfires.

(16) The RSO will contact Range Medical to report "Cold" status.

(17) The RSO will assign tasks to restore all materials, conduct range clean-up, and secure the range upon completion of the operation.

b.  Non-electric Demolition Procedures (Ratio 25:9/3:1):

(1) The RSO will brief all personnel on the operation to be performed and make team assignments.  Teams will be composed of not more than three students with one EOD instructor designated as the Point Instructor (PI).

(2) The PI will use reference (m) to brief their students on the procedures that must be performed and then will proceed down range to prepare for the day's operation.

(3) The RSO and assigned EOD instructors will meet the explosives-laden vehicle on the range for receipt, inventory and storage of A&E in a RSL, if applicable, in accordance with element 10A.

(4) The RSO completes the Daily Range Log, Appendix A, and the Operational Checklist, Appendix B.

(5) In accordance with element 10B, the RSO will issue each student the appropriate number of igniters and time-fuse, needed to conduct time-fuse calculations.  Students will not be

USN-00000469

allowed unescorted access into the RSL.  RSO will ensure students do not take explosives to the Burn Shed, and will advise the student's PI if an attempt to do so is made.

(6) Under direction of the RSO, students shall proceed to the Burn Shed to conduct time-fuse test burns and appropriate time-fuse calculations per reference (m).  The RSO will ensure all PIs know the correct Safe Separation Time (SST).

(7) The RSO will issue each student explosive materials, which will be carried to their assigned detonation site.

(8) The PI will supervise the placement of all explosive materials in accordance with reference (m) and maintain control of the blasting caps until required by the students.

(9) Prior to priming in on Range D-51, the RSO will contact Range Medical on the radio to request a "Hot" status authorization from the Joint Test and Training Operations Control Center (JTTOCC).

(10) When all students have placed their explosives, the PI will directly supervise the priming procedures.  A one-to-one student to instructor ratio shall be maintained during blasting cap work up and priming in operations.

(11) The RSO will direct the PIs to have their students remove their safety pins from the igniters and stand-by.  The RSO will then personally walk the firing line and give the two-part command to the students to initiate their igniters.  The student/PI will attempt to initiate up to three times per igniter, if it fails to function properly the student will proceed directly to the OCB upon completion of this task.

(12) All personnel shall muster at the OCB prior to the detonation of demolition charges, **accountability of all explosive shots will be attained**.  The siren, PA system, or suitable substitute shall be used to provide warnings prior to the detonations of the demolition charges.  Students may view the detonations from the MSD area specified by the RSO.

(13) After all demolition charges have been accounted for, all personnel will remain at the OCB until the range has been cleared by the RSO.

(14) After the required 5 minute wait time, the RSO and one EOD instructor will inspect the range to ensure that all demolition charges have functioned properly and that any hazard is cleared prior to allowing students downrange.

(15) The RSO will oversee a cleanup shot with remaining explosives.

(16) Misfires.  Refer to Element 10F.  After observing the required wait time, the RSO and one EOD instructor will proceed downrange to correct misfire conditions on the range. Students shall never be allowed on the range to clear misfires.

(17) The RSO will contact Range Medical to report "Cold" status.

USN-00000470

(18) The RSO will assign tasks to restore all materials, conduct range clean-up, and secure the range upon completion of the operation.

USN-00000471

### RANGE D-51, C52W OR C-52N "BURN RANGE" OPERATIONS AND DISPOSAL PROCEDURES
#### (ELEMENT 10D)

1.  Explosive Limits.  The following explosive materials and quantities are DDESB authorized for burn operations.  These limits shall be strictly adhered to:

   a.  Range D-51: A maximum of five pounds Net Explosive Weight (NEW.) of HC/D 1.3 for the entire burn pad area.  This equates to a maximum of three simultaneous thermite grenade burns, or three simultaneous TNT or Military Dynamite burns, at 1.65 pounds NEW. per burn pan.

   b.  Range C-52W or C-52N: A maximum of 10 pounds of HC/D 1.3 and MEQ of HC/D 1.4 for the entire burn pad area.

**WARNINGS**

**ALL PERSONNEL WILL EVACUATE BEYOND 200 FT MINIMUM SAFE DISTANCE (MSD) BEFORE INITIATION OF EXPLOSIVES BURNING.**

**A MINIMUM OF TWO FIRE BLANKETS SHALL BE AVAILABLE PER BURN SITE.**

**NOTES**

**DURING THE UNPACKING OF ORDNANCE ITEMS FOR DISPOSAL, SOME OF THE PROJECTILES WILL HAVE PROPELLANT BAGS AND PROPELLANT INCREMENTS INCLUDED IN THE PACKING MATERIAL.  ALL PROPELLANT MATERIAL TO BE BURNED WILL BE PLACED IN THE PORTABLE BURN PAN.**

2.  Sequence of Operations.

   a.  Electric Burn Procedures (Ratio 25:5/6:1):

   (1) The RSO will brief all personnel on the operation being performed.  One EOD instructor designated as the PI will be assigned as the Lead Instructor for the burn operation.

   (2) Ordnance delivery.

   (a) On Range D-51: The RSO and assigned EOD instructors will meet the explosives-laden vehicle on the range for receipt, inventory of A&E in accordance with element 10A.

USN-00000472

---

**NOTE**

**STORAGE OF HAZARD CLASS/DIVISION (HC/D) 1.2 AND 1.3 EXPLOSIVES ARE NOT AUTHORIZED TO BE STORED AT ANY TIME IN A READY SERVICE LOCKER.**

(b) On Range C-52N: The RSO

and assigned EOD instructors will meet the explosives-laden vehicle for receipt, inventory and offload of the A&E in accordance with element 10A.  Ordnance Workcenter personnel will conduct the vehicle offload.

---

**WARNINGS**

**PROPELLANT SHALL NEVER BE LEFT IN DIRECT SUNLIGHT.**

**SMOKING, MATCHES, OR ANY SOURCE OF FIRE, FLAME, OR EXCESSIVE HEAT (I.E. RUNNING VEHICLE) OTHER THAN AUTHORIZED BURN IGNITERS SHALL NOT BE ALLOWED WITHIN 50 FEET OF ANY PROPELLANT OR AN AREA WHERE EXPLOSIVES ARE BEING HANDLED.**

(3) The PIs will use the job sheets, reference (m), to brief their students on the procedures being performed.

(4) The RSO completes the Daily Range Log, Appendix A, and the Operational Checklist, Appendix B.

(5) The preparation of material to be burned for remote initiation shall be accomplished in accordance with the procedures provided in references (h) and (i).

(6) The approved initiation methods for burn operations on Range C-52N are outlined in reference (h).

(7) The burn operation will be dual primed.

(8) Initiation of the propellant increments will be at the direction of the RSO only.

(9) The RSO will oversee the placement of all burn materials and shall maintain control over all caps.

(10) Once all propellant is located in the portable burn pan it will be relocated by walking it to a designated area in accordance with the RSO instructions.  Once located in the designated area it will be covered until it is ready to be initiated.

(11) After all burn pans are set up, and prior to conducting procedures to check out the blasting caps, all unnecessary personnel will proceed to the designated MSD area.

USN-00000473

**WARNING**

**BURNING OF HC/D 1.3 EXPLOSIVES GIVES OFF TOXIC FUMES.  THE DESIGNATED MSD AREA SHALL ALWAYS BE UPWIND OF THE BURN PAD OR AT APPROVED SAFE AREAS.**

(12) The RSO will supervise the procedures to check out the blasting caps and attach them to assigned firing wires.

(13) When directed by the RSO, the PIs will conduct the priming in of their burn pan and then proceed to the designated MSD area.

(14) After all personnel have been accounted for in the MSD area, the RSO will direct the PIs to prepare to ignite the burn material and using the Wind Speed/Direction Indicator, verify wind-speed is not greater than 15 MPH.

**WARNING**

**BURNS SHALL NOT BE INITIATED UNTIL WIND SPEEDS ARE 15 MPH OR LESS.**

(15) The siren, PA System, or suitable substitute shall be used to provide warnings prior to initiating material on the burn pans.

(16) Each PI will initiate the material on their burn pad when directed by the RSO.  All personnel will wait in the designated MSD area until the material on the burn pads has been completely consumed and the smoke dissipates.

(17) Upon completion of the burn, a 30 minute wait time, after final signs of smoke and fire, will expire before proceeding to the burn pan to visually verify all propellant has been consumed and to ensure all hazards are eliminated.

**WARNING**

**THE BURN PAN WILL BE VERY HOT, DO NOT TOUCH WITH BARE SKIN. UTILIZE GLOVES OR TOOLS TO MOVE THE BURN PAN.**

(18) The RSO and one EOD instructor will return to the burn site after the 30 minutes in order to inspect the burn pad; ensuring all hazards are eliminated.

(19) Cover burn pan upon completion of the burn operation.

(20) The RSO will oversee a cleanup shot if necessary.

USN-00000474

| NOTE |
|------|

**ALL BURN OPERATIONS, INCLUDING WET DOWN IF PERFORMED, SHALL BE COMPLETED <u>A MINIMUM OF 30 MINUTES BEFORE PERSONNEL LEAVE THE BURN GROUNDS.</u>**

(21) Misfires.  Refer to element 10F.  After observing the required wait time, the RSO and one EOD instructor will proceed downrange to correct misfire conditions on the range. Students shall never be allowed on the range to clear misfires.

(22) The RSO will assign tasks to restore all materials, conduct range clean-up, and secure the range upon completion of the operation.

USN-00000475

RANGES C-52W AND C-52N SPECIAL EXPLOSIVE TECHNIQUES AND MUNITIONS DISPOSAL TRAINING PROCEDURES
(ELEMENT 10E)

1.  Explosive Limits.  The following Net Explosive Weight (NEW.) per single detonation of demolition charges and munitions is DDESB authorized.  These limits shall be strictly adhered to:

   a.  Range C-52W Pits:

   (1) Up to 100 lbs NEW. of HC/D 1.1 (non-robust or robust munitions up to 11 inches in diameter) and MEQ of HC/D 1.4 or;

   (2) Up to 10 lbs NEW. of HC/D 1.1 (extremely heavy cased munitions up to 10 inches in diameter) and MEQ of HC/D 1.4.

   b.  Range C-52W Facility 8740A (shape charge prep area):

   (1) Up to 10 lbs NEW. of HC/D 1.1 and MEQ of HC/D 1.4.

   c.  Range C-52N: Up to 1000 lbs NEW. of HC/D 1.1 and MEQ of HC/D 1.4.

2.  Sequence of Operations.

   a.  Demolition Procedures (ratio 25:5/6:1):

   (1) The RSO and assigned EOD instructors will meet the explosives-laden vehicle for receipt, inventory and offload of the A&E.  Ordnance Workcenter personnel will conduct the vehicle offload.

> **WARNING**

**A 50 FOOT MINIMUM DISTANCE SHALL ALWAYS BE MAINTAINED BETWEEN DETONATORS (I.E. BLASTING CAPS) AND HIGH EXPLOSIVES (HE).**

   (2) The RSO will brief all personnel on the operation to be performed and make team assignments.  Teams will be composed of not more than six students with one EOD instructor designated as the point instructor (PI) during training evolutions.  The exception will be during priming in procedures where the ratio will be one instructor to one student.

   (3) The PI will use the job sheets, reference (m), to brief their students on the procedures that must be performed.

   (4) The RSO completes the Daily Range Log, Appendix A, and the Operational Checklist, Appendix B.

USN-00000476

(5) RSO will maintain custody of the Remote Firing Device (RFD) transmitter unit at all times.

(6) Under the direction of the RSO, each team will be issued explosive materials and transport them to their assigned preparation site.

(7) The PI will supervise the placement of all explosive materials in accordance with reference (m), and shall maintain control over the blasting caps until required by the students.

(8) Prior to priming in on Ranges C-51W and C-52N, the RSO will request "Hot Status" and receive from Range 52 Control vertical and horizontal clearances and "Hot Status" authorization.  Clearances are:

    (a) Range C-52W:

      - Vertical Clearance - 5000 ft

      - Horizontal Clearance - 5000 ft

    (b) Range C-52N:

      - Vertical Clearance - 7500 ft

      - Horizontal Clearance - 7500 ft

---

**WARNING**

**DURING BLASTING CAP WORK UP, SENSITIZING DET CORD, AND PRIMING IN OPERATIONS, THE STUDENT TO INSTRUCTOR RATIO SHALL BE ONE-TO-ONE.**

(9) After all sites are set up and prior to conducting priming in, ALL UNNECESSARY PERSONNEL will proceed to the OCB and take shelter inside.

(10) When directed by the RSO, the PIs will supervise the priming in of the explosive charges.

(11) The RSO will conduct a final head count for accountability then initiate the siren/PA System or suitable substitute shall be used to provide warnings prior to initiating demolition materials.

(12) All personnel will remain in the shelter until cleared by the RSO.

(13) After the required wait time (5 minutes Single/Multi, Mass and 30 minute SET) the RSO and one EOD instructor will inspect the range to ensure that all demolition charges have functioned and that all hazards are eliminated prior to allowing personnel on site.

USN-00000477

(14) The RSO will oversee a cleanup shot with remaining explosives and ordnance kick-outs, if applicable. Refer to element 10G for ordnance kick-out procedures.

(15) Misfires.  Refer to element 10F.  After observing the required wait time, the RSO and one EOD instructor will proceed downrange to correct misfire conditions on the range. Students shall never be allowed on the range to clear misfires.

(16) The RSO will assign tasks to restore all materials, conduct range clean-up, and secure the range upon completion of the operation.

USN-00000478

## MISFIRE PROCEDURES
### (ELEMENT 10F)

1.  <u>Misfire Procedures</u>.  Misfire procedures shall be in accordance with the provisions of references (h) and (i).  The RSO and one EOD instructor will proceed downrange to correct misfire conditions on the range.

> **WARNING**

**STUDENTS SHALL NEVER BE ALLOWED ON THE RANGE TO CLEAR MISFIRES.**

  a.  Non-Electric:

> **WARNING**

**WAIT 60 MINUTES AFTER MAXIMUM DELAY PREDICTED FOR ANY PART OF DISPOSAL SHOT THAT HAS PASSED BEFORE STARTING INVESTIGATION.**

(1) After observing the required wait time the RSO and one EOD instructor will proceed downrange to investigate.  The RSO should have the necessary explosive material to counter-charge or prime in if necessary.  This will limit the need for making a second approach.

(2) While on Ranges C-52W and C-52N, notify Range 52 Control if additional time is needed for "hot status".

(3) While on Range D-51, notify Range Medical to notify JTTOCC if additional time is needed for "hot status".

(4) Prime and place a new charge close enough to original charge to ensure sympathetic detonation or, if practical, insert a new fused blasting cap into the charge if this can be done without disturbing the old blasting cap(s).

(5) Initiate charge, follow the correct procedures for the initiating type used.

(6) Wait five minutes before verifying.

  b.  Remote Firing Device (RFD): follow applicable firing procedures in accordance with the RFD.

> **WARNINGS**

**OBSERVE EMR SAFETIES.**

**WAIT 60 MINUTES FOR MK186 MOD 2 MISFIRES.**

44

(1) Attempt to fire the RFD three times. After the third attempt, a 60 minute wait time will be observed for the MK186 Mod 2.

(2) After observing the required wait time the RSO and one EOD instructor will proceed downrange to investigate.  The RSO should have the necessary explosive material to counter charge or prime in if necessary.  This will limit the need for making a second approach.

(3) While on Ranges C-52W and C-52N, notify Range 52 Control if additional time is needed for "hot status".

(4) While on Range D-51, notify Range Medical to notify JTTOCC if additional time is needed for "hot status".

(5) The RSO should take note of the light condition of the MK186 MOD 2 attached to the misfired circuit.  If the light is red the receiver has possibly malfunctioned in the armed condition and should not be tampered with.  If the light is green then the capacitor has bled down and it should be in a shunted condition.



**WARNING**

**DO NOT REMOVE THE BLASTING CAP WIRES FROM THE MK186 MOD 2.**

(6) Utilize a new initiating system.

(7) Prime and place a new charge close enough to original charge to ensure sympathetic detonation or, if practical, insert a new fused blasting cap into the charge if this can be done without disturbing the old blasting cap(s).

c.  Electric:

**WARNING**

**WAIT 30 MINUTES FOR ELECTRICAL MISFIRES.**

(1) Make three successive attempts to fire.

(2) If unsuccessful, remove firing wires from the blasting machine and check continuity of firing circuit.

(3) If continuity is good, reattach firing wires to blasting machine and make three more successive attempts to fire.

(4) Check connections of firing wires to the terminals of the blasting machine and make three more successive attempts to fire.

(5) Change blasting machine after third unsuccessful attempt with original blasting machine.

USN-00000480

(6) If still unsuccessful, disconnect firing wire ends from blasting machine and shunt by twisting firing wire ends together.

(7) Observe a 30 minute wait time.

(8) While on Ranges C-52W and C-52N, notify Range 52 Control if additional time is needed for "hot" status.

(9) While on Range D-51, notify Range Medical to notify JTTOCC if additional time is needed for "hot" status.

(10) Prepare a new initiating train and counter-charge.

(11) Place counter-charge in appropriate location to initiate explosive shot.  Place the counter-charge as close to without touching the misfired blasting cap, if necessary.

d.  NONEL:

**WARNING**

**WAIT 30 MINUTES FOR NONEL MISFIRES.**

(1) Allow a minimum of 30 minutes to elapse, after the maximum delay predicted for any part of the demolition shot has passed, before starting investigation.

**WARNING**

**DO NOT DISTURB THE ORIGINAL CHARGE, IT'S NONELECTRIC DETONATOR OR PYROTECHNIC LEAD.**

(2) Prime and place a new charge close enough to the original charge to ensure detonation of both.  If this cannot be done then insert a new non-electric detonator into the charge only if this can be done without disturbing the old non-electric detonator.

(3) Initiators.  The following procedures must be followed in the event of initiator misfires:

(a) Repeat initiation of firing device a maximum of three times.

e.  Detonating Cord Systems:

**WARNING**

**WHEN MULTIPLE CHARGES ARE CONNECTED BY BRANCH LINES, A 30 MINUTE DELAY MUST BE OBSERVED BEFORE INVESTIGATING.**

USN-00000481

(1) Allow a minimum of 30 minutes for electric initiated cap misfires and one hour for non-electric initiated cap misfires to elapse after the maximum delay predicted for any part of the demolition shot has passed, before starting to investigate.

(2) While on Ranges C-52W and C-52N, notify Range 52 Control if additional time is needed for "hot" status.

(3) While on Range D-51, notify Range Medical to notify JTTOCC if additional time is needed for "hot" status.

(4) Carry out the following procedures (as applicable to the situation):

(a) Non-electric cap fails to fire;

(1) Carry out steps for non-electric misfires,

(2) Observe a one hour wait time,

(3) Prepare a new initiating train,

(4) Cut detonating cord between cap and charge; attach a new cap and fuse to end of detonating cord, taking care to fasten it properly,

(5) Initiate new fuse.

(b) Electric cap fails to fire;

(1) Carry out steps for electric misfires in accordance with applicable reference.

(2) Observe required wait time, 30 minute for hardwire or 60 minutes for MK186.

(3) Prepare new initiating train and counter-charge.

(4) Place counter-charge in appropriate location to initiate explosive shot.  Place the counter-charge as close to, without touching the misfired blasting cap, if necessary.

(c) Detonating cord misfire;

(1) observe 30 minute wait time

(2) Attach a new blasting cap to detonating cord, and again attempt to fire charge.  If main-line detonates but a branch fails to detonate, attach a new blasting cap to the branch-line and again attempt to fire charge.

(3) If detonating cord still fails to fire, remove earth cover (if any); re-prime charge with new detonating cord.

USN-00000482

2. <u>DSRT/MEDUSA Firing Device Misfire Procedures</u>

    a.  Receiver Misfires with an Electric Blasting Cap.

       (1)  Attempt repeated firing.

       (2)  Confirm signal strength via the Transmitter display. If Transmitter does not receive an acknowledgement from Receiver, the operator will be prompted on the lower display to select one of two options:.

          (a) Press Select "S" button for Detonation OK; Pressing "S" will remove the Receiver from the paired list.

          (b) Press Navigate "N" button for Detonation Negative; Pressing "N" will keep the Receiver in the paired list and allow another attempt to FIRE.

       (3)  If second attempt to FIRE is unsuccessful, follow steps (3) (<u>a</u>) through (<u>g</u>).

          (a) Observe 30-minute wait time.

          (b) Prepare replacement Receiver in accordance with steps outlined in preparation section.

          (c) Ensure a "T" is created with the lead wire with at least 1.00 inch of wire on each side.

          (d) Depress electrical receptacles.

          (e) Insert wire and release to catch.

          (f) Bend wire back alongside of Multi-System Firing Head.

          (g) After wait time, place new receiver and primed charge next to but not touching the original charge.

    b.  Receiver Misfires with NONEL.

       (1)  Attempt repeated firing

       (2)  Confirm signal strength via the UT display. If UT does not receive an acknowledgement from Receiver, the operator will be prompted on the lower display to select on of two options:

          (a) Press Select "S" button for Detonation OK; Pressing "S" will remove the Receiver from the paired list.

          (b) Press Navigate "N" button for Detonation Negative; Pressing "N" will keep the Receiver in the paired list and allow another attempt to FIRE.

USN-00000483

(3)  If second attempt to FIRE is unsuccessful, follow steps (3) (<u>a</u>) through (<u>e</u>).

   (a) Observe 30-minute wait time.

   (b) Prepare replacement Receiver in accordance with steps outlined in preparation section.

   (c) Clean NONEL fitting prior to shot setup to ensure proper firing functionality.

   (d) Ensure fitting is tightened to show no threads and NONEL is inserted to full depth.

   (e) After wait time, place new Receiver and primed charge next to but not touching the original charge.

2.  Misfires with Shock Tube Procedures using a Disruptor/Explosive Tool.

   a.   Attempt repeated firing.

   b.   Replace shock tube initiator or attempt repeated firing if using multi-shot firing mechanism.

   c.   Disconnect initiator, cut a 3 inch length of shock tube off the firing system.

   d.   Reattach initiator to shock tube and attempt to fire.

   e.   Check the firing system for damage/defects and replace as needed.

   f.   Return to safe area and initiate firing system.

3.  Non-Electric Misfires Procedures



**WARNING**

**IN THE EVENT OF A MISFIRE, ALL PERSONNEL WILL OBSERVE THE REQUIRED WAIT TIME, 60 MINUTES FROM THE TIME OF LAST EXPECTED DETONATION**

**WARNING**

**DO NOT DISTURB THE ORIGINAL CHARGE, CAP OR FUSE.**

   a.  RSO and Certified Instructor will prime and place new charge close enough to original charge to ensure detonation of both.

   b.  Ensure all safety requirements remain in effect.

USN-00000484

c.  After receiving all clear, RSO and Certified Instructor will ignite time fuse, note positive burn and time, return to safety shelter.

USN-00000485

## ORDNANCE KICK-OUT PROCEDURES
### (ELEMENT 10G)

1.  During explosive training operations there is a possibility of ordnance kick-out, leaving unexploded and damaged ordnance on the range.

> **WARNING**

**KICKED-OUT ORDNANCE ITEMS WILL NEVER BE USED FOR TRAINING PURPOSES.  STUDENTS WILL NEVER HANDLE KICKED-OUT A&E MATERIAL.**

2.  Processing of kicked-out fuzed ordnance will only be supervised by military personnel who are NAVSCOLEOD RSO qualified and will handle kicked-out ordnance in the following manner:

   a.  While on Ranges C-52W and C-52N, notify Range 52 Control if additional time is needed for "hot" status.

   b.  While on Range D-51, notify Range Medical to notify JTTOCC if additional time is needed for "hot" status.

   c.  Bulk explosive and un-fuzed ordnance: This material can be collected and restacked by military EOD instructors only for disposal during the clean-up shot.

   d.  Fuzed ordnance: Kicked-out fuzed ordnance located on Ranges C-52W and 52N, in the defined shaded areas in maps 10.G.1-M-1 & M-2, can be blown in place (BIP) as follows: RSO shall conduct blast/fragmentation calculations for the kicked-out fuzed ordnance and the counter-charge to ensure the total NEW. does not pose a threat to anything outside the boundaries of the demolition range then BIP.

3.  If any additional bulk explosives, un-fuzed or fuzed ordnance is identified after all available initiating explosives have been expended, the RSO shall notify the Demolition Division Officer or NCOIC, and if time permits, request additional initiating explosives be delivered by the Ordnance Workcenter.

4.  Kicked-out bulk explosives, un-fuzed or fuzed ordnance items located outside of the shaded areas or any of these ordnance items are identified at the end of disposal operations, when additional initiating explosives could not be delivered by the Ordnance Workcenter, will be reported as Unexploded Ordnance (UXO), as outlined in reference (p), to the Range 52 Control for an Eglin EOD response.

> **WARNING**

**UNEXPLODED ORDNANCE SHALL NEVER BE LEFT UNATTENDED ON ANY RANGE UNDER ANY CIRCUMSTANCE.**

USN-00000486

5.  Reporting.  The RSO shall report any kicked-out fuzed ordnance that had to be blown in place to the Demolition Division Officer or NCOIC.  The report shall include:

    a.  Type of ordnance and associated fuzing.

    b.  Actions taken.

    c.  Names of all active duty military staff personnel involved in the actions.

6.  The Demolition Division Officer or NCOIC shall:

    a.  Maintain a history log of all blown in place kicked-out fuzed ordnance with the information in paragraph 5.

    b.  Report blown in place kicked-out fuzed ordnance to the Training Officer and Assistant Training Officer with information in paragraph 5 prior to the end of the workday.

USN-00000487

ORDNANCE KICK-OUT AREA MAPS
(ELEMENT 10G.1)

MAP 10.H.1-M1: RANGE C-52 NORTH ORDNANCE KICK-OUT PARAMETERS



USN-00000488

MAP 10.G.1-M2: RANGE C-52 WEST ORDNANCE KICK-OUT PARAMETERS



USN-00000489

UNCLASSIFIED                                      SOP ID#: DEMO-019

## RESTOW OF A&E MATERIAL
### (ELEMENT 10H)



**NOTE**

**OVERNIGHT STORAGE OF A&E IS NOT AUTHORIZED BY DEMOLITION DIVISION IN RANGE D-51 READY SERVICE LOCKERS.  ANY REMAINING A&E SHALL BE RETURNED TO MAINSIDE MAGAZINES BY ORDNANCE WORKCENTER PERSONNEL.**

1.  Contact Ordnance Workcenter to request pickup.

2.  Assemble a minimum of two personnel who will be performing the A&E return to the Ordnance Workcenter and brief the various tasks to be performed.

3.  If applicable, CO authorized personnel shall obtain keys necessary to gain access to the applicable RSL(s).  Keys are located in Building 8841, Safe #8796C5.  Ensure keys are logged in and out in the key register log in accordance with reference (f).



**NOTE**

**YOU WILL NOT TRANSFER CUSTODY OF KEYS WITHOUT UTILIZING PROPER CHECK IN /CHECK OUT PROCEDURES. KEYS WILL REMAIN ON YOUR PERSON AT ALL TIMES AND AT NO TIME WILL CUSTODY OF KEYS BE TRANSFERRED TO ANOTHER INDIVIDUAL WITHOUT BEING CHECKED IN BY YOU AND CHECKED OUT BY NEW INDIVIDUAL.**

4.  Utilizing all available documentation, determine what tools, equipment, consumable and other supplies will be required to perform the assigned tasks and ensure required materials are available to personnel at the work site.

5.  Ensure "BRAVO" flag is up.

6.  Ensure that a fully charged, with current inspection, Underwriter Laboratory (UL) portable fire extinguisher with a rating of 10BC or greater is readily available at loading site.

7.  If applicable, staff will temporarily restow A&E to applicable RSL(s) until Ordnance Workcenter personnel arrive for pickup.  The Ordnance Workcenter will perform the vehicle onload.

**WARNINGS**

**OBSERVE HERO RESTRICTIONS IAW ELEMENT 13.**

USN-00000490

**ENSURE ALL FLAME OR SPARK PRODUCING DEVICES ARE LEFT IN A SAFE AREA AND JEWELRY HAS BEEN REMOVED PRIOR TO HANDLING.**

```
NOTE
```

**CONTACT RANGE OPERATIONS WEATHER MONITORS OR CALL EGLIN WEATHER AT 882-4800/5449/5322 TO ASCERTAIN CURRENT THUNDERSTORM CONDITION.**

```
WARNING
```

**IF NOTIFIED OF APPROACHING LIGHTNING WITHIN 10 NAUTICAL MILES, ALL A&E OPERATIONS WILL BE SUSPENDED UNTIL NOTIFIED THAT THE THREAT OF LIGHTNING HAS PASSED.**

8.  After the safety criteria listed above has been satisfied the RSO may authorize the restow of A&E to applicable RSL(s) or vehicle onload as follows:

   a.  Inspect all A&E and containers for damage and/or obliteration/defacement of material markings during restow.

```
NOTE
```

**IN THE EVENT OF A&E DAMAGE AND/OR OBLITERATION/DEFACEMENT OF MATERIAL MARKINGS TO A&E CONTAINERS; THE RSO SHALL CEASE OPERATIONS AND REPACK A&E INTO AN UNDAMAGED CONTAINER AND REMARK THE NEW CONTAINER WITH APPROPRIATE MARKINGS. CONTACT THE DIVISION OFFICER/NCOIC AND THE ESO (FOR DAMAGED A&E ONLY).**

   b.  In accordance with reference (g), ensure compatibility of material to be stored in RSL, if applicable, and determine appropriate storage locations and restow.

```
NOTE
```

**UPON STORAGE OF A&E INTO A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE APPROPRIATE FIRE HAZARD SYMBOL PLACARD IS POSTED. WHEN ALL A&E IS REMOVED FROM A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE "EMPTY" PLACARD IS POSTED AND THE FIRE HAZARD SYMBOL PLACARD IS PLACED IN THE RSL OR COVERED.**

   c.  When Ordnance Workcenter arrives, conduct an inspection and inventory.  After a complete and satisfactory inspection and inventory, the Ordnance Workcenter shall sign the DD 1348-1 accepting custody.

USN-00000491

d.  Upon completion of the vehicle onload, lock RSL(s) and ensure the RSL site is cleaned of any debris, dunnage, etc.  All debris, dunnage, etc. shall be gathered and properly stowed or disposed of.

9.  Lower "BRAVO" flag after A&E operations.

USN-00000492

UNCLASSIFIED                                           SOP ID#: DEMO-019

## POTENTIAL EXPLOSION SITE (PES) INSPECTION
### (ELEMENT 10I)

1.  In accordance with reference (g), personnel responsible for magazines and demolition ranges (PES) are required to inspect them periodically.

2.  Appendices C, D and E shall be utilized by division personnel to conduct these inspections quarterly.  All discrepancies shall be noted on Appendix E and a Corrective Action Plan (CAP) initiated.  If a work request is submitted, the work request tracking number will be annotated on Appendix E.  Original forms shall be maintained by the Division Officer for one year from the date of inspection, and a copy of Appendices C, D and E shall be forwarded to the Explosives Safety Officer NLT five working days after inspection is conducted.

### WARNING

**IF ANY DISCREPANCY IDENTIFIED HAS THE POTENTIAL FOR PERSONNEL INJURY, THE INSPECTOR(S) SHALL TAKE EFFECTIVE IMMEDIATE MEASURES TO MITIGATE THREAT AND NOTIFY THE EXPLOSIVES SAFETY OFFICER, SAFETY MANAGER AND CHAIN OF COMMAND IMMEDIATELY.**

3.  Demolition Division's identified PES and DDESB approved explosive NEW limits:

| RANGE D-51 | | | |
|---|---|---|---|
| DDESB SITE PLAN # | PES NAME | NEW LIMITS (LBS) | HC/D |
| 95-S2 | RSL DR1 (Bldg #15841) | 90 | 1.1 |
| 95-S3 | RSL DR2 (Bldg #15842) | 90 | 1.1 |
| DRRSL3 | RSL DR3 (Bldg #15840) | 90 | 1.1 |
|  |  | 50 | 1.4 |
| 95-S1 | WOOD PAVILION (BURN SHED) | (0) by ESO Ltr | 1.1 |
|  |  | MEQ | 1.4 |
| 95-S4 | EOD EXPLOSIVES TRAINING RANGE | 1.5 | 1.1 |
| 95-S5 | BURN RANGE | 5 | 1.3 |

USN-00000493

| RANGE C-52 WEST | | | |
|---|---|---|---|
| DDESB SITE PLAN # | PES NAME | NEW LIMITS (LBS) | HC/D |
| 08-S37 | DEMOLITION RANGE | 100 | 1.1 |
| 08-S38 | SHAPE CHARGE PREP AREA (Bldg # 8740A) | 10 | 1.1 |
| RANGE C-52 NORTH | | | |
| N/A | DEMOLITION RANGE | 1000 | 1.1 |

4.  Assemble personnel who will be performing the PES inspection.

5.  Utilizing all available documentation, determine what tools, equipment, consumable and other supplies will be required to perform the assigned tasks.  Ensure required materials are available to personnel at the work site.

6.  CO authorized personnel obtain keys necessary to gain access to all RSLs.  Keys are located in Building 8841, Safe #8796C5.  Ensure keys are logged in and out in the key register log as directed by reference (f).

---

**NOTE**

**You will not transfer custody of keys without utilizing proper check in /check out procedures. Keys will remain on your person at all times and at no time will custody of keys be transferred to another individual without being checked in by you and checked out by new individual.**

7.  Ensure that a fully charged, with current inspection, Underwriter Laboratory (UL) portable fire extinguisher with a rating of 10BC or greater is readily available at the work site, if explosives are present.

---

**WARNINGS**

**OBSERVE HERO RESTRICTIONS IAW ELEMENT 13.**

**ENSURE ALL FLAME OR SPARK PRODUCING DEVICES ARE LEFT IN A SAFE AREA AND JEWELRY HAS BEEN REMOVED PRIOR TO HANDLING.**

USN-00000494

**NOTE**

**CONTACT RANGE OPERATIONS WEATHER MONITORS OR CALL EGLIN WEATHER AT 882-4800/5449/5322 MONITORS TO ASCERTAIN CURRENT THUNDERSTORM CONDITION.**

**WARNING**

**IF NOTIFIED OF APPROACHING LIGHTNING WITHIN 10 NAUTICAL MILES, ALL A&E OPERATIONS WILL BE SUSPENDED UNTIL NOTIFIED THAT THE THREAT OF LIGHTNING HAS PASSED.**

8.  After the safety criteria listed above has been satisfied proceed to the PES and perform inspection.

9.  Lock RSL and ensure that the PES site is clear of any debris, dunnage, etc.  All debris, dunnage, etc., shall be gathered and properly stowed or disposed.

10.  Provide copy of Appendices C, D, and E to the ESO within five days of completion. Originals shall be maintained by the Division Officer for 4 years from date of inspection.

USN-00000495

UNCLASSIFIED                                                    SOP ID#: DEMO-019

RANGE DIAGRAMS
(ELEMENT 11)

DIAGRAM 11.1-M1: RANGE C-52 WEST



Note: Fire extinguishers are located at the OCB, in all range vehicles and the designated smoking area.

USN-00000496

## DIAGRAM 11.1-M2: RANGE C-52 NORTH



Note: Fire extinguishers are located at the OCB, in all range vehicles and the designated smoking area.

USN-00000497

UNCLASSIFIED

SOP ID#: DEMO-019

### DIAGRAM 11.1-M3: RANGE D-51



Note: Fire extinguishers are located at all 3 RSLs, the OCB, in all range vehicles, and at the designated smoking area.

USN-00000498

## A&E SECURITY
### (ELEMENT 12)

1.  A&E is inherently dangerous; i.e. assets that, in the hands of an unauthorized individual, present a substantial risk of death or serious bodily harm.

2.  No person shall be permitted to participate in an operation involving classified material for which that person does not hold the appropriate security clearance level required by the material without prior authorization from the CO or designated representative.

3.  Demolition materials and Ammunition, Explosives, and other Dangerous Articles (AEDA) will never be left unattended and unsecured.  If personnel rest-breaks are required, a watch will be set and personnel rotated as deemed necessary by the RSO.

4.  Strict accountability will be maintained over all A&E at all locations at all times.  Only the minimum amount of A&E material required to accomplish the day's operation will be drawn from the RSLs.

5.  Policy and requirements necessary to ensure the security of A&E are contained in references (e) and (f).  Strict adherence to these references are mandatory.

6.  No unauthorized personnel shall be permitted to enter or remain in A&E storage or operational areas.  A&E shall be stored in approved RSLs or on operational ranges during actual operations.  RSLs will remain locked except for receipt, issue, inspection, and restow. Associated keys to A&E storage locations, shall only be issued to personnel on the CO's approved authorization list.

7.  During times of natural disasters, natural emergencies or periods of increased terrorist or criminal threats all A&E material will be collected and stored in locked RSLs and the keys maintained by the RSO, or returned to the authorized storage safe, until Ordnance Workcenter personnel arrive to retrieve and relocate A&E to the munitions storage area.

USN-00000499

## HERO RESTRICTIONS AND COMMUNICATIONS PLAN
(ELEMENT 13)

1. <u>HERO Restrictions</u>.  Reference (o) applies:

| Transmitter | HERO UNSAFE ORDNANCE (FT) | HERO SUSCEPTIBLE ORDNANCE (FT) |
|---|---|---|
| Motorola SRX 2200 (Handheld) | 17 | 10 |
| Motorola XTL 5000 (Truck-Mounted) | 66 | 17 |
| Motorola APX 7500 (Base Station) | 60 | 15 |
| *Cellular Phone | 10 | 10 |
| **MK186 Firing Device | ** | ** |
| ***DSRT (MEDUSA) | ** | ** |

**NOTES**

**DEMO DIVISION ORDNANCE WITH HERO SUSCEPTIBILITIES IS SUBJECT TO CHANGE.  DEMO DIVISION STAFF SHALL PERIODICALLY REVIEW ORDNANCE MATERIAL USED TO DETERMINE ITS HERO SUSCEPTIBILITY.**

**CHANGES OR ADDITIONS TO NET OPERATIONS, FREQUENCIES, CHANNELS AND RADIOS AS THEY PERTAIN TO NAVSCOLEOD SHALL BE ROUTED THROUGH THE ESO, HERO OFFICER AND FREQUENCY MANAGER AND APPROVED BY THE RANGE OPERATIONS DIVISION OFFICER.**

**\*PER NAVSEA 3565 VOL II, TABLE 3-1 AND PARAGRAPH 3-1 AND 3-1.1, THE DISTANCE FOR CELL PHONES IS 10 FEET FOR HERO SAFE MATERIAL.  CELL PHONES ARE NOT AN AUTHORIZED MEANS OF COMMUNICATION DURING A&E OPERATIONS WHEN HANDLING EMR SUSCEPTIBLE MATERIAL EXCEPT IN EMERGENCIES, WHEN DELAYS WOULD CREATE ADDITIONAL RISK, CELL PHONES ARE AN AUTHORIZED MEANS OF EMERGENCY COMMUNICATION DURING A&E OPERATIONS, OUTSIDE OF THE DISTANCE LIMITS ABOVE.  ONE CELL PHONE IS AUTHORIZED IN THE SAFETY VEHICLE AT THE DESIGNATED SAFE AREA FOR EMERGENCY COMMUNICATION PURPOSES.  THE RSS/RSO MUST ENSURE THAT ALL PERSONNEL LEAVE CELL PHONES OUT OF OPERATIONAL AREAS PRIOR TO A&E OPERATIONS.**

**\*\*THE MK186 MOD 2 KIT CONTAINS A CONTROLLER UNIT AND EIGHT REMOTE UNITS.  BOTH THE CONTROLLER AND REMOTE UNITS ARE CAPABLE OF TRANSMITTING.  THE CONTROLLER REQUIRES A HERO SAFE SEPARATION DISTANCE OF 60 FT FOR HERO UNSAFE ORDNANCE AND 15 FT FOR HERO SUSCEPTIBLE ORDNANCE. THE REMOTE REQUIRES A HERO SAFE SEPARATION DISTANCE OF 30 FT FOR HERO UNSAFE ORDNANCE AND 10 FT FOR HERO SUSCEPTIBLE ORDNANCE.  THE REMOTE UNIT ONLY TRANSMITS**

USN-00000500

**WHEN THE CONTROLLER REQUEST A STATUS OF REMOTE UNIT, THIS OCCURS WHEN THE "STATUS", "ARM", "DISARM" OR "FIRE" KEY IS DEPRESSED.  RECOMMENDNOT PRESSING ANY OF THE THESE KEYS WITHIN THE HERO SAFE SEPARATION DISTANCE MENTIONED EARLIER WHEN THE REMOTE UNITS LEADS ARE NOT CONNECTED TO BLASTING CAPS OR WITHIN THE 100 FT DISTANCE, AS INDICATED IN SW060-AA-MMA-010 IN THE MK186 MOD 2 OPERATION CHECKLIST, WHEN LEADS ARE CONNECTED TO BLASTING CAPS.**

2.  <u>Communications Plan</u>.  Maintain RF transmission compliance in the vicinity of ordnance with HERO susceptibilities.  A minimum of two forms of communication must be available for any operation involving A&E.

  a.  Primary: Hand Held Radio (NAVY EOD).

  b.  Secondary: Vehicle-mounted radios (ALL RANGE).

  c.  Tertiary: Land-lines located in all OCBs or RSO' cell phone.

USN-00000501

## RANGE MAINTENANCE, CLEANUP AND DEBRIS REMOVAL
### (ELEMENT 14)

**WARNING**

**RANGE CLEARANCE OPERATIONS WILL NOT BE CONDUCTED BY NAVSCOLEOD STAFF OR STUDENTS.  AT NO TIME, ON ANY RANGE, WILL STAFF OR STUDENTS, IN OR OUT OF TRAINING, BE UTILIZED IN ANY MANNER FOR RANGE CLEARANCE OPERATIONS.**

**NOTES**

**AT THE END OF EACH TRAINING DAY, AND ONLY AFTER THE RSO HAS WALKED THE RANGE AND HAS VERIFIED THE RANGE IS CLEAR AND SAFE, STUDENTS SHALL BE DIRECTED TO CONDUCT GENERAL POLICING OF THE RANGE FOR ITEMS SUCH AS EMPTY DEMO MATERIAL BOXES, BURNT TIME-FUSE/TIME-FUSE IGNITERS, USED SHOCK TUBE, ETC.  THESE ITEMS SHALL BE COLLECTED AND VERIFIED FREE OF EXPLOSIVE MATERIAL BY THE RSO, THEN ALL THE MATERIAL WILL BE DEMILITARIZED (DISASSEMBLED, CRUSHED, CUT, ETC.) AND DISPOSED OF IN A TRASH RECEPTACLE.**

**ALSO, THE RSO SHALL ENSURE THAT ORDNANCE WORKCENTER DELIVERY PERSONNEL PICKUP AND REMOVE BULK ITEMS SUCH AS PALLETS, EMPTY AMMO BOXES/CONTAINERS, ETC. ON THE NEXT RANGE DELIVERY DAY.**

1.  All empty ordnance containers, approved cardboard, plywood containers and packing materials shall be processed/disposed of in accordance with reference (r).

2.  Demolition operations on ranges C-52 North and C-52 West involve the instruction of students in mass demolition techniques.  These mass demolition events have the potential to create munitions fragmentation and/or range residue which must be periodically cleared.

3.  NAVSCOLEOD has contracted the scheduled removal of fragmentation and range residue from ranges C-52N and C-52W.  The ranges are scheduled to be cleared 3 times a year and not to interfere with EOD training.

4.  NAVSCOLEOD Facilities Division will continue to conduct general range maintenance such as grading, shot hole filling, and vegetation removal when required for range D-51.  Shot holes on D-51 will be filled by the Facilities Division on an "as needed" basis.

5.  Facilities personnel will always be accompanied by an EOD Technician or EOD qualified contractor whenever maintenance for range D-51 is required.  The EOD Technician or EOD contractor will remain on the range for the duration of the maintenance to identify potential Material Potentially Presenting an Explosive Hazard (MPPEH) and ensure safety of operations.

USN-00000502

6.  Contact NAVSCOLEOD Range Operations Division Officer with any range maintenance issues or concerns.

USN-00000503

UNCLASSIFIED                                           SOP ID#: DEMO-019

APPENDIX A
DEMOLITION DIVISION DAILY RANGE LOG

Date: _____     Training Day: _____
Class: _____     Proctor: _____
Number of Instructors: _____     Number of Students: _____
Mission Number: _____
Weather Inversion: Yes/Height _____          No _____

Details: _____

**TIMES**
Medical Notified: _____
Range 52 Control or JTTOCC: Notified "OCCUPIED" _____ Authorized "HOT"_____
RSO' Initials:_____

**START          STOP          EXPLOSIVES USED**

_____       _____       1. _____

                               _____

                               Number of Shots: _____ Total NEW: _____

_____       _____       2. _____

                               _____

                               Number of Shots: _____ Total NEW: _____

_____       _____       3. _____

                               _____

                               Number of Shots: _____ Total NEW: _____

_____       _____       4. _____

                               _____

                               Number of Shots: _____ Total NEW: _____

                               Total Shots:_____ Total NEW: _____

Remarks: _____

Medical Notified: _____
Range 52 Control or JTTOCC: Notified "COLD" _____
                           Notified "CLEAR OF RANGE"_____
Ordnance Workcenter Notified: _____ Verify Retest Ordered:_____
RSO' Initials: _____


RSO' Name:_____ RSO' Signature:_____ Date:_____

A-1

APPENDIX B
DEMOLITION DIVISION OPERATIONAL CHECKLIST

1.  The RSO or designated representative is responsible for checking the following equipment items and ensuring they are available and functional prior to operations:

\_\_\_\_  Wind speed/Direction Indicator (for burn operations)

\_\_\_\_  Strike Alert Lightning Detector tested and operational

\_\_\_\_  Siren/PA system tested and operational

\_\_\_\_  "BRAVO" Flags

\_\_\_\_  OCB range warning lights tested and operational

\_\_\_\_  Video surveillance system tested and operational

\_\_\_\_  Fire Blankets available (minimum of two per burn site)
       Note: When not in stand-by position, Fire Blankets shall be
       Properly stored in a closed container to prevent
       degradation.

\_\_\_\_  MK186 RFD tested and operational

\_\_\_\_  Ranges D-51/C-52W/C-52N Range Kits present and inventoried

Road Barricade Gates Closed:

\_\_\_\_  Range D-51 at the end of the asphalt road near student's
       dirt parking lot and "Bravo" flag hoisted on pole.

\_\_\_\_  Ranges C-52N and W – Range road access gates are secured
       during active demolition operations.

B-1

APPENDIX C
READY SERVICE LOCKER (RSL) INSPECTION FORM

| RSL Name/#: | HC/D Ordnance Stored: | |
|---|---|---|
| Inspected By: | Calendar Year: | |
| | Quarter: | |
| | Date: | |

Detailed magazine inspection procedures are contained in OP5, specifically Chapter 11. Stowage compatibility requirements are contained in NAVSEA SW020-AC-SAF-010. A checkmark in the "UNSAT" column requires a detailed description of the discrepancy in Appendix E citing the specific element and paragraph number and the corrective action. Do not leave a line entry blank. If a line entry does not apply, mark the N/A column. This log is to be filled in by ink or electronically. Only one form shall be used for each ready service locker.

| ELEMENT 1. HOUSEKEEPING/FIRE HAZARDS/ UNNECESSARY COMBUSTIBLE MATERIAL | SAT | UNSAT | N/A |
|---|---|---|---|
| a. Deck clear and free of obstructions? (OP5 para 11-2.6.3) | | | |
| b. Deck free of stains caused by oxidation of explosives; oil, grease, cracks, etc.? (OP5 para 2-1.5.6 and 11-2.8) | | | |
| c. Loose powder, powder dust, or particles of explosive material from broken ammunition or explosives containers not in RSL? (OP5 para 11-2.8) | | | |
| d. Amount of flammable material such as wooden dunnage, pallets, or boxes reduced to an absolute minimum? (OP5 para 11-2.8) | | | |
| e. Empty containers, packing materials, excess dunnage, tools, skids, and other similar material not permitted except when they are being used? (OP5 para 11-2.8) | | | |
| f. RSL clean, orderly and in good repair? (OP5 para 2-1.5.1). | | | |
| g. Entrance not blocked? (OP5 para 2-1.5.2) | | | |
| h. Rubbish and trash such as empty boxes, scrap lumber, nails, and strapping materials not permitted in and around RSL? (OP5 para 4-1.7) | | | |

C-1

USN-00000506

| | | | |
|---|---|---|---|
| i. Tools not left on decks, platforms, ledges, rafters, etc.? (OP5 para 2-1.5.4) | | | |
| j.  Are smoking areas designated? If so; | | | |
| (1) Are they located no closer than 50 ft to the RSL? (OP5 Para 4-1.6) | | | |
| (2) Are signs with "Designated Smoking Area" prominently posted at approved smoking areas? (OP5 Para 4-1.6) | | | |
| (3) Is a 2 ½ gallon stored pressure water extinguisher, equivalent, or greater furnished in each approved smoking area? (OP5 Para 4-1.6) | | | |
| (4) Are suitable metal receptacles, preferably containing water or sand, provided for butts?  Note: Combustible receptacles shall not be used as receptacles. (OP5 Para 4-1.6) | | | |
| (5) Are receptacles emptied at least weekly or preferably at the end of the workday? (OP5 Para 4-1.6) | **SAT** | **UNSAT** | **N/A** |
| **ELEMENT 2:  COMPATIBILITY OF CONTENTS** | **SAT** | **UNSAT** | **N/A** |
| a. Explosives compatible IAW NAVSEA SW020-AC-SAF-010? (OP5 para 11-9.1.1.) | | | |
| **ELEMENT 3:  NET EXPLOSIVE WEIGHT** | **SAT** | **UNSAT** | **N/A** |
| a. All DDESB approved explosive storage limits for explosives hazard classes and divisions legibly posted inside? (OP5 para 7-4.4.2.2). | | | |
| b. Are NEW limits being adhered to? (OP5 para 7-4.4.2.2) | | | |
| **ELEMENT 4:  GROUNDING/LIGHTNING PROTECTION** | **SAT** | **UNSAT** | **N/A** |
| a. Primary lightning protection grounding/ bonding systems free from paint, corrosion,and foreign materials and in good repair? (OP5 para 5-5.4.5.1) | | | |
| b. All metal doors bonded to the RSL body? (OP5 para 8-2.3.2) | | | |
| **ELEMENT 5:  SECURITY SYSTEMS / ALARM SYSTEMS** | **SAT** | **UNSAT** | **N/A** |
| a. Are approved high-security padlocks in place (even if empty) and in good working condition? (OPNAVINST 5530.13 para 0403) | | | |
| b. Are locks and keys properly controlled? (OPNAVINST 5530.13 para 0403 & NAVSCOLEODINST 5530.7) | | | |

USN-00000507

| | SAT | UNSAT | N/A |
|---|---|---|---|
| c. Is AA&E access list updated and signed by Commanding Officer? (OPNAVINST 5530.13 para 0407 b.) | | | |
| **ELEMENT 6: PHYSICAL CONDITION AND SUITABILITY OF FACILITY STRUCTURE** | **SAT** | **UNSAT** | **N/A** |
| a. Is RSL free of deep rust pitting and in good repair? (OP5 para 8-2.5.5) | | | |
| b. Do doors fit tightly to seal the opening against dust, dirt, rain, rodents, and the direct rays of the sun? (OP5 para 8-2.3.2.) | | | |
| **ELEMENT 7: TRANSPORTATION NETWORK** | | | X |
| **ELEMENT 8: POWER SUPPLY LINES** | | | X |
| **ELEMENT 9: FIREBREAKS AND FIRE PROTECTION EQUIPMENT** | **SAT** | **UNSAT** | **N/A** |
| a. 50 ft firebreak radius surrounding RSL is free of trash, debris, trees and other fire hazards? (OP5 para 4-1.10) | | | |
| b. Vegetation does not exceed 18 inches in height? (OP5 para 4-1.10 and 4-1.10.1) | | | |
| c. Fire extinguisher(s) within immediate area and monthly inspection by command Fire Extinguisher Program Manager verified? (OP5 para 4-1.5). | | | |
| **ELEMENT 10: ENVIRONMENTAL CONTROL** | | | X |
| **ELEMENT 11: CONTENTS IDENTIFICATION, ARRANGEMENT, AND SEGREGATION** | **SAT** | **UNSAT** | **N/A** |
| a. A&E containers clean, dry, and properly marked before being stored? (OP5 para 11-1.4.1 and MIL-STD-129 (series)) | | | |
| b. Material segregated in individual containers with lids secured? (OP5 para 11-1.4.1) | | | |
| c. NAVSCOLEOD Magazine Cards (NAVSCOLEOD 8015/1) properly completed and placed on segregated NALC stacks and physical inventory of stacks same as annotated on card and correct quantity of ammo in containers reflected on the container? (OPNAVINST 8015.2). | | | |
| d. Height of the stacks limited by the weight which the bottom pallet or container can safely support? (OP5 para 11-2.6.2.a) | | | |

USN-00000508

UNCLASSIFIED                                      SOP ID#: DEMO-019

| | | | |
|---|---|---|---|
| e. Bottom layer of stacks raised off the floor by suitable metal dunnage to provide a ventilating space of at least one inch between the bottom of the stack and the floor to protect the material in the stack from water and dampness? (OP5 para 11-2.6.2.a) | | | |
| f. Is A&E piled and stacked in such a manner as to ensure against toppling or collapse of stack? (OP5 para 11-2.6.2 and 11-2.6.2.a) | | | |
| g. A&E containers/pallets serviceable, free of dents or other physical damage? (OP5 para 11-1.4.1) | | | |
| h. Are empty A&E containers identification markings obliterated prior to turn-in or disposal? (OP5 para 11-1.5.2) | | | |
| **ELEMENT 12: POSTING OF FIRE, CHEMICAL HAZARD AND SAFETY INFORMATION** | **SAT** | **UNSAT** | **N/A** |
| a. If RSL is loaded, is the proper fire symbol (highest HC/D) displayed and the "EMPTY" placard removed? (OP5 para 4-4.1 and 4-4.2.9) | | | |
| b. If RSL is empty, is the "EMPTY" sign posted on the outside of door and the fire symbol removed/covered? (OP5 11-2.7.4) | | | |
| c. Are safety regulations placard, local fire bills, precautions, and instructions posted concerning material stored? Are local fire bills verified and signed off annually? (OP5 paras 4-3.1.2, 7-4.4.2.2, 11-2.7.2) | | | |
| d. Are personnel and safety limits legibly posted inside (Walk-in RSL only)? (OP5 para 7-7.2) | | | |
| e. Are "RADHAZ" signs posted? (OP5 para 2-1.10.3) | | | |
| **ELEMENT 13: FIRST AID EQUIPMENT** | | | **X** |
| **ELEMENT 14: ABNORMAL ODORS** | **SAT** | **UNSAT** | **N/A** |
| a. Presence of any unusual or abnormal odors? (Note: any unusual or abnormal odors shall be investigated immediately). (OP5 para 5-3.3.2) | | | |
| **ELEMENT 15: INSPECTION RECORDS** | **SAT** | **UNSAT** | **N/A** |
| a. Are all RSL inspection forms maintained by the Division Officer for one year from date of inspection?  (OP5 para 11-9.1.2.) | | | |

_____        _____
Inspector's Signature              Division Officer's Signature

C-4

USN-00000509

APPENDIX D
DEMOLITION RANGE INSPECTION FORM

| Demolition Range(s): | HC/D Ordnance Handled: | |
|---|---|---|
| Inspected By: | Calendar Year: | |
| | Quarter: | |
| | Date: | |

Detailed range inspection procedures are contained in OP5, specifically Chapter 13.  A checkmark in the "UNSAT" column requires a detailed description of the discrepancy in Appendix E citing the specific element and paragraph number and a corrective action.  Do not leave a line entry blank.  If a line entry does not apply, mark the N/A column.  This log is to be filled in by ink or electronically.  One form may be used for all ranges.

| ELEMENT 1: BURN RANGE (RANGES D-51 & C-52N) (OP5 PARA 13-2.2.1) | SAT | UNSAT | N/A |
|---|---|---|---|
| a. The ground within the immediate vicinity of the burning pad area does not exceed a 10 degree grade? | | | |
| b. Burn operations conducted in an approved containment device such as a burn pan? | | | |
| c. Are burn pans and covers in good repair (no holes in either and cover fits)? | | | |
| d. The burning ground surface and subsoil is free of debris capable of detonating and producing fragments? | | | |
| e. The burning area consists of a square or pad, measuring 300 ft by 300 ft? | | | |
| f. Pad is entirely cleared of all combustibles and fragments so that a flat bed of sand or dirt remains? | | | |
| g. A 200 ft border beyond the square pad is cleared of all trees, vegetation, grass, glass, glass particles, and any other combustible materials? | | | |
| h. One burn site (that is, burn pan) not located within 50 ft of another site where material has been burned? | | | |

USN-00000510

| | | | |
|---|---|---|---|
| i. Fire extinguisher(s) within immediate area and monthly inspection by command Fire Extinguisher Program Manager verified? (OP5 para 4-1.5). | | | |
| j. Are range gates in good repair? | | | |
| k. Range debris, i.e. pallets, containers, burnt time-fuse, etc. deposited by NAVSCOLEOD removed? | | | |
| **ELEMENT 2: DETONATING SITES. RANGE C-52W INCLUDING FACILITY 8740A (SHAPE CHARGE PREP AREA), RANGE C-52N, AND RANGE D-51 INCLUDING WOOD PAVILION (BURN SHED). (OP5 TABLE 13-3; DETONATION SITE RADIUS OF CLEARED AREA).** | **SAT** | **UNSAT** | **N/A** |
| a. Vegetation including dry grass, leaves, trees, and other combustible materials removed within a radius of 500 ft from detonation points? | | | |
| b. Are pre-detonation audible warning systems (siren, PA system, or suitable substitute) and the video surveillance system fully functional? | | | |
| c. Is the shelter (OCB) in good repair? | | | |
| d. Are range gates in good repair? | | | |
| e. Are emergency area/shelters in good repair? (OP5 para 13-3.2.4.b) | | | |
| f. Are "RADHAZ" signs posted? (OP5 para 2-1.10.3) | | | |
| g. Fire extinguisher(s) within immediate area and monthly inspection by command Fire Extinguisher Program Manager verified? (OP5 para 4-1.5). | | | |
| h. Range debris, i.e. pallets, containers, burnt time-fuse, etc. deposited by NAVSCOLEOD removed? | | | |
| **ELEMENT 3: FIRE HAZARDS/UNNECESSARY COMBUSTIBLE MATERIAL (OP5 Para 4-1.6)** | **SAT** | **UNSAT** | **N/A** |
| a.  Are smoking areas designated? If so; | | | |
| (1) Are they located no closer than 50 ft to any PES? | | | |

D-2

UNCLASSIFIED                                          SOP ID#: DEMO-019

| | SAT | UNSAT | N/A |
|---|---|---|---|
| (2) Are signs with "Designated Smoking Area" prominently posted at approved smoking areas? | | | |
| (3) Is a 2 ½ gallon stored pressure water extinguisher, equivalent, or greater furnished in each approved smoking area? | | | |
| (4) Are suitable metal receptacles, preferably containing water or sand, provided for butts?  Note: Combustible receptacles shall not be used as receptacles. | | | |
| (5) Are receptacles emptied at least weekly or preferably at the end of the workday? | | | |
| **ELEMENT 4: INSPECTION RECORDS** | **SAT** | **UNSAT** | **N/A** |
| a. Are range inspection forms maintained by Division Officer for one year from date of inspection? (OP5 para 11-9.1.2.) | | | |


_____        _____
Inspector's Signature              Division Officer's Signature

D-3

USN-00000512

UNCLASSIFIED                                           SOP ID#: DEMO-019

APPENDIX E
PES INSPECTION DISCREPANCIES AND CORRECTIVE ACTION PLAN (CAP)

| PES Name: | | | |
|---|---|---|---|
| CY: | Qtr: | Inspection Date: | Work Req #: |
| Element: | Discrepancy: | | |
| Para: | CAP: | | |
| Element: | Discrepancy: | | |
| Para: | CAP: | | |
| Element: | Discrepancy: | | |
| Para: | CAP: | | |
| Element: | Discrepancy: | | |
| Para: | CAP: | | |

Note: Corrective actions must be taken, or work requests submitted and reported to the ESO within 5 days of inspection date.

E-1

USN-00000513

APPENDIX F

GENERAL SAFETY REGULATIONS FOR HANDLING AND STORAGE OF EXPLOSIVES

| | |
|---|---|
| 1. Smoking is not permitted in magazines, railroad cars, vehicles or areas containing ammunition, explosives or other dangerous materials. | 11. Only operations pertaining to storage and shipping are permitted in this magazine. |
| 2. Hot work involving cutting, grinding, or welding requires a permit from the local Safety Office. | 12. Ammunition and explosives found in unacceptable containers must be removed. Consult requirements and precautions for the specific explosive/ammunition type. Clean up all loose powder immediately while other operations are halted. |
| 3. This magazine must be placarded inside the door with permissible storage and explosive limits. The appropriate fire and chemical hazard symbol must be placed outside. | 13. Stow all materials in accordance with an approved plan and in stable stacks. |
| 4. Minimize the number of personnel in the vicinity of ammunition/ explosives. | 14. Store ammunition on metal dunnage to prevent wicking of floor moisture to stored material. |
| 5. Use only approved lights. Contact local Safety Office for determination of approved lights. | 15. Do not leave this magazine open and unattended while it contains ammunition/explosives. |
| 6. Ensure proper fire-fighting equipment is present and usable before beginning work. Contact Safety Office/Fire Department if unsure what fire-fighting equipment should be used. | 16. Immediately contact your supervisor, local Safety Office or EOD personnel in the event of abnormalities or emergencies. |
| 7. Keep the magazine clean. Do not allow debris, especially oily rags or paint rags, and combustible material in the area. Keep sand and gravel out of the magazine. | 17. Grounding shall be in accordance with applicable instructions. |
| 8. Only approved material handling equipment can be used. Contact the local Safety Office for guidance. Only qualified and licensed operators are allowed to operate material handling equipment. | 18. All magazine workers shall be instructed in static electricity principles before commencing operations. |
| 9. Do not carry lighter or matches. | 19. Stack ammunition no less than 6 inches from walls and ceiling and leave a front clearance of 2 feet. Magazines less than 1000 cubic feet - maintain minimum separation for ventilation. |
| 10. Do not leave open containers in magazine. | |

USN-00000514