

**DEPARTMENT OF THE NAVY**
NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL
8840 RANGE ROAD
NICEVILLE, FLORIDA 32578-8729

NAVSCOLEODINST 8027.1A
ESO
14 May 19

NAVSCOLEOD INSTRUCTION 8027.1A

Subj:   UNEXPLODED ORDNANCE (UXO) REPORTING AND ACTIONS

Ref:   (a) EAFBI 13-212 Range Planning and Operations
      (b) AFI 10-2501 Air Force Emergency Management Program Planning and Operations
      (c) AFI 31-101 Integrated Defense
      (d) NOSSAINST 8023.11C Department of the Navy Standard Operating Procedures Development, Implementation, and Maintenance for Ammunition and Explosives
      (e) HQ AFSEC/SEWC Memorandum of 26 January 2018, Subject: Explosives Safety Submission (ESS), Amendment 2, Munitions and Explosives of Concern (MEC) Construction Support (CS) for Explosive Ordnance Disposal (EOD) School, Training Area (TA) D-51 at Eglin AFB, FL

Encl:   (1) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for Working Hours
      (2) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for Non-working Hours
      (3) NAVSCOLEOD Suspect UXO Reporting and Actions Worksheet

1. Purpose. To provide policy and guidance for UXO reporting and actions in accordance with references (a) through (c) and enclosures (1) through (3).

2. Cancellation. NAVSCOLEODINST 8027.1.

3. Background. NAVSCOLEOD created an SOP to provide policy and guidance in regards to suspect UXO's found on NAVSCOLEOD property. In accordance with reference (d), an SOP for UXO reporting and actions is not required based on the fact we are not conducting operations involving ammunition or explosives, we are simply reporting and outlining actions required when a UXO is found.

4. Scope. This instruction applies to all NAVSCOLEOD personnel and provides policy and guidance for UXO reporting and actions.

5. Responsibilities. Step by step procedures, safety precautions, reporting procedures, and actions required when a UXO is found on NAVSCOLEOD property are as follows:

   a. Commanding Officer (CO) or Executive Officer (XO)

      (1) Retains on-scene authority until the Incident Commander arrives.

    (2) If required, gives the order to evacuate.

  b. <u>Explosives Safety Officer (ESO)</u>

    (1) Provides oversight on the explosives safety aspects of munitions responses occurring within NAVSCOLEOD's Area of Responsibility (AOR).

    (2) Maintains a database of UXO incidents within NAVSCOLEOD's AOR. This is accomplished by acquiring the pertinent information and maintaining a UXO tracking database.

    (3) Acts as the primary point of contact for all UXO incidents within NAVSCOLEOD's AOR during working hours.

    (4) Responds to reported suspect UXO and utilizes enclosures (1) and (3) during working hours.

    (5) Collects and records completed enclosure (3) from the Command Duty Officer or other responsible personnel in all cases of suspect UXO reporting for non-working hours.

  c. <u>Range Operations Manager (ROM) or Training Support Department Leading Chief Petty Officer (TSD LCPO)</u>

    (1) Acts as the primary point of contact for all UXO incidents within NAVSCOLEOD's AOR during working hours if ESO is unavailable.

  d. <u>Command Duty Officer (CDO)</u>

    (1) Acts as the primary point of contact for all UXO incidents within NAVSCOLEOD's AOR during non-working hours.

    (2) Responds to reported suspect UXO and utilizes enclosures (2) and (3) during non-working hours.

    (3) Ensures ESO receives completed enclosure (3) and any additional pertinent information in regards to UXO incident.

  e. <u>Department Heads</u>. If the order to evacuate is given, the Department Heads shall receive evacuation reports from Division Officers/NCOICs and report status to ESO.

  f. <u>Division Officers/NCOICs</u>. If the order to evacuate is given Division Officers/NCOICs shall:

    (1) Account for all personnel (staff and students) assigned to their division.

USN-00003345

NAVSCOLEODINST 8027.1A
14 May 19

(2) Report evacuation status to their Department Head, upon completion of evacuation of all division personnel.

g. <u>NAVSCOLEOD Staff and Students upon discovery of suspect UXO</u>

(1) Do not touch, move, or pick up any suspect UXO items found.

(2) During working hours utilize enclosure (1).

(3) During non-working hours utilize enclosure (2).

6. <u>Form.</u> NAVSCOLEOD 8027/1A is available at: s:/egln/navscoleod/common/forms/NAVSCOLEOD.

D. A. MURIANO

Distribution: Electronic only via command drive
S:\Commons\Instruction & Notices\8000-8999 ORDNANCE MATERIAL

USN-00003346

## NAVSCOLEOD SUSPECT UXO REPORTING AND ACTIONS PROCESS FLOWCHART FOR WORKING HOURS



NAVSCOLEOD SUSPECT UXO REPORTING AND ACTIONS PROCESS FLOWCHART FOR NON-WORKING HOURS



NAVSCOLEODINST 8027.1A
14 May 19

## NAVSCOLEOD SUSPECT UXO REPORTING AND ACTIONS WORKSHEET

1. This document will be utilized for reporting and recording of UXO incidents affecting NAVSCOLEOD. Any additional information obtained from 96TW EOD Flight will be added to this record. The information obtained will be maintained by the ESO for command files.

2. Information Checklist:

    a. Date: _____

    b. Number of suspect UXO items: _____

    c. Type and caliber of suspect UXO (if known): _____

    d. Coordinates of suspect UXO: _____

    e. Approximate location of suspect UXO on Range D-51 and nearest building number: _____

    f. Method by which suspect UXO area is marked: _____

    g. Name/Rank of person who determined 96TW EOD Flight assistance was needed:

_____

    h. Name/Rank of Person who will assist emergency responders:

_____

    i. Name, unit, and phone number of person making the report:

_____

3. The following information shall be obtained from 96TW EOD Flight:

    a. UXO Type and Caliber: _____

    b. UXO was (circle one):    INERT      LIVE      EXPENDED/FRAG

    c. Qty: _____

NAVSCOLEODINST 8027.1A (05-19)                                   Enclosure (3)

USN-00003342

NAVSCOLEODINST 8027.1A
14 May 19

4. Chronological timeline of events:

Time            Event Description

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

NAVSCOLEODINST 8027.1A (05-19)    2