IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WAYNE FABOZZI & <br> WENDY FABOZZI, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant. | Case No. 3:23cv10474-TKW/HTC |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

The United States acknowledges that Plaintiffs filed an administrative claim on Form SF-95 within two years of the event that gives rise to this lawsuit. The United States further acknowledges that Plaintiffs' administrative claim was denied because the agency determined the damages Plaintiffs allege did not result from any negligent act or omission on the part of an employee of the United States and Mr. Fabozzi specifically violated the safety training and safety rules in place with respect to the handling of unidentified objects on the range. The United States further acknowledges that this lawsuit was filed within six months of the agency's denial of Plaintiffs' administrative claims.

## **LOCAL RULE 7.1(F) CERTIFICATION**

I HEREBY CERTIFY that this response contains 213 words which is within the work limit of Local Rule 7.1(F).

        Respectfully submitted,

        JASON COODY
        UNITED STATES ATTORNEY

        /s/ *Peter G. Fisher*
        PETER G. FISHER
        Florida Bar No. 413010
        ANDREW J. GROGAN
        Florida Bar No. 85932
        Assistant United States Attorneys
        111 N. Adams St., Fourth Floor
        Tallahassee, FL 32301-7730
        peter.fisher@usdoj.gov
        andrew.grogan@usdoj.gov
        (850) 942-8430