# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**WAYNE FABOZZI** and
**WENDY FABOZZI**,

      Plaintiffs

vs.

**UNITED STATES OF AMERICA**,

      Defendant

**NO.
3:23-CV-10474-TKW-HTC**

## PLAINTIFFS' EXHIBITS IN SUPPORT

Plaintiffs file the following exhibits in support of their response to the Government's Motion to Dismiss and Motion for Summary Judgment. ECF No. 41.

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---------|-------------|-------------|--------|
| Exh. 1. | | CV of Major Peter Lawson | No |
| Exh. 2. | | Rule 30(b)(6) Notice of Deposition | No |
| Exh. 3. | USN-67 | Process Supervisor's Statement | No |
| Exh. 4. | USN-1784–1805 | Contract between US Navy and US Air Force | No |
| Exh. 5. | USN-3347, 3349, 3351–52 | NOSSA Instr. 8023.11D | No[1] |

---

[1] Previously, the United States had requested this document sealed. *See* ECF No. 48, at 3. The Court granted this motion. ECF No. 49. However, the Government has informed Plaintiffs that this policy is no longer confidential or "Sensitive." And that Plaintiffs may file this without sealing.

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---------|-------------|-------------|--------|
| Exh. 6. | USN-3526, 3528–29 | NAVSCOLEOD Instruction 8027.1A | No |
| Exh. 7. | USN-4283–87 | OSHA Statement of Wayne Fabozzi | No |
| Exh. 8. | USN-4288–93 | OSHA Statement of Cris Basilio | No |
| Exh. 9. | USN-4318 | Diagram of safe area and pit | No |
| Exh. 10. | USN-4735–36 | Memorandum re NAVSCOLEOD Ranges cleanup | No |
| Exh. 11. | USN-4753–54, 4764, 4766–67, 4760–61, 4770, 4777, 4782–84, 4789, 4816 | Standard Operating Procedures for Demolition Division | No |

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---------|-------------|-------------|--------|
| Exh. 12. | USN-4819–20 | Range Maintenance, Cleanup and Debris Removal | No |
| Exh. 13. | USN 5899–900, 5909 | Department of Defense Instruction 3200.16 | No |
| Exh. 14. | USN-6485, 6530–31, 6535–39, 6556 | Air Force Manual 13-212 | No |
| Exh. 15. | USN-7465–66 | Incident report | No |
| Exh. 16. | USN-10687–88 | Memorandum re NAVSCOLEOD Ranges cleanup | No |
| Exh. 17. | USN-10810 | Range Safety Checklist for Hot Missions | No |

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---|---|---|---|
| Exh. 18. | USN-10821, 10824 | Sportsman Permitting System | No |
| Exh. 19. | USN-11508 | Request to change range clearance requirements | No |
| Exh. 20. | USN-13795–98 | Beall Memorandum | No |
| Exh. 21. | USN-14713–14 | Department of Defense Instruction 6055.16 | No |
| Exh. 22. | USN-15127, 15133-34, 15137 | Department of Defense Instruction 3200.16 | No |
| Exh. 23. | USN-15999 | Interview of Doc Hightower | No |

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---------|-------------|-------------|--------|
| Exh. 24. | USN-16021, 16023–24 | NAVSCOLEODINST 8027.1B | No |
| Exh. 25. | USN-16101, 16106 | Special Review of the Naval School Explosive Ordnance Disposal Explosives Safety Program | No |
| Exh. 26. | USN-16112–15, 16121 | OPNAV Instruction 3571.4 | No |
| Exh. 27. | USN-17662–63 | Hazard Analysis/Risk Assessment and Hazard Control Briefing | No |
| Exh. 28. | USN-17759–67 | Special Review of Naval School Explosive Ordnance Disposal (NAVSCOLEOD) Inert Ordnance Management Program and Processes | No |

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---|---|---|---|
| Exh. 29. | USN-17806-09 | NOSSA's position regarding safety briefings | No |
| Exh. 30. | NTL-2857, 2873 | NOSSA Instruction 8023.11B | No |
| Exh. 31. | NTL-3660, 3664, 3672, 3784-86, 3803, 3806 | Photographs | No |
| Exh. 32. | | Dep. Excerpt: Timothy Andera | No |
| Exh. 33. | | Dep. Excerpt: Cris Basilio | No |
| Exh. 34. | | Dep. Excerpt: Col. Vincent Chioma | No |
| Exh. 35. | | Dep. Excerpt: Zachery Lenoir | No |

| EXHIBIT | BATES RANGE | DESCRIPTION | SEALED |
|---------|-------------|-------------|--------|
| Exh. 36. | | Dep. Excerpt: Sean Mattes | No |
| Exh. 37. | | Dep. Excerpt: Robert Snider | No |
| Exh. 38. | | Dep. Excerpt: Wayne Fabozzi | No |
| Exh. 39. | | Dep. Excerpt: Robert Wimmer | No |
| Exh. 40. | | Dep. Excerpt: William Young | No |
| Exh. 41. | USN-1550, 1642–44, 1664 | Eglin AFB Instr. 13-212 | Yes |
| Exh. 42. | USN-3335 | Fuse Contents Description | Yes |

Respectfully Submitted,


/s/ Tom Jacob
JAMAL ALSAFAR
    jalsaffar@nationaltriallaw.com
    Texas State Bar #24027193
TOM JACOB
    tjacob@nationaltriallaw.com
    Texas State Bar #24069981
WHITEHURST, HARKNESS,
    BREES, CHENG, ALSAFFAR,
    HIGGINBOTHAM, & JACOB
    P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)


B. SHANNON SAUNDERS
    ssaunders@saunderslawfirm.com
    Florida State Bar #178233
Camerin J. Dixon-Hatcher
    chatcher@saunderslawfirm.com
    Florida State Bar #1025111
B. Shannon Saunders, P.A.
4359 Lafayette Street
P.O. Box 5896
Marianna, Florida 32447
(850) 526-5535 (o)
(850) 526-5586 (f)

Attorneys for the Plaintiffs