CURRICULUM VITAE

NAME:            PETER M. LAWSON

OCCUPATIONS:     MAJOR, UNITED STATES MARINE CORPS (RETIRED)
                 RETIRED DEPUTY SHERIFF/BOMB TECHNICIAN
                 INSTRUCTOR, TEXAS A&M ENGINEERING EXTENSION SERVICE

   I was employed as a full-time peace officer in the State of California continuously from 2002 to 2020. Prior to becoming a sworn law enforcement officer, I earned a Bachelor of Arts Degree in Interdisciplinary Studies from National University. I graduated from the Riverside County Sheriff's Department Basic Peace Officer Academy. During the academy, I received more than 800 hours of training. I have worked assignments in the Riverside County Superior Courts and uniformed patrol where my duties included assignment as a Field Training Officer. Since graduating from the academy, I continued my training and have attended approximately 1200 hours of advanced officer training in a wide range of law enforcement subjects. In 2007 I was transferred to the Special Enforcement Bureau as a Deputy Sheriff/Bomb Technician, assigned to the Sheriff's Hazardous Device Team.

   Prior to my employment by Riverside County Sheriff's Department, I have had extensive training and experience with firearms, explosives, military munitions, and improvised explosive devices (IED's). I served in the Explosive Ordnance Disposal (EOD) field in the US Marine Corps from June 1982 through July 2002. I am a decorated combat veteran, highly skilled in the use of render safe techniques, explosives, and explosives effects. I have held positions and have experience as an EOD Team Leader, Platoon Commander and have held command positions in an Engineer line company and Headquarters Company. I have served as an Executive and Operations Officer in deployed units and as an Officer-In-Charge in Humanitarian Demining missions to Cambodia.

   I am a graduate of the Naval Explosive Ordnance Disposal School Basic Course which covers conventional, chemical, and nuclear munitions, IED's and access and disposal of explosives and munitions. Before retiring from active duty, I was qualified as a Master Explosive Ordnance Disposal Technician with over 21 years' experience in the bomb disposal community.

   During my assignment with the Riverside County Sheriff's Department's Hazardous Device Team, I have been the primary investigating officer on 54 post blast scenes, render safe operations, and provided technical analysis on 39 IED's, responded to and processed three homemade explosive labs and six arson investigations. Additionally, I have investigated or assisted in investigating more than 400 cases involving binary mixtures, pipe bombs, IED's, homemade explosive compounds, pressure bombs, military ordnance, and repurposed military hand grenades. I am a qualified subject matter expert in California Superior Courts regarding explosives, explosive devices and post blast analysis and reconstruction. And have testified as such on nine occasions.

   During my career as a Peace Officer in the State of California, I have conducted and/or assisted in the investigation of several hundred cases, which included crimes relating to burglary, robbery, theft, fraud, embezzlement, narcotics, sexual assaults, child abuse, homicide, in addition to the previously

mentioned explosives and bomb related investigations. During my investigation of these crimes, and through ongoing training, both general and specialized HDT related training, I have gained knowledge, experience, and a practical understanding of how to investigate crime(s) and identify or eliminate individual(s) suspected of the crime(s) commission properly and thoroughly.

From October 2017 to present I have been employed by Texas A & M University's Engineering Extension Service. My responsibilities include teaching and supervising demolition procedures and explosive safety to both the UXO/demining and Lawerance Livermore National Laboratory Explosive Safety courses. I hold a basic teaching credential (CBEST) from the California Commission on Teaching Credentialing No. 40548343 and an Adult Teaching Certificate No. 4200-21705-10003 from Napa Valley Collage.

From February 2019 to present I have been an adjunct faculty member at Oklahoma State University's Forensic Sciences Department teaching the Interdisciplinary Post Blast Investigation -1 course.

I am a certified Police Officer Standards and Training (POST) Academy instructor and adjunct instructor for both the FBI Post Blast Investigators Course and the Large Vehicle Bomb Crime Scene School. I currently hold an Advanced Peace Officers and Standards Training Certificate. I have completed the following investigative training/certification courses:

Naval Explosive Ordnance Disposal School. (June 1982)

Advanced Access and Disablement. (November 1988)

California Basic Educational Skills Certificate, K-12 multiple subjects, cert # 40548343. (May 2002)

Riverside Community College, Administration of Justice. (December 2002)

POST Field Training Officers Course. (April 2006)

Certified Hazardous Materials Technician, cert # T1417. (September 2008)

Federal Bureau of Investigations Hazardous Devices Basic Course. (March 2009)

Bomb Squad/SWAT interoperability Course. (April 2009)

Federal Bureau of Investigations Large Vehicle Bomb Post Blast Crime Scene School (November 2009; Instructor November 1999- present)

Federal Bureau of Investigations Basic Post Blast Investigators Course. (Attended: August 2009; Instructor April 2000 - present)

Behavior Analysis Training Institute on investigative interview interrogation techniques, Ontario PD, (September 2013).

Curriculum Vitae<br>
Peter M. Lawson<br>
May 2023

Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATFE) Advanced Explosives Disposal Techniques Course. (September 2015)

Advanced Ordnance Recognition for Law Enforcement. (February 2017)

EOD electronics and Trigger Course. (June 2017

Bomb Squad operations and training, Operation Inland Empire. (March 2018)

Advanced Firearms and Tactical Handgun. (April 2018)

Special Event Response. ( May 2019)

EOD Electronics Skills. (June 2019)

Tactical Response to School and Community Violence. (June 2019)

Hazardous Materials Communication. (October 2021)

Information Security. (April 2023)