UNCLASSIFIED                                  SOP ID#: DEMO-016

019

## PROCESS SUPERVISOR'S STATEMENT
### (ELEMENT 7)

Title: Standard Operating Procedures for Demolition Division

1. The supervisor will sign this statement when the conditions of the Hazard Analysis/Risk Assessment and Hazard Control Briefing, element 5, paragraph 2.a is required. This is proof of a Hazard Control Briefing and shall be maintained on file for a minimum of one year after the date the brief was given.

2. I have read the SOP and I fully understand the contents. To the best of my knowledge, the processes described in the SOP can be conducted safely, efficiently, and in an environmentally acceptable manner. I have made sure that all persons assigned to this process are qualified, have read and understand the requirements of these SOPs, and have signed the supervisor's statement. If deviations from these SOPs are necessary, I will ensure that demolition operations are stopped until these SOPs are revised and approved. If unexpected safety, health, or environmental hazards are found, I will make sure demolition operations are stopped until the hazards have been eliminated.

| PRINT NAME | SIGNATURE | DATE |
|---|---|---|
| EOD1 Milliken, Sean | | 10 JUL 2017 |
| SSG Ponsell, Adam | | 10 Jul 2017 |
| EOD1 Ascenzo, John | | 10 JUL 2017 |
| CWST Sheals, Steven | | 10 Jul 2017 |
| SSG Kotara, Jared | | 10 Jul 2017 |
| EOD1 Fritsch | | 10 Jul 2017 |
| TSgt Wheelon, Michael | | 10 Jul 2017 |
| SSgt Jones, Christopher | | 10 Jul 2017 |
| SFC Jacobs, Justin | | 10 Jul 2017 |
| EOD2 Jeremy George | | 10 Jul 2017 |
| EOD1 Gilman, Joshua | | 10 Jul 2017 |
| SFC McDonald, Christopher | | 11 Jul 2017 |
| MSgt Popp, Stephen | | 11 Jul 2017 |
| CIV Volz, David | | 11 Jul 2017 |
| SSgt Cervantes, Johnny | | 11 Jul 2017 |
| SFC Swartz, James | | 12 Jul 17 |
| TSgt Bellack, Jacob | | 7 Mar 18 |
| EOD Hayward, Drew | | 7 Mar 18 |
| SSgt Smith, Cody | | 7 Mar 18 |
| SSG Karn, Jacob | | 7 Mar 18 |
| SSGT Quinonez, Ignacio V. | | 7 Mar 18 |

Encl (8)