# UNITED STATES GOVERNMENT
# GENERAL TERMS & CONDITIONS (GT&C)
## FS Form 7600A


**BUREAU OF THE**
**Fiscal Service**
U.S. DEPARTMENT OF THE TREASURY

Agreement Between Federal Program Agencies for Intragovernmental Reimbursable, Buy/Sell Activity.  In Accordance with TFM Volume 1, Part 2, Chapter 4700, Appendix 8.

https://www.fiscal.treasury.gov/fsservices/gov/acctg/g_invoice/g_invoice_home.htm

G-Invoicing Required Fields have an ( * )

| | NEW OR MODIFIED GT&C | |
|---|---|---|
| *General Terms and Conditions (GT&C) Number | GT&C Number:  A2104-017-057-010119 | |
| | Modification Number: 0 | |
| | Status: | |
| | **AGENCY INFORMATION** | |

| | | Requesting Agency (Buyer) | Servicing Agency (Seller) |
|---|---|---|---|
| 1. | *Agency Account Name | United States Navy | United States Air Force |
| | *Agency Location Code (ALC) | 17008711 | 57008711 |
| | *ALC Description | 17008711 - 017 - Department of the Navy - TDO-IGT-NAVY-NAVY ERP | 57008711 - 057 - Department of the Airforce - IGT-USAF-BUYER |
| | Group Name | CENEODDIVE | AFMC AFTC EGLIN |
| | Group Description | | |
| | Cost Center | | FB2823 |
| | Business Unit | N/A | N/A |
| | Department ID | N/A | N/A |

| | GT&C INFORMATION | | |
|---|---|---|---|
| 2. | GT&C Title | Host Eglin Tenant NAVSCOLEOD CEODD | |
| 3. | Agency Agreement Tracking Number | | FB2823-21266-0640 |
| 4. | *Agreement Period | Start Date (yyyy/mm/dd): 2021/09/23 | End Date (yyyy/mm/dd): 2031/03/23 |
| 5. | Termination Days | 180 | |
| 6. | *Agreement Type | Multiple Order | |
| 7. | *Advance Payment Indicator | Are Advance Payments allowed for this GT&C?  ● Yes   ○ No | |
| | | *If "Yes", the Requesting Agency Advance Payment Authority Title and Citation are required upon creation of an Order against this GT&C. | |
| 8. | *Assisted Acquisition Indicator | Will this GT&C accommodate Assisted Acquisitions?   ○ Yes  ● No | |
| | | *If "Yes", the Servicing Agency provides acquisition support in awarding and managing contracts on behalf of the Requesting Agency's requirements for products or services. Lines 17 & 18 below for additional detail. | |

| | ESTIMATED AGREEMENT AMOUNT | |
|---|---|---|
| 9. | Total Direct Cost Amount | $785,200.00 |
| | Total Overhead Fees and Charges Amount | $317,043.72 |

USN-00001784

| | *Total Estimated Amount | $1,102,243.72 |
|---|---|---|
| | Enforce Total Remaining Amount | Should G-Invoicing enforce the total value of orders to remain below the Total Amount on the GT&C?  ◯ Yes  ◉ No <br><br> If "Yes", G-Invoicing will not allow Order total to exceed the GT&C total. |

<table>
<tr><td colspan="3" align="center"><b>ADDITIONAL AGREEMENT INFORMATION</b></td></tr>
<tr><td>10.</td><td>Explanation of Overhead Fees and Charges</td><td>See attached support agreement and funding annex</td></tr>
<tr><td>11.</td><td>Requesting Scope</td><td>See opening paragraph of the support agreement</td></tr>
<tr><td>12.</td><td>Requesting Roles</td><td>Provide funding documents to 96CPTS.Supportagreements@us.af.mil in accordance with attached support agreement</td></tr>
<tr><td>13.</td><td>Servicing Roles</td><td>See attached support agreement and funding annex</td></tr>
<tr><td>14.</td><td>Restrictions</td><td></td></tr>
<tr><td>15.</td><td>Assisted Acquisition Small Business Credit Clause</td><td>The Servicing Agency will allocate the socio-economic credit to the Requesting Agency for any contract actions it has executed on behalf of the Requesting Agency.</td></tr>
<tr><td>16.</td><td>Disputes</td><td>Disputes related to this GT&C and any related Orders shall be resolved in accordance with instructions provided in the Treasury Financial Manual (TFM) Volume I, Part 2, Chapter 4700, Appendix 5; Intragovernmental Transaction (IGT) Guide, at http://tfm.fiscal.treasury.gov/content/tfm/v1/p2/c470.html</td></tr>
<tr><td>17.</td><td>Requesting Assisted Acquisitions</td><td></td></tr>
<tr><td>18.</td><td>Servicing Assisted Acquisitions</td><td></td></tr>
<tr><td>19.</td><td>Requesting Clauses</td><td></td></tr>
<tr><td>20.</td><td>Servicing Clauses</td><td></td></tr>
<tr><td rowspan="2">21.</td><td rowspan="2">Agency Additional Information</td><td>Requesting Agency (Buyer)     Servicing Agency (Seller)</td></tr>
<tr><td>Robert Wimmer  850-882-3549<br>robert.c.wimmer@navy.mil    Wesley Traver  850-883-4582<br>wesley.traver.1@us.af.mil</td></tr>
</table>

<table>
<tr><td colspan="2" align="center"><b>MODIFY GT&C</b></td></tr>
<tr><td>22.</td><td>Modification Date (yyyy/mm/dd):</td></tr>
<tr><td></td><td>Brief explanation required for modifying this GT&C prior to the original End Date:</td></tr>
</table>

<table>
<tr><td colspan="2" align="center"><b>CLOSE GT&C</b></td></tr>
<tr><td>23.</td><td>Closing Date (yyyy/mm/dd):</td></tr>
<tr><td></td><td>Brief explanation required for closing this GT&C prior to the original End Date resulting in early termination:</td></tr>
</table>

<table>
<tr><td colspan="2" align="center"><b>REJECT GT&C</b></td></tr>
<tr><td>24.</td><td>Rejection Date (yyyy/mm/dd):</td></tr>
<tr><td></td><td>Brief explanation required for rejecting this GT&C prior to the original End Date resulting in early termination:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>PREPARER INFORMATION</b></td></tr>
<tr><td rowspan="3">25.</td><td>*Preparer Name</td><td>CHRISTINE WASDIN</td></tr>
<tr><td>*Preparer Phone</td><td>850-883-1712</td></tr>
<tr><td>*Preparer E-mail</td><td>96CPTS.SUPPORTAGREEMENTS@US.AF.MIL</td></tr>
</table>

USN-00001785

General Terms and Conditions (GT&C) Number:   A2104-017-057-010119

## AGREEMENT APPROVALS

By signing this agreement, you authorize the General Terms and Conditions as stated, and that the scope of the work can be fulfilled. By signing, you agree to periodically review the terms and conditions of the agreement and make any necessary modifications to the GT&C and any affected Order(s).

|  |  | Requesting Initial Approval (required) | Servicing Initial Approval (required) |
|---|---|---|---|
| 26. | *Approver's Name | CINDRA E. HENDERSON | AMY L JUSTUS, Lt Col, USAF |
|  | *Signature: | HENDERSON.CINDRA.E.1172733391 Digitally signed by HENDERSON.CINDRA.E.1172733391 Date: 2021.07.20 12:36:14 -05'00' | JUSTUS.AMY.LYN.1256998889 Digitally signed by JUSTUS.AMY.LYN.1256998889 Date: 2021.04.21 13:22:59 -05'00' |
|  | Title | Comptroller/N8 | Commander, 96th Comptroller Sq |
|  | *E-mail | cindra.henderson@navy.mil | amy.justus@us.af.mil |
|  | *Phone | (850) 235-5762 | 850-883-0262 |
|  | Fax |  |  |
|  | *Date (yyyy/mm/dd) | 2021-07-20 |  |
| 27. |  | Requesting Final Approval (required) | Servicing Final Approval (required) |
|  | *Approver's Name | KEITH B. DOWLING, Capt, USN | JOSEPH R. AUGUSTINE, Col, USAF |
|  | *Signature: | DOWLING.KEITH.B.1070263528 Digitally signed by DOWLING.KEITH.B.1070263528 Date: 2021.07.27 16:37:32 -05'00' | AUGUSTINE.JOSEPH.R.1158068172 Digitally signed by AUGUSTINE.JOSEPH.R.1158068172 Date: 2021.09.23 17:56:21 -05'00' |
|  | Title | Commanding Officer, CEODD | Vice Commander, 96th Test Wing |
|  | *E-mail | keith.b.dowling1@navy.mil | joseph.augustine@us.af.mil |
|  | *Phone | (850) 235-5274 | 850-882-9600 |
|  | Fax |  |  |
|  | *Date (yyyy/mm/dd) |  |  |

USN-00001786

ATTACHMENT 1

## 96 TW Eglin AFB

## FY22 Support Agreement Funding Annex

### FB2823-21266-0640

### A2104-017-057-010119

## NAVEODSCOL CENTER OF EOD DIVING (CEODD)

Panama City EOD

| Customer Details | | | |
|---|---|---|---|
| Agency/Service Command | NAVY | Facilities | - |
| Location | EGLIN | Facilities Assigned (by BLDG #) | - |
| Aircraft | 0 | Facilities Occupied | - |
| Vehicles | 0 | Square Footage | - |
| Acres | 0 | | |
| Personnel Assigned | 488 | | |
| Other Military Personnel | 316 | | |
| Air Force AD Members | 48 | | |
| Civilian Personnel | 61 | | |
| Contractors | 63 | | |

### 96 MISSION SUPPORT GROUP

| | Support Category | Cost Factor Data | Quantity | Supplier Cost | Receiver Direct Cost | Reimbursable Cost | 1ST Quarter | 2ND Quarter | 3RD Quarter | 4TH Quarter |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 SFS | 52.1 SFS Equipment, Supplies (Initial hires) | Per Gained Authorization | 0 | $ 5,100.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| 96 SFS | 52.2 SFS Equipment Refresh ($12,775 ea begin FY21) *Funded by NETC | Per Gained Authorization | 10 | $ 1,277.50 | $ - | $ 12,775.00 | $ 4,259.00 | $ 4,259.00 | $ 4,257.00 | $ - |
| 96 SFS | 53. Training Travel - Mission Support | Per Gained Authorization | 10 | $ 8,400.00 | $ - | $ 84,000.00 | $ 28,000.00 | $ 28,000.00 | $ 28,000.00 | $ - |
| 96 SFS | 54. Law Enforcement Vehicle Fuel | Actual Cost of Service | | $ - | $ - | $ 10,309.00 | $ 3,437.00 | $ 3,437.00 | $ 3,435.00 | $ - |

### 96 OPERATIONS AND RANGE GROUPS

| | Support Category | Cost Factor Data | Quantity | Supplier Cost | Receiver Direct Cost | Reimbursable Cost | 1ST Quarter | 2ND Quarter | 3RD Quarter | 4TH Quarter |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 MXG | 75. PMEL Support (for Entry Control Points) | Actual Cost of Service | | $ - | $ - | $ 5,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | |
| 96 RN | 85. Range Operations: UXO RANGE CLEAN UP | Actual Cost of Service | | $ - | $ - | $ 204,959.72 | $ 68,320.00 | $ 68,320.00 | $ 68,319.72 | $ - |

### 96 MEDICAL GROUP

| | Support Category | Cost Factor Data | Quantity | Supplier Cost | Receiver Direct Cost | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 MDG | 90. Medical Supplies (DMLS) | Actual Cost of Service | | $ - | $ - | | | | | |

### Manpower Annex Funding Summary

| | Support Category | Cost Factor Data | Quantity | Supplier Cost | Receiver Direct Cost | Reimbursable Cost | 1ST Quarter | 2ND Quarter | 3RD Quarter | 4TH Quarter |
|---|---|---|---|---|---|---|---|---|---|---|
| O&M | 1011. GS-07 SFS  Guards | Grade | 10 | $ 78,520.00 | $ - | $ 785,200.00 | $ 261,734.00 | $ 261,734.00 | $ 261,732.00 | $ - |

| Supplier Type | | | | Supplier Cost per person | | Receiver Reimbursable Cost | 1ST Quarter | 2ND Quarter | 3RD Quarter | 4TH Quarter |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 TW BOS | | | | $ 14,777.50 | $ - | $ 107,084.00 | $ 35,696.00 | $ 35,696.00 | $ 35,692.00 | $ - |
| 96 T&E Ops | | | | $ - | $ - | $ 209,959.72 | $ 69,320.00 | $ 70,320.00 | $ 69,319.72 | $ - |
| 96 TW Civilian Pay | | | | $ 78,520.00 | $ - | $ 785,200.00 | $ 261,734.00 | $ 261,734.00 | $ 261,732.00 | $ - |
| 96 T&E Ops Civilian Pay | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Totals | | | | $ 93,297.50 | $ - | $ 1,102,243.72 | $ 366,750.00 | $ 367,750.00 | $ 366,743.72 | $ - |

USN-00001787

## ATTACHMENT 2 - GENERAL PROVISIONS
## BLOCK 11, Continued

**a. PURPOSE:**
The purpose of this agreement is to define authorities and responsibilities of the 96th Test Wing (96 TW), Air Force Materiel Command (AFMC), hereinafter referred to as the Supplier, and the Naval School Explosive Ordnance Disposal (NAVSCOLEOD), hereinafter referred to as the Receiver, regarding operational control and administrative/logistical support at Eglin Air Force Base (AFB), Florida.

**b. AUTHORITY:**
This agreement was negotiated under the authority of Department of Defense Instruction (DoDI) 4000.19, Support Agreements, Air Force Instruction (AFI) 25-201, Intra-Service, Intra-Agency, and Inter-Agency Support Agreements Procedures. This support agreement is being entered into under 31 U.S.C § 1535, as amended (the Economy Act). The Supplier has determined that the capabilities exist to render the requested support without jeopardizing its assigned missions. Any required Economy Act D&F has been completed.
HQ AFMC Supplements referenced in this document can be accessed at http://www.e-publishing.af.mil.  Department of Defense Forms Management Program is located at www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm. Publications are located at https://www.my.af.mil/afknprod/ASPs/docman/DOCMain. NOTE: These documents are intended for the use of the U.S. Military and Government only.

**c. POLICY:**
Command jurisdiction of Eglin Air Force Base will be exercised by the 96 TW Commander, as designated by AFMC.

**d. DESCRIPTION OF RECEIVER:**
Naval School, Explosive Ordnance Disposal (NAVSCOLEOD) is a command under the Center for Explosive Ordnance Disposal and Diving (CENEODDIVE), a subordinate command of the Naval Education and Training Command (NETC). NAVSCOLEOD is a Navy School responsible for training all of the Services EOD Technicians in Basic and Advanced common EOD skills. The school is managed under the DODD 5160.62 *Single Manager Responsibility for Military Explosive Ordnance Disposal Technology and Training* construct. The instructor and staff cadre is comprised of members from all services based proportionally to the number of students trained per service (see paragraph (2) below).

**e. MISSION STATEMENT:**
(1) The Mission of Naval School Explosive Ordnance Disposal is to educate students from United States military services, partner nations, and other government agencies in high-risk environments to qualify as Explosive Ordnance Disposal Technicians. Prepare them morally, mentally, and physically to succeed across the full range of military operations.

(2) Basic EOD training for Army, Air Force and Marine students consist of 143 training days. Training for Navy students consists of 206 training days. The Navy curriculum is identical to the other services with the exception of an additional 63 training days for the underwater mission.

(3) The Advanced Improvised Explosive Devices Disposal Course is designed to train and evaluate the ability of EOD team leader, personnel of other key Federal agencies and selected

ATCH 2
USN-00001788
FB2823-21266-0690

## ATTACHMENT 2 - GENERAL PROVISIONS
### BLOCK 11, Continued

international EOD personnel to diagnose, disable, contain and dispose of sophisticated IEDs in varied environments, including battlefield operations, peacemaking/keeping operations and homeland defense.

**f.  AUTHORIZED STRENGTH:**

| STAFF | OFFICER | ENLISTED | CIVILIAN | CONTRACTORS | TOTAL |
|-------|---------|----------|----------|-------------|-------|
| USA   | 28      | 133      | 3        | 17          | 181   |
| USAF  | 2       | 44       | 0        | 2           | 48    |
| USMC  | 2       | 18       | 0        | 0           | 20    |
| USN   | 8       | 70       | 56       | 38          | 172   |
| TOTAL | 40      | 265      | 59       | 57          | 421   |

**STUDENTS:**
Basic/Underwater EOD Courses, All U.S. Services:  1034
International EOD Students:  125
Advanced EOD Course:  360
Yearly Total:  1519  Average on Board:  500

**g.  SUPPORT PROVIDED:**  All support identified in this ISSA shall comply with Department of Defense Instruction (DODI) 4000.19 *Support Agreements*. When conflicts arise due to interpretation of any particular support activity listed in Attachment 3, DODI 4000.19 will be consulted to determine the standards of support and reimbursement required. Support provided by Eglin AFB is contingent on resources, funding, and personnel made available to fulfill the terms of this agreement. Pending assignment of additional personnel required, support provided will be in accordance with priorities of Eglin AFB. Reimbursement of all support activities is contingent on the character of the services rendered and contingent on compliance with DODI 4000.19.

**h.  REIMBURSEMENT POLICY:**
Support categories are listed in Attachment 1, FS Form 7600A.  Functional areas covered by these categories must cost out support provided.  These estimated costs will be used for budgetary planning purposes only.  Reimbursement and funding policies remain in accordance with Chapter 7 of AFMAN 65-605, Volume 1, *Budget Guidance and Technical Procedures*. The Supplier Financial Management (FM) will conduct annual budget reviews, if the agreement is for a reimbursable support activity.

**i.  MAJOR RANGE and TEST FACILITY BASE:**
Scheduled resources of the 96 TW will be controlled and allocated by the Eglin Central Scheduling Enterprise (CSE) in cognizance of the assigned precedence/priority of using activities.  Logistical and technical support for test, evaluation and training will be provided on the basis of specific requirements documented in an Eglin AFB Test Directive and in accordance with Department of Defense Directive (DoDD) 3200.11, *Major Range and Test Facility Base (MRTFB)*.

ATCH 2
USN-00001789
FB2823-21266-0640

## ATTACHMENT 2 - GENERAL PROVISIONS
## BLOCK 11, Continued

Base support provided to range users will be covered by a support agreement IAW AFI 25-201, *Intra-Service, Intra-Agency, and Inter-Agency Support Agreements Procedures* and DoDI 4000.19, *Support Agreements.*

**j.  RESOLVING IMPASSES:**
In accordance with AFI 25-201, 3.6. *Disputes and Impasse Resolution Prior to Agreement Signature,* 3.6.3.  DoD Components will assist in resolving support agreement differences and disputes with other DoD Components through their respective chains of commands.

**k.  REVIEWS/REVISIONS/TERMINATION:**
Provisions of this agreement are effective upon signature of the Supplying Component Approving Authority (see FS Form 7600A, page 4, block 27).

IAW DoDI 4000.19, *paragraph* 3.2.d  Support Agreements will be reviewed and validated by a support agreement manager of each party to the agreement no less often than mid-point (e.g., at year four in an eight-year agreement) from the agreement's effective date, for agreements in excess of 3 years.  Support agreements expire no longer than 10 years from the effective date unless there is legal authority for the agreement to continue beyond 10 years.
> 1.  New signatures from all parties to the agreement are required to establish a new support agreement or modify an existing support agreement, even when the terms and conditions are the same as those in the prior agreement.
> 2.  Cost estimates within agreements that include reimbursable support services must be reviewed annually by the provider to ensure current year actual costs are identified for accurate customer billing and invoices. If there are substantial changes to resource requirements beyond normal inflation or cost fluctuations, the agreement will be reviewed in its entirety by all parties and modified or terminated, as needed.
> 3.  Agreement modifications that substantially affect resource requirements and estimated costs should be made in conjunction with the Planning, Programming, Budgeting, and Execution process to permit appropriate resource adjustments. For general financial management guidance, see Chapter 1 of Volume 11A of DoD 7000.14-R.

**l.  SUPPLIER COORDINATION**
The Eglin Support Agreement Manager is:

TRAVER.WESLEY.R.1040973563
Digitally signed by TRAVER.WESLEY.R.104097356
3
Date: 2021.04.22 16:11:09 -05'00'

WESLEY R. TRAVER
Installation Support Agreement Manager
96 LRS/LGRDX

**m.  DISTRIBUTION:**

| | | |
|---|---|---|
| 96 CEG/CEAO | 96 LRS/LGLOC | 96 TW/XP |
| 96 CPTS | 96 MXG/MXOP | CEODD |
| 96 FSS/FSOX | 96 OSS/OSP | NAVSCOLEOD/TSD |
| 96 FSS/FSMM | 96 RN | NETC |

ATCH 2
FB2823-21266-0640

USN-00001790

Support Agreement: FB2823-21266-0640

Supplier: 96 TW                          Receiver: NAVSCOLEOD

## ATTACHMENT 3

### CERTIFICATION OF SUITABILITY

Civil Engineer Certification:

IAW AFI 25-201 paragraph 2.8, the Installation Civil Engineer has reviewed this support agreement and determined all capabilities associated with environmental, energy, facility operations, facility maintenance and repair, fire emergency services, and EOD are consistent with applicable requirements and policies.  I concur with the content associated with the Civil Engineer support categories of this agreement.

# Randall D. Rowland

ROWLAND.RAND
ALL.D.1229999610
Digitally signed by
ROWLAND.RANDALL.D.1229999610
Date: 2021.01.12 12:35:10 -06'00'

Deputy Base Civil Engineer                    Signature/Date

Security Forces Certification:

IAW AFI 25-201 paragraph 2.9, The Installation Security Forces Office has reviewed this support agreement and determined all capabilities associated with resource protection, weapons system security, weapons storage, law enforcement and related security services are consistent with applicable requirements and policies.  I concur with the content associated with the Security Forces support of this agreement.

SSgt Scott T. Jakubowski

JAKUBOWSKI.SCOTT.
THOMAS.1522166738
Digitally signed by
JAKUBOWSKI.SCOTT.THOMAS.15
22166738
Date: 2021.04.01 07:48:25 -05'00'

Base Security Forces                          Signature/Date

Manpower Office Certifiaction

IAW AFI 25-201 paragraph 2.6, The Installation Manpower Office has reviewed this support agreement and certifies there is/is not an impact to the installation workload. A Manpower Annex is/is not required or attached. The total number of additional manpower positions required is  10  .

# Scott Norwood

NORWOOD.SCOTT
.J.1231353905
Digitally signed by
NORWOOD.SCOTT.J.1231353905
Date: 2021.03.30 17:03:01 -05'00'

Manpower Office                              Signature/Date

Legal Review:

IAW AFI 25-201 paragraph 2.10, the Installation Judge Advocate Office has reviewed this support agreement in its entirety.  It is my opinion that the SA is legally sufficient and appropriate for signature.

Andrew T. Krog

KROG.ANDREW.T.10
28646662
Digitally signed by
KROG.ANDREW.T.1028646662
Date: 2021.05.19 15:11:11 -05'00'

Judge Advocate Office                        Signature/Date

# ATTACHMENT 4 – SPECIFIC PROVISIONS

**Agreement No. FB2823-21266-0640** — Page 1 of 10

## INSTALLATION SPECIFIC SUPPORT – BASE PLANS
**OPR:  XP**

**Develop and monitor base level operations and contingency plans, point of contact (POC) for all Support Agreements, Installation Site Surveys, Basing Actions and Site Activation Task Force issues.**

**Supplier Will:**

1. Provide the single POC for all Eglin Air Force Base (EAFB) Strategic Basing Actions, Site Surveys, and associated Site Activation Task Force (SATAF) requirements IAW AFI 10-503, *Operations, STRATEGIC BASING*.  POC is 96 TW/XPO.

2. Provide the single POC for the installation Support Agreement program on EAFB. Develop and negotiate required services/support identified for new customers in accordance with DoDI 4000.19, *Support Agreements and* AFI 25-201, *Intra-Service, Intra-Agency, and Inter-Agency Support Agreements Procedures.*

3. Initiate triennial review of support agreements prior to the 3-year anniversary of the support agreement's effective date or last triennial review.  Revise support agreements based on the impact of the Receiver's requested changes and their effect/impact on the Supplier's core support activities capability to support these changes i.e.; drives an increase in resources, ops tempo, etc.  Support agreements should be reviewed when changing conditions or costs may require substantial alterations to the agreement or development of a new agreement.  POC is 96 LRS/LGRDX**.**

4. Provide the single POC for the Installation Plans program. Manage and administer Eglin installation plans utilized by all military branches and tenant units located on Eglin AFB IAW AFI 10-401, *Air Force Operations Planning and Execution*. POC is 96 TW/XPO.

**Receiver Will:**

1. Provide Strategic Basing Action Program Manager, 96 TW/XPO with complete or proposed requirements which includes Headquarters Air Force approved Site Visits, Site Surveys, expansions, organizational realignments and new Range or Airspace mission data.

2. Negotiate required services through the Installation Support Agreement Manager (SAM), 96 LRS/LGRDX, unless otherwise authorized by the SAM.

3. Actively review support agreements upon request of Supplier to ensure changes in required support are accurately documented. Identify significant changes in support, i.e., additional required support (above the identified standard core level of support) and current number of people, facilities, vehicles, etc., or indicate that no significant changes have occurred.  Receiver will review support agreements when changing conditions or costs may require substantial alterations to the agreement or development of a new agreement.

4. Develop and monitor the application of base level operational and contingency plans unique to the receiver mission. Provide a mutually agreed-to-share of personnel for joint base-level contingency planning.

## ATTACHMENT 4 – SPECIFIC PROVISIONS

**Agreement No. FB2823-21266-0640**                                      **Page 2 of 10**

**EXPLOSIVE ORDANANCE DISPOSAL (EOD)**
**AFMAN 32-3001, AFPD 32-30**
OPR:  CES

**Provide subject matter expertise, guidance, and EOD Program Management to meet AF and Department of Defense (DoD) objectives.**

| Supplier Will: | Receiver Will: |
|---|---|
| 1  Provide Emergency Explosive Ordnance Disposal support. | 1  Request support through the Command Post. |
| 2  Intentionally Left Blank | 2  Make available inert ordnance items for EOD unit training and disaster response exercises on a "not to interfere with receiver's mission" basis |
| 3  Provide service-common EOD support to include disposal of munitions | 3  Coordinate with 96th Explosive Ordnance Disposal Flight for EOD support requiring disposition of nonchemical, non-nuclear waste military munitions, including items designated for disposal from testing, research and development. |

**INSTALLATION MOVEMENT**
**DoDI 4000.19, Defense Transportation Regulation (DTR) 4500.9-R, Joint Travel Regulations (JTR), AFI 10-403, AFI 20-112, AFI 24-602 V1, AFI 24-605, AFI 24-602 V2, AFI 24-602 V4 & AF COLS.**
**OPR: LRS/APS**

**The Installation Movement mission is to plan, manage, execute and coordinate Installation Movement activities, including the movement of passengers, cargo, and personal property. This also includes deployment, sustainment (resupply), redeployment, passenger services, passenger terminal and cargo handling operations to include airfield arrival/departure.**

| Supplier Will: | Receiver Will: |
|---|---|
| 1  Arrange installation-level traffic management and/or air terminal operations services supporting the capability for military forces to move to world-wide locations while retaining the ability to fulfill their primary missions, to include: Passenger travel to meet official mission requirements; Household Goods transportation for military and DoD civilian personal property; Cargo Movement shipment planning, and packaging; procurement of freight transportation consisting of common user military and commercial assets, services, and systems | 1  Comply with DTR, JTR and supplier directives. |

## ATTACHMENT 4 – SPECIFIC PROVISIONS

organic to, contracted for, or controlled by DoD.

| | | | |
|---|---|---|---|
| 2 | Provide direction, control and oversite of all functions incident to traffic management and air terminal operations; to include managing air terminal facility, loading and unloading of aircraft and processing of in-transit cargo and passengers. | 2 | Advise Supplier of current and projected mission requirements for traffic management and air terminal services. |

## MUNITIONS STORAGE
**AFI 21-200, 21-201, 21-101, AFMAN 91-201, AFI 31-101, DoDM 5100.76M**
**OPR: MXS**

**Supplier Will:**

**Receiver Will:**

| | | | |
|---|---|---|---|
| 1 | Operate and manage the stock record account according to established Department of Defense (DoD) and Air Force (AF) procedures. Will physically control, possess, store, and maintain munitions and protect, and account for them until expended, consumed, or removed from AF stock IAW AFI 21-200, 21-201, 21-101, AFMAN 91-201, AFI 31-101, and DoDM 5100.76M. | 1 | Manage munitions assets according to established DoD and AF procedures. All individuals and organizations physically controlling, possessing, storing, and maintaining munitions must control, protect, and account for them until expended, consumed, or removed from AF stock. IAW prescribed regulations and Supplier written instructions and Courtesy Storage Agreements, where applicable |
| 2 | Provide MASO face-to-face briefings to custody account commanders, and provide training to all appointed munitions account custodians. | 2 | Provide the Supplier 48 hours prior notification for routine access to the Munitions Storage Area for access requiring minimal work stoppage, including custody access to munitions for inventories, minor civil engineer facility maintenance and inspections, etc. |
| 3 | Provide Controlled Area entry safety briefings, and escorted access to personnel requiring entry who have a verifiable need, but have not been granted access on the AF Form 1199 or equivalent. | 3 | Prepare and forward material requests to the Supplier. Coordinate with/notify Supplier at least five workdays in advance to schedule routine issue/turn-in and shipping actions that affect the Supplier's ability to provide support. Emergencies will be evaluated for supportability on a case-by-case basis. |
| 4 | Schedule and conduct inventories. Provide inventory results memorandum to munitions custodians and custody account commanders detailing the results of custody inventories and any deficiencies or recommendations to include presence of Lautenberg Amendment and safety | 4 | When transporting munitions to and from the Supplier, Receivers will only utilize Government vehicles which are serviceable, and equipped with appropriate explosives placards on all four sides, a minimum of two fully charged dry chemical fire extinguishers, chocks, and a suitable method for securing |

# ATTACHMENT 4 – SPECIFIC PROVISIONS

briefings.

explosives cargo IAW AFMAN91-201 and AFMAN24-306. Privately Owned conveyance will not be used to transport munitions.

| | | | |
|---|---|---|---|
| 5 | Pre-announce munitions closures in advance of semi-annual inventories to improve custodian support opportunities and effective scheduling in an effort to avoid disrupting wall-to-wall audit of munitions to the maximum extent possible. | 5 | Inventory accounts quarterly and provide required documentation to the Supplier within 15 duty days. |
| 6 | Assist custodians as required with use of the Combat Ammunition System, and the Agile Munitions Support Tool for forecasting account requirements, processing out of cycle or supplemental requests, and processing Direct or Allocation Transfers. | 6 | Active Duty Receivers report expenditures to the Supplier within 2 duty days of use for, 5 duty days for ANG and AFRC units who do not have full time manned account custodians. |
| 7 | Evaluate Receiver requests for munitions issues against allocated munitions stocks, and available on-hand assets for supportability, and notify account custodians and commanders when additional stocks are required to satisfy requests. | 7 | Request and obtain general user access to the Agile Munitions Support Tool if required to submit a munitions 5-year forecast. Seek assistance from the Supplier if/when required to ensure forecasts are properly input to ensure future munitions allocations. |
| 8 | Validate annually the Receiver's input requirements for the 5-year forecast. | 8 | Write, route, and make available in the work center locally written safety briefings and ensure workers understand the instructions prior to beginning operations. |
| 9 | Intentionally Left Blank | 9 | Post notices of the Lautenberg Amendment IAW AFI 31- 117. |
| 10 | Intentionally Left Blank | 10 | If required, obtain, maintain, validate, and update AF IMT 2047 Explosives Facility License IAW AFMAN 91-201. |
| 11 | Intentionally Left Blank | 11 | Initiate and sign AF Form 68, Munitions authorization Record, appointing unit munitions custodians as required. Signing the AF Form 68 indicates understanding of responsibilities. Forward completed form to the Supplier for approval and filing. The AF Form 68 must be validated annually, and updated as changes occur. |
| 12 | Intentionally Left Blank | 12 | Notify the Supplier any time munitions losses are suspected. |

USN-00001795

# ATTACHMENT 4 – SPECIFIC PROVISIONS

**Agreement No. FB2823-21266-0640**                                        **Page 5 of 10**

13   Intentionally Left Blank

13   Notify the Supplier any time the Receiver custody commander change

14   Provide assistance, as applicable, to Receiver on munitions requisitioning, receipt, storage, inspection, build-up, issue, turn-in, and expenditure support in accordance with the provisions of AFMAN 21-201, *Munitions Management*; specific item technical orders and fiscal allocation constraints.

14   Coordinate with 96 MXS/MXMW/885-3016/885-3062/885-3063 on all requests (facility usage, storage of explosives, transportation /handling of explosive assets, etc.) prior to having munitions assets shipped to Eglin/96MXS MSA

15   Intentionally Left Blank

15   Once the 96 MXS Munitions Flight approves shipping munitions to Eglin, schedule munitions/explosives deliveries to arrive 30-days prior to need date. Ensure the 96 MXS Munitions Flight is provided the expected arrival date of the munitions at Eglin A

16   Intentionally Left Blank

16   Submit munitions scheduling requirements in accordance with (IAW) Eglin Air Force Base Instruction 13- 200, *Eglin Range Mission Scheduling and Control.*

17   Intentionally Left Blank

17   IAW AFMAN 21-201, provide the Munitions Accountable Systems Officer (MASO) (96 MXS/ MXMWMA 882-8297/883-7630) with allocations /authorizations/proof of purchase (DD250), approved Commercial Off-the-Shelf (COTS) packages, etc. for all munitions/explosives a unit wants to use/expend.

## INSTALLATION SPECIFIC SUPPORT – MUNITIONS STORAGE
**OPR: MXG**
**AFI 21-200, 21-201, 21-101, AFMAN 91-201, AFI 31-101, DoDM 5100.76M**

**96 MXS Munitions Management.**

**Supplier Will:**
18   Provide assistance, as applicable, to Receiver on munitions storage in the event that Receiver is unable to reduce explosive K factor to below K-18 of assigned storage magazines during projects involving nearby construction, in accordance with the provisions of AFMAN21-201, *Munitions Management*; 96th Weapons Safety.

**Receiver Will:**
18   Intentionally Left Blank

# ATTACHMENT 4 – SPECIFIC PROVISIONS

19   Intentionally Left Blank

19   Submit munitions scheduling requirements in accordance with (IAW) Eglin Air Force Base Instruct *Eglin Range Mission Scheduling and Control.*

20   Intentionally Left Blank

20   Ensure all requirements of DoD and Navy governing directives concerning explosive operations (Receipt, Storage, Segregation, Issue, Inspection, Handling, and Transportation,) are followed (i.e. NAVSEA OP 5, Ammunition and Explosive Safety Ashore) and applicable Air Force and Eglin AFB governing directives for explosive safety (i.e. AFMAN 91-201, Explosive Safety Standards). Contact the 96 MXS Munitions Flight for any questions concerning explosive operations within the 96 MXS Munitions Storage Area.

21   Provide facility space within the 96 MXS munitions storage area for EOD School personnel and munitions assets in facilities1211, 1100, 1101, 1102, 1103, 1104, 1105, one bay in 1208 and two bays in 1252.

21   Intentionally Left Blank

22   Intentionally Left Blank

22   Comply with SECNAVINST 8120.1 custodial responsibilities.

23   Intentionally Left Blank

23   Comply with local fire symbol requirements as well as update Munitions Control when a fire symbol changes.

24   Intentionally Left Blank

24   Provide shipment documentation (DD 1348) to 96th TMO shipping and receiving office indicating number of items, weight, cube and applicable Transportation Account Code (TAC) for onward line-haul movement.

25   Intentionally Left Blank

25   Comply with NAVSUP P-724 Accountability and Reporting Policy.

## PRECISION MEASUREMENT EQUIPMENT LABORATORY (PMEL) TEST, MEASUREMENT, AND DIAGNOSTIC EQUIPMENT (TMDE) SUPPORT
**AFI 21-101, AFI 21-113, TO 00-20-14, AFTO57**
**OPR: MXG**

**The Air Force Metrology and Calibration (AFMETCAL) Program is an Air Force program that provides measurement standards and equipment, professional and technical meteorologists,**

# ATTACHMENT 4 – SPECIFIC PROVISIONS

performing work centers (PWCs), a system of worldwide PMEL facilities, measurement equipment users, calibration data and integrated planning.  This program ensures the reliability and accuracy of systems, subsystems and equipment.  The program provides for the calibration and repair of TMDE.  It also ensures measurement traceability of the TMDE through the Air Force Primary Standards Laboratory (AFPSL) to National Institute of Standards and Technology (NIST) or other AFLCMC/WNM (AFMETCAL) approved sources.  To accomplish this traceability, the AFMETCAL program requires that Air Force users and PMELs obtain calibration service from Air Force PMELs or the AFPSL.  The PMEL is the base-level AFMETCAL Program focal point.  It is the activity authorized to possess and use base measurement standards.

**Supplier Will:**

1   Provide Test, Measurement and Diagnostic Equipment (TMDE) support according to AFI 21-113, *Air Force Metrology and Calibration (AFMETCAL) Management*; TO 00-20-14, *Air Force Metrology and Calibration Program*; and TO 33K-1-100-1, *Calibration Procedure for Maintenance Data Collection Codes and Calibration Measurement Summaries*; within Supplier's capability.  Calibrate all Receiver unit Category II TMDE.

2   Intentionally Left Blank

3   Intentionally Left Blank

**Receiver Will:**

1   Comply with locally established procedures and policies.

2   Advise the Supplier of current and anticipated Receiver requirements.  Provide Supplier TMDE activity with initial and updated inputs of new TMDE items for inclusion in the TMDE scheduling and control report.  Provide reimbursement of materials and services, as appropriate.

3   Provide funding for required manpower IAW Air Force Manpower Standard (AFMS) 23I1100, *TEST, MEASUREMENT, AND DIAGNOSTIC EQUIPMENT FLIGHT.*

## RANGE OPERATIONS
**OPR: RN**

**Provides ranges, range instrumentation, range resources, mission scheduling support, program management support, airspace coordination, and range/target configuration support for test and training mission activity.  Includes munitions expenditure reporting requirements.**

**NOTE: 96 OSS/OSP or other 96 TW test organization will provide individualized/detailed Statement of Capabilities (SOCs) for specific mission support requests which will detail cost(s) outside the ISA.**

## ATTACHMENT 4 – SPECIFIC PROVISIONS

**Agreement No. FB2823-21266-0640**                                      **Page 8 of 10**

**Supplier Will:**

1    Provide scheduling coordination, range control support, and airspace management for requested mission activity.

2    Due to the continuous nature of NAVSCOLEOD training Eglin AFB, mission schedulers will attempt to limit mission disruption in student production.

2    Provide planning and management for range support programs.  Develop test or training directives; coordinate range safety, frequency, range support, logistics and range environmental approvals; coordinate mission de-confliction; and support mission execution.

3    Provide range instrumentation, range resources, airspace coordination and range target configuration support for test and training mission activity.  Includes munitions expenditure reporting requirements.

4    Inform customer about reimbursable requirements for range and resource usage. Provide an estimate of associated costs and a Statement of Capability (SOC).  Provide program financial management.

5    Notify NAVSCOLEOD of all RC3 and RDESC meetings prior to the scheduled meeting date and identify any issue potentially impacting NAVSCOLEOD operations on TAs D-51, C-52W, C-52N, C-87 and coastal underwater ranges. NAVSCOLEOD will have access to meeting information on RC3 Share Point Site. Will allow NAVSCOLEOD representative to be present for any meeting which may impact NAVSCOLEOD

**Receiver Will:**

1    Request use of range resources from Supplier managing organization, who will provide guidance, procedures, and approval documentation.

2    Coordinate training requirements with Supplier.

2    Coordinate all requests for range facility, test area, target configuration changes or proposed range operational activities that may change the character or configuration of any test area, interstitial area, range instrumentation system or range infrastructure component to the Range Configuration Control Committee for review and coordination and to the Range Development Executive Steering Council for approval before submitting any requirements through local Civil Engineering and Environmental Management processes.

3    Provide inventories of munitions expended by the Receiver on test areas and targets to the Supplier for Emergency Planning and Community Right-to-Know Act (EPCRA) reporting requirements and for environmental requirements.

4    Provide funding for all reimbursable test/training mission activity to include sufficient funds to clear test/training areas and targets of expended munitions residue and unexploded ordnance resulting from receiver operations.

5    Intentionally Left Blank

# ATTACHMENT 4 – SPECIFIC PROVISIONS

operations on TAs D-51, C-52W, C-52N, and C-87.

The 96 CEG will be the focal point to provide UXO surface clearance, fragment processing, crater restoration, and debris disposal for NAVSCOLEOD operations on C-52N, C-52W and adjacent range roads on a quarterly basis, subject to range availability and mission scheduling.

| | | | |
|---|---|---|---|
| 6 | Road closures will be IAW EAFBI 13-200. Personnel requiring access to NAVSCOLEOD facilities will comply with NAVSCOLEOD access procedures and badging requirements. Personnel transiting Range Road 218 through D51 outside of normal duty hours (0445 – 1800) will comply with the RR218/TA D-51 Gate Access SOP negotiated between 96 TW and NAVSCOLEOD. | 6 | Comply with policies and procedures IAW EAFBI 13-212, *Range Planning and Operations* and EAFBI 13-200. |

## Ships & Vessels
NON-STANDARD

**Supplier Will:**

**Receiver Will:**

| | | | |
|---|---|---|---|
| 1 | Provide berthing for the following: One - 35' Sea Ark Transport, One - 27' Boston Whaler Five- 8.5 Meter Ridged Hull Inflatable Boats (RHIBS), Four - Zodiac F470 Combat Rubber Raiding Craft (CRRC), Six - 5.8 Meter Combat Rubber Raiding Craft (CRRC) and Two - Yamaha Wave Runners at piers located on Weekly Bayou adjacent to Underwater Training Bldg. 797. | 1 | Maintain area in an orderly fashion. Fund for fuel and bilge servicing. |
| 2 | Coordinate repair or replacement as required for damage to NAVSCOLEOD piers, floats, boats, and quay walls due to fuel barge operations. Interface with Fuel Barge operators/insurers/contractors will be accomplished by Eglin AFB. | 2 | Notify Eglin AFB of any damage caused by fuel barge operations. |

## INSTALLATION SPECIFIC SUPPORT - SECURITY SERVICES
**AFI 31-101**
**OPR: 96 SFS**

**The Security Forces (SF) mission is to protect, defend and fight to enable Air Force, Joint and Coalition missions.  Security Forces performs the following Mission Essential Tasks:  provides**

# ATTACHMENT 4 – SPECIFIC PROVISIONS

protection for operational forces, means and noncombatants; conducts law and order operation; provides military working dog (MWD) support; provides security/protection for nuclear

| Supplier Will: | Receiver Will: |
|---|---|
| 1  Determine and provide 96 SFS required training and maintain current arming procedures coordinated between NAVSCOLEOD and 96 SFS for arming select NAVSCOLEOD personnel. | 1  Comply with current arming procedures coordinated with 96 SFS. |
| 2  Determine manning requirements and provide armed security manning and Internal Security Response Teams (ISRT) at established control points at TA D-51 during peak hours of student/staff occupation (0400-1800 Monday through Friday).<br><br>Control Points:<br>1 two person team at TA D-51 west<br><br>ISRT:<br>1 two person team at TA D-51<br>0400-0600 ISRT capability provided by Range Patrol team<br>0600-1800 ISRT capability provided by onsite team | 2  Provide funding for armed security and Internal Security Response Teams at TA D-51. |
| 3  Provide manning to support EAFB directed Random Access Measures at established control points at TA D-51. | 3  Intentionally Left Blank. |

USN-00001801

**Attachment 5**
## SUPPORT AGREEMENT MANPOWER ANNEX

| SUPPORT PROVIDER: | 96 TW | SUPPORT RECEIVER: | NAVSCOLEOD (CEODD) FB2823-21266-0640 |
|---|---|---|---|

| SUPPORT CATEGORY: *(e.g. Refuse, PMEL, Safety, Security Forces, etc.)* | 96 SFS Security Posts |
|---|---|

| MANPOWER REQUIREMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CAT** | **AFSC/OCC** | **REQ** | **AUTH** | **FY21** | **FY22** | **FY23** | **FY24** | **FY25** |
| **CIV** | 0083 | GS-07 | TBD | 10 | 10 | 10 | 10 | 10 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL** | | | | **10** | **10** | **10** | **10** | **10** |

| Funding Annex Comments: |
|---|
| Based on support provided to NAVSCOLEOD CEODD, 96 SFS earns ten (10) CIV requirements in FY21 through FY25. There are no funded authorizations on the UMD. All positions will be MIL Equivalent 3P0X1 series. |
| **Authorized grades are determined IAW the AF-Approved AFMC grade factors.** |

USN-00001802

*MANPOWER VALIDATION:*

| | / | | = | | |
|---|---|---|---|---|---|
| **Military Man-Hours Per Month** | | **Military Man-Hour Availability Factor** | | **Military Manpower Impact** | **Rounded Total** |
| **1442.40** | / | **144.24** | = | **9.641** | **10** |
| **Civilian Man-Hours Per Month** | | **Civilian Man-Hour Availability Factor** | | **Civilian Manpower Impact** | **Rounded Total** |

| | | |
|---|---|---|
| **Does an Air Force Manpower Standard (AFMS) cover this function?** | **Yes: XX**<br><br>**No:** | **AFMS: 43SXXX, 6 Dec 2007 w/IC 2016-1 -- 11 April 2016** |
| **Computation Method:** | The requirements are in accordance with MANTAB A5.1. CMS 43SXXX 6 Dec 2007, page 46. <br>Post 1--Security Patrols – Site D-51 is directed by AFI 31-101, Integrated Defense, para 12.5.1., which states response time to Arms, Ammunition, and Explosives (AA&E) facilities will not exceed 10 minutes. Also paras 11.2.9 thru 11.2.9.2 Security Response Teams (SRTs), which directs 2 per shift. <br>Post 2—Entry Control Point (ECP) – Site D-51 (West) is directed by AFI 31-113, Installation Perimeter Access Control, para 6.3.1., which states that a minimum of two armed personnel will secure each manned entry control point when in operation. | |
| **If yes, what are the AFMS workload factors?** | POST 1 -- SECURITY PATROLS – SITE D-51 <br>POST 2 -- ENTRY CONTROL POINTS (ECP) – SITE D-51 (WEST) | |

| **Technical Estimate Methodology/Justification** |
|---|

**UPDATED 14 Feb 2019:** The PayPlan-Series-Grade of the (10) requirements has been updated from the previous 2015 Manpower Annex to GS-0083-07 per AFI 31-122 - Department of the Air Force Civilian Police/Security Guard (DAF CP/SG) Program dated 31 July 2015, Paragraphs 2.8.1, 2.8.2, and 2.8.4.


SA0642 - 96 SFS NAVSCOLEOD CNRS


96 SFS AFI Guidance.pdf


AFI 31-122 - DAF CP_SG Program Exce

| **Validated By: Management Analyst** | **Name:**<br><br>**Brenda Kay Smith, 96 FSS/FSM** | **Date:**<br><br>**14 Feb 2019** | **Phone:**<br><br>**850-882-0788**<br>**DSN: 872-0788** |
|---|---|---|---|

USN-00001803



For Official Use Only

# Air Force Standard Receiver Profile

| | |
|---|---|
| **Current Support Agreement Number (if applicable) or Initial Operational Capability (IOC) for new mission** | **FB2823-21266-0640** |
| **Receiving Activity's Name:**<br>**Postal/Mailing Address:**<br>**City/Zip Code:**<br>**Physical Location:** | Naval School Explosive Ordnance Disposal<br>8840 Range Rd. Niceville, FL.  32578<br>Range D51 |
| **Receiver POC Name:**<br>**Phone:**<br>**E-Mail:** | Robert Wimmer<br>(850) 882-3549<br>robert.c.wimmer@navy.mil |
| **Approving Authority Name:**<br>**Rank/Grade:**<br>**Title:**<br>**Office Symbol:**<br>**Phone:** | Robert R. Porter<br>CAPT/06<br>Commander, Center for EOD and Diving (CEODD)<br>(850) 259-7478 |
| **Receiver Comptroller Name:**<br>**Rank/Grade:**<br>**Title:**<br>**Office Symbol:**<br>**Phone:** | Cindra E. Henderson<br>Civilian<br>Comptroller/N8<br>(850) 235-5762 |
| **Major Command:** | **Naval Education Training Command** |
| **Funding Authority (WCF, DHA, AF O&M, Other):** | **O&M** |

**Receiving Activity's Mission Statement:**

Educate students from United States military services, partner nations, and other government agencies in high-risk environments to qualify as Explosive Ordnance Disposal Technicians. Prepare them morally, mentally, and physically to succeed across the full range of military operations.

| Personnel Auth/Assign Strength: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Military** | | | | **Civilian** | | **Contractors** | | **Transient** |
| Off Auth | Off Assign | Enl Auth | Enl Assign | Civ Auth | Civ Assign | Ctr Auth | Ctr Assign | |
| 8 | 8 | 70 | 70 | 56 | 56 | 38 | 38 | 0 |
| **AFRC/ANG** | | | | **Technicians** | | **AFRC/ANG Civilian** | | |
| Off Auth | Off Assign | Enl Auth | Enl Assign | Tech Auth | Tech Assign | Civ Auth | | Civ Assign |
| | | | | | | | | |

| Weapons System Information | |
|---|---|
| **Type** | **Total #** |
| | |
| | |

For Official Use Only

For Official Use Only

| Facility Requirements: | | | Communication Requirements: | | | |
|---|---|---|---|---|---|---|
| Total # Bldgs: | N/A | | Phone Lines: | Yes ◯ | No ◯ | Total # N/A |
| Building Number | Real Estate Permit/Lease | Sq Ft | Computers/Servers: | ◯ | ◯ | N/A |
| | | | Support Requirements | | Yes | No |
| | | N/A | Do you require additional security (i.e. SCIF, alarm   response, etc.)? | | ⦿ | ◯ |
| | | N/A | Do you require vehicle maintenance support? | | ◯ | ⦿ |
| | | N/A | General Purpose Vehicles | Special Purpose Vehicles | | |
| | | N/A | Do you require on base housing? | | ⦿ | ◯ |
| | Total Sq Feet: | N/A | Is your unit deployable? | | ◯ | ⦿ |

| Other (attach additional pages if needed): | |
|---|---|
| Request change/delete any support categories: | |
| Request to add new support: | PMEL Support and Security Forces support for ECPs |

**Non-Standard Requirements:**

| Receiver POC Signature: | WIMMER.ROBERT .C.JR.1185623242 | Digitally signed by WIMMER.ROBERT,C,JR,1185623 242 Date: 2020.02.10 10:40:32 -06'00' | Date: | 2/10/2020 |
|---|---|---|---|---|

USN-00001805