

DEPARTMENT OF THE NAVY
NAVAL ORDNANCE SAFETY & SECURITY ACTIVITY
FARRAGUT HALL
3817 STRAUSS AVENUE, SUITE 108
INDIAN HEAD, MD 20640-5151

NOSSAINST 8023.11D
Ser N9L/1210
29 Aug 2019

NOSSA INSTRUCTION 8023.11D

From: Commanding Officer, Naval Ordnance Safety and Security Activity

Subj: UNITED STATES NAVY DEVELOPMENT, IMPLEMENTATION, AND MAINTENANCE OF STANDARD OPERATING PROCEDURES FOR AMMUNITION AND EXPLOSIVES

Ref: (a) NAVSEA OP 5, Volume 1, Seventh Revision
     (b) OPNAVINST 8020.14A
     (c) OPNAVINST 3500.39D
     (d) NOSSAINST 8020.15D
     (e) NOSSAINST 8020.14F

Encl: (1) Definitions of Basic Terms
      (2) Standard Operating Procedure Sample Format and Content Requirements
      (3) Sample Record of Development, Review, Validation and Approval
      (4) Sample Record of Changes
      (5) Sample Supervisor's and Worker's Statements
      (6) Sample Distribution Page

1. Purpose

    a. This instruction provides Navy commands the policy, responsibility, and procedures for developing, implementing, and maintaining Standard Operating Procedures (SOP) for operations involving ammunition or explosives per references (a) through (e).

    b. This revision has been updated to shift the scope of the instruction and provide detailed signature guidance. This instruction is a complete revision and should be reviewed in its entirety.

2. Cancellation. NOSSAINST 8023.11C of 2 November 2017

3. Background. Reference (a) requires all U.S. Navy activities develop written operating procedures prior to starting any operation involving ammunition and explosives (A&E). Procedures must be documented and approved by the Installation Host Commanding Officer (CO), or the Tenant CO or Officer-In-Charge (OIC) if authority has been delegated by the host CO. This instruction provides a standard for writing SOPs. While SOPs are not intended as a substitute for other technical documentation, they encompass pertinent information from the technical documentation and provide safety directions specific to the task and operations to be performed at a site.

**Distribution Statement C**. Distribution authorized to U.S. Government agencies and their contractors (not cleared for public release); Other requests for this document must be referred to NOSSA.

(9) Ordnance receipt, storage, issue, handling and transport operations conducted by squadron personnel that are not governed by Organizational or Intermediate (O/I) level check sheets or directives.

(10) Small arms range A&E operations, including expended brass management.

c. The following are exempt from the specific provisions of this instruction because they are covered by other written procedures, but remain subject to the requirements of reference (b).

(1) Emergency responses performed by EOD personnel.

(2) Non-recurring RDT&E operations governed by Appendix G of reference (a).

(3) Operations involving ordnance material, Cartridge Actuated Devices, Aircrew Escape Propulsion Systems, and Pyrotechnics performed by Navy, Marine Corps, or Civilian personnel when in association with a Fleet Readiness Center.

(4) Operations performed by operating forces afloat and governed by Naval Sea Systems Command (NAVSEA) Ordnance Publication (OP) 4, forward deployed ashore, or performed at the organizational squadron level. Operations at the squadron level are normally performed in a Seat Shop, Paraloft, or Aviation Life Support System work environment with procedures detailed in the appropriate Naval Air Systems Command (NAVAIR) O/I level maintenance check sheet or technical directive. These operations typically involve ordnance handling (removal or replacement operations) associated with maintenance work performed in parachutes, life-rafts, life vests, flotation devices and seats.

(5) Activities conducting formal training which is covered by technical manuals; e.g., NAVSEA and NAVAIR conventional weapons loading manuals and checklists.

(6) Training exercise (operational range) support units who transport, store, and handle limited quantities of solely Hazard Class Division 1.4S items between ready service storage facilities, transport vehicles and small boats.

(7) Aviation squadrons performing routine A&E operations. However, the host's SOPs must be utilized when transporting and handling A&E, as well as any receipt, segregation, storage, and issue functions, onboard the host's installation.

5. <u>Definition of Terms</u>. Enclosure (1) lists definitions of basic terms used in this instruction.

6. <u>Policy</u>. Activities must conduct operations involving A&E, MPPEH, or MEC in the safest manner possible consistent with efficient operations and after the assessment of potential hazards. SOPs are the step-by-step procedural documents used to ensure compliance with technical, explosives safety, personal protective equipment, Federal, state, and local environmental protection, and information or physical security requirements.

NOSSAINST 8023.11D
29 Aug 2019

8. <u>SOP Requirements</u>

   a. SOPs must include all elements outlined in enclosure (2), and must <u>not</u> be written in the form of a command instruction. Sample SOP components are provided in enclosures (3) through (6).

   b. SOPs may contain technical instructions for which changes are expected to be routine (mix sheets, processing sheets, etc.). SOPs may be written to allow for approved variations in the operation as long as the safety and technical requirements are met. SOPs must document both the allowable variation limits and the process of approval for variations within the limits authorized by the SOP. SOPs must be updated to reflect variations and changes to specific missions.

   c. SOPs, when written along with the most current applicable reference publications (such as maintenance or technical manuals and other checklists that support the operation), must be kept readily available for use by the workers or operators performing the process.

9. <u>Approval Authority</u>

   a. The host (installation) CO is responsible for approving all A&E SOPs. SOPs may be signed by individuals in an "Acting" capacity or those with "By Direction" authority. This authority may be delegated in writing according to paragraphs 7a and 7b of this instruction.

   b. Contractors are responsible for development, review, validation, approval, and use of SOPs for A&E, MPPEH, or MEC operations wholly under their control. Cognizant Navy personnel must provide appropriate oversight as specified in contractual requirements.

   c. Host/tenant formal agreements must include provisions for the host activity ESO to review or have access to tenant command and on-site contractor SOPs that pertain to A&E.

   d. Enclosure (3) provides a sample record of development, review, validation, and approval page to be utilized for all SOPs.

10. <u>Operational Risk Management (ORM)</u>. The purpose of ORM is to clearly identify, assess, and manage existing and potential hazards inherent in handling and processing A&E, MPPEH, or MEC. ORM is the means to identify and assess the hazards, make risk decisions, implement control, and supervise through the use of the SOP. As part of SOP development, the ORM process, per reference (c), must be conducted and the resulting hazard analysis and risk assessment must be used as a basis for developing the SOP. Documenting the results of an ORM assessment helps facilitate an effective order of events and provides a good reference during process execution of A&E, MPPEH, or MEC. The accepted risk assessment and hazard analysis results must be a permanent part of the SOP.

   a. A preliminary hazard analysis and risk assessment to support SOP development is appropriate for the level of ORM per reference (c). Reference (a) provides guidance for hazard

USN-00003351

NOSSAINST 8023.11D
29 Aug 2019

analysis at the required level of a Mishap Risk Assessment for operations involving production, maintenance, and renovation of A&E, and reference (d) for operations involving recovery, handling, storage, and transportation of MEC and MPPEH. The hazard analysis results must be a permanent part of the SOP hazard control brief and must be included as an element of the SOP.

  b. At least 1 worker or operator who will be performing the operation covered by the SOP must take part in the hazard analysis and risk assessment.

  c. A hazard control briefing will be prepared, taking into account the results of the hazard analysis and risk assessment. The hazard control briefing is considered a general hazardous briefing and will cover the hazards associated with hazards in the work space (e.g., emergency exits, emergency muster location, maximum personnel limits, hazard control area, and required personnel protective equipment). The briefing will be given to all employees using the SOP prior to initial use, and to visitors and other transients or observers in the A&E, MPPEH or MEC location. The briefing may be repeated as often as necessary based on the Supervisor or Process Supervisor's analysis of its effectiveness. The briefing will be a permanent part of the SOP and considered part of the process supervisor's statement or operator's statement. Records documenting recipients of the hazard control briefings must be maintained for a minimum of 1 year after the date the briefing was given. At a minimum, briefings will address the following:

    (1) Hazardous materials used, consumed, or produced in the process.

    (2) The ways in which exposure to hazards and hazardous materials are avoided or minimized, including the use of personal protective equipment.

    (3) Signs of unacceptable exposure to the worker or operator or visitor, or damage to the equipment, from the hazardous materials being processed.

    (4) First aid or other actions to be taken immediately should exposure to an unacceptable hazard or hazardous materials occur.

11. Security. SOPs will provide personnel with all the procedures necessary to maintain physical security, accountability and disposition control of A&E, MPPEH, or MEC.

12. Initial Review and Expiration Requirements

  a. The following personnel will review SOPs prior to initial use and upon any major changes at Navy activities or tenant commands:

    (1) Personnel who may be responsible for the technical requirements and execution of the process (e.g., process supervisors, supervisors and workers or operators).

    (2) Occupational safety and health, medical (e.g., industrial hygiene), and environmental personnel if the process involves any applicable procedures.

6

USN-00003352