

**DEPARTMENT OF THE NAVY**
**NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL**
**8840 RANGE ROAD**
**NICEVILLE, FLORIDA 32578-8729**

NAVSCOLEODINST 8027.1A
ESO
14 May 19

NAVSCOLEOD INSTRUCTION 8027.1A

Subj: UNEXPLODED ORDNANCE (UXO) REPORTING AND ACTIONS

Ref: (a) EAFBI 13-212 Range Planning and Operations
(b) AFI 10-2501 Air Force Emergency Management Program Planning and Operations
(c) AFI 31-101 Integrated Defense
(d) NOSSAINST 8023.11C Department of the Navy Standard Operating Procedures
Development, Implementation, and Maintenance for Ammunition and Explosives
(e) HQ AFSEC/SEWC Memorandum of 26 January 2018, Subject: Explosives Safety
Submission (ESS), Amendment 2, Munitions and Explosives of Concern (MEC)
Construction Support (CS) for Explosive Ordnance Disposal (EOD) School, Training
Area (TA) D-51 at Eglin AFB, FL

Encl: (1) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for
Working Hours
(2) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for
Non-working Hours
(3) NAVSCOLEOD Suspect UXO Reporting and Actions Worksheet

1. <u>Purpose</u>. To provide policy and guidance for UXO reporting and actions in accordance with
references (a) through (c) and enclosures (1) through (3).

2. <u>Cancellation</u>. NAVSCOLEODINST 8027.1.

3. <u>Background</u>. NAVSCOLEOD created an SOP to provide policy and guidance in regards to
suspect UXO's found on NAVSCOLEOD property. In accordance with reference (d), an SOP
for UXO reporting and actions is not required based on the fact we are not conducting operations
involving ammunition or explosives, we are simply reporting and outlining actions required
when a UXO is found.

4. <u>Scope</u>. This instruction applies to all NAVSCOLEOD personnel and provides policy and
guidance for UXO reporting and actions.

5. <u>Responsibilities</u>. Step by step procedures, safety precautions, reporting procedures, and
actions required when a UXO is found on NAVSCOLEOD property are as follows:

   a. <u>Commanding Officer (CO) or Executive Officer (XO)</u>

      (1) Retains on-scene authority until the Incident Commander arrives.

USN-00003526

(2) Report evacuation status to their Department Head, upon completion of evacuation of all division personnel.

g. NAVSCOLEOD Staff and Students upon discovery of suspect UXO

(1) Do not touch, move, or pick up any suspect UXO items found.

(2) During working hours utilize enclosure (1).

(3) During non-working hours utilize enclosure (2).

6. Form. NAVSCOLEOD 8027/1A is available at:
s:/egln/navscoleod/common/forms/NAVSCOLEOD.

D. A. MURIANO

Distribution:  Electronic only via command drive
S:\Commons\Instruction & Notices\8000-8999 ORDNANCE MATERIAL

USN-00003528

## NAVSCOLEOD SUSPECT UXO REPORTING AND ACTIONS PROCESS FLOWCHART FOR WORKING HOURS

