**United States of America**
Department of Labor
Occupational Safety and Health Administration



(***THIS STATEMENT DOES NOT APPLY TO MANAGEMENT.***) I understand that this statement will be held in confidence until such time as I may be called to testify in a trial or court proceeding, at which time it may be produced upon demand of opposing counsel. Additionally, this statement may be made available to other agencies if it will assist them in the performance of their statutory functions. This statement may be subject to disclosure only in accordance with applicable statute(s) and agency policy. _WF_ Initial (***THIS STATEMENT DOES NOT APPLY TO MANAGEMENT.***)

**11(c)(1) of OSH Act:** No person shall discharge or in any manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act or has testified or is about to testify in any such proceeding or because of the exercise by such employee on behalf of himself or others of any right afforded by this Act. _WF_ Initial (Applies to all)

Name: _Wayne Fabozzi_   Address: _207 3rd St._
City: _Niceville_   State: _FL_   Zip: _32578_   Phone/Email: _850-259-3236_
I am/was (circle one) employed by: _Threat Mangement Group_   From: _2016_   to: _(5Y)_
~~60 day suspension~~
Position: _Range Medic (EMT)_   Time in Position: _(5Y)_   Supervisor: _Michael Wise_
~~Terminated as of last week~~

*I hereby swear/ affirm and declare:*

1. • Do you have any direct supervision from Threat Mangement Group (TMG)
2. during your daily activities/ No, we are on our own
3. • Do you have any supervision from any NavSchoEOD (NSEOD) during
4. your daily activities/ We get our schedule through the NSEOD.
5. We are a contractor on site.
6. • On the day of the incident you and Cris Basilio were assigned
7. Stand-by Medic duties for Range 52N/ Yes sir
8. • About how long had you been working with Cris at NSEOD/ 5 YRS
9. • Have you read all of TMGs twg policies, procedures, SOPs
10. and rules during your orientation period/ I'm sure I have
11. • Have you had any other twg from TMG over the past



Initials _WF_   Page _1_ of _5_

USN-0004283

Wayne

1. 5 years pertaining to Unexploded Ordnance (UXO) / No, not
2. that I can remember.
3. • Have you received (showed PWR POINT) the A.F. UXO awareness safety briefing / Yes
4. — Was it provided by TMG or NSEOD / ~~Yes~~ I don't recall
5. — Did this training cover not to pick up any items you may
6. see anywhere on the range complex / More or less, it's common sense
7. — Would that include items like frags or shrapnel / No, nothing like that
8. • So on the day of the incident, about what time did you
9. and Cris position the ambulance at the Stand-by position by the
10. Operation Control Bunker (OCB) / No later than 7:30
11. — And were you driving / Yes sir
12. — And how was the ambulance positioned / Just off the road heading
13. ~~East~~ west and keeping our eyes on the area. ½ on ½ off the road
14. — Do you have radio contact with the Range Safety Officer / Yes
15. in the ambulance and we have hand held radios
16. • So about how long were you in the ambulance before you got
17. out ~~of the~~ to stress your legs / ~~Around~~ As soon as I parked
18. the ambulance
19. • Tell me about the piece you found on that day / ~~It was~~
20. ~~a piece of shrapnel, cone shape.~~ I found a piece of
21. shrapnel & an object that looked like the nose of a spare
22. capsul about 1¼" tall a 20mm round. The bottom portion was
23. a threaded sleeve with a bolt in it.
24. — Did you bring these 2 items back to the ambulance and
25. show Cris / Yes. I handed it to Cris to look at. We handed
26. it back & forth a couple of time then set it on the console.
27. — About how long until the 1st vehicles with the instructors
28. & students came to the OCB / About 15 min when the final
29. vehicles with the instructors & students came. The 1st set of
30. vehicles with instructors & students had already came. It was
31. about 15 min between the 1st & 2nd set of vehicles with
32. instructors & students came to the OCB.




Initials: WF   Page 2 of 5

USN-0004284

wayne                                                                  9/28/21

1. • What happens when the last vehicles with the final instructors &
2. students arrive/ I reposition the ambulance behind the OCB & we
3. get out of the ambulance and get under the metal overhang on
4. the back side of the OCB
5. – what happened next / I was standing next to Cuis and one of
6. the instructors. I handed the object to an instructor who handed it
7. back to me and said he did not know what it was. I told him
8. I would get rid of it after the destination.
9. – what happened next/ I just lowered my hand it it went off.
10. I did not strike it against anything, just lowered my arm
11. • You had mentioned that you make plaque's for the instructors
12. when they leave or retire/ Yes, for around 3 - 3½ years
13. – Have instructors over the years given you pieces of shrapnal
14. to use for making the plaque's / Yes, some I would use and others
15. I would not use.
16. – Have you picked up pieces of shrapnal / Yes, like if a piece
17. was on the road.
18. – Have you ever shown the pieces of shrapnal to any instructors,
19. like look at this piece I can use for a plaque/ Yes
20. – Have they ever told you not to pick up shrapnal / No, just be
21. careful not to get cut.
22. • Have you ever picked up items when you are just walking around/ Yes
23. pieces of shrapnal & like the brass rings from rounds. If I don't
24. know what something is, I don't pick it up. (50mm rounds)
25. • what made you pick up the piece on the day of the incident/ It just
26. looked cool, like something I could use on a plaque.

WF                                                              USN-0004285
                                                                    5 of

Wayne — 9/28/21

1. • Do you get yearly permits to go onto the A.F. reservation areas / Yes, hunter, fishing class
   - And you would have to attend the Jackson Guard briefing to get the permit / Yes
2. • Would picking up any items on the range complex be a violation of the NSEOD range safety protocal / I'm sure it is. (deep south metal art)
3. • Do you have any questions / No
4. • Anything to add / No

W

USN-0004286 4 of 5


1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

**Choose one of the first two (2) statements:**

__Initial__ I have read and understand the foregoing statement of __5__ pages. I have been given the opportunity to make corrections. Each page is numbered. I have initialed each correction and initialed or signed each page.

OR

__W__ **Initial** The foregoing statement of __5__ pages has been read to me. I have been given the opportunity to make corrections. Any corrections have been read back to me. Each page is numbered. I have initialed each correction and initialed or signed each page.

AND

__W__ **Initial (Applies to all)** I declare under penalty of perjury under the laws of the United States of America that this statement is true and correct to the best of my knowledge. I understand it is a felony under 18 U.S.C. § 1001 to knowingly and willfully make a false statement or omit material facts in relation to a federal investigation.

**Review this statement with the Interviewee:** I request that my statement be kept confidential to the extent allowed by law

– OR –

_____ (*Interviewee's Initials*) I waive confidentiality.

| Interviewee's Signature | Date | CSHO Signature | Date 9/28/21 |

OSHA
Occupational Safety and Health Administration

Initials: _W_  Page __5__ of __5__

USN-0004287