# United States of America

Department of Labor
Occupational Safety and Health Administration

**(***THIS STATEMENT DOES NOT APPLY TO MANAGEMENT.***)** I understand that this statement will be held in confidence until such time as I may be called to testify in a trial or court proceeding, at which time it may be produced upon demand of opposing counsel. Additionally, this statement may be made available to other agencies if it will assist them in the performance of their statutory functions. This statement may be subject to disclosure only in accordance with applicable statute(s) and agency policy. [illegible] **Initial (***THIS STATEMENT DOES NOT APPLY TO MANAGEMENT.***)**

**11(c)(1) of OSH Act:** No person shall discharge or in any manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act or has testified or is about to testify in any such proceeding or because of the exercise by such employee on behalf of himself or others of any right afforded by this Act. [illegible] **Initial (Applies to all)**

**Name:** Cris R. Basilio **Address:** 223 Raptor Dr.

**City:** Crestview **State:** FL **Zip:** 32536 **Phone/Email:** (850) 826-2981 / basiliocris@yahoo.com

**I am/was (circle one) employed by:** Threat Management Group **From:** 09/16 **to:** 09/21

**Position:** Range Medic **Time in Position:** 5 yrs **Supervisor:** Mike Wise

***I hereby swear/ affirm and declare:***

• Do you have any direct management from Threat Management Group (TMG) while performing your duties at the NAVSCOLEOD (NSEOD) / No

• Do you have any supervision from any NSEOD individuals / Yes, the Medical Doctor, Medical Chief + HM1. OUR assignments for daily activities come from the HM1 on a monthly Schedule.

- And on the day of the incident you + Wayne were assigned to cover S2N / Yes

• About how long had you been working with Wayne / About 6 years

- Is either of you in-charge when working / No, we both know our duties and switch off.

• Have you had any training from either TMG or NSEOD on

the hazards of UXO's / when I first came to NSEOD as part of the inprocessing I received training.

-Showed NSEOD UXO Safety Briefing> Was this part of the training / Yes, not only then but I've had it several times through my military time + getting permits to go onto the range area of Eglin AFB through the Jackson Guard.

• Does TMG have an enforcement program to take action if an employee does not follow their rules, policies, procedures / Yes

- Is it a step program / I don't recall, I've seen it while reading the SOPs

- Have you heard of any action being taken against an employee / Yes

• On the day of the incident were you the operator of the ambulance / NO

• On the day of the incident how was the ambulance [illegible] positioned / We we just off the road next to the OCB facing the site (S2N)

- Do you have radio communication with the range safety officer / Yes, a radio in the truck and we each have hand held radios

- About how long were you both sitting in the ambulance before Wayne got out / Between 60-90 minutes

- What did Wayne say when he got out / I have to get out + move, stretch my legs, I have my radio

• On an average, about how long would you be on stand-by when working this location / Maybe 2-2½ hours

• Was it normal for Wayne to get out + walk around / Yes, he would walk up + down the road for about 15 min., sometimes maybe a little longer, it varies.

• Which direction did Wayne go on his walk / I can not say for sure other than it was behind the ambulance and I did not have a view of him

CNIS

- During the walk did he call you on the radio at all / no
- Do you have any type of response time to get to range S2N if called by the RSO or an instructor / Yes, 2 min.
- Would your thought be that Wayne is close to the ambulance in case something happened & you had to respond / Yes
- What sets the 2 minute response time / it's in the NS EOD instructions & Naval Education Training Command..
- What happened when Wayne returned to the ambulance / He get into the drivers seat & had 2 objects. One was a small frag piece, about 3" long by 1/2" wide and another item which looked like the weight on the end of a plum line (he didn't know what it was)

NOTE: You said that Wayne would normally come back with a frag from these walks / Yes, a piece of metal that looked like it could be an outter casing. IT was normal for him to collect these, show them to the instructors, and he would also receive pieces of larger frags from the instructors. Wayne would clean them up & use them to make gifts (plaque) for ~~students~~, staff members when they retire or get assignments.

- Has Wayne been doing this since you have worked with him / Yes
- Have you seen Wayne show instructors what he had found when he had pieces of frag / Yes
- Have you observed an instructor give Wayne a frag / Yes I have
- Have you ever heard an instructor tell Wayne not to pick up any more frags / no

CAIS

- So all the time you have seen/know of Wayne picking up pieces of frag, is that a direct violation of the UXO safety briefing not to pick up anything / Yes

– Have you ever brought this to the attention of your Company before / No I have not

— Think back, should you have / Yes

- Have you ever picked items up / No, that goes to all the training & knowledge I have on UXOs

- Had Wayne ever brought an item like the one he did on the day of the incident (something that looked like the weight on the bottom of a plum line) / No, it was always something that was identifiable as a piece of frag.

- What happens next / for about the next 20 min we are both in the ambulance with the 2 object (not sure of their location) waiting for the RSO to call range control to go hot

- What next / they get their hot status. The 2 vans with the instructors & students arrive at the OCB & park directly in front of the OCB. on instructors notify the ~~RSO~~ RSO that all the students are in the OCB

- And next / A few minutes after that they get permission from range control to go hot. When we see the last 2 vehicles coming from S2N we position our vehicle at the back side of the OCB.

- And next / After the 2 vehicles arrive at the OCB the students who were still at the range to set the changes went into the OCB. We get of of our vehicle & Wayne walks up to one of the instructors and showed him what he found.

[initials]

Cris

and I walked to the back of the OCB under the overhang. I don't know what was said between Wayne and the instructor.

- And Next / ~~A co~~ A minute or so later wayne walked over to where I was standing, he was on my left. He still had the object.

- About how long was Wayne standing next to you before the incident / Maybe 2 minutes, it wasn't long at all
- Was anyone else injured / Senior Chief Young took a piece of frag I believe in his (R) leg. I found out Sunday when I ran into Senior Chief (Ret) him at the ~~hospital~~ hospital
- So from the time the instructors + last students came back + you + wayne got out of the ambulance, about how much time before the incident / Maybe 5 min.
- About how much time from the incident until the explosion at the range / I have no estimate.
- Do you have anything to add / no, not that I can think of
- Any Questions / NO

1. ______
2. ______
3. ______
4. ______
5. ______
6. ______
7. ______
8. ______
9. ______
10. ______
11. ______
12. ______

**Choose one of the first two (2) statements:**

KS **Initial** I have read and understand the foregoing statement of 6 pages. I have been given the opportunity to make corrections. Each page is numbered. I have initialed each correction and initialed or signed each page.

**OR**

____**Initial** The foregoing statement of ___ pages has been read to me. I have been given the opportunity to make corrections. Any corrections have been read back to me. Each page is numbered. I have initialed each correction and initialed or signed each page.

**AND**

KS **Initial (Applies to all)** I declare under penalty of perjury under the laws of the United States of America that this statement is true and correct to the best of my knowledge. I understand it is a felony under 18 U.S.C. § 1001 to knowingly and willfully make a false statement or omit material facts in relation to a federal investigation.

**Review this statement with the Interviewee:** I request that my statement be kept confidential to the extent allowed by law

**– OR –**

________(*Interviewee's Initials*) I waive confidentiality.

[signature] **Interviewee's Signature** ______ **Date** [signature] **CSHO Signature** 9/24/21 **Date**