1. Mike Wise Program Mgr. for Contract
2. Mike.wise@Threatgroup.com
3. 843-860-8350
4.
POC: 5. Vince Breeden
6.
7. Medics were a mile away from range activity on stand-by
8.
9.
10.

*[diagram: Safe Zone / Buffer — 1 mile — Range; circled note: "safety tng performing to UXO's discovered"]*

Comp
19. 1. Tng documentation on the two medics involved + copy of (UXO briefing by A.F.)
20. 2. Comp policy on picking up UXO's / walking around the stand-by area
21. Names/address/phone #/ Job title / Time with Comp / Time assigned this location
22. Any discipline taken against any ee' for violation of Comp Programs/Policy/Rules
23. Enforcement Program.
24. OSHA 300 logs + Summary pgs for 2018-2020 + 2021 log for this location
25. Investigation Report
26. 1st Rpt of injury

USN-00004318