**RELIANCE TEST & TECHNOLOGY**
SAFETY FIRST...MISSION *ALWAYS*

516 Perimeter Road, Suite 1  ♦  Eglin AFB, FL 32542-5654  ♦  Tel: (850) 882-4983  ♦  Fax: (850) 678-9033

July 20, 2021
RTT-07-355-21

MEMORANDUM FOR: 96 RANSS/RNRS
ATTN:  Melvin Tate

Subject:  NAVSCOLEOD Ranges C-52W and C-52N UXO Cleanup, Ref:  M9955-17

Mr. Tate:

Directive M9955-17 requires the E-OMS Contractor to provide periodic UXO cleanup support after training events on a quarterly scheduled basis on the NAVSCOLEOD Ranges C-52W and C-52N.  This quarterly cleanup was performed during the month of July 2021.  The areas and roads shown below in yellow were surfaced cleared of UXO residue.  Thirty-two large blow holes located on C-52N and thirty-seven smaller blow holes located on C-52W were filled in and leveled as much as possible.  Approximately, 13 tons of fragments were certified, verified, and processed into the Field 5 scrap yard for the scrap contractor.  A one week rental bulldozer was utilized for this clearance.

Rental Cost: $2,128.14

Man-hours expended:
C-52N: 156
C-52W: 133
Fragment Processing: 36

Man-hour cost:
C-52N: $12,015.56
C-52W: $7,940.33
Fragment Processing: $2130.48

Area cleared/recovered items: See attachments

For additional information, please contact M. S. Libby, 882-1105.

Sincerely,

Mark S. Libby

**Safety First…Mission *Always***

USN-00004735

RTT-07-355-21
Atch. 1

## Cleanup Area - Range C-52N/W



USN-00004736