**ORIGINAL**



# STANDARD OPERATING PROCEDURES FOR DEMOLITION DIVISION

### (ELEMENT 1)

**(THESE SOPS ARE WRITTEN IN ACCORDANCE WITH NOSSAINST 8023.11 SERIES)**

**EXPIRATION DATE:** 31-Dec-19

## ID #: DEMO-019

## COMMITTED TO SAFETY IN EXPLOSIVE OPERATIONS

**Distribution is limited to U.S. Government agencies and their contractors for administrative/operational use.**

USN-00004753

## INTRODUCTION AND REFERENCES
### (ELEMENT 2)

1.  Introduction.  These Standard Operating Procedures (SOPs) have been developed in accordance with reference (a) for conducting Ammunition and Explosives (A&E) operations for Demolition Division.  All provisions of these SOPs and references (b) through (r) shall be strictly adhered to and enforced when conducting A&E operations.

2.  Review Process.  Per reference (a), a continuous review of these SOPs by all individuals utilizing these SOPs is required.  Additionally, an annual review of these SOPs shall be conducted and documented on ELEMENT 4B by the developer.

3.  References:
  (a) NOSSAINST 8023.11 Series (DON Standard Operating Procedures Development, Implementation, and Maintenance for Ammunition and Explosives)
  (b) OPNAVINST 8023.24 Series (Navy Personnel Ammunition and Explosives Handling Qualification and Certification Program)
  (c) NETCINST 5100.1 Series (Safety, Occupational Health and High-Risk Training Safety Program Manual)
  (d) NAVSCOLEODINST 1500.20 Series (Safety Procedures for Conducting Training)
  (e) OPNAVINST 5530.13 Series (Department of the Navy Physical Security Instruction for Conventional Arms, Ammunition, and Explosives (AA&E))
  (f) NAVSCOLEODINST 5530.7 Series (Arms, Ammunition & Explosives (AA&E) Lock and Key Control Program)
  (g) NAVSEA OP5 Vol 1 (Ammunition and Explosives Safety Ashore)
  (h) NAVSEA SW060-AA-MMA-010 (Technical Manual for Demolition Materials) (FOUO)
  (i) EODB 60A-1-1-31 (Technical Manual for Explosive Ordnance Disposal Procedures, General Information of EOD Disposal Procedures) (FOUO)
  (j) NAVSCOLEODINST 8020.2 Series (Demolitions Requalification)
  (k) NAVSCOLEODINST 3502.1 Series (Range Safety Officer (RSO))
  (l) NAVSCOLEODINST 1540.1E Series (Instructor Certification Qualification Evaluation Program)
  (m) Demolition Job Sheets/Demolition Test Administrator's Guides
  (n) OPNAVINST 3500.39 Series (Operational Risk Management (ORM))
  (o) NAVSCOLEODINST 8020.2 Series (Hazards of Electromagnetic Radiation to Ordnance (HERO))
  (p) EAFBI 13-212 (Range Planning and Operations)
  (q) EAFBI 13-204 (Eglin Range Mission Scheduling and Control)
  (r) NAVSCOLEOD Standard Operating Procedures for Inert/Dummy Ordnance and MPPEH Management
  (s) NAVSCOLEODINST 8027.1A UXO Reporting and Actions

USN-00004754

Case 3:23-cv-10474-TKW-HTC  Document 30-11  Filed 08/14/24  Page 3 of 14

<u>HAZARD ANALYSIS/RISK ASSESSMENT AND HAZARD CONTROL BRIEFING</u>
(ELEMENT 5)

┌─────────────┐
│    **NOTE**     │
└─────────────┘

**PER REFERENCE (N), THE HAZARD ANALYSIS IS COVERED BY THE RISK
ASSESSMENT, WHICH CAN BE OBTAINED FROM THE SAFETY MANAGER UPON
REQUEST, OR GO TO S:\NAVSCOLEOD\SAFETY\RISKASSESSMENTS.**

<u>HAZARD CONTROL BRIEFING</u>

1. Introduction.  This Hazard Control Briefing (HCB) addresses the process/operation, and describes the hazards and control methods that the operator may encounter.  This briefing can include, but is not limited to video recordings, computer generated instruction, and testing of knowledge comprehension. The briefing shall be given to all staff and student personnel involved in A&E operations.  Visiting personnel not directly involved, will be briefed utilizing this brief, the emergency action plan, and must be escorted by approved NAVSCOLEOD staff.

2. Requirements for a HCB:

   a. It is required that a HCB be given on operations covered in these SOPs.  Supervisory personnel will give this briefing and ensure a Process Supervisor's Statement and/or a Worker's/Operator's Statement is signed by all personnel receiving the briefing.  The briefing will be given under the following conditions:

   (1) Prior to the initial startup of new operations.

   (2) Intervals not exceeding six months, when operations continue for an extended period of time.

   (3) Upon restarting operations after an inactive period of 30 days or more.

   (4) When new personnel are brought into the operation.

   (5) When a change in procedures introduces a new potential explosive hazard to personnel and/or facilities.

   (6) When there is a change or revision to these SOPs.

   (7) When deemed necessary by competent authority.

   (8) As often as necessary based on hazard analysis.

   b. The Process Supervisor's and Worker's/Operator's Statement sheets will be signed as proof that the HCB has been given as described above.

3. Hazard Control Briefing Points.

USN-00004760

Case 3:23-cr-10474-TKW-HTC   Document 50-11   Filed 06/14/24   Page 4 of 14

a. EOD operations requiring the use of A&E are dangerous and may be fatal.  Extreme caution must be exercised when working with explosives.  While every practical precaution has been incorporated into the publications and operating procedures, it is not possible or practical to list every condition or hazard that may be encountered.  Therefore, all personnel must at all times observe as a minimum, the following:

(1) Standard Operating Procedures.  All personnel will adhere to Standard Operating Procedures at all times and will not deviate from them unless authorized by competent authority and ONLY under emergency situations.

(2) Only command qualified and certified personnel will be allowed to handle or use A&E.  Students under instruction will handle only those materials authorized by the instructor, course curriculum, and lesson topic guides.  Students shall be under the direct supervision of qualified and certified EOD instructors at all times.

(3) Do Not Work Alone.  No individual will be permitted to work alone, at any time, during potentially hazardous conditions.  A qualified/certified instructor will accompany workers/operators when working in a hazardous area.

(4) Report All Undocumented Hazards.  If at any time you detect a hazard, or hazardous situation that is not identified in the Hazard Analysis/Risk Assessment, report it.  It is EVERYONE'S responsibility to report undocumented hazards to ensure they are corrected and addressed in the Hazard Analysis/ Risk Assessment.

(5) Report All Injuries.  Report all injuries, regardless of severity, to your supervisor immediately.  Even minor injuries can become serious without proper first aid.  Report any symptoms of heat stress injuries.

(6) Environmental Hazards.  Practical areas are natural environments and can be expected to contain the hazards normally associated with this part of the country; i.e. snakes, scorpions, and spiders.  Be aware of these and report any occurrences to your supervisor.  DO NOT TOUCH animals and/or reptiles in any area.  Be prepared to train outside every day and STAY HYDRATED!

(7) Mishap Procedures.  In the event of a mishap, a Training Time Out (TTO) shall be called.  If required, the Emergency Action Plan (EAP) will be activated and all personnel will muster in the pre-designated location.  Follow the instructions given by your primary instructor or RSO.

b. The handling or use of explosives and other hazardous materials shall not be undertaken during electrical storms.  All A&E handling evolutions will be suspended at the approach of an electrical storm (**within ten nautical miles**) and may resume only after it clears the area.  Storm distance determination is to be ascertained through NAVSCOLEOD Range Operations Weather Monitors, the Eglin AFB weather information (IWDS) center, refer to element 6, authorized portable lightning systems or on-site weather observations.

USN-00004761

Case 3:23-cv-10474-TKW-HTC   Document 50-11   Filed 09/14/24   Page 5 of 14

n.  If suspect Unexploded Ordnance (UXO) items are discovered, the RSO will follow procedures outlined in element 6 and the EAP.

o.  Prior to commencing range operations involving explosives or other hazardous materials, the RSO and EOD Instructors shall ensure all personnel handling explosives have removed all jewelry (wrist watches/rings/necklaces/bracelets) and will brief the location of:

    (1) Telephones and emergency numbers.

    (2) Ambulance, Hospital Corpsman or Emergency Medical Technicians (or other Medical Support Personnel).

    (3) Firefighting equipment.

    (4) Communications equipment.

    (5) Individual safety equipment.

p.  The Mishap Plan Binder, with the EAP, will be located in the RSO book and carried in the RSO truck at all times.  An additional copy will be located in the OCB.

q.  Blasting Caps and Time Fuse.

    (1) Maintain positive control and accountability of blasting caps at all times.

    (2) Handle non-electric blasting caps by the open end only, except when required to maintain positive control while attaching to time fuse or detonating cord.

    (3) Use only approved crimpers to crimp blasting caps.

    (4) Point the explosive end of the blasting caps away from the body during handling, except when required to maintain positive control while attaching to time fuses or detonating cord.

    (5) Handle primed time fuse with extreme caution to avoid contact between blasting caps and hard objects.

    (6) Secure time fuse prior to ignition in a manner that prevents it from coiling or making contact with itself while burning.

    (7) No student will prime in until the RSO gives the appropriate command and the Point Instructor (PI) is present and gives permission to do so.

    (8) Only one student is allowed in the RSL at a time. Remaining students will standby until called in.

    (9) Prior to commencing any explosive volley, the Class Leader or NCOIC will account for all students and report to the RSO.

USN-00004764

Case 3:23-cv-10474-TKW-HTC   Document 30-11   Filed 08/14/24   Page 6 of 14

(<u>f</u>) The impact from the dropping of another item on the explosive item.

(<u>g</u>) Friction due to rubbing or dragging.

(7) Adhere to all safety precuations identified in Appendix F.

s.  Unauthorized procedures or tools.  Examples:

(1) Electrical discharge generated by a moving vehicle or use of an improper tool.

(2) Static electricity discharge due to improper grounding, movement of explosive components, and dragging.

(3) Exposure to Radio Frequency (RF) fields.

t.  Unsafe, armed or suspect A&E is considered unsafe to handle or stow.  Any A&E that has a Naval Ammunition Reclassification (NAR) indicating it is unsafe to handle or stow, is armed, or cannot be determined to be safe, or any A&E that contains a critical safety deficiency shall be reported to the ESO, Eglin AFB EOD, and the Ordnance Officer.

u.  Maintain HERO safe-separation, per element 13, when using cell phones, portable radios (handheld radios), mobile radios (vehicle-mounted radios) and cell phones (in emergency situations only).

v.  Environmental Hazards:

(1) Heat generated by fire.

(2) Exposure to unauthorized "open flames".

(3) Heat generated by a lightning strike.

(4) Prolonged storage at very high or very low temps.

(5) High solar radiation.



**NOTE**

**THE RSO WILL VERIFY IF THE WEATHER IS CONDUCIVE FOR ORDNANCE-HANDLING OPERATIONS.  EXTREMES IN CLIMATE AND POTENTIAL FOR LIGHTNING WILL BE CONSIDERED.**

w.  Remedial Actions for Hazard or Hazardous Materials.

(1) Personnel discovering an unsafe condition or procedure will immediately call a "Training Time-Out" (TTO), cease ordnance-handling operations, and notify the RSO.

USN-00004766

Case 3:23-cv-10474-TKW-HTC Document 50-11 Filed 06/14/24 Page 7 of 14

(2) The RSO will evaluate the unsafe condition and determine if upon correction of the unsafe condition, ordnance-handling operations can continue.

(3) If unable to continue ordnance-handling operations due to a significant unsafe condition (dropped or damaged A&E, handler injury, etc.), the Division Officer/NCOIC, Explosives Safety Officer (ESO) and Safety Manager will be notified immediately.

(4) The Division Officer, or NCOIC, ESO and Safety Manager will evaluate the unsafe condition and direct appropriate corrective action.

(5) In the case of a significant unsafe condition, ordnance-handling operations will not be allowed to continue without the permission of the CO or designated representative.

x. Decontamination and Restoration of Safe Working Conditions Procedures.

(1) Corrective action restoring safe working conditions and decontaminating or disposing of damaged or unserviceable A&E shall be directed by the Explosives Safety Officer and Ordnance Officer.

(2) The assistance of Eglin AFB's EOD services shall be requested as needed.

(3) The CO or designated representative shall determine if ordnance handling operations may proceed upon restoration of safe working conditions.

y. Avoidance of Personnel Injury.

(1) All personnel will be in the uniform of the day.

(2) Ensure all personnel are physically capable of performing duties assigned (no illness, hydrated and well rested).

(3) Demolition ranges are in the open and provide little shelter from the weather, ensure personnel take frequent breaks and drink water to prevent dehydration.

(4) Utilize two-man carry for any item weighing in excess of 50 lbs.

(5) Ensure personnel utilize correct lifting posture to avoid injuries to the lower back.

(6) Ensure proper Personal Protective Equipment (PPE) is being worn for the evolution. PPE that may be necessary to have on hand is listed in element 9. PPE is the responsibility of the person to whom it is assigned. When PPE becomes worn, torn or is otherwise unserviceable, the individual shall notify their supervisor in order to obtain replacement.

(7) In the event of personal injury, contact Medical Division for assistance. As time permits notify the Division Officer/NCOIC and Safety Manager, include ESO if explosives are involved.

15

USN-00004767

Case 3:23-cv-10474-TKW-HTC   Document 30-11   Filed 06/14/24   Page 8 of 14

## EMERGENCY RESPONSE PROCEDURES AND CONTINGENCY PLAN
### (ELEMENT 6)

1.  The following phone numbers are to be utilized in the event any incident or accident. When calling an off base number using a base telephone you must dial 99 for local and 98 for long distance.

| Contact | Number |
|---|---|
| General Emergency (Med/Fire) | 911 |
| Quarterdeck/Physical Security | 883-3833/Radio |
| Range Operations Department Head | 882-3549/Radio |
| Explosives Safety Officer | 883-1938/Radio |
| Explosives Safety Assistant/Range Scheduling | 882-8490/Radio |
| Safety Manager | 883-0858/Radio |
| Range Medical | 882-6476/Radio |
| Command Duty Officer Cell Phone | 98(850)382-3797 |
| Eglin 96 CES/CED/ EOD Command Post | 882-3225/3-4020 |
| Eglin Weather Services | 882-4800/5449/5322 |
| Range 52 Control | 882-4956/Radio |
| Eglin Joint Test and Training Operations Control Center (JTTOCC) | 882-5800 |
| Eglin 96 Security Forces Dispatch | 882-2000 |

2.  Emergency Procedures.  Actions to be taken in the event of an accident/incident shall be in accordance with the Emergency Action Plan (EAP).  The EAP will be readily accessible at all times.

3.  Non-Emergencies Procedures.  Medical assistance will be requested by radio and provided by a NAVSCOLEOD Hospital Corpsmen or Emergency Medical Technicians or other Medical Support Personnel.

4.  UXO Reporting.  Staff or students will not pick up and/or dispose of any non-NAVSCOLEOD ordnance items found on any demolition range.

   a.  Range D-51.  Reporting of UXO on Range D-51 will be in accordance with the division EAP.

   b.  Ranges C-52 West and North.  If any suspect unexploded ordnance (UXO) item is found, the RSO shall notify the ESO and provide the following information IAW reference (s)

       (1) Number of UXOs.

       (2) Type and caliber of UXO(s) (If known).

       (3) Coordinates of the UXO(s).

       (4) Location and terrain features.

USN-00004770

b. <u>Range Safety Officer (RSO)</u>: At least one certified RSO will be on scene to oversee and control authorized training evolutions.  The RSO will be designated by the Division Officer or NCOIC prior to the day of operations and be clearly identifiable to all personnel on the range. The RSO shall:

(1) Enforce all regulations and conduct all evolutions in accordance with these SOPs and supporting references.

(2) Ensure the Daily Range Log, Appendix A, the Operational Checklist, and Appendix B, have been completed for conducting operations.

(3) Conduct or supervise the instruction of the hazard control briefing, (Element 5), for all personnel prior to conducting operations.

(4) Secure all explosives and evolutions under any of the following circumstances:

(<u>a</u>) When an unsafe condition exists.

(<u>b</u>) When lightning activity is within ten nautical miles as determined by Range Operations Weather Monitors, Eglin AFB Weather (IWDS).

(<u>c</u>) For Range D-51 operations, when required medical support with ambulance or emergency response vehicle, is not standing by at building 8840 to provide medical assistance.

(<u>d</u>) For Ranges C-52N and W operations, when required medical support, with ambulance/emergency response vehicle, is not standing by at OCB.

(<u>e</u>) When directed by competent authority.

(5) Ensure that ANSI impact resistant approved safety glasses are worn by all personnel while handling blasting caps.

(6) Affirm by signature:

(<u>a</u>) On the Process Supervisor's Statement, element 7, that staff have read and understand the provisions of these SOPs and supporting documentation.

(<u>b</u>) On the Worker's/Operator's Statement, element 8, that students have been briefed and understand the provisions of these SOPs and supporting documentation.

(7) Per references (e) and (f), maintain security and accountability of all A&E materials for the specific training evolution and maintain proper security and accountability of all A&E keys and ensure proper procedures for the daily access to these keys are adhered to.  Document expenditures and misfired/ dud ordnance on the NAVSCOLEOD Ammunition Transaction Authorization Form.

USN-00004777

## ISSUE OF A&E PROCEDURES
### (ELEMENT 10B)

1.  Ensure "BRAVO" flag is hoisted.

2.  Assemble staff members to perform the issue of A&E and brief the various tasks to be performed.

3.  If applicable, CO authorized personnel shall obtain keys necessary to gain access to the applicable RSL(s).  Keys are located in Building 8841, Safe #8796C5.  Ensure keys are logged in and out in the key register log in accordance with reference (f).



**NOTE**

**YOU WILL NOT TRANSFER CUSTODY OF KEYS WITHOUT UTILIZING PROPER CHECK IN /CHECK OUT PROCEDURES. KEYS WILL REMAIN ON YOUR PERSON AT ALL TIMES AND AT NO TIME WILL CUSTODY OF KEYS BE TRANSFERRED TO ANOTHER INDIVIDUAL WITHOUT BEING CHECKED IN BY YOU AND CHECKED OUT BY NEW INDIVIDUAL.**

4.  Utilizing all available documentation, determine what tools, equipment, consumables and other supplies will be required to perform the assigned tasks.  Ensure required materials are available to personnel at the work site.

5.  Staff will proceed to the RSL(s), if applicable, to draw A&E as prescribed by curriculum.



**WARNINGS**

**A 50 FOOT MINIMUM DISTANCE SHALL ALWAYS BE MAINTAINED BETWEEN DETONATORS (I.E. BLASTING CAPS) AND HIGH EXPLOSIVES (HE).**

**OBSERVE HERO RESTRICTIONS IAW ELEMENT 13.**

**ENSURE ALL FLAME OR SPARK PRODUCING DEVICES ARE LEFT IN A SAFE AREA AND JEWELRY HAS BEEN REMOVED PRIOR TO HANDLING.**

**IF NOTIFIED OF APPROACHING LIGHTNING WITHIN 10 NAUTICAL MILES, ALL A&E OPERATIONS WILL BE SUSPENDED UNTIL NOTIFIED THAT THE THREAT OF LIGHTNING HAS PASSED.**



**NOTE**

**CONTACT RANGE OPERATIONS WEATHER MONITORS OR CALL EGLIN WEATHER AT 882-4800/5449/5322 TO ASCERTAIN CURRENT THUNDERSTORM CONDITION.**

USN-00004782

Case 3:23-cv-10474-TKW-HTC   Document 50-11   Filed 09/14/24   Page 11 of 14

6.  Ensure that a fully charged, with current inspection, Underwriter Laboratory (UL) portable fire extinguisher with a rating of 10BC or greater is readily available at site.

7.  After the safety criteria listed above has been satisfied, the RSO may authorize issuance.

8.  Open RSL(s) and identify and retrieve the material to be issued.

9.  After issuance, lock RSL(s) and ensure that the explosive buildup or RSL site is clear of any debris, dunnage, etc.  All debris, dunnage, etc., shall be gathered and properly stowed or disposed of.



**THE RSO AND INSTRUCTORS WILL MAINTAIN ONE HUNDRED PERCENT ACCOUNTABILITY OF A&E AT ALL TIMES.**

10.  Upon completion of explosives training and 100 percent accountability has been obtained for all A&E, any remaining A&E materials will be inventoried, stored in applicable RSL and Ordnance Workcenter contacted for pickup and delivery to mainside magazines in accordance with element 10H.



**UPON STORAGE OF A&E INTO A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE APPROPRIATE FIRE HAZARD SYMBOL PLACARD IS POSTED AND "EMPTY" PLACARD PLACED IN THE RSL.  WHEN ALL A&E IS REMOVED FROM A RSL; THE RSO AND INSTRUCTORS SHALL ENSURE THE "EMPTY" PLACARD IS POSTED AND THE FIRE HAZARD SYMBOL PLACARD IS PLACED IN THE RSL OR COVERED.**

11.  Conduct training in accordance with element 10C, 10D or 10E.

12.  Lower "BRAVO" flag after A&E operations.

13.  Upon completion of the explosives training, the daily expenditure report will be submitted to the Ordnance Workcenter (navscoleod_ordnance@navy.mil).



**ANY MISFIRED/DUD ORDNANCE SHALL BE ANNOTATED ON THE EXPENDITURE REPORT, EVEN IF IT WAS DESTROYED IN THE FINAL CLEAN-UP SHOT. ALL EMPTY A&E CONTAINERS, I.E. METAL AMMO BOXES, WOODEN CRATES ETC. AND ALL EXPENDED A&E CASINGS/CARTRIDGES SHALL BE CONSIDERED AS MATERIAL POTENTIALLY PRESENTING AN EXPLOSIVE HAZARD (MPPEH) UNTIL CERTIFIED/VERIFIED AS MATERIAL DEEMED AS**

USN-00004783

**SAFE (MDAS).  THESE ITEMS SHALL HAVE ALL THEIR IDENTIFICATION MARKINGS OBLITERATED, I.E. PAINTED OVER AND DELIVERED TO THE DESIGNATED MDAS STORAGE LOCATION ON RANGE D-51 FOR FOLLOW-ON DISPOSITION BY NAVSCOLEOD ORDNANCE WORKCENTER, THIS INCLUDES EXPENDED SMALL ARMS CARTRIDGES (.50 CAL OR LESS), OR THE ITEMS WILL BE DEMILITARIZED, I.E. CRUSHED, DISTORTED, SO ITEMS CANNOT BE PERCEIVED AS ORDNANCE CONTAINERS AND ARE DISPOSED OF IN APPROPRIATE BASE DISPOSAL CONTAINERS/DUMPSTERS.**

USN-00004784

Case 3:23-cv-10474-TKW-HTC   Document 50-11   Filed 08/14/24   Page 13 of 14

RANGE D-51, C52W OR C-52N "BURN RANGE" OPERATIONS AND DISPOSAL
PROCEDURES
(ELEMENT 10D)

1.  Explosive Limits.  The following explosive materials and quantities are DDESB authorized for burn operations.  These limits shall be strictly adhered to:

    a.  Range D-51: A maximum of five pounds Net Explosive Weight (NEW.) of HC/D 1.3 for the entire burn pad area.  This equates to a maximum of three simultaneous thermite grenade burns, or three simultaneous TNT or Military Dynamite burns, at 1.65 pounds NEW. per burn pan.

    b.  Range C-52W or C-52N: A maximum of 10 pounds of HC/D 1.3 and MEQ of HC/D 1.4 for the entire burn pad area.



**WARNINGS**

**ALL PERSONNEL WILL EVACUATE BEYOND 200 FT MINIMUM SAFE DISTANCE (MSD) BEFORE INITIATION OF EXPLOSIVES BURNING.**

**A MINIMUM OF TWO FIRE BLANKETS SHALL BE AVAILABLE PER BURN SITE.**



**NOTES**

**DURING THE UNPACKING OF ORDNANCE ITEMS FOR DISPOSAL, SOME OF THE PROJECTILES WILL HAVE PROPELLANT BAGS AND PROPELLANT INCREMENTS INCLUDED IN THE PACKING MATERIAL.  ALL PROPELLANT MATERIAL TO BE BURNED WILL BE PLACED IN THE PORTABLE BURN PAN.**

2.  Sequence of Operations.

    a.  Electric Burn Procedures (Ratio 25:5/6:1):

    (1) The RSO will brief all personnel on the operation being performed.  One EOD instructor designated as the PI will be assigned as the Lead Instructor for the burn operation.

    (2) Ordnance delivery.

        (a) On Range D-51: The RSO and assigned EOD instructors will meet the explosives-laden vehicle on the range for receipt, inventory of A&E in accordance with element 10A.

USN-00004789

## A&E SECURITY
## (ELEMENT 12)

1.  A&E is inherently dangerous; i.e. assets that, in the hands of an unauthorized individual, present a substantial risk of death or serious bodily harm.

2.  No person shall be permitted to participate in an operation involving classified material for which that person does not hold the appropriate security clearance level required by the material without prior authorization from the CO or designated representative.

3.  Demolition materials and Ammunition, Explosives, and other Dangerous Articles (AEDA) will never be left unattended and unsecured.  If personnel rest-breaks are required, a watch will be set and personnel rotated as deemed necessary by the RSO.

4.  Strict accountability will be maintained over all A&E at all locations at all times.  Only the minimum amount of A&E material required to accomplish the day's operation will be drawn from the RSLs.

5.  Policy and requirements necessary to ensure the security of A&E are contained in references (e) and (f).  Strict adherence to these references are mandatory.

6.  No unauthorized personnel shall be permitted to enter or remain in A&E storage or operational areas.  A&E shall be stored in approved RSLs or on operational ranges during actual operations.  RSLs will remain locked except for receipt, issue, inspection, and restow.  Associated keys to A&E storage locations, shall only be issued to personnel on the CO's approved authorization list.

7.  During times of natural disasters, natural emergencies or periods of increased terrorist or criminal threats all A&E material will be collected and stored in locked RSLs and the keys maintained by the RSO, or returned to the authorized storage safe, until Ordnance Workcenter personnel arrive to retrieve and relocate A&E to the munitions storage area.

USN-00004816