## RANGE MAINTENANCE, CLEANUP AND DEBRIS REMOVAL
(ELEMENT 14)

---

**WARNING**

---

**RANGE CLEARANCE OPERATIONS WILL NOT BE CONDUCTED BY NAVSCOLEOD STAFF OR STUDENTS.** AT NO TIME, ON ANY RANGE, WILL STAFF OR STUDENTS, IN OR OUT OF TRAINING, BE UTILIZED IN ANY MANNER FOR RANGE CLEARANCE OPERATIONS.

---

**NOTES**

---

AT THE END OF EACH TRAINING DAY, AND ONLY AFTER THE RSO HAS WALKED THE RANGE AND HAS VERIFIED THE RANGE IS CLEAR AND SAFE, STUDENTS SHALL BE DIRECTED TO CONDUCT GENERAL POLICING OF THE RANGE FOR ITEMS SUCH AS EMPTY DEMO MATERIAL BOXES, BURNT TIME-FUSE/TIME-FUSE IGNITERS, USED SHOCK TUBE, ETC. THESE ITEMS SHALL BE COLLECTED AND VERIFIED FREE OF EXPLOSIVE MATERIAL BY THE RSO, THEN ALL THE MATERIAL WILL BE DEMILITARIZED (DISASSEMBLED, CRUSHED, CUT, ETC.) AND DISPOSED OF IN A TRASH RECEPTACLE.

ALSO, THE RSO SHALL ENSURE THAT ORDNANCE WORKCENTER DELIVERY PERSONNEL PICKUP AND REMOVE BULK ITEMS SUCH AS PALLETS, EMPTY AMMO BOXES/CONTAINERS, ETC. ON THE NEXT RANGE DELIVERY DAY.

1.  All empty ordnance containers, approved cardboard, plywood containers and packing materials shall be processed/disposed of in accordance with reference (r).

2.  Demolition operations on ranges C-52 North and C-52 West involve the instruction of students in mass demolition techniques. These mass demolition events have the potential to create munitions fragmentation and/or range residue which must be periodically cleared.

3.  NAVSCOLEOD has contracted the scheduled removal of fragmentation and range residue from ranges C-52N and C-52W. The ranges are scheduled to be cleared 3 times a year and not to interfere with EOD training.

4.  NAVSCOLEOD Facilities Division will continue to conduct general range maintenance such as grading, shot hole filling, and vegetation removal when required for range D-51. Shot holes on D-51 will be filled by the Facilities Division on an "as needed" basis.

5.  Facilities personnel will always be accompanied by an EOD Technician or EOD qualified contractor whenever maintenance for range D-51 is required. The EOD Technician or EOD contractor will remain on the range for the duration of the maintenance to identify potential Material Potentially Presenting an Explosive Hazard (MPPEH) and ensure safety of operations.

USN-00004819

Case 3:23-cv-10474-TKW-HTC   Document 50-12   Filed 09/14/24   Page 2 of 2

6. Contact NAVSCOLEOD Range Operations Division Officer with any range maintenance issues or concerns.

USN-00004820