

# Department of Defense
# INSTRUCTION

**NUMBER** 3200.16  
April 21, 2015  
Incorporating Change 1, December 4, 2017

USD(P&R)

SUBJECT:   Operational Range Clearance (ORC)

References:   See Enclosure 1

1. <u>PURPOSE</u>.  This instruction reissues DoD Instruction (DoDI) 3200.16 (Reference (a)), in accordance with the authority in DoD Directives (DoDDs) 5124.02 and 3200.15 (References (b) and (c)), to establish policy, assign responsibilities, and provide procedures for conducting ORC to maintain operational range safety and sustainability.

2. <u>APPLICABILITY</u>.  This instruction:

    a. Applies to:

        (1)  OSD, the Military Departments, the Office of the Chairman of the Joint Chiefs of Staff and the Joint Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD (referred to collectively in this instruction as the "DoD Components").

        (2)  Operational ranges within the United States.

        (3)  Operational ranges outside the United States to the extent compliance with this instruction does not conflict with obligations under applicable international agreements, including status of forces agreements, country-specific final governing standards, and DoD 4715.05-G (Reference (d)), whichever apply.

        (4)  The DoD Component with real property accountability for the range.

    b. Does not apply to:

        (1)  Indoor ranges or other than operational ranges.

        (2)  Operational ranges used solely to support contingency operations, unless otherwise specified.

USN-005899

DoDI 3200.16, April 21, 2015

3. <u>POLICY</u>.  It is DoD policy to:

   a.  Conduct ORC, to include surface clearance of the range at a minimum, to promote the long-term use of training and test ranges. The extent of ORC will be balanced with mission risk and cost considerations.

   b.  Preserve the capacity of operational ranges to support current and future mission requirements.

   c.  Establish ORC procedures that safeguard DoD personnel, DoD contractors, authorized users, and equipment in all phases of ORC processing and recycling.

   d.  Implement ORC to reduce risk from the acute safety hazards and costs associated with cleanup if the range is closed or transferred outside of DoD control.

   e.  Maintain permanent records associated with range use and ORC to facilitate safe use and long-term sustainment of the ranges and to keep proper documentation if the range is permanently closed.

4. <u>RESPONSIBILITIES</u>.  See Enclosure 2.

5. <u>PROCEDURES</u>.  See Enclosure 3.

6. <u>RELEASABILITY</u>.  **Cleared for public release**.  This instruction is available on the Directives Division Website at http://www.esd.whs.mil/DD/.

7. <u>SUMMARY OF CHANGE 1</u>.  The changes to this issuance are administrative and update references for accuracy.

8. <u>EFFECTIVE DATE</u>.  This instruction is effective April 21, 2015.

*[Signature]*

Brad Carson
Acting Under Secretary of Defense
for Personnel and Readiness

Enclosures
   1. References
   2. Responsibilities
   3. Procedures
Glossary

*DoDI 3200.16, April 21, 2015*

other debris.  Debris found on operational ranges that is not related to munitions or range operations but may be removed to facilitate an ORC, including solid waste (e.g., rebar, household items, automobile parts and automobiles that were not associated with range targets, fence posts, and fence wire).

range-related debris.  Defined in Reference (i).

surface clearance.  Removal of used munitions (e.g., UXO and munitions debris), range-related debris (e.g., target debris and munitions packaging and crating material), and other debris on the surface (i.e., the top soil layer) only, in which detection process is primarily performed visually, but may be augmented by technology aids (e.g., hand-held magnetometers) because vegetation or other factors make visual detection difficult.

UXO.  Defined in section 101 of Reference (n).

Change 1, 12/4/2017                                     11                                     GLOSSARY

USN-005909