| | |
|---|---|
| BY ORDER OF THE<br>SECRETARY OF THE AIR FORCE | AIR FORCE MANUAL 13-212, VOLUME 1<br><br>22 JUNE 2018<br><br>*Nuclear, Space, Missile, Command and Control Operations*<br><br>RANGE PLANNING AND OPERATIONS |



**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**ACCESSIBILITY:** Publications and forms are available on the e-Publishing web site at **www.e-Publishing.af.mil**.

**RELEASABILITY:** There are no releasability restrictions on this publication.

| | |
|---|---|
| OPR:   AF/A3TI | Certified by: AF/A3T<br>(Maj Gen Scott F. Smith) |
| Supersedes:   AFI13-212 Volume 1,<br>                     23 April 2015 | Pages: 122 |

This manual and Air Force Instruction (AFI) 13-201, *Airspace Management*, implement Air Force Policy Directive (AFPD) 13-2, *Air Traffic, Airfield, Airspace, and Range Management*. This manual also implements Department of Defense Instruction (DoDI) 1322.27, *DoD Urban Training Facilities,* and DoDI 3200.21, *Sustaining Access to the Live Training Domain*. It applies to all Regular Air Force, Air National Guard (ANG), and Air Force Reserve range operating authorities. It provides guidance for the planning, operations, management, safety, equipment, facilities, and security of Air Force ranges covered by this manual (see Attachment 2). Refer recommended changes and questions about this publication to the Office of Primary Responsibility using the Air Force Form 847, *Recommendation for Change of Publication*; route Air Force Forms 847 from the field through the appropriate functional chain of command. See paragraph 1.4 for guidance on supplementing this manual. The authorities to waive wing/unit level requirements in this publication are identified with a Tier ("T-0, T-1, T-2, T-3") number following the compliance statement. See AFI 33-360, *Publications and Forms Management*, Table 1.1, for a description of the authorities associated with the Tier numbers. Waivers to this manual are authorized and are processed IAW AFI 33-360. For compliance items not identified with a Tier number, waiver authority is delegated to the Headquarters Air Force Operational Training Infrastructure Division (AF/A3TI). Waivers for non-Tiered and T-0 compliance items must be coordinated through the MAJCOM before they are submitted to AF/A3TI for action. T-0 compliance items are those imposed by law, DoD policy, or an external organization (e.g., FAA). While AF/A3TI will take T-0 waiver requests for action, it is possible the waiver may not be granted. T-1, T-2, and T-3 waivers automatically expire 30 days after a change of command unless the new commander renews the waiver. At the unit level, the range operating authority

Officer and the range operations officer (range control officer during Class A Service). **(T-2)**.

4.16.9.2.  The user will notify the range operations officer or range control officer upon termination of directed energy weapon activity. **(T-3).** The range operations officer or range control officer will acknowledge termination and record the start and stop time of range periods when directed energy weapon operations take place. **(T-3)**.

4.16.10.  Accident/Incident Injury Reporting. Report all actual or suspected laser accidents, incidents, and injuries that impact DoD personnel and coordinate immediate expert medical advice by calling the Tri-Service Laser Injury Hotline (1-800-473-3549) and the Unit Laser Safety Officer. **(T-0).**

4.16.11.  Laser and Directed Energy Weapon Certification on Foreign and Other United States Service Ranges. When Air Force aircraft operate on another nation's/service's range, MAJCOMs will ensure safe use procedures have been developed and are promulgated by the host nation/service prior to employing lasers and/or directed energy weapons.  In the event procedures have not been developed, range users will comply with this manual and North Atlantic Treaty Organization Allied Range Safety Publication-4, *Edition B, Version 1*. All military-specific lasers used by Air Force personnel, in any location, shall have a safety approval from the Air Force Laser System Safety Review Board. **(T-1)**.

**4.17.  Range Safety.**

4.17.1.  Visual Identification of Manned Equipment, Facilities and Sites. To the maximum extent possible, equipment and facilities, manned or unmanned, that are not targets should include visual identification systems, such as high contrast paint (white or orange), infrared radiation strobes, etc. Range personnel will not use white or orange paint on any "bombable" targets with the exception of strafe "rags" or specific test targets where white supports test objectives. **(T-1)**.

4.17.2.  Range Visitor Procedures. Each range operating authority must publish or reference procedures in their local range supplement to ensure positive control of all spectators. **(T-3)**. Range operating authorities must analyze visitor locations using the appropriate weapons footprint(s)/hazard area(s) to ensure that spectators are not within these areas during operations. **(T-2)**. The range operating authority will have control in those limited cases where DoD personnel or contractors are within the hazard area during operations to accomplish a specific mission-related task. **(T-2)**.

4.17.3.  Flight Safety.

4.17.3.1.  Airspace Activation. The range operating authority will ensure range airspace is activated with the local air traffic control facility or air traffic representative IAW local agreements between the range operating authority and the controlling agency. **(T-0).**  The request for activation should be timed (before a scheduled mission) to allow shared or joint users to clear the area and for the controlling agency to make internal adjustments.

4.17.3.2.  Weather Observation. The range control officer will monitor weather conditions to include altimeter setting, temperature, ceiling, visibility and winds. **(T-2)**. Observations may be obtained from the local base weather station, command post, Automated Weather Observing System, or air traffic control agency at least hourly, if the

capability is not available at the range. The supporting weather detachment or command post should advise the range control officer of any sudden adverse weather changes that might affect range operations or safety.

4.17.3.3. Avian Hazard Advisory System. Where internet connectivity permits, range control officers will utilize Avian Hazard Advisory System (**http://www.usahas.com**) to monitor bird movement and bird strike risk levels for the airspace associated with the range. **(T-2)**.

4.17.3.4. Aircraft Accident Procedures. In case of an aircraft crash during Class A service, the range control officer will initiate all necessary emergency actions. **(T-1)**. These include appropriate notifications, closing of the range, and assuming responsibility as the interim on-scene commander until the crash response team can be organized. During Class B, Class C, and Class D service, the flight lead, individual pilot, Forward Air Controller (Airborne), JTAC or other briefed person will start the emergency actions, and if feasible, act as the interim on scene-commander. **(T-2).** Investigations are conducted IAW AFI 91-204, *Safety Investigations and Reports*.

4.17.4. Occupational and Explosive Safety.

4.17.4.1. Fire Prevention. Identify range activities likely to cause range fires, and develop and implement procedures to mitigate them. Identify a single agency or office responsible for determining the fire danger hazard level, typically in cooperation with the land management agency. Develop a decision matrix and checklist to standardize fire prevention actions and ensure appropriate responses as fire conditions change. Range operating authorities will ensure fire prevention is included in the Wildland Fire Management Plan and range supplement. **(T-3)**.

4.17.4.2. Fire Suppression Equipment. On ranges providing Class A or manned Class B or T service, appropriate fire suppression equipment and personnel must be available to deal with local fire hazards. **(T-2).** This capability may be provided through Air Force, host military organization for tenant units, landowner, in-service civilian, independent contractor assets, or through agreement with another government agency such as the Bureau of Land Management or United States Forest Service. The range operating authority, in coordination with the agency or organization providing fire support, shall identify the fire suppression equipment requirements and will ensure that fire suppression equipment sufficient to protect the lives of personnel on the range. **(T-2)**.

4.17.4.3. Emergency Procedures. Range operating authorities must ensure emergency procedures are readily available to the range control officer and other ground personnel, such as JTACs, for use during range operations. **(T-2).**

4.17.4.4. Safety Briefing Requirements. The range operating authority or contractor will provide and document initial and yearly occupational and explosive safety briefings IAW AFMAN 91-201, to personnel assigned to operate and maintain Air Force ranges. **(T-2)**. The range operating authority will ensure all personnel participating in range clearance operations receive additional training IAW paragraph 6.4.2 before assisting in range clearance. **(T-2)**. The range operating authority must also ensure that authorized visitors and personnel who infrequently visit the range are appropriately briefed on range safety. **(T-1)**.

# Chapter 5

# RANGE MAINTENANCE AND CLEARANCE OPERATIONS

**5.1. Range Clearance Guidelines.** Each MAJCOM/range operating authority is responsible for the clearance of operational ranges under its control IAW DoDI 3200.16, DoDI 4140.62, *Management and Disposition of Material Potentially Presenting an Explosive Hazard (MPPEH),* and Title 40 CFR, Parts 260-270. Furthermore, each MAJCOM/range operating authority must dispose of radioactive wastes IAW the Air Force Radioactive Recycling and Disposal Office and AFI 40-201. **(T-0).**

5.1.1. Funding and Scheduling Range Clearance. The range operating authority is responsible for funding and scheduling all Material Potentially Presenting an Explosive Hazard (MPPEH)/range clearance. The range operating authority should publish a readily accessible clearance schedule. The range operating authority or range operations officer may temporarily postpone range clearance on a case-by-case basis for severe weather or other unforeseen circumstances that warrant delays.

5.1.2. EOD Support for Range Clearance. Development of the annual range clearance plan will be a collaborative effort between the range operating authority and the supporting EOD unit (or MAJCOM) and be finalized at least 6 months prior to the first clearance activity. If there is no organic EOD capability, range operating authorities will establish a written agreement for range clearance support with the nearest Air Force EOD unit, if practicable; or if not with the nearest non-Air Force EOD unit via a memorandum of agreement and/or Inter-Service Support Agreement. **(T-2).** Range operating authorities will attempt to synchronize clearances with EOD deployment cycles or periods of high EOD operations tempo.

5.1.2.1. When the requirement for range clearance support exceeds the capability of the associated EOD unit, shortfalls are managed within the EOD Information Management System Range Support Tasking Program. The supporting EOD unit (or MAJCOM) will enter Range Support Tasking requests into EOD Information Management System as required to meet clearance requirements. **(T-2).**

5.1.2.2. Range operating authorities will prepare a plan for range clearance operations that at a minimum considers the number of personnel involved, types of ordnance anticipated to be encountered and/or recovered, expected levels of contamination, and support requirements. **(T-2)**.

5.1.2.2.1. The range operating authority will ensure the plan provides sufficient time to complete the planned and anticipated range clearance operations safely. **(T-2)**.

5.1.2.2.2. Consider requesting an advanced echelon element from the supporting EOD unit to conduct a GPS mapping survey of UXO-contaminated areas and debris-densities/distances around the targets at least 2 weeks prior to arrival of the main body for workload estimates and to finalize clearance planning.

5.1.2.3. Range operating authorities must finalize all range scheduling and EOD RST support at least 45 days before the start of the clearance operation. **(T-3)**.

5.1.3. To identify, safeguard, and dispose of UXO, range operating authorities will ensure the following are accomplished:

5.1.3.1. Safely clear UXO from ranges consistent with the stated mission of the range and for the continuing viability of the range. **(T-1).** Resolve all conflicts between explosive safety and other requirements with the objective of minimizing explosive hazards. Ensure controlled burning is not used to accomplish UXO clearance, but may be used to support UXO clearance if environmental and safety requirements are met. **(T-1)**.

5.1.3.2. Promptly report any UXO or aircraft incident that falls outside of range or installation boundaries to proper authorities to protect personnel and property IAW AFI 32-3001. **(T-0)**.

5.1.3.3. Notify installation personnel and the public, as appropriate, if any range operation presents a potential explosive hazard off the range. **(T-2).** This includes informing the public of any mishap that could impact the local community and may require additional precautions and/or restrictions. For range operations that occur outside the United States, comply with DoDI 4715.12 and relevant Combatant Command and in-theater Headquarters Air Force Component Command issuances, if any.

5.1.3.4. On operational ranges, the procedures for evaluating and responding to explosives safety, human health, and environmental risks are IAW AFMAN 91-201 and Title 40 CFR Parts 260-270.

5.1.3.5. Maintain permanent records of: **(T-0).**

5.1.3.5.1. All expenditures (types, quantities, locations, using organization, and estimated dud rates) per target of ammunition and explosives IAW DoDD 4715.11 and DoDI 4715.12.

5.1.3.5.2. All mishaps attributed to UXO that occur on or off the range/installation IAW DoDI 6055.07, *Mishap Notification, Investigation, Reporting, and Record Keeping*.

5.1.3.5.3. All EOD incidents and range clearance operations conducted on ranges.

5.1.3.5.4. All areas known or suspected to contain UXO using a geographic information system, range maps and/or installation master planning maps in compliance with the Spatial Data Standards for Facilities, Infrastructure, and Environment. Conduct historical research as necessary.

5.1.3.6. Remove all munitions debris from targets awaiting disposal. **(T-0)**.

**5.2. Range Clearance Operations.** Range clearance includes the removal or disposal of all ordnance, inert ordnance debris, training projectile ammunition, and other range debris reasonably possible to detect (normally down to 4 inches in size).

5.2.1. **WARNING:** Ranges will not conduct maintenance and clearance operations when snow covers the ground. **(T-1).** However, if specifically authorized in the MAJCOM supplement, activities such as clearance, target removal, or target replacement may be performed during these periods.

5.2.2. Ordnance Removal and Disposal. EOD Personnel or UXO-Qualified Personnel, as defined in the current version of the DoD Explosives Safety Board Technical Paper 18,

*Minimum Qualifications for Personnel Conducting Munitions and Explosives of Concern-Related Activities,* will inspect munitions, munitions components, and targets for the presence of explosive hazards and mark inspected items that are "safe to move". Only EOD Personnel will perform explosive operations to detonate/destroy UXO and energetic material. **(T-1)**. With an approved waiver, UXO-Qualified Personnel may perform limited explosives operations to support specific range clearance objectives, limited to venting practice bombs or destroying spotting charges.  UXO-Qualified Personnel contracted to perform target maintenance or manage the installations MPPEH Program on operational ranges, will mark all UXO or munitions that contain explosives and report the item and location to the appropriate agency to coordinate with the supporting EOD unit to schedule a disposal/render safe procedures. Special attention should be provided during target inspection to ensure UXO are not embedded or contained within voids. "Safe to move" may be indicated by any readily distinguishable means that is mutually agreeable to EOD and the range operating authority.

5.2.3. Personnel assisting in range clearances will only handle items that have been inspected and marked "safe to move" by EOD Personnel or UXO-Qualified Personnel. **(T-1)**. Personnel assisting will be supervised by either EOD Personnel or UXO-Qualified Personnel to ensure hazardous items are not inadvertently moved or removed. **(T-1)**.

5.2.4. MPPEH Management. All munitions, munitions debris, and target debris removed from a range are considered MPPEH and are managed IAW explosive safety standards. Processing of MPPEH results in a classification of the material as either Material Documented as an Explosive Hazard or Material Documented as Safe. Ranges must institutionalize chain of custody processes for MPPEH from collection to final disposition of the hazardous and safe material. **(T-0)**. This is particularly necessary when two or more agencies (e.g., military and contracted) are involved in the MPPEH process. Refer to AFI 21-201, *Munitions Management*, for additional guidance on MPPEH management and disposition.

  5.2.4.1. MPPEH processing (also known as "Range Residue Removal") is normally accomplished by UXO-Qualified Contractors where demilitarization complements the inspection process to enable a more thorough examination.

  5.2.4.2. Range operating authorities will ensure that MPPEH awaiting processing and inspection is in a properly sited residue holding area. **(T-0)**. When non-EOD personnel handle and transport material marked "safe to move," EOD Personnel or UXO-Qualified Personnel will supervise handling and loading for consolidation at the residue holding area. **(T-1)**. Only EOD Personnel or UXO-Qualified Personnel will handle material after placement in the residue holding area. **(T-1)**. Ranges may accumulate MPPEH until a cost-effective processing quantity is reached, but shall not delay processing in order to maximize the value of recyclable materials. **(T-0)**.

  5.2.4.3. EOD Personnel or UXO-Qualified Personnel must double-inspect MPPEH IAW DoDI 4140.62 to identify and remove Material Documented as an Explosive Hazard before it can be declared Material Documented as Safe. **(T-0)**. To prevent co-mingling, once Material Documented as an Explosive Hazard and Material Documented as Safe are identified and documented as such, EOD Personnel or UXO-Qualified Personnel must segregate them from one another and from MPPEH awaiting inspection. **(T-0)**.

Segregation may be accomplished by any means that ensures physical separation and controlled access (e.g., bins, buildings, or fenced compounds under lock and key).

5.2.4.4. Disposal of Material Documented as Safe may be accomplished by any means consistent with DoDI 4140.62 and may be accomplished by the Defense Reutilization and Marketing Service under a memorandum of agreement or through direct commercial sales or contracts. Range operating authorities must ensure only properly inspected and documented Material Documented as Safe are released to the public. **(T-0)**. For Material Documented as Safe at ranges located outside the United States, ensure compliance with DoDI 4715.12 and relevant Combatant Command and in-theater Headquarters Air Force Component Command issuances, if any.

5.2.4.5. MPPEH disposal should not be viewed as a funds generating activity. Management and disposal of MPPEH should consider safety first, and ensure compliance with the Resource Conservation and Recovery Act Military Munitions Rule and (where applicable) hazardous waste management requirements. Additionally, IAW DoDI 4715.23, *Integrated Recycling and Solid Waste Management*, the following categories are excluded from being sold through a qualified recycling program: items that require demilitarization; ships, planes or weapons that require demilitarization or mutilation prior to sale; Munitions List items or Strategic List items. Range operating authorities must ensure the proceeds from their sale are NOT returned to a qualified recycling program. **(T-0)**.

**5.3. Range Clearance Types and Requirements.** On active ranges programmed for continued use, clear the surface of all UXO, MPPEH, and inert debris as described below. Ranges located outside the United States will comply with paragraphs 5.3.1 - 5.3.4.4 to the extent allowed by applicable international agreements.

5.3.1. The following general rules apply to all clearance activities:

5.3.1.1. Mechanized gathering procedures coordinated with the supporting EOD unit and approved by the Air Force Safety Center may be used to clear sub-scale practice munitions (e.g., BDU-33) as long as un-probed munitions are only handled by EOD Personnel or UXO-Qualified Personnel.

5.3.1.2. EOD Personnel or UXO-Qualified Personnel will only perform subsurface UXO and subsurface MPPEH removal as required in current or former hazard areas as required for construction, cable burial, etc. **(T-1).** EOD Personnel or UXO-Qualified Personnel will report subsurface MPPEH removal and range clearance separately. **(T-1)**.

5.3.1.3. Range operating authorities will ensure that hazard areas used specifically for live munitions containing extremely hazardous fuzing (e.g., influence, random-delay) are identified as "Extremely Hazardous Contaminated hazard areas." **(T-1).** Range clearance requirements of "Extremely Hazardous Contaminated hazard areas" are based on an Environmental, Safety, and Occupational Health risk assessment, and if warranted, range operating authorities must accomplish a waiver request IAW paragraph 1.3. and staff it through the appropriate Air Force Environmental, Safety, and Occupational Health agencies (i.e., CE Environmental, Safety, and/or Bioenvironmental Engineering). **(T-1).**

5.3.1.4. Ranges adjacent to the land of another service that prohibits clearance activities are exempt from clearance requirements on those portions when the other service

provides written acknowledgement of the ramifications. These areas will be considered "Extremely Hazardous Contaminated impact areas" and managed accordingly by the range operating authority. **(T-1).**

5.3.1.5. Range operating authorities will receive authorization from adjacent facilities prior to decontaminating/clearing adjacent impact areas. **(T-1)**. Range operating authorities will document all access denials for clearance activities and report occurrences to the parent MAJCOM and AF/A3TI. **(T-2)**.

5.3.2. Low-Angle Strafe Targets. If used for low-angle strafe by aircraft that fly past or over the target within 500 feet of the target (slant range), range operating authorities will ensure that the target is hand-policed daily when used and cleared after 15,000 scored rounds (or 12 use days for non-scored targets). **(T-2)**.

5.3.3. Improved conventional munition targets (e.g., Cluster Bomb Unit grids) are normally cleared after accumulating a specific number of weapons. Range operating authorities will specify the maximum accumulation amount for improved conventional munition targets in the range supplement for approval by the MAJCOM with the concurrence of AF/A4C. **(T-1).** After the maximum accumulation amount is achieved, EOD Personnel will clear improved conventional munition targets to the radius where the debris density factor is less than five items per acre and at least 500 feet from the target. **(T-1)**.

5.3.4. Range Clearance Requirements. EOD Personnel will clear active ranges used for munitions expenditures IAW the minimum requirements defined in the following sub-paragraphs. **(T-1).** Conduct clearance more frequently or to a greater distance as required to maintain targets or realistic appearance, or where an uneven distribution of weapons results from restricted run-in headings. EOD Personnel will:

5.3.4.1. Clear target access roads and the area 50 feet on either side during clearance operations or target maintenance activities (only those roads noted on range maps and those used for sole access to targets/arrays). **(T-1).** Consider clearing to a greater side distance to accommodate anticipated vehicle traffic (e.g., towed load), vehicle characteristics (e.g., turn radius), and potential obstacles (e.g., road damage, UXO).

5.3.4.2. Semiannually or after 150 use days (whichever comes later), clear the area around each desired point of impact associated with a high-use target to a radius of 150 feet. **Note:** This criterion applies to individual desired points of impact (not multi-desired points of impact target arrays) that receive a high volume of munitions, where deferring clearance to the biennial interval would create a significant ricochet hazard or significantly increase the range clearance work effort due to the accumulation and/or density of UXO. **(T-1).** Range operating authorities may determine these high-use targets based on range-specific conditions, in consultation with the MAJCOM.

5.3.4.3. Biennially, no later than 2 years since last accomplished, clear the area around a target used for weapons expenditure as follows: **(T-1).**

5.3.4.3.1. Clear targets used for practice, inert, pyrotechnic, illumination or smoke munitions to either a) a radius of 300 feet, or b) the shorter radius where the debris density factor is less than five items per acre.

USN-006539

Regulatory Commission has issued a master materials license to the Air Force Radioisotope Committee, which in turn issues radioactive material permits to Air Force units.

**Low-Angle Strafe Target**—A target specifically designed for aircraft strafe events where only training projectile ammunition is authorized, i.e., strafe pit.

**Major Range and Test Facility Base**—The designated core set of DoD Test and Evaluation infrastructure and associated workforce that must be preserved as a national asset to provide Test and Evaluation capabilities to support the DoD acquisition system. (DoDD 3200.11)

**Material Potentially Presenting an Explosive Hazard**—Material owned or controlled by the DoD that, before determination of its explosives safety status, potentially contains explosives or munitions (e.g., munitions containers and packaging material; munitions debris remaining after munitions use, demilitarization, or disposal; and range-related debris) or potentially contains a high enough concentration of explosives that the material presents an explosive hazard (e.g., equipment, drainage systems, holding tanks, piping, or ventilation ducts that were associated with munitions production, demilitarization, or disposal operations). Excluded from MPPEH are: (1) Military munitions and military munitions-related materials, including wholly inert components (e.g., fins, launch tubes, containers, packaging material), that are to be used or reused for their intended purpose and are within a DoD Component-established munitions management system, (2) Non-munitions-related material (e.g., horseshoes, rebar, other solid objects) and munitions debris that are solid metal fragments that do not realistically present an explosive hazard, and (3) Other items (e.g., gasoline cans, compressed gas cylinders) that are not munitions or munitions-related material but may present an explosion hazard. (DoDI 4140.62)

**Maximum Permissible Exposure**—The level of laser radiation to which an unprotected person may be exposed without adverse biological changes in the eye or skin.

**Military Operations Area**—Special Use Airspace allocated to the military to separate/segregate certain military activities from Instrument Flight Rules traffic, and to identify the location of these military activities to Visual Flight Rules traffic. Visual Flight Rules aircraft are not restricted from transiting Military Operations Areas.

**Military Training Route**—A low-level, high-speed training route established IAW criteria in FAA Joint Order 7610.4T, *Special Operations*. Military Training Routes are used by DoD to conduct low altitude navigation and tactical training, in instrument and visual weather conditions, below an altitude of 10,000 feet Mean Sea Level and at airspeeds more than 250 Knots Indicated Airspeed. Routes are established as Instrument Flight Rules routes or Visual Flight Rules routes. The FAA has approval authority to implement Instrument Flight Rules routes and the appropriate MAJCOM approves Visual Flight Rules route implementation. Environmental documentation is required for implementation IAW 32 CFR Part 989. Visual Flight Rules routes are processed through the FAA via the Air Force Representative. Military Training Routes are published in the flight information publication AP/1B and charted on FAA Sectionals and DoD Low Instrument Flight Rules charts. Air Force Representatives assign all route numbers.

**Mission Essential Personnel**—Those personnel on a range directly required for the employment of ordnance (air/surface/electronic attack) in a test, training or evaluation mission. This may include JTACs, Tactical Air Control Parties, range control officers, scorers, and any other personnel identified as required by the range operating authority.