(CUI) // Controlled Unclassified Information




**UCN:** F000FFB5V09102021180838690Z

| | |
|---|---|
| **Title:** | Standby, 10 Sep 2021, C-52N |
| **Department:** | United States Air Force |
| **Unit:** | 96 CES/CED |
| **Originator:** | E5-SSgt Melendez Matthew Thomas |
| **Report Type:** | Incident Report Summary |

## 9-Line    CUI

### Line 1: Date-Time Group
**Start Date:** September 10, 2021 10:10    Z (UTC0)

### Line 2: Report Activity/Location
**Support:** Assigned Unit
**MGRS:** 16R EU 63210 82600 (WGS 84)
**Address:** Bldg 1
Eglin AFB, FL 32542
UNITED STATES OF AMERICA

### Line 3: Method of Contact
**Requester:** 96th Test Wing
**CONUS #:** Unknown
**OCONUS #:** Unknown

### Line 4: Type of Incident
**Incident:** Request of EOD Evaluation of Possible Hazardous/Damaged Munitions (UXO)
**IED/Ordnance:** NA / Munitions Not Involved

### Line 5: NBC Contamination
**Detected:** No

### Line 6: Target/Resources Threatened
No Threats to Target/Resources Entered

### Line 7: Impact on Mission
No Impact Entered

### Line 8: Protective Measures
No Measures Entered

### Line 9: Recommended Priority
**On Base:** Yes
**Category:** N/A Category Not Assigned

## Incident Site    CUI

### Atmospherics
No Atmospherics Data Recorded

### Incident Location
**Initial Evacuation Distance:** Unknown
**MGRS:** 16R EU 63210 82600 (WGS 84)
**Lat/Long:** 30.574200 N / 86.340800 W
**Address:** C-52N
Eglin AFB, FL 32542
UNITED STATES OF AMERICA
**Location Type:** Location Address Provided is Exact Location

### Safe Area
**MGRS:** 16R EU 63202 82555 (WGS 84)
**Lat/Long:** 30.573802 N / 86.340884 W

### Operating Location
No Operating Location Data Recorded

### Evacuation Distance
No Evacuation Distance Data Recorded

(CUI) // Controlled Unclassified Information



USN-007465

**Environmental Conditions**

No Environmental Condition Data Recorded

**Personnel**   CUI

   **EOD Team Leader**
**TSgt (E6) Richard Wiltcher**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

   **EOD Operations Support**
**MSgt (E7) Eric Farley**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

   **EOD Team Member**
**TSgt (E6) Kyle Macey**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

**SSgt (E5) Anthony Vega**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

**SSgt (E5) Matthew Melendez**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

**TSgt (E6) Daniel Metts**
(USAF) 96 CES/CED
Out of Vehicle Distance: 0

**Narrative and Analysis**   CUI

**Narrative:** BLUF: EOD Team was requested to respond to C-52N to evaluate scene following an accidental detonation involving medical personnel. Team arrived on scene and evaluated detonation site, no additional explosive hazards found. Timeline of events can be found below.

1010 Notification received
1020 Team gathered necessary equipment and departed shop
1105 Arrived at D-52N
1106 Team began evaluating detonation site for any additional hazards, no explosive hazards found
1120 Team departed D-52N
1210 Team arrived back at shop and reconstituted equipment
*Mission Complete*

