**RELIANCE TEST & TECHNOLOGY**
*SAFETY FIRST...MISSION ALWAYS*

516 Perimeter Road, Suite 1 ♦ Eglin AFB, FL 32542-5654 ♦ Tel: (850) 882-4983 ♦ Fax: (850) 678-9033

October 29, 2021
RTT-10-304-22

MEMORANDUM FOR: 96 RANSS/RNRS
ATTN:  Melvin Tate

Subject:  NAVSCOLEOD Ranges C-52W and C-52N UXO Cleanup, Ref:  M9955-17

Mr. Tate:

Directive M9955-17 requires the E-OMS Contractor to provide periodic UXO cleanup support after training events on a quarterly scheduled basis on the NAVSCOLEOD Ranges C-52W and C-52N.  This quarterly cleanup was performed during the month of October 2021.  The areas and roads shown below in yellow were surfaced cleared of UXO residue.  Twenty eight large blow holes located on C-52N and twenty one smaller blow holes located on C-52W were filled in and leveled as much as possible.  Approximately, 9 tons of fragments were certified, verified, and processed into the Field 5 scrap yard for the scrap contractor.  A rental bulldozer could not be acquired for this clearance.  The E-OMS Contractor managed to provide a dozer for this clearance.

Man-hours expended:
C-52N:   133.50
C-52W:   118.50
Fragment Processing:  24

Man-hour cost:
C-52N:   $ 10,907.06
C-52W:   $  7,018.55
Fragment Processing:  $1,403.76

Area cleared/recovered items: See attachments

For additional information, please contact M. S. Libby, 882-1105.

Sincerely,

LIBBY.MARK.S.1069798205
Digitally signed by LIBBY.MARK.S.1069798205
Date: 2021.10.29 08:22:10 -05'00'

Mark S. Libby

*Safety First…Mission Always*

USN-010687

RTT-10-304-22
Atch. 1

## Cleanup Area - Range C-52N/W



USN-010688