Case 3:23-cv-10474-TKW-HTC   Document 50-17   Filed 08/14/24   Page 1 of 1

| TITLE<br>RANGE CONTROL OPERATING PROCEDURES | OPERATING PROCEDURE<br>E-OMS 2330-2003 | DATE<br>28 Sep 2021<br>Page 35 of 43 |
|---|---|---|

## ATTACHMENT 3:
## E-OMS Form 2330-4004, Range Safety Checklist For Hot Missions

**RELIANCE TEST & TECHNOLOGY**
SAFETY FIRST...MISSION ALWAYS

### RANGE SAFETY CHECKLIST FOR HOT MISSIONS

| MISSION NUMBER: | PROJECT/PROFILE |
|---|---|
| DATE/TIME: | CONTROLLER(S): |

| CHECKLIST ITEM | INITIAL |
|---|---|
| 1. RECEIVE PROJECT MISSION DOCUMENT OR DAILY SCHEDULE FROM WORKLOAD OPTIMIZATION CENTER (WOC) | |
| 2. BEGIN PRE-MISSION ACTIVITIES ACCORDING TO REQUIREMENTS OF DAILY SCHEDULE/SAFETY ANNEX | |
| 3. VERIFY RANGE GATES ARE CLOSED FOR FOOTPRINT AREA | |
| 4. ROAD GUARDS NOTIFY RANGE CONTROL OFFICER (RCO) WHEN IN POSITION (IF APPLICABLE) | |
| 5. MAIN HIGHWAY BLOCKED, RCO NOTIFIED WHEN EGLIN RANGE PATROL OFFICER IN PLACE (IF APPLICABLE) | |
| 6. ALL SUPPORT PERSONNEL CONTACT RCO TO CONFIRM SET-UP COMPLETE AND CLEAR OF FOOTPRINT | |
| 7. PRE-MISSION COMPLETED | |
| 8. RANGE READY FOR SUPPORT | |
| 9. VERIFY THAT THE DROP IS OCCURING ON THE CORRECT RANGE AND TARGET (FOR AIR-TO-GROUND MISSIONS WHEN CCF IS NOT | |
| 10. ANNOTATE DAILY ACTIVITY REPORT (DAR) OF MISSION ACTIVITIES (AS APPLICABLE) | |
| 11. PERFROM POST-MISSION ACTIVITIES (EOD SAFE AREA, IF APPLICABLE)<br>   A. OPEN FOOTPRINT<br>   B. RELEASE ROAD GUARDS AND RANGE PATROL OFFICERS | |
| 12. NOTIFY JTTOCC MISSION COMPLETE AND RANGE OPEN | |

E-OMS Form 2330-4004 (Sep 2019) EF
Replaces E-OMS Form 2330-4004 (Oct 2017) EF

USN-010810