Figure 1.  "Old Permitting System" permit query results.  Applies to permits issued between 1995 and 2014.



Figure 4.  iSportsman Permitting System permit records for Wayne Fabozzi.  Applies to permits issued 2015 – present.

