**From:** "LIBBY, MARK S CTR USAF AFMC 96 TSSQ/RNXCO" <mark.libby.1.ctr@us.af.mil>
**To:** "Wimmer, Robert C Jr CIV USN NAVSCOLEOD EGLIN FL \(USA\)" <robert.c.wimmer@navy.mil>, "TATE, MELVIN L CIV USAF AFMC 96 RANSS/RNRS" <melvin.tate.1@us.af.mil>
**Cc:** "DUDLEY, RUSSELL H CTR USAF AFMC 96 TSSQ/RNXCO" <russell.dudley.ctr@us.af.mil>, "BRUNSON, RICHARD S CTR USAF AFMC 96 TSSQ/RNXCO" <richard.brunson.3.ctr@us.af.mil>
**Subject:** RE: C-52N Clearance Operations
**Date:** Wed, 15 Sep 2021 09:14:46 -0500

---

Bob,

I don't see this as a problem. We will add it to the clearance.

Mark Libby
UXO Supervisor
Reliance Test & Technology
Eglin-Operations and Maintenance Services (E-OMS) Contract
Mark.libby.1.ctr@us.af.mil
850-882-1105

**From:** Wimmer, Robert C Jr CIV USN NAVSCOLEOD EGLIN FL (USA) <robert.c.wimmer@navy.mil>
**Sent:** Wednesday, September 15, 2021 8:24 AM
**To:** LIBBY, MARK S CTR USAF AFMC 96 TSSQ/RNXCO <mark.libby.1.ctr@us.af.mil>; TATE, MELVIN L CIV USAF AFMC 96 RANSS/RNRS <melvin.tate.1@us.af.mil>
**Subject:** C-52N Clearance Operations

Gents,

Request that all future C-52N clearance operations for NAVSCOLEOD extend up RR 200 to the OCB and 100' around the OCB. Please let me know if you have any issues with this request. If not, add it to our tab.

V/r,
Bob

Robert C. Wimmer Jr.
NAVSCOLEOD, Range Operations Manager
Niceville, FL. 32578
(850) 882-3549, DSN 872-3549, Cell (850) 398-2149
NIPR: robert.c.wimmer@navy.mil
SIPR: robert.wimmer@navy.smil.mil