

Department of Defense

# INSTRUCTION

**NUMBER** 6055.16  
July 29, 2008  
Incorporating Change 3, August 31, 2018

USD(A&S)

SUBJECT:   Explosives Safety Management Program

References:   See Enclosure 1

1. <u>PURPOSE</u>.  This Instruction:

   a.  Implements and prescribes the manner for carrying out the policies contained in DoD Directive (DoDD) 6055.09E (Reference (a)) and DoDD 4715.1E (Reference (b)).

   b.  Prescribes procedures for the operation of the DoD Explosives Safety Management Program (ESMP) for DoD military munitions and military toxic chemical agents.

2. <u>APPLICABILITY</u>.  This Instruction applies to the OSD, the Military Departments (including their Reserve Components), the Office of the Chairman of the Joint Chiefs of Staff and the Joint Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the Department of Defense (hereafter referred to collectively as the "DoD Components"). The term "Military Services," as used herein, refers to the Army, Navy, Air Force, and Marine Corps.

3. <u>DEFINITIONS</u>.  See Glossary.

4. <u>POLICY</u>.   It is DoD policy to:

   a.  Provide the maximum possible protection to people and property from the damaging effects of DoD military munitions in accordance with Reference (a).

   b.  Make informed risk decisions at the appropriate level of leadership in accordance with Reference (a) and Reference (b).

*DoDI 6055.16, July 29, 2008*

  c.  Implement management systems approaches and best business practices to maintain ESMPs in accordance with Reference (b).

5.  <u>RESPONSIBILITIES</u>.  See Enclosure 2.

6.  <u>PROCEDURES</u>

  a.  Department of Defense Explosives Safety Board (DDESB) operating procedures are in Enclosure 3.

  b.  ESMP procedures and requirements are in Enclosures 4 through 13.

7.  <u>RELEASABILITY</u>.  **Cleared for public release.**  This Instruction is available on the Directives Division Website at http://www.esd.whs.mil/DD/.

8.  <u>SUMMARY OF CHANGE 3</u>.  This change reassigns the office of primary responsibility for this Instruction to the Under Secretary of Defense for Acquisition and Sustainment in accordance with the July 13, 2018 Deputy Secretary of Defense Memorandum (Reference (c)).

9.  <u>EFFECTIVE DATE</u>.  This Instruction is effective July 29, 2008.

*John J. Young, Jr.*
Under Secretary of Defense
for Acquisition, Technology and Logistics

Enclosures
 1.  References
 2.  Responsibilities
 3.  DDESB Organization, Management, and Functions
 4.  DoD Military Munitions Explosives and Chemical Agent Risk Stewardship (MMRS)
 5.  ESMP Issuances, Publications, and Documents
 6.  DDESB RDT&E Program
 7.  Strategic Communication
 8.  DDESB Explosives Safety Management Evaluation Program
 9.  DoD Explosives Hazard Classification System
 10.  DDESB-RESS Planning Process
 11.  Protective Construction Design
 12.  Analysis of DoD Military Munitions Mishap (Incident) Data
 13.  Deviations from Standards
Glossary