

# Department of Defense
# INSTRUCTION

**NUMBER** 3200.16  
April 21, 2015  
Incorporating Change 1, December 4, 2017

USD(P&R)

SUBJECT:   Operational Range Clearance (ORC)

References:   See Enclosure 1

1. <u>PURPOSE</u>.  This instruction reissues DoD Instruction (DoDI) 3200.16 (Reference (a)), in accordance with the authority in DoD Directives (DoDDs) 5124.02 and 3200.15 (References (b) and (c)), to establish policy, assign responsibilities, and provide procedures for conducting ORC to maintain operational range safety and sustainability.

2. <u>APPLICABILITY</u>.  This instruction:

   a. Applies to:

      (1)  OSD, the Military Departments, the Office of the Chairman of the Joint Chiefs of Staff and the Joint Staff, the Combatant Commands, the Office of the Inspector General of the Department of Defense, the Defense Agencies, the DoD Field Activities, and all other organizational entities within the DoD (referred to collectively in this instruction as the "DoD Components").

      (2)  Operational ranges within the United States.

      (3)  Operational ranges outside the United States to the extent compliance with this instruction does not conflict with obligations under applicable international agreements, including status of forces agreements, country-specific final governing standards, and DoD 4715.05-G (Reference (d)), whichever apply.

      (4)  The DoD Component with real property accountability for the range.

   b. Does not apply to:

      (1)  Indoor ranges or other than operational ranges.

      (2)  Operational ranges used solely to support contingency operations, unless otherwise specified.

DoDI 3200.16, April 21, 2015

ENCLOSURE 3

PROCEDURES

1. <u>ORC</u>

    a.  The DoD Components will conduct ORC in compliance with applicable laws (e.g., Parts 266.201 through 266.206 of Title 40, Code of Federal Regulations, also known as the "Military Munitions Rule" (Reference (l))); regulations; and DoD policies and procedures (e.g., safety, environmental, and cultural).

    b.  The DoD Components will conduct appropriate ORC before changing the mission-related use of an operational range, including changes in the types or use of munitions.

    c.  The DoD Components will develop procedures for ORC that are based on the frequency, scope, and degree required to safeguard DoD personnel, DoD contractors, authorized users, and equipment.  These procedures will account for all phases of ORC, processing, and recycling to sustain the range's long-term use and meet mission requirements.  Surface clearance will be required at a minimum, and more extensive ORC determinations will be based on:

        (1)  Previous ORC.

        (2)  Past, current, and anticipated use.  When portions of an operational range are used for different purposes (e.g., impact area, small arms range, fire and maneuver, live or inert), the frequency and degree of ORC may vary.

        (3)  Requirements included in land withdrawals, leases, and other land use agreements.

        (4)  The specific types (e.g., by nomenclature, national stock number, or part number) and quantities of all munitions used or to be used, including but not limited to munitions that contain high explosives, sensitive fuses, spotting devices (e.g., practice bombs, training devices, simulators), submunitions, and depleted uranium (DU).

        (5)  The locations of areas requiring ORC (e.g., road networks to or from target areas for replacement actions, targets, buffer areas), with graduated levels of clearance based on potential hazards, sustainment, and ability to support changing training and testing requirements.

        (6)  The operational impacts and safety considerations that could affect the sustainability, maintenance actions, or intended current and long-term use of the range posed by:

            (a)  Accumulation of used military munitions (e.g., UXO and munitions debris).

            (b)  Radioactive materials contained or previously contained in targets (e.g., radium dials, gauges, or DU) as addressed in DoD 4715.6-R (Reference (m)).

            (c)  Range-related debris or other debris on an operational range.

USN-015133

DoDI 3200.16, April 21, 2015

(7) The potential explosive hazards posed by UXO to those DoD and non-DoD personnel who have authorized access to operational ranges.

(8) The geophysical, topographical, climatic, and other conditions that may influence ORC decisions.

d. The DoD installation will consider, in coordination with legal counsel, if ORC activities related solely to support the sale of eligible recyclable material such as range scrap, mixed metals from range residue, and small arms range brass are an eligible cost of the installation Qualified Recycling Program in accordance with Chapter 5 of Volume 11 of Reference (h); Chapter 7 of Reference (k); and section 2577 of Title 10, United States Code (Reference (n)).

e. The DoD Components will establish guidelines for the use of controlled burns, manual methods, or herbicides, in coordination with appropriate installation to staff (environmental, pest management, facilities management, natural resources, etc.) to remove vegetation on operational ranges in support of ORC (e.g., clearing vegetation to expose UXO). Controlled burns will not be used as a means of destroying UXO on operational ranges.

2. SAFETY REQUIREMENTS

a. The DoD Components will complete a risk assessment and implement methods as appropriate to mitigate any potential exposure before conducting ORC to ensure personnel protection and safe access in accordance with Volumes 1 and 7 of Reference (i).

b. The DoD Components will conduct ORC for used military munitions (e.g., UXO and munitions debris) and range-related debris that may impair or inhibit the continued safe use of an operational range for its intended purpose.

(1) Munitions debris, range-related debris, and other material potentially presenting an explosive hazard (MPPEH) will be managed in accordance with applicable laws and regulations for recycling, and MPPEH policy in References (k) and (j).

(2) MPPEH management and disposition will, when possible, use a closed-circuit chain of custody to process MPPEH that is munitions debris or range-related debris. A single entity will manage this process and maintain the chain of custody from collection at the range through final disposition.

3. RECORDKEEPING REQUIREMENTS. The DoD Components will maintain permanent records at the local level of:

a. All military munitions expended, including an estimated dud rate, by type, quantity, location, and using organization.

USN-015134

<u>other debris</u>.  Debris found on operational ranges that is not related to munitions or range operations but may be removed to facilitate an ORC, including solid waste (e.g., rebar, household items, automobile parts and automobiles that were not associated with range targets, fence posts, and fence wire).

<u>range-related debris</u>.  Defined in Reference (i).

<u>surface clearance.</u>  Removal of used munitions (e.g., UXO and munitions debris), range-related debris (e.g., target debris and munitions packaging and crating material), and other debris on the surface (i.e., the top soil layer) only, in which detection process is primarily performed visually, but may be augmented by technology aids (e.g., hand-held magnetometers) because vegetation or other factors make visual detection difficult.

<u>UXO</u>.  Defined in section 101 of Reference (n).

USN-015137