Person Interviewed   Doc Hightower          Date 14 Sep 21

Interviewer _____

I've been assigned as the investigative officer for the explosive mishap occurring on Eglin range 52N on Friday, 10 September 2021. I'd like to ask you a few questions associated with the incident so please answer to the best of your recollection.

**Background:** Mr. Wayne Fabozzi, CTR Medic NAVSCOLEOD was injured while supporting Demolition operations. Staff and students were setting up a controlled detonation on range 52N, they returned to the up range safety bunker where the (2) medics were staged for response. Mr. Fabozzi picked an item up off the ground and at approximately 0925 it detonated in his hands.

1. Where were you at the time of the incident?   NAVSCOLEOD  8840

2. What did you observe at the time of the incident?   N/A

3. What was your response to the incident?   recieved injured patient assisted w/ Life Flight

4. What did you observe in regards to others during the incident?

5. Any other amplifying details you can provide?   On 13 Sep 21 1400 I visited Wayne at Hospital he told me "I picked up something in the vacinity of the Ambulance, didn't know what it was, showed it to Chris who didn't know what it was. Took it to an Instructor — gave it to him, he did know what it was. The Instructor gave it back to him and told

I attest that the answers to the preceding questions documented by the interviewer are an accurate depiction of my verbal responses.

_____          _____
Person Interviewed Signature                         Interviewer Signature

(Cont) Him to put it down in the grass.

USN-015999