

**DEPARTMENT OF THE NAVY**
NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL
8840 RANGE ROAD
NICEVILLE, FLORIDA 32578-8729

NAVSCOLEODINST 8027.1B
ESO
14 Nov 23

<u>NAVSCOLEOD INSTRUCTION 8027.1B</u>

From:  Commanding Officer, Naval School Explosive Ordnance Disposal

Subj:  UNEXPLODED ORDNANCE REPORTING AND ACTIONS

Ref:    (a) EAFBI 13-212 Range Planning and Operations
        (b) AFI 10-2501 Air Force Emergency Management Program Planning and Operations
        (c) AFI 31-101 Integrated Defense
        (d) NOSSAINST 8023.11D Department of the Navy Standard Operating Procedures Development, Implementation, and Maintenance for Ammunition and Explosives
        (e) HQ AFSEC/SEWC Memorandum of 26 January 2018, Subject: Explosives Safety Submission, Amendment 2, Munitions and Explosives of Concern Construction Support for Explosive Ordnance Disposal School, Training Area D-51 at Eglin AFB, FL

Encl:   (1) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for Working Hours
        (2) NAVSCOLEOD Suspect UXO Reporting and Actions Process Flowchart for Non-working Hours
        (3) NAVSCOLEOD Suspect UXO Reporting and Actions Worksheet

1.  <u>Purpose</u>.  To provide policy and guidance for Unexploded Ordnance (UXO) reporting and actions in accordance with references (a) through (c) and enclosures (1) through (3).

2.  <u>Cancellation</u>.  NAVSCOLEODINST 8027.1A.

3.  <u>Scope and Applicability</u>.  This instruction applies to all Naval School Explosive Ordnance Disposal (NAVSCOLEOD) personnel and provides policy and guidance for UXO reporting and actions.

4.  <u>Background</u>.  NAVSCOLEOD created a Standard Operating Procedure (SOP) to provide policy and guidance in regards to suspect UXO's found on NAVSCOLEOD property.  In accordance with reference (d), an SOP for UXO reporting and actions is not required based on the fact we are not conducting operations involving ammunition or explosives, we are simply reporting and outlining actions required when a UXO is found.

5.  <u>Responsibilities</u>.  Step by step procedures, safety precautions, reporting procedures, and actions required when a UXO is found on NAVSCOLEOD property are as follows:

USN-016021

NAVSCOLEODINST 8027.1B
14 Nov 23

    f.  <u>Division Officers/NCOICs</u>.  If the order to evacuate is given Division Officers/NCOICs must:

        (1) Account for all personnel (staff and students) assigned to their division.

        (2) Report evacuation status to their Department Head, upon completion of evacuation of all division personnel.

    g.  <u>NAVSCOLEOD staff and students upon discovery of suspect UXO</u>

        (1) Do not touch, move, or pick up any suspect UXO items found.

        (2) During working hours utilize enclosure (1).

        (3) During non-working hours utilize enclosure (2).

6.  <u>Records Management</u>.   Records created as a result of this instruction, regardless of media and format, must be managed per Secretary of the Navy Manual 5210.1 of January 2012.

7.  <u>Review and Effective Date</u>.  Per OPNAVINST 5215.17A, NAVSCOLEOD (TSD) will review this instruction annually around the anniversary of its issuance date to ensure applicability, currency, and consistency with Federal, Department of Defense, Secretary of the Navy, and Navy policy and statutory authority using OPNAV 5215/40 Review of Instruction.  This instruction will be in effect for 10 years, unless revised or cancelled in the interim, and will be reissued by the 10-year anniversary date if it is still required, unless it meets one of the exceptions in OPNAVINST 5215.17A, paragraph 9.  Otherwise, if the instruction is no longer required, it will be processed for cancellation as soon as the need for cancellation is known following the guidance in OPNAV Manual 5215.1 of May 2016.

*(signature)*

S. G. BEALL

Releasability and distribution:
This instruction is cleared for public release and is available only via the command drive:
EGLZ\NAVSCOLEOD\Common\Instructions & Notices\8000-8999 ORDNANCE MATERIAL

USN-016023

# NAVSCOLEOD SUSPECT UXO REPORTING AND ACTIONS PROCESS FLOWCHART FOR WORKING HOURS

