CUI



**DEPARTMENT OF THE NAVY**
COMMANDER
NAVAL EDUCATION AND TRAINING COMMAND
250 DALLAS STREET
PENSACOLA, FLORIDA 32508-5220

```
                                            5040
                                            Ser N00/110
                                            MAY 31 2022
```

From: Commander, Naval Education and Training Command
To:   Commanding Officer, Naval School Explosive Ordnance Disposal
Via:  Commanding Officer, Center for Explosive Ordnance Disposal and Diving

Subj: SPECIAL REVIEW OF THE NAVAL SCHOOL EXPLOSIVE ORDNANCE DISPOSAL EXPLOSIVES SAFETY PROGRAM

Ref:  (a) SECNAVINST 5040.3B
      (b) NETCINST 5200.1A

Encl: (1) Report of the Special Review of the Naval School Explosive Ordnance Explosives Safety Program
      (2) OPNAV 5040/2

1. As directed, and in accordance with references (a) and (b), the Naval Education and Training Command (NETC) Inspector General (IG) conducted a Special Review of the Naval School Explosive Ordnance Disposal (NAVSCOLEOD) Explosives Safety Program (ESP). The NETC IG also assessed leadership oversight and command climate.

2. A report of the Special Review is provided at enclosure (1). The NAVSCOLEOD Explosives Safety Program was found to be in compliance with guiding directives; however, the report makes recommendations for NAVSCOLEOD to further assess changes made to the ESP. Using enclosure (2), report action on these recommendations to the NETC IG no later than 30 days from the date of this letter.

3. The point of contact for this Special Review is Mr. Alan Johnson, NETC Inspector General (IG), (850) 452-4953, alan.johnson.civ@us.navy.mil.

P. A. GARVIN

```
Controlled by: Department of the Navy
Controlled by: NETC N00G
CUI Category: PRIIG
Distribution/Dissemination Control: FEDCON
POC: alan.johnson@navy.mil, (850) 452-4953
```

CUI

# REPORT OF THE SPECIAL REVIEW OF THE NAVAL SCHOOL EXPLOSIVE ORDNANCE EXPLOSIVES SAFETY PROGRAM

standards (Waiver, Exemption, Event Waiver and Secretarial Certification), but only for strategic or other compelling reasons. NAVSCOLEOD CO was clear in his response to a question concerning deviations from SOP stating, "I provide executive oversight and am 100 percent responsible for the NSEOD explosive safety program. Explosive safety program is driven by policy and we are either in compliance or not in compliance. Deviations from SOP are not authorized. Any deviation would require direct approval. However, a deviation from procedures is inconsistent with a training environment and an unacceptable assumption of risk. In general terms, a request to deviate would indicate the intent to sacrifice safety for convenience and would not be considered for approval." In addition, following the range training incident, a statement was added to the DEMO SOP, "NAVSCOLEOD shall adhere to the overlying guidance within this SOP and deviations are not authorized. However, the SOP cannot cover the context of every potential situation that may be encountered. If a situation should arise, the sound judgement of a qualified NAVSCOLEOD instructor shall take precedence over this written SOP."

  h. <u>Explosives Safety Siting (ESS)</u>. The NAVSCOLEOD Managers' Internal Control Program (MICP) Inventory of Processes lists two key processes managed as functions of the ESP, (1) Explosives Safety Siting (ESS)/Initiating an Explosives Site Approval or Amendment Request, and (2) Unexploded Ordnance (UXO) Reporting and Actions. MICP documentation, including flowcharts, Internal Control Systems Tests (ICST) and Operational Risk Management (ORM) Assessments for both processes was reviewed and accurately depicts the processes identified. Because NAVSCOLEOD is a tenant command on Eglin Air Force Base (AFB), both processes involve coordination with the 96th Test Wing Weapons Safety Office (96th TW/SEW). The Explosive Safety Siting process is conducted by submitting a request through the 96 TW/SEW to the Department of Defense Explosive Safety Board (DDESB) for adjudication of the request. This process is working effectively as evidenced by the recent approval for a siting change at Range C-52N from 1000 lbs tamped to 500 lbs open detonation. Reference (k) applies. UXO Operations consist of reporting UXO to the 96 TW/SEW for their assessment and removal action, if required. This process was not observed, so compliance and effectiveness were not assessed.