

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

```
                                        OPNAVINST 3571.4
                                        N43
                                        9 Oct 2009
```

OPNAV INSTRUCTION 3571.4

From:  Chief of Naval Operations

Subj:  OPERATIONAL RANGE CLEARANCE POLICY FOR NAVY RANGES

Ref:   (a) DoD Directive 4715.11 of 10 May 04
       (b) DoD Directive 4715.12 of 12 Jul 04
       (c) DoD Instruction 3200.16 of 13 Jun 05
       (d) DoD Instruction 4140.62 of 25 Nov 08
       (e) DoD Directive 3200.11 of 27 Dec 07
       (f) CNIC Instruction 3550.1
       (g) OPNAVINST 8020.14
       (h) OPNAVINST 3500.39B
       (i) OPNAV N45 ltr 5090 Ser N45C/6U838228 of 6 Nov 06,
           Navy Range Sustainability Environmental Program
           Assessment(RSEPA) Implementation Policy
       (j) DoD 4160.21-M of 18 Aug 97
       (k) DoD 4160.21-M-1 of 1 Oct 91

Encl:  (1) Applicable Acronyms and Definitions

1. <u>Purpose</u>.  Establish Navy policy objectives and responsibilities for performing Operational Range Clearance (ORC) on Navy operational testing and training ranges in accordance with references (a) through (d).

2. <u>Background and Objectives</u>.  The Navy has a responsibility to sustain the highest levels of readiness to meet its mission requirements while operating in an environmentally responsible manner that is protective of the public.  The Navy shall use and manage operational ranges in a manner that ensures their safety and long-term sustainability.  Accordingly, the Navy's primary ORC objectives are broadly outlined below.

    a. <u>Sustain Readiness</u>.  Clearing the ground surface of ordnance, inert ordnance debris, training projectile ammunition, and other range debris, and recycling and/or disposing of such material significantly contributes to readiness sustainment by increasing the long-term availability of Navy ranges.  ORC procedures, documented in ORC plans, shall be developed to

USN-016112

OPNAVINST 3571.4
9 Oct 2009

specifically address operational and environmental issues and support current and future testing and training mission requirements.

    b. <u>Environmental Responsibility</u>. Effective environmental stewardship requires close cooperation between the Navy and other Federal, state, local, and tribal government agencies. The Navy shall incorporate environmental compliance, natural, and cultural resource requirements into all ORC programs. All Materials Presenting a Potential Explosive Hazard (MPPEH) shall be managed as required by applicable Department of Defense (DoD) and Navy directives and, when appropriate, Federal, state, and local laws. Ordnance scrap and target debris shall be processed and released to the public only when it has been formally documented as safe and free of explosives and other hazards to human health and the environment.

    c. <u>Public Safety</u>. ==Navy has a responsibility to protect public and military personnel to the maximum extent practical from hazards and effects associated with range operations.== Accordingly, the development and facilitation of strong public outreach based on proactive communication and education shall be implemented to ensure public safety.

3. <u>Applicability</u>. The requirements of this policy apply to clearance of munitions used for their intended purpose (e.g., munitions that have been fired, dropped, launched, projected, placed, or otherwise used) on Navy-administered operational testing and training ranges. These ranges include major range and test facility base activities, identified in reference (e), for which Navy plans, programs, and budgets for institutional costs of operation, maintenance, and sustainability. This policy excludes water ranges, near shore areas adjacent to land-based ranges, and small arms ranges. Small arms ranges are managed in accordance with reference (f). For ranges that Navy administers, but does not own, this policy applies subject to the terms of any agreement with the owner for the leasing and operation of the range.

4. <u>Policy</u>. The Navy is responsible for the periodic review of operational range management policies and procedures to determine the degree and frequency of range clearance required to support the DoD's Sustainable Range Management Program. To

2

USN-016113

```
                                            OPNAVINST 3571.4
                                            9 Oct 2009
```

assist the Navy in meeting this responsibility an Operational Range Clearance Advisory Group (ORCAG) shall be established.

   a.  The ORCAG shall meet biannually, or more frequently when necessary, to consider sustainable range management policies, develop recommendations to improve the program and advise the Chief of Naval Operations (CNO), Director, Fleet Readiness Division (N43) of their recommendations.

   b.  Accordingly, it is Navy policy that Budget Submitting Offices (BSO) that administer operational testing and/or training ranges shall comprise this advisory group which will include, at a minimum, range representatives from the staffs of Commander, U.S. Fleet Forces Command (COMUSFLTFORCOM), Commander, U.S. Pacific Fleet (COMUSPACFLT), Commander, Naval Air Systems Command (COMNAVAIRSYSCOM), Commander, Naval Sea Systems Command, and Commander Naval Facilities Engineering Command.

   c.  The ORCAG shall be co-chaired by the representatives of COMUSFLTFORCOM and COMNAVAIRSYSCOM.  All ORCAG members shall coordinate with the respective training and testing range communities they represent.  Additional administrative and technical assistance shall be coordinated from support staffs as required.  Prior to the new fiscal year, the ORCAG shall conduct a risk based analysis and issue an annual report to CNO that represents a Navy wide consensus of the necessary prioritized future clearance requirements, summarizes ORC actions to date, evaluates the program's effectiveness, and recommends necessary changes to ORC policy.

   d.  Pursuant to this instruction, BSOs shall also establish ORC program requirements and implementing guidance for their respective subordinate commands and installations that operate testing and/or training ranges.  These ORC program requirements shall include development of range-specific ORC plans and other program elements that achieve the objectives outlined above.  ==ORC plans shall conform to the following minimum requirements:==

       ==(1) Clear the range surface, to include the removal or disposal of all ordnance, inert ordnance debris, target practice ammunition, and other range debris (normally down to 4 inches in size)==.  Range-specific clearance requirements shall be established for ranges, targets, target groups or test areas that specify clearance areas and frequency of clearance

USN-016114

OPNAVINST 3571.4
9 Oct 2009

necessary to be consistent with installation mission requirements and to ensure the continuing viability of the range. Clearance areas shall also be established for access roads and run-in lines. Reference (g) is germane to this activity. Subsurface Unexploded Ordnance (UXO) and MPPEH removal should only be performed when specifically required for construction, cable burial, etc. ORC plans shall be reviewed and updated every 5 years or earlier as required to address specific ORC plan changes.

    (2) Physical or environmental conditions at ranges, such as unstable surfaces, dense vegetation, endangered species, steep topography or unsafe conditions, may be considered physical impediments to clearance. The site-specific approach to ORC planning shall document such impediments and work to minimize their effect on the achievement of ORC program objectives.

    (3) MPPEH and material documented as hazardous shall be managed and controlled to prevent its unauthorized use, transfer or release. MPPEH shall never be released to the public. Such material will be inspected, reinspected and formally reclassified as Material Documented As Safe (MDAS) as required by reference (d) before it is released to the public. MPPEH processing (sometimes referred to as "Range Residue Recovery") shall normally be accomplished by UXO-qualified contractors. A chain-of-custody process is required for MPPEH from collection to final disposition. This is particularly necessary when two or more agencies (e.g., military and contracted) are involved in the MPPEH certification process. MPPEH recycling and/or disposal shall not be viewed as a funds-generating activity and must consider safety first.

    (4) Range Holding Areas (RHA), or other controlled areas, shall be established for MPPEH consolidation and related processes to ensure material is not commingled or otherwise compromised as such processes are conducted and material awaits ultimate demilitarization and/or other disposition. The RHAs shall be secured (e.g., with chain link fence, lockable gate, etc.) to preclude inadvertent or intentional co-mingling of uninspected, uncertified material with MDAS items within holding areas. These areas shall also be included in local facility threat assessments.

USN-016115

```
                                                    OPNAVINST 3571.4
                                                    9 Oct 2009
```

## APPLICABLE ACRONYMS AND DEFINITIONS

1. <u>Explosive Ordnance Disposal (EOD) Technician</u>. Active duty military personnel who have graduated from the U.S. Naval School, Explosive Ordnance Disposal, Eglin Air Force Base, Florida (formerly at Indian Head, Maryland).

2. <u>Demilitarization</u>. The act of rendering military munitions innocuous or ineffectual for military use (i.e., removing the military offensive or defensive characteristics), which may include disposal (treatment) of the unusable components of the munition. The term encompasses various approved methods such as mutilation, alteration, or destruction to prevent further use for its originally intended military purpose.

3. <u>Material Documented as Hazardous</u>. MPPEH that has been assessed and documented as to the explosive hazards the material is known or suspected to present and for which the chain of custody has been established and maintained. This material is no longer considered to be MPPEH.

4. <u>Material Documented as Safe (MDAS)</u>. MPPEH that has been assessed and documented as not presenting an explosive hazard and for which the chain of custody has been established and maintained. This material is no longer considered to be MPPEH.

5. <u>Material Presenting a Potential Explosive Hazard (MPPEH)</u>. Material that, prior to determination of its explosives safety status, potentially contains explosives or munitions (e.g., munitions containers and packaging material; munitions debris remaining after munitions use, demilitarization, or disposal; and range-related debris) or potentially contains a high enough concentration of explosives that the material presents an explosive hazard (e.g., equipment, drainage systems, holding tanks, piping, or ventilation ducts that were associated with munitions production, demilitarization, or disposal operations). Excluded from MPPEH are munitions within the DoD-established munitions management system and other hazardous items that may present explosion hazards (e.g., gasoline cans and compressed gas cylinders) that are not munitions and are not intended for use as munitions.

6. <u>Military Munitions</u>. All ammunition products and components produced or used by or for the U.S. DoD or the U.S. Armed

```
                                                    Enclosure (1)
```