HAZARD ANALYSIS/RISK ASSESSMENT AND HAZARD CONTROL BRIEFING
(ELEMENT 5)

**NOTE**

**PER REFERENCE (N), THE HAZARD ANALYSIS IS COVERED BY THE RISK ASSESSMENT, WHICH CAN BE OBTAINED FROM THE SAFETY MANAGER UPON REQUEST, OR GO TO S:\NAVSCOLEOD\SAFETY\RISKASSESSMENTS.**

HAZARD CONTROL BRIEFING

1. Introduction. This Hazard Control Briefing (HCB) addresses the process/operation, and describes the hazards and control methods that the operator may encounter. This briefing can include, but is not limited to video recordings, computer generated instruction, and testing of knowledge comprehension. The briefing shall be given to all staff and student personnel involved in A&E operations. Visiting personnel not directly involved, will be briefed utilizing this brief, the emergency action plan, and must be escorted by approved NAVSCOLEOD staff.

2. Requirements for a HCB:

   a. It is required that a HCB be given on operations covered in these SOPs. Supervisory personnel will give this briefing and ensure a Process Supervisor's Statement and/or a Worker's/Operator's Statement is signed by all personnel receiving the briefing. The briefing will be given under the following conditions:

     (1) Prior to the initial startup of new operations.

     (2) Intervals not exceeding six months, when operations continue for an extended period of time.

     (3) Upon restarting operations after an inactive period of 30 days or more.

     (4) When new personnel are brought into the operation.

     (5) When a change in procedures introduces a new potential explosive hazard to personnel and/or facilities.

     (6) When there is a change or revision to these SOPs.

     (7) When deemed necessary by competent authority.

     (8) As often as necessary based on hazard analysis.

   b. The Process Supervisor's and Worker's/Operator's Statement sheets will be signed as proof that the HCB has been given as described above.

3. Hazard Control Briefing Points.

UNCLASSIFIED                                                      SOP ID#: DEMO-019

a. EOD operations requiring the use of A&E are dangerous and may be fatal. Extreme caution must be exercised when working with explosives. While every practical precaution has been incorporated into the publications and operating procedures, it is not possible or practical to list every condition or hazard that may be encountered. ==Therefore, all personnel must at all times observe as a minimum, the following:==

(1) Standard Operating Procedures. All personnel will adhere to Standard Operating Procedures at all times and will not deviate from them unless authorized by the ESO and ONLY under emergency situations.

(2) Only command qualified and certified personnel will be allowed to handle or use A&E. Students under instruction will handle only those materials authorized by the instructor, course curriculum, and lesson topic guides. Students shall be under the direct supervision of qualified and certified EOD instructors at all times.

(3) Do Not Work Alone. No individual will be permitted to work alone, at any time, during potentially hazardous conditions. A qualified/certified instructor will accompany workers/operators when working in a hazardous area. Medical personnel will be located at the OCB/Safe area which does not require a qualified/certified instructor.

==(4) Report All Undocumented Hazards. If at any time you detect a hazard, or hazardous situation that is not identified in the Hazard Analysis/Risk Assessment, report it. It is EVERYONE'S responsibility to report undocumented hazards to ensure they are corrected and addressed in the Hazard Analysis/ Risk Assessment.==

(5) Report All Injuries. Report all injuries, regardless of severity, to your supervisor immediately. Even minor injuries can become serious without proper first aid. Report any symptoms of heat stress injuries.

(6) Environmental Hazards. Practical areas are natural environments and can be expected to contain the hazards normally associated with this part of the country; i.e. snakes, scorpions, and spiders. Be aware of these and report any occurrences to your supervisor. DO NOT TOUCH animals and/or reptiles in any area. Be prepared to train outside every day and STAY HYDRATED!

(7) Mishap Procedures. In the event of a mishap, a Training Time Out (TTO) shall be called. If required, the Emergency Action Plan (EAP) will be activated and all personnel will muster in the pre-designated location. Follow the instructions given by your primary instructor or RSO.

b. The handling or use of explosives and other hazardous materials shall not be undertaken during electrical storms. All A&E handling evolutions will be suspended at the approach of an electrical storm (**within ten nautical miles**) and may resume only after it clears the area. Storm distance determination is to be ascertained through NAVSCOLEOD Range Operations Weather Monitors, the Eglin AFB weather information (IWDS) center, refer to element 6, authorized portable lightning systems or on-site weather observations.