

**DEPARTMENT OF THE NAVY**
COMMANDER
**NAVAL EDUCATION AND TRAINING COMMAND**
**250 DALLAS STREET**
PENSACOLA, FLORIDA 32508-5220

7510
Ser N00G/0006
17 Apr 09

From:   Inspector General, Naval Education and Training Command
        (NETC)
To:     Chief of Naval Personnel
Via:    Commander, Naval Education and Training Command (NETC)

Subj:   SPECIAL REVIEW OF NAVAL SCHOOL EXPLOSIVE ORDNANCE
        DISPOSAL (NAVSCOLEOD) INERT ORDNANCE MANAGEMENT PROGRAM
        AND PROCESSES

Ref:    (a) NAVSCOLEOD JAGMAN Investigation of 5 Mar 09
        (b) NAVSCOLEODINST 1551.5E
        (c) NETCINST 5100.1A (Draft)
        (d) NAVSEA OP5
        (e) OPNAVINST 3120.1C w/ Change 6
        (f) NETCINST 8011.1B

1.  Introduction.  As directed by the Chief of Naval Personnel,
the NETC Inspector General conducted an on site review of
NAVSCOLEOD's Inert Ordnance Management Program on 5 Mar 2009.

2.  Objective.  The objective of this review was to determine if
effective internal controls were in place to ensure the
NAVSCOLEOD Inert Ordnance Program was managed in a safe and
efficient manner in support of training mission accomplishment
and to prevent a similar incident from recurring.

3.  Background.  This review was directed by CNP after an inert
SM-1 missile was discovered in a missile container that had been
sold as scrap to a civilian metal recycling company.  During
preparation of the missile containers to be delivered to the
Defense Reutilization Management Office (DRMO), Eglin AFB,
NAVSCOLEOD personnel did not conduct a 100 percent visual
inspection of all containers to verify they were empty. During
the receipt of the containers, DRMO personnel also failed to
conduct a visual inspection.

4.  Scope and Methodology

    a.  This one day on-site review included a review of
NAVSCOLEOD Inert Ordnance Management Program documents, a walk-
through of processes, and interviews of key personnel.  The
review team consisted of the following personnel:

**FOR OFFICIAL USE ONLY**

USN-017759

NETC Inspector General
NETC IG Investigator
NETC N414 Weapons Officer
Center for Explosive Ordnance Disposal and Diving
  (CEODD) Training Support Department Head/Command IG
   Representative
CEODD N9 Acquisitions Contractor

    b.  NAVSCOLEOD provided the requested documents,
transportation to the inert ordnance storage sites, and assisted
in the scheduling of interviews.

5.  Discussion of Review Results.

    a.  Finding.  NAVSCOLEODINST 1551.5E procedures are not
being followed.  Specifics:

        (1) NAVSCOLEODINST 1551.5E, Acquisition, Inventory,
Maintenance, Repair and Disposal of Training Materials, was
signed in November 2000, before the Revolution in Training and
Civilian Employee Substitute Program reduced NAVSCOLEOD
manpower.

        (2) Paragraph 5.b.(2) requires the Supply Department to
coordinate the disposal of unnecessary training materials
through the Property Disposal Office according to current supply
regulations.  The Supply Office does not perform this function
for inert ordnance items.  However, they require all requests
for receipt of materials from DRMO be routed to them for
approval.  For consistency in management of items entering and
leaving the command, all transactions with DRMO should involve
Supply personnel.

        (3) Additionally, paragraph 5.d.(2) requires the
Ordnance Officer to requisition all replacement inert ordnance
materials that are assigned NALC numbers for appropriate
training divisions, and upon receipt, turn over all inert items
to the Inert Ordnance and Acquisition Program Manager for
certification and inventory.  The Ordnance Officer is issuing
Naval Ammunition Logistics Center(NALC)-numbered inert ordnance
directly to the training divisions, and bypassing the Inert
Ordnance Program Manager.

USN-017760

(4) Although ordnance that is manufactured inert is not required to be entered into the command's inert certification program, doing so standardizes the management of inert ordnance.

(5) NAVSCOLEOD manages between 7,000 to 10,000 inert ordnance training aids, but an exact number, based on an accurate inventory, was not provided.

b.   Finding.   CENEODDIVE has not provided effective oversight of NAVSCOLEOD's Explosives Safety Program.   Specifics:

(1) Paragraph 2.c.(1) of NPDCINST  5100.1 (which is effective until release of NETCINST 5100.1A) requires Learning Centers to ensure the Explosives Safety Program complies with reference NAVSEA OP5 throughout all Learning Sites.

(2) When signed, Paragraph 2.g(7) of NETCINST 5100.1A will require all Learning Centers to ensure the Explosives Safety Program follows CNIC Regional Guidance and ensure all inert ordnance is properly certified and inventoried annually, and whenever the controlling custodian is relieved.

c.   Finding.   Inert Ordnance Certification Program Manager and Explosive Safety Officer (ESO) duties are assigned to the same individual, creating a conflict of interest.   Specifics:

(1) Paragraph 1-4.4.1 of NAVSEA OP5 states, "Organizationally placing the ESO in the same department responsible for conducting ordnance operations can compromise the objectivity and effectiveness of the ESO and deny the commanding officer the benefit of an unbiased risk management assessment."

(2) One of the ESO's responsibilities is monitoring a safety program in accordance with paragraphs 2-1.4 of NAVSEA OP5 and implementing command policies to ensure that ordnance display items are inert and do not contain hazardous materials. A conflict of interest occurs when the ESO is monitoring a program he is managing as the Inert Ordnance Acquisition and Program Manager.

(3) Paragraph 1-4.4 of NAVSEA OP5 states, "OPNAVINST 5100.23 (series) identifies weapons and explosives safety as a

USN-017761

function under the responsibility of the safety department or office.  As such, the Safety Director, as a staff advisor to the host activity's commanding officer and/or regional ESO, is responsible for reporting the status of the weapons and explosives safety program directly to the commanding officer. All inspections and reports required by this instruction will be reported to the commanding officer.  The ESO shall provide copies of all inspections and reports required by this instruction to the safety department for inclusion in the Safety Director's status reports.

   d.  Finding.  The Safety Manager is not assigned to duty directly under the Executive Officer.  Specifics:

      (1) The Command Safety Manager reports to the Range Operations Department Head, a newly created department, with direct access to the Commanding Officer.

      (2) Paragraph 702.1 of OPNAVINST 3120.1C (Change 6) requires commands to establish a safety organization following the guidelines in figure 7-1 (Safety Officer reporting directly to the Executive Officer).

   e.  Finding.  The Inert Ordnance Program/Acquisition Officer is not involved in the inventory of classified training ordnance. Specifics:

      (1) Paragraph 2.d.(10) of NAVSEA OP5 requires all Learning Sites to ensure the Explosive Safety Program complies with NAVSEA OP5 and all inert ordnance is certified and inventoried annually and whenever the controlling custodian is relieved.

   f.  Finding.  Documentation of inert certification cannot be located for all inert ordnance.  Specifics:

      (1) NAVSCOLEOD's Inert Ordnance Program was not managed effectively in 2006 and 2007 due, as offered by NAVSCOLEOD, to a shortage of manpower and neglect.

      (2) The NAVSEA Explosives Safety Inspection conducted in May 2008 found that the record of inert ammunition, in many cases, did not contain all of the required data (i.e. date of certification, method, name and signature of certifying official) for the inert ammunition items listed.

USN-017762

(3) The Corrective Action Plan developed by NAVSCOLEOD in Jun 2008 identified that a complete overhaul of the Inert Ordnance Program had started in 2006, and that 60 percent of the inventory had been recertified. They also stated the effort was still ongoing, and they were working towards hiring a contractor to work on the inventory program full time.

(4) In Sep 2008, a contractor was hired and assigned Inert Ordnance Inventory Manager duties.

(5) During interviews, personnel assigned Inert Ordnance Program duties estimated that only 40 percent of the approximate 7,000 pieces of inert ordnance assigned to the training divisions has been validated as inert. Because of the gap in Inert Ordnance Inventory Program management, inert certification documentation requires recreation and/or reconstruction, which are very time consuming.

(6) NAVSCOLEOD is utilizing "Training Tuesday" (one day per month) for each division to use one contract instructor to conduct inert ordnance certification/verification. Continuing to use this approach, it would take approximately 24 years to complete the certification effort.

(7) Another approach, using a team of Inert Certifiers (two (2) personnel full-time), certifying 12 ordnance items each day would enable certification of the remaining 4,000 uncertified items to be completed in approximately 240 work days.

(8) The level of effort focused on the recertification process needs to be based on a risk assessment approved by CENEODDIVE.

g. <u>Finding</u>. NETC and CENEODDIVE are not involved in the inert ordnance acquisition process managed by the Inert Ordnance Acquisition and Program Officer. Specifics:

(1) Inert ordnance can be acquired by various means. One process is to obtain manufactured inert ordnance items through normal ordnance supply processes (NALC-numbered inert ordnance). Another process is to obtain live ordnance from various sources, have it inerted, and shipped to NAVSCOLEOD.

FOR OFFICIAL USE ONLY

USN-017763

(2) NAVSCOLEOD has liaised directly with OUSD personnel to obtain funding to support the second process.

(3) It is inappropriate for NAVSCOLEOD to liaise directly with OUSD personnel, bypassing the chain of command.

(4) NETC and CENEODDIVE will coordinate the revision of NETCINST 8011.1 to include all potential acquisition sources of inert ordnance.

h.   Finding.   Not all ordnance containers throughout the command have been inspected to verify whether they are empty. Specifics:

(1) Paragraph 13-15.14 of NAVSEA OP5 requires empty containers be inspected and marked "empty."  Paragraph 11-1.5 also requires a 100 percent inspection of containers prior to salvage.  It also requires all empty containers shipped from the facility be identified and certified empty.

i.   Finding.  The Inert Ordnance Standard Operating Procedures (SOP) do not include steps for disposal of inert ordnance or related items.  Specifics:

(1) Inert ordnance no longer required is disposed of on demolition ranges, shipped to other EOD activities, turned into DRMO, or stored in an outdoor, security-fenced area called the "boneyard" awaiting further disposition.

(2) In Nov 2008, at least one ordnance container turned in to DRMO was not inspected to ensure it was empty.

j.   Finding.   Compromise of a classified electronic missile component may have occurred. Specifics:

(1) When disassembled by the 789th EOD Detachment out of Fort Benning, GA, the inert SM-1 missile was found to contain a firing mechanism with a "Confidential" label.

(2) The risk of compromise of the SM-1 classified component is considered low because the component was not accessible and the classification marking not visible until the missile was disassembled by EOD personnel.  The component was

USN-017764

properly secured once identified.

      (3) Numerous inert missiles are used as training aids throughout the NAVSCOLEOD training area or stored in the "boneyard," including another SM-1 missile.

      (4) Identifying classified components within all inert missiles and other inert ordnance would entail a time consuming and potentially costly disassembly.

   k.  Finding.  NAVSCOLEOD has transferred inert ordnance items to other EOD Units.  Specifics:

      (1) Paragraph 5.b(8) of NETCINST 8011.1B requires activities to submit requests for ordnance (including inert) from any organization or person to NETC (N414) for review and approval.

   l.  Finding.  NAVSCOLEOD has excess inert ordnance. Specifics:

      (1) NAVSCOLEOD maintains an inventory of between 7,000 to 10,000 inert ordnance training aids.  A number of these aids are no longer viable for training support and are being stored in a secured/controlled area.

6.  Internal Controls. Because the process for disposal of inert ordnance was not clearly defined, internal controls were not in place or effective in preventing the loss of control of the inert SM-1 missile.  Implementation of this report's recommendations and compliance with the Managers' Internal Control Program (MICP requirements) will strengthen internal controls.

7.  Conclusion.  The loss of control of the inert SM-1 missile was the result of human error.  Command personnel failed to follow proper procedures for disposing of inert ordnance. NAVSCOLEOD has taken positive steps to improve the Inert Ordnance Program, but the program requires continued command focus and attention to bring it into full compliance with current regulations.

USN-017765

8.   Recommendations

    a.   That NAVSCOLEOD revise NAVSCOLEOD Instruction 1551.5E to ensure it accurately reflects requirements and processes for acquiring, managing and disposing of inert ordnance training aids, and that it is followed accordingly.

    b.   That CENEODDIVE provide oversight of Explosives Safety Program of all subordinate activities.  Additionally, CENEODDIVE should assess the need for oversight of other ordnance management programs at subordinate activities.

    c.   (1) That NAVSCOLEOD assign Explosives Safety duties to an individual not associated with live or inert ordnance operations.

        (2) That NAVSCOLEOD realign the contractor assigned as the Inert Inventory Acquisition Manager under the Ordnance Officer, thereby organizing all ordnance management responsibility under a single division officer.

        (3) That NAVSCOLEOD realign the ESO under the command Safety Manager.

    d.   That NAVSCOLEOD align the Safety Manager directly under the Executive Officer.

    e.   That NAVSCOLEOD ensure the Inert Ordnance Program Manager manages the inert certification and annual inventory of all inert ordnance, including classified.

    f.   (1) That NAVSCOLEOD ensure they retain their focus on all facets of the explosives safety program, including inert ordnance certification.

        (2) That NAVSCOLEOD, using Operational Risk Management principles, develop a Course of Action (COA) to complete a timely inventory and reconstruction/validation of existing certification of inert ordnance.  This COA should be forwarded to CENEODDIVE for review and approval.

    g.   That NETC and CENEODDIVE determine the level of involvement that is required in the Inert Ordnance Acquisition process.

FOR OFFICIAL USE ONLY

USN-017766

h.   That NAVSCOLEOD ensure all ordnance containers are inspected to verify they are empty.

i.   That NAVSCOLEOD update existing Standard Operating Procedures for Conducting Inert Ordnance Inspection, Certification, and Documentation to include a step-by-step process for receipt, inspection, certification and disposal of inert ordnance IAW current directives, and include checklists, internal controls and effective oversight.

j.   That NAVSCOLEOD conduct a risk assessment to determine the risk that additional missiles on board NAVSCOLEOD contain "classified" components.  Conduct disassembly/inspections of missiles based on associated risk(s).

k.   (1) That NAVSCOLEOD ensure requests for ordnance (including inert) from any organization or person are submitted to NETC (N414) via CENEODDOVE for review and approval.

(2) That NETC review NETCINST 8011.1B and determine if the requirement to have activities submit requests for ordnance (including inert) from any organization or person to NETC (N414) for review and approval warrants revision.

l.   That NAVSCOLEOD properly reduce its inventory of inert ordnance training aids that are no longer needed/used for training.

9.   General Comments. Request that NAVSCOLEOD respond to the enclosed recommendations within thirty days of receipt of this report.  If action on a recommendation is considered complete, a statement to that effect shall be included in your response. Continue submitting quarterly updates until NETC advises that all recommendations are closed.

A. E. JOHNSON

Copy to:
Center for Explosive Ordnance Disposal and Diving
Naval School Explosive Ordnance Disposal

FOR OFFICIAL USE ONLY

USN-017767