**From:** Snider, Al A CIV CEODD <robert.a.snider1@navy.mil>
**Sent:** Wednesday, September 22, 2021 3:11 PM
**To:** Rogers, Casey L LCDR USN NAVSCOLEOD EGLIN FL (USA) <casey.l.rogers@navy.mil>
**Cc:** Bubier, Keith R CIV USN NAVSCOLEOD EGLIN FL (USA) <keith.bubier@navy.mil>
**Subject:** FW: HCB

XO,

Below email trail defines NOSSA's position regarding medical support on ranges.

R/

Robert (Al) Snider
NAVSCOLEOD
Explosive Safety Officer
Cl: 843-729-6634
Wk: 850-883-1938
Robert.a.snider1@navy.mil

---

**From:** Snider, Al A CIV CEODD
**Sent:** Wednesday, September 22, 2021 3:06 PM
**To:** 'Huling, Douglas R CIV USN NAVORDSAFSECACT IH (USA)' <douglas.r.huling.civ@us.navy.mil>
**Subject:** RE: HCB

Mr. Huling,

I greatly appreciate your time and effort regarding this matter.
All appropriate changes to SOP and EAP will reflect NOSSA's position regarding Medical support

V/r

Robert (Al) Snider
NAVSCOLEOD
Explosive Safety Officer
Cl: 843-729-6634
Wk: 850-883-1938
Robert.a.snider1@navy.mil

---

**From:** Huling, Douglas R CIV USN NAVORDSAFSECACT IH (USA) <douglas.r.huling.civ@us.navy.mil>
**Sent:** Wednesday, September 22, 2021 2:54 PM
**To:** Snider, Al A CIV CEODD <robert.a.snider1@navy.mil>
**Cc:** Price, Michael K CIV USN NAVORDSAFSECACT IH (USA) <michael.k.price5.civ@us.navy.mil>
**Subject:** RE: HCB

Mr. Snider,

After further consultation with my supervisor and personnel at NOSSA Headquarters our position remains unchanged, the medic should have attended the HCB.

Our decision is based on the following;

NOSSAINST 8023.11D, paragraph 10.c

USN-017806

NOSSAINST 8023.11D, paragraph 10. c. (4) "First aid or other actions to be taken immediately should exposure to an unacceptable hazard or hazardous materials occur".
In order for the medic to provide the BLS they must first get to the area where the incident occurred. Hazards could exist that would necessitate an HCB.

Regardless of the Medic's stand by location he/she will have to receive the Hazard Control Brief prior to the event in order to render immediate aid.

V/R


Douglas R. Huling
NOSSA LANT
(757) 445-2451
DSN:  565-2451
e-Mail:  douglas.r.huling.civ@us.navy.mil

CONTROLLED UNCLASSIFIED INFORMATION (CUI) - PRIVACY SENSITIVE NOTICE:  Any misuse or unauthorized disclosure may result in both civil and criminal penalties.  This e-mail and any attachments may contain CUI, LES, personnel data, privileged material, or information covered by the Privacy Act of 1974.  Please ensure this information is protected from unauthorized access and/or disclosure.  If you are not the intended recipient nor an agent responsible for delivering it to the intended recipient, you are hereby notified you have received this e-mail in error, and any review, disclosure, distribution or copying of this e-mail and attachments is strictly
prohibited.  If you received this communication in error, please contact me immediately at the above telephone number or e-mail address and delete all copies of this message.


**From:** Snider, Al A CIV CEODD <robert.a.snider1@navy.mil>
**Sent:** Wednesday, September 22, 2021 8:32 AM
**To:** Huling, Douglas R CIV USN NAVORDSAFSECACT IH (USA) <douglas.r.huling.civ@us.navy.mil>
**Cc:** Price, Michael K CIV USN NAVORDSAFSECACT IH (USA) <michael.k.price5.civ@us.navy.mil>; Mitchell, Mark A CIV USN NAVORDSAFSECACT IH (USA) <mark.a.mitchell13.civ@us.navy.mil>; Moore, Danita E CIV USN NAVORDSAFSECACT IH (USA) <danita.e.moore.civ@us.navy.mil>
**Subject:** RE: HCB

Mr. Huling,

Thank you for the response…
I was aware of that statement in 10.c
We have already made the changes to our operations
However, I am still unclear as to what defines  "in the AE, MPPEH or MEC location" our medics are behind the OCB 4040' up range?

R/

Robert (Al) Snider
NAVSCOLEOD
Explosive Safety Officer
Cl: 843-729-6634
Wk: 850-883-1938
Robert.a.snider1@navy.mil

**From:** Huling, Douglas R CIV USN NAVORDSAFSECACT IH (USA) <douglas.r.huling.civ@us.navy.mil>
**Sent:** Wednesday, September 22, 2021 6:52 AM
**To:** Snider, Al A CIV CEODD <robert.a.snider1@navy.mil>
**Cc:** Price, Michael K CIV USN NAVORDSAFSECACT IH (USA) <michael.k.price5.civ@us.navy.mil>; Mitchell, Mark A CIV USN NAVORDSAFSECACT IH (USA) <mark.a.mitchell13.civ@us.navy.mil>; Moore, Danita E CIV USN NAVORDSAFSECACT IH (USA) <danita.e.moore.civ@us.navy.mil>
**Subject:** RE: HCB

Mr. Snider,

After a thorough review of current directives and publications it is NOSSA's opinion that the medic should have received the hazard control brief.

In accordance with NOSSAINST 8023.11D (29 Aug 2019), paragraph 10.c states, in part:

"A hazard control briefing will be prepared, taking into account the results of the hazard analysis and risk assessment. The hazard control briefing is considered a general hazardous briefing and will cover the hazards associated with hazards in the work space (e.g., emergency exits, emergency muster location, maximum personnel limits, hazard control area, and required personnel protective equipment).  The briefing will be given to all employees using the SOP prior to initial use, and to visitors, and other transients or observers in the AE, MPPEH or MEC location."

V/R

Douglas R. Huling
NOSSA LANT
(757) 445-2451
DSN:  565-2451
e-Mail:  douglas.r.huling.civ@us.navy.mil

CONTROLLED UNCLASSIFIED INFORMATION (CUI) - PRIVACY SENSITIVE NOTICE:  Any misuse or unauthorized disclosure may result in both civil and criminal penalties.  This e-mail and any attachments may contain CUI, LES, personnel data, privileged material, or information covered by the Privacy Act of 1974.  Please ensure this information is protected from unauthorized access and/or disclosure.  If you are not the intended recipient nor an agent responsible for delivering it to the intended recipient, you are hereby notified you have received this e-mail in error, and any review, disclosure, distribution or copying of this e-mail and attachments is strictly prohibited.  If you received this communication in error, please contact me immediately at the above telephone number or e-mail address and delete all copies of this message.

**From:** Snider, Al A CIV CEODD <robert.a.snider1@navy.mil>
**Sent:** Tuesday, September 21, 2021 4:22 PM
**To:** douglas.r.huling@navy.mil
**Subject:** HCB

Doug,

As per our phone con, we had an incident here involving a contractor medic who injured himself while picking up a UXO in the safe area on a known impact range. Our medics stage behind the OCB which is 900M up range of the AAE operating area. We do not view this as a training mishap, his actions were solely his own, not related to the training events and documented UXO training. Our medics do not attend the HCB or sign the workers statement  because they are not part of the AAE handling operation or staged in the AAE area. As per our EAP, they can't even respond to an incident until EOD clears the scene of hazards and escorts them down range.

R/

Robert (Al) Snider
NAVSCOLEOD
Explosive Safety Officer
Cl: 843-729-6634
Wk: 850-883-1938
Robert.a.snider1@navy.mil

USN-017809