

**DEPARTMENT OF THE NAVY**
NAVAL ORDNANCE SAFETY AND SECURITY ACTIVITY
FARRAGUT HALL
3817 STRAUSS AVENUE, SUITE 108
INDIAN HEAD, MD 20640-5151

```
                                        NOSSAINST 8023.11B
                                        Ser N52/356
                                        27 Apr 11
```

NOSSA INSTRUCTION 8023.11B

From:   Commanding Officer, Naval Ordnance Safety and Security Activity

Subj:   DON STANDARD OPERATING PROCEDURES DEVELOPMENT, IMPLEMENTATION, AND MAINTENANCE FOR AMMUNITION AND EXPLOSIVES

Ref:    (a) OPNAVINST 8020.14/Marine Corps Order P8020.11
        (b) NAVSEA OP 5 VOL 1
        (c) NOSSAINST 8020.15C
        (d) OPNAVINST 3500.39C/MCO 3500.27B
        (e) DDESB Technical Paper 18

Encl:   (1) Definitions of Basic Terms
        (2) Standard Operating Procedure Format and Content Requirements

1. Purpose. To provide Navy/Marine Corps the policy, responsibility, and procedure for developing, implementing, and maintaining Standard Operating Procedures (SOPs) for operations involving ammunition or explosives in accordance with references (a), (b), and (c).

2. Cancellation. NOSSAINST 8023.11A of 20 August 2004. This instruction has been revised substantially and should be reviewed in its entirety.

3. Background. Reference (b) requires that all Navy and Marine Corps activities have written procedures prior to starting any operations involving ammunition or explosives. This instruction provides a standard for writing SOPs. While SOPs are not intended as a substitute for other technical documentation, they encompass the pertinent information from the technical documentation and provide safety directions specific to the task and operations to be performed at a site.

4. Scope. The requirement for approved written procedures applies to Ammunition and Explosives (A&E) operations, as well

NTL - 002857

NOSSAINST 8023.11B

    a.  Provide the worker/operator with clear and concise step-by-step instructions for performing the process.

    b.  Do not include instructions for operations not relevant to the SOP.

    c.  The worker/operator must not be required to leave the work area to locate other references nor jump from section to section in the SOP to perform the process safely and correctly.

    d.  Use of technical manuals as part of the step-by-step procedures is encouraged.

    e.  Always use warnings, cautions, and notes at the first occurrence of critical steps.  The word "WARNING" shall be used in cases of potential personnel death or injury.  The word "CAUTION" shall be used in cases of potential equipment or facility damage.  The word "NOTE" shall be used in cases that affect product or process quality.

    f.  If applicable, include procedures for routine decontamination and restoration of equipment and facilities to a safe working condition should the process have been stopped due to an unacceptable hazard or other unforeseen event.

    g.  Include procedures for disposition and management of any scrap or wastes, including waste military munitions, which may be generated by the operation.

8.  <u>Hazard Analysis/Risk Assessment and Hazard Control Brief</u>.  This is the section containing the completed Hazard Analysis/Risk Assessment, where the basis of developing the SOP was utilized to clearly identify and minimize the existing and potential hazards of the operation to be performed.  The Hazard Control Brief is the result of the Hazard Analysis and Risk Assessment.  The Operational Risk Management (ORM) methodology and analysis must be made available on request and/or be incorporated into the SOP.  ==The Hazard Control Brief must be up to date and a permanent part of the SOP, and must include the hazard analysis results.==