







NTL - 003784





NTL - 003786



NTL - 003803



ADL - 003908