```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF FLORIDA
                   PENSACOLA DIVISION


   WAYNE FABOZZI and WENDY FABOZZI,    :
                                       :
                  Plaintiffs,          :
                                       :
               vs.                     :Civil Case No:
                                       :3:23-CV-10474-TKW-HTC
   UNITED STATES OF AMERICA,           :
                                       :
                  Defendant.           :
   _____

                   TRANSCRIPT OF PROCEEDINGS


        DEPOSITION OF:      CRIS BASILIO


        ON BEHALF OF:       Defendant


        DATE:               Thursday, April 11th, 2024


        TIME:               8:53 a.m. to 11:20 a.m.


        PLACE:              WorkSpace Suites
                            1992 Lewis Turner Boulevard
                            Fort Walton Beach, Florida 32547


        STENOGRAPHICALLY
        REPORTED BY:        KENNETH A. REGAN
                            Court Reporter
                            Notary Public
                            State of Florida at Large




   Job No. 353584
```

1   three 500-pound shots going off.  So -- and they're
2   built up from anything from land mines to Bangalore
3   torpedoes, you know, all -- all sorts of different, you
4   know, old munitions.
5           So when those shots go off, there's --
6   there's plenty of times that you are standing there in
7   front of the OCB, right in here, you know because all
8   the students are inside.  But there's a lot of times
9   the instructors and the -- Wayne and I would be
10  standing out here.  There would be some instructors
11  inside, but for the most part, the rest of the
12  instructors and Wayne and I would be standing here --
13      Q.   Mm-hmm.
14      A.   -- in front of the OCB.  And you would hear,
15  you know, frag coming all the way out down, you know,
16  landing over here, anywhere in the field.
17      **Q.   So, just for the record, you made a line**
18  **next to the OCB when you were talking.  And then when**
19  **you just said "over here", you drew a couple of X's**
20  **across the road.**
21      A.   Right.  Yeah, yeah.
22      **Q.   Okay.  Did Mr. Fabozzi ever leave the**
23  **ambulance and walk about when you were working with**
24  **him?**
25      A.   Yes, sir.

1       Q.   How often would he do that?

2       A.   Most every day.

3       Q.   Did you -- were you able to observe where he

4  went?

5       A.   You know, if he was walking in front of the

6  ambulance, you know, just walking down the road a

7  little ways and walk back, you know, then I could see

8  where he's going.  You know, if he walked back this

9  way, I, you know, would sometimes see in the mirror or

10  whatever.  But if he walked over into the field this

11  way or over into the field this way --

12      Q.   When you said "this way", sort of the

13  opposite direction of where the ambulance is facing?

14      A.   Yes, sir.

15      Q.   Okay.  So let's go to the -- well, let me

16  ask you.

17           Did you ever talk to him about him going off

18  in those directions off the hardball?

19      A.   No, not -- I mean, it's like, you know --

20  you know, hindsight being what it is, you know.

21      Q.   Well, yeah.  So you kind of indicated

22  before, I think was your testimony, that y'all were

23  told to stay put, for lack of a --

24      A.   Right.

25      Q.   -- simple term?

Page 30

1        MR. JACOB: Object to form.
2   BY MR. GROGAN:
3        Q. When -- when you are out there, and if you
4   observe someone that you are working with doing
5   something they are not supposed to be, did you ever
6   have an occasion to talk to him about that?
7        A. I mean, there were occasions, I mean, I
8   should have said something to him, but, you know. I
9   mean, you know, we kind of -- I guess we had kind of
10  discussed it because that's how I found out that, you
11  know, he's like, you know, he's familiar with these
12  ranges and everything and --
13       Q. Well, did you -- that's -- I was going to
14  ask, do you have any idea why he would do that, given
15  the instructions that y'all received?
16           MR. JACOB: Objection to form.
17  BY MR. GROGAN:
18       Q. Go ahead, sir.
19           MR. JACOB: You can go ahead and you can
20       answer.
21           THE WITNESS: You know, he would collect
22       frag and stuff like that to, you know, make
23       plaques for people that were PCSing, permanent
24       change of station. In other words, they got
25       orders to another base or something like that,

```
 1             or retiring.  And they would, you know, they
 2             would make going-away plaques and stuff like
 3             that or retirement plaques out of them.
 4                     You know, he would clean them up, you know,
 5             get them nice and clean, and bolt them to either
 6             like the top, you know, of a -- like a land mine
 7             box or something like that, or, you know,
 8             different things, and --
 9   BY MR. GROGAN:
10        Q.   And I should have mentioned before,
11   Mr. Basilio, if at any time you need to take a break,
12   we are happy to take a break for you.
13        A.   Okay.
14        Q.   Just let me know.
15        A.   Yeah.  And, you know, sometimes he would,
16   you know, just find small pieces.  And like if it was
17   from, you know, a bomb, and you could see still part of
18   the band on it, that was, you know -- you know, just a
19   nice-looking piece of frag, you know, that was
20   something that they would really like to use.
21                     You know, I -- I really can't describe what
22   a nice-looking piece of frag is, but, you know.
23        Q.   Did you ever see him bring to you, apart
24   from the day in question here, did you ever see him
25   bring anything into the ambulance or -- or pick up
```

Cris Basilio
April 11, 2024

Page 53

1  trying to set the object down, setting the object down,
2  and then next thing you know, there's an explosion.
3           I get splattered with blood, you know.  My
4  ears are ringing.  I'm a little disoriented.  But I
5  remember asking Wayne what happened, and he's like, I
6  just blew my hands off, you know.
7       Q.   Can I ask, sir, when Mr. Fabozzi came over
8  and stood next to you, did he say anything to you?
9       A.   He said that the instructor that he had
10 spoken with didn't know what it was either.
11      Q.   Did you -- do you remember anything
12 specifically how he said it or did he say anything else
13 or how did that kind of come up in the conversation?
14           MR. JACOB:  Object to the form.
15 BY MR. GROGAN:
16      Q.   Or interaction?
17      A.   I -- I don't know.  I -- I -- I don't really
18 recollect.
19      Q.   Okay.  Do you know how long he might have
20 been standing next to you before the explosion?
21      A.   Maybe -- maybe just a couple minutes, I
22 think.
23      Q.   Do you remember seeing him holding the
24 object?
25      A.   I -- I truly don't remember.  I -- I know he

Page 68

1  Mr. Grogan, you said you were dazed and you had a
2  ringing in your ears.  Did you suffer a concussion or a
3  blast traumatic injury as a result of the explosion?
4       A.   No.
5       Q.   Okay.  Let's move on from -- from there.
6       A.   I need a break.
7       Q.   Okay.  Let's take a break.
8            (Whereupon, the proceedings went off the
9            record at 10:44 a.m. through 10:47 a.m.)
10 BY MR. JACOB:
11      Q.   Mr. Basilio, have you ever heard the term or
12 phrase safe area or safe zone while you were working at
13 the Naval school?
14      A.   I have.
15      Q.   And who did you hear that term or phrase
16 from?
17      A.   It's all part of our training so, you know,
18 that's what we get when -- when you -- when you -- when
19 you are in processing, you know, you -- you go to --
20 you -- you go through different areas in process.
21           So when you are in -- safety, you get a
22 briefing, which is, you know, UXO is part of -- UXO
23 briefing is part of that, you know, areas where, you
24 know, the safe areas, that's all part of the briefing
25 and everything.

Cris Basilio
April 11, 2024

Page 69

 1                So, you know, that's, you know, that's part
 2   of the briefing.  When you in process, you know, when
 3   you -- when you go through the different, you know,
 4   work at the different divisions, you know, as a medic
 5   out there, you are briefed on where the safe areas are.
 6                So if you are working IEDs, if you are
 7   working biochem, you know.  You know, no matter where
 8   you are working, even if you are working out C-87,
 9   which is one of the outer ranges where advanced IEDs
10   are, that's, you know, you are told where the safe
11   areas are, you know.  So --
12        **Q.   And when you say you were told, or you**
13   **receive training about the safe areas, is that training**
14   **and information you received from the Navy?**
15        A.   Whoever is the OIC in charge.  It's not
16   necessarily the Navy because even though it's a Naval
17   school, you have Army, Air Force, Marines, you have FBI
18   go through there, but the instructors are all either,
19   you know, maybe Army, Air Force and Marines.
20                So whoever is, you know, in charge out
21   there, or whoever the range safety officer is, you
22   know, they will -- they are the ones that will advise
23   you of what the safe areas are.  So it's not
24   necessarily Navy.  It could be any of the branches of
25   service.

Page 70

 1      Q.   Okay.  But someone working for the
 2   government?
 3      A.   Correct.
 4      Q.   Was that -- the term safe area or safe zone,
 5   were those terms used by the Navy instructors that you
 6   worked with on -- on the ranges?
 7      A.   It's -- it's more or less used by everyone.
 8   I mean, so --
 9      Q.   And -- and in relation to where you were
10   stationed on September 10th, 2021, can you identify for
11   us where the safe area was?
12      A.   The safe area is considered where the OCB is
13   at.
14      Q.   And I'm going to hand you back Exhibit 2.
15   Are you able to identify on Exhibit 2 where the safe areas
16   are?
17      A.   Yeah.  Where we are -- where the OCB is at
18   and where we are positioned is considered a safe area.
19      Q.   Okay.  And when you say it's considered, it
20   -- it's someone from the government is telling you
21   that's the safe area?
22      A.   Correct.
23      Q.   Okay.  I want to show you -- and I believe
24   this is marked as Exhibit 5.  Do you have Exhibit 5 in
25   front of you?

Cris Basilio
April 11, 2024

Page 74

1  because I'm not going to wait too long for him to get
2  back to where he needs to be.  I mean --
3         Q.   Was that your expectation of Mr. Fabozzi?
4         A.   That is my expectation of anybody, you know.
5  Be it someone who has been doing the job, you know, six
6  months, someone who's been a first responder for his
7  whole life, you know.  They know the importance of
8  responding somewhere, you know.
9              So, if you are stupid enough to wander off
10 and not be able to do your job, then, you know, I'm not
11 going to wait for you.  He's going to have to run his
12 ass all the way down there a mile down the road.
13        Q.   Are you aware of whether Mr. Fabozzi had
14 been disciplined in any way previously for -- for
15 taking these walks?
16        A.   If he had been, I wouldn't have known.
17        Q.   Are you aware if Mr. Fabozzi had been
18 disciplined by the United States in any way for taking
19 these walks?
20        A.   To the best of my knowledge, I have no idea.
21 I couldn't say.
22        Q.   And you, personally, I assume, but you
23 correct me if I'm wrong, you, personally, did not
24 discipline him or tell someone to discipline him for
25 taking these walks?

1    A.   No, I didn't.
2    Q.   Okay.  So I want to talk to you about the
3    next sort of few lines where -- do you see lines 8
4    through about 12 on there?
5    A.   Okay.
6    Q.   And you're asked, what happened when Wayne
7    returned to the ambulance; is that correct?
8    A.   Yes.
9    Q.   And you say that he had two objects, right,
10   you discussed that with Mr. Grogan?
11   A.   Correct.
12   Q.   One is a small frag piece.  Do you see that?
13   A.   Yes.
14   Q.   And you say about three inches long by
15   two-and-a-half inches wide?
16   A.   That says half-inch.
17   Q.   Half-inch wide.  I apologize.  So are you
18   saying here that the frag piece is about three inches
19   long by two-and-a-half inches wide?
20   A.   That says three inches long by a half-inch
21   wide.
22   Q.   I apologize.  I clearly cannot read here.
23   So are you saying that the frag piece is three inches
24   long by a half-inch wide?
25   A.   Correct.

Page 76

1    Q.   Okay.  And then the second item that he had
2    looked like the weight at the end of a plumb line; is
3    that correct?
4    A.   Correct.
5    Q.   And then in parentheses, it says, he didn't
6    know what it was.  Do you see that?
7    A.   Yes.
8    Q.   And you are saying here Mr. Fabozzi didn't
9    know what the second object was?
10   A.   Correct.
11   Q.   Did you know what -- what that object --
12   A.   I had no idea what it was.
13   Q.   Okay.  Did you know it was a UXO at the
14   time?
15   A.   I -- you know, my assumption was that it was
16   something that we should not have had.  I say we
17   because as soon as he brought it in to the freaking
18   ambulance, it became a we and no longer him.  And I
19   freaking should have done something right then and
20   there.
21            And my own stupidity kept me from doing what
22   I should have done.  Hold on.  Kept me from doing what
23   I should have done.  Hold on.  I did not know what it
24   was.
25   Q.   And you talked to Mr. Grogan about this a

Cris Basilio
April 11, 2024

Page 77

1  little bit, so I don't want to dwell on it too long,
2  but when you say, you know, you should have done
3  something or you should have known what it was, is it
4  fair to say you are -- you are saying that with the
5  benefit of hindsight knowing everything that happened?
6       A.   Right.  You know, given my background, with
7  every ounce of training that I have had throughout my
8  whole freaking career and everything, you know, I
9  should not have let that slide.
10      Q.   You see the next part of this sentence -- or
11  the next part of this page that says note, on line 13?
12      A.   Yes.
13      Q.   All right.  You said that Wayne would
14  normally come back with a frag from these walks.
15  That's the, I assume, the OSHA investigator saying that
16  to you?
17      A.   Right.
18      Q.   And then your response is, yes, a piece of
19  metal that looked as if it could be an outer casing.
20  It was normal for him to collect these, show them to
21  the instructors.  And he would also receive pieces of
22  larger frag from the instructors.  Is that your
23  statement to the OSHA investigator?
24      A.   Yes.
25      Q.   And true as you sit here, to the best of

Page 78

1  your recollection?
2      A.  What's that?
3      Q.  Is that statement true as you sit here, to
4  the best of your recollection?
5      A.  Yes.
6      Q.  Do you know how often Mr. Fabozzi would show
7  frag or pieces of items he found on the range to the
8  instructors?
9      A.  It's not something that happened every day.
10 I mean, it was on occasion.  I'm not going to say it
11 was like every day, once a week, you know.  It was on
12 occasion.
13     Q.  So -- I apologize.  Are you saying it was
14 once a week or --
15     A.  No.
16     Q.  -- it was on every --
17     A.  I said it wasn't once a week or, you know --
18 you know, or -- I said it wasn't every day, once a week
19 or, you know, it was on occasion.
20     Q.  Do --
21     A.  And a lot of times, if, you know, they knew
22 someone was retiring or PCSing or something like that,
23 you know, then he'd kind of be on the lookout for
24 something.
25     Q.  Do you know how often instructors would give

Page 79

1  frag or objects that they found on the range to Wayne?
2       A.   Same thing, on occasion, if someone, you
3  know, was leaving or whatever.  So --
4       Q.   And this was all for the purpose of making
5  artwork or plaques --
6       A.   Right.
7       Q.   -- out of them?
8       A.   Yes.
9       Q.   Was that activity normal among the
10 instructors and Mr. Fabozzi?
11      A.   Yes.
12      Q.   I'll represent to you in this case, we took
13 the deposition of a Mr. Mattes.  Do you know
14 Mr. Mattes?
15      A.   No, not off the top of my head.
16      Q.   It's okay.  Mr. -- I'll -- I'll also
17 represent to you Mr. Mattes was the instructor that
18 Wayne showed the object to on -- he handed the object
19 to Mr. Mattes on October -- sorry, on September 10,
20 2021.
21           Mr. Mattes testified in the not more than a
22 few months that he was working there before the
23 explosion, he had observed about 15 times this type of
24 artwork being created.  Does that sound about the
25 frequency at which you saw this happen?

Page 80

1      A.   It may be possible.  I don't really
2   recollect.  I mean, you know, I mean, I -- I was there
3   a while.  And, you know, there were a lot of different
4   plaques made, so, you know, I don't know what Wayne had
5   made or -- so, or that somebody else had made.
6           I know Wayne had made, you know, quite a
7   few, but I can't say he made 15, you know.  I know he
8   made quite a few, though, you know.
9      Q.   And then you describe the general process of
10  what would happen.  You say here that Wayne would clean
11  them up and use them to make plaques, gifts for staff
12  members when they retire or get assignments?
13     A.   Right.
14     Q.   So that it seems like what you are saying
15  that's sort of a regular practice that occurred before
16  the explosion.  It was a regular practice that occurred
17  before the explosion on September 10th, 2021?
18     A.   As far as --
19     Q.   As far as --
20     A.   -- him walking around?
21     Q.   Well, I'm talking about -- let me rephrase
22  my question.
23           Here we are discussing Wayne picking up
24  frag, showing it to the instructors, and then he would
25  receive frag from the instructors for the purpose of

Page 81

1  cleaning them up to use to make gifts and plaques for
2  staff members when they retire or get assignments.
3           Was that a regular practice between Wayne
4  and the instructors before September 10th, 2021?
5      A.   Yes.
6      Q.   Let me -- okay.  We can -- we can set that
7  aside for the time being.
8           You talked with Mr. Grogan about a UXO
9  briefing you get for a permit for hunting or fishing on
10 the range.  Do you remember that conversation?
11     A.   Correct.
12     Q.   Do you have a permit for hunting and fishing
13 on the range?
14     A.   Mine has expired.
15     Q.   And -- and would you mind just walking me
16 through exactly how that happens?  You get a permit,
17 and then you have to take a briefing?
18     A.   Right.  Well, now it's all online.  So you
19 have to go online to iSportsman, and you watch a video.
20 And at the end of the video, you have questions you
21 have to answer.  And once you -- once you pass the test
22 at the end, you know, you submit the fee, and you can
23 receive your license.
24           Prior to that, you used to have to go to the
25 Jackson Guard office down in Niceville to receive a

Page 94

```
 1                   CERTIFICATE OF OATH

 2

 3   THE STATE OF FLORIDA )

 4   COUNTY OF OKALOOSA )

 5

 6

 7

 8

 9   I, the undersigned authority, certify that CRIS BASILIO

10   personally appeared before me and was duly sworn on the 11th

11   day of April, 2024.

12

13

14   Signed this 18th day of April, 2024.

15

16

17                         _____
                           KENNETH A. REGAN, CCR
18                         Notary Public - State of Florida
                           My Commission No. HH 319250
19                         My Commission Expires: 11/13/26

20

21

22

23

24

25
```