```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE NORTHERN DISTRICT OF FLORIDA

 3                         PENSACOLA DIVISION

 4   _____

 5   WAYNE FABOZZI and

 6   WENDY FABOZZI,

 7           Plaintiffs,

 8       v.                                 Case No.:

 9   UNITED STATES OF AMERICA           3:23-CV-10474-TKW-HTC

10           Defendant.

11   _____

12                      VIDEOTAPED DEPOSITION

13   _____

14

15   WITNESS:             ZACHERY LENOIR

16   DATE:                Thursday, January 18, 2024

17   START TIME:          3:53 p.m. ET

18   END TIME:            4:32 p.m. ET

19   REMOTE LOCATION:     Remote Legal platform

20   REPORTER:            Skyler Daniels, CER-1973

21   JOB NO.:             22170

22

23

24

25
```

19

```
 1   before.  You know, I've heard other -- maybe it's just
 2   some people talk about it as the pit and others don't.
 3   You know, so I want to make sure we're all talking the
 4   same language.
 5            So when you're out at the pit, where is a
 6   medic like Mr. Fabozzi stationed?
 7       A    He is at the bunker, or a medic would be at
 8   the bunker.
 9       Q    Okay.  And, you know, you said that you have,
10   I guess, previously worked with Mr. Fabozzi in this type
11   of operation where he was a medic; is that correct?
12       A    Yes.
13       Q    Are you aware of any problems or complaints
14   about Mr. Fabozzi's work conduct prior to September 10,
15   2021?
16       A    I'm not aware of any.
17       Q    Are you aware of any complaints about Mr.
18   Fabozzi's honesty or dishonesty prior to September 10,
19   2021?
20       A    I'm not aware of any.
21       Q    And to the same question, do you have personal
22   knowledge, or do you have information concerning his
23   work conduct or his honesty or dishonesty?
24       A    No.
25       Q    Okay.  Are you familiar with individuals
```

**646.461.3400   info@remotelegal.com**

```
 1   creating art out of things found on the range or
 2   explosive material left on the range?
 3       A    I've heard of such a thing happening in
 4   passing, but I don't know -- I don't have any first-hand
 5   knowledge of that happening.
 6       Q    Okay.  And who did you hear about those things
 7   happening from?
 8       A    I wouldn't know.  I don't recall.
 9       Q    I'm talking, is it, you know, other
10   individuals that work for the Army, Navy, Air Force?  Is
11   it people on the street?  You know, do you know what I
12   mean?
13       A    Yeah, I wouldn't know.  I tend not to pay too
14   much attention when it comes to things like that.
15       Q    So it's just kind of general knowledge that
16   people know, but you can't pinpoint a specific person or
17   persons that told you about it; is that what you're
18   saying?
19       A    I -- I don't know any specific person, no.
20       Q    Okay.  Have you yourself received any frag or
21   fragments of explosive material or art such as this?
22       A    No.
23       Q    Okay.  Do you know anyone who has received
24   such work?
25       A    Not that I'm aware of.
```

1    Q    Okay.  Prior to September 10, 2021, are you
2    aware of any discipline, reprimand, or corrective action
3    for individuals taking, you know, pieces of material
4    found on the range and creating artwork out of it?
5    A    Not any specifics, no.
6    Q    Okay.  Are you aware of any general reprimands
7    prior to September 10, 2021?
8    A    Not that I'm aware of, no.
9    Q    Okay.  And prior to September 10, 2021, were
10   you aware of any discipline or reprimand or any sort of
11   corrective action for instructors giving fragments to an
12   individual like Mr. Fabozzi to create artwork?
13   A    I'm not aware of it.  As I said, I'm not aware
14   of anyone doing the artwork, so I haven't heard
15   anything.
16   Q    Okay.  And are you aware of this practice as
17   it exists today?
18   A    No.
19   Q    Okay.  And when you say no, are you saying
20   that it does not -- you're not aware of anyone doing it
21   today?
22   A    I'm not aware of anyone doing it.
23   Q    Okay.  Prior to September of 2021, had any
24   government employee, Navy, Air Force, Army, trained or
25   instructed you or anyone else that you're aware of that

```
 1   this was a practice that should not be done?
 2        A    Not without knowledge of exactly what you're
 3   doing, as far as what you're taking from the range.
 4        Q    And what do you mean by that?
 5        A    There are some fragments that would be clearly
 6   a piece of metal and then some that are clearly not.
 7   And as EOD techs, we can differentiate between the two.
 8        Q    Okay.  Did anyone instruct you as to whether
 9   there were any procedures that you must follow with
10   those types of fragments?
11        A    No.
12        Q    Okay.  Are you familiar with the term hazard
13   control brief?
14        A    Yes.
15        Q    Could you briefly describe what that is?
16        A    It's the brief we give before -- well,
17   currently, before the range.  I'm not sure how often we
18   gave it previously.  Pretty sure we did still give it
19   every day, even before the incident.  But now we give it
20   every day for sure, I can think.  It's a safety brief
21   that just points out the different hazards that are on
22   the range, not to touch things, and just a daily safety
23   brief.
24        Q    Okay.  And prior to September 2021, you said
25   that you're not sure how often that was given, whether
```

```
 1   it was a daily basis or not?
 2        A    I don't remember for sure.
 3        Q    Okay.  But now you're sure that it is given on
 4   a daily basis?
 5        A    Yes because I give it during -- during the
 6   iterations.
 7        Q    So are you now the range safety officer?
 8        A    I am a certified range safety officer.
 9        Q    A, okay.  Okay.  Prior to September 10, 2021,
10   have you ever observed a hazard brief or other similar
11   safety brief given to the medics, including Mr. Fabozzi?
12        A    I don't recall if they were there or not.
13        Q    Okay.  And, you know, prior to September 10,
14   2021 -- remember going back to our earlier discussion,
15   you said that they -- that while you were at the range,
16   the medics would be near the operational control bunker;
17   is that correct?
18        A    Yes.
19        Q    So prior to September 10, 2021, are you aware
20   of anyone telling the medics that they were not allowed
21   to leave their ambulance?
22        A    I am not aware of their policies prior to
23   that.
24        Q    Okay.  Are you aware of anyone disciplining or
25   correcting the medics for taking a walk to stretch their
```

```
 1   legs, for example, prior to September 10, 2021?
 2       A    I -- I don't have any knowledge of that.
 3       Q    Okay.  Let me mark -- I'm going to mark a
 4   couple of exhibits, and I want to talk to you about
 5   those.  The first I'll mark is Exhibit 2, and I'm going
 6   to share it with you first.
 7            (Exhibit 2 marked for identification.)
 8   BY MR. JACOB:
 9       Q    Do you see on your screen -- Exhibit 2 should
10   be a two-page document, and I'm going to show you the
11   first page first.  It's a document -- Exhibit 2 says
12   "VOLUNTARY STATEMENT" and it has your full name; is that
13   correct?
14       A    That's correct.
15       Q    And then I'll go to the next page.  Do you see
16            on your screen page two of Exhibit 2, which has a
17            typewritten statement with your name on it as well?
18       A    I do.
19       Q    Okay.  And can you tell me what Exhibit 2 is?
20       A    It's this one statement I wrote out the day of
21   the incident.  It was shortly thereafter.
22       Q    Okay.  And when did you type up the statement?
23       A    I don't remember when I typed it.  If it was
24   the -- the same time -- it should have been at the same
25   time.
```

```
 1                CERTIFICATE OF REPORTER

 2

 3          I, Skyler Daniels, hereby certify:

 4          That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6          That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9          I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13          DATED, this 30th day of January 2024.

14

15

16          _____

17                Skyler Daniels, CER-1973

18                Certified Electronic Reporter

19

20

21

22

23

24

25
```