```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                  THE NORTHERN DISTRICT OF FLORIDA

 3                           PENSACOLA DIVISION

 4      _____

 5      WAYNE FABOZZI and

 6      WENDY FABOZZI,

 7             Plaintiffs,

 8         v.                              Case No.:

 9      UNITED STATES OF AMERICA,          3:23-CV-10474-TKW-HTC

10             Defendant.

11      _____

12                         VIDEOTAPED DEPOSITION

13      _____

14

15      WITNESS:              SEAN MATTES

16      DATE:                 Thursday, January 18, 2024

17      START TIME:           10:03 a.m., ET

18      END TIME:             12:05 p.m., ET

19      REMOTE LOCATION:      Remote Legal platform

20      REPORTER:             Skyler Daniels, CER-1973

21      JOB NO.:              22170

22

23

24

25
```

```
 1   pieces being used in -- for -- to create art pieces or
 2   awards for various military personnel that served at the
 3   Navy school.  Are you familiar with that?  Does that
 4   ring a bell at all?
 5        A    Yes.
 6        Q    Okay.  And can you tell me just a little bit
 7   about what you know regarding fragment pieces that were
 8   being used and made into art for various military
 9   personnel at the Navy school there at Eglin?
10        A    For PCS gifts, permanent change of station, we
11   would -- after the thousand-pound day explosion, you'd
12   have very large fragmentation pieces from the bombs, and
13   we would verify there's no explosive residue on them or
14   literal explosives on there and make sure they're safe,
15   and then use them to make going away gifts.
16        Q    Okay.  Was this something -- was this a common
17   occurrence on the base?
18        A    No, it was the EOD tech would do it for EOD
19   techs.
20        Q    Okay.  And just so we understand the acronyms
21   again, you said EOD techs would do it for EOD techs, who
22   are EOD techs?
23        A    The instructors.
24        Q    Okay.  Instructors like you?  You're an
25   instructor, correct?
```

```
 1     A    Yes.
 2     Q    Okay.  And so sometimes when instructors would
 3  get a change of station order, meaning they'd be ordered
 4  to leave the naval school at Eglin, they would also be
 5  -- somebody would make them gifts out of these bomb
 6  fragments when they were also being transferred away
 7  from the station.  Is that fair to say?
 8     A    Yes.
 9     Q    Okay. And prior to the explosion on 9/10/21,
10  what -- just ballpark for me, about, you know, how often
11  were these -- or how many of these gifts were being made
12  from bomb fragments that you're aware of?
13     A    In the time that I was there up to the
14  explosion --
15     Q    Yeah.
16     A    -- 15.
17     Q    Okay.  And I don't think I asked you this, and
18  I should have, but how long had you been on the -- at
19  the Navy school or on that range at Eglin Air Force Base
20  by the time the explosion happened in September of 2021?
21  How many years?
22     A    Two months.
23     Q    Oh, I'm sorry.  How many?
24     A    Two months.
25     Q    Oh, okay.  I'm sorry this happened so early in
```

1  form of the question.

2          Go ahead.  You can answer.

3          THE WITNESS:  Can you --

4          MR. ALSAFFAR:  Do you --

5          THE WITNESS:  -- repeat that?

6          MR. ALSAFFAR:  -- understand the

7  question?  No, no, absolutely.  Anytime you need.

8  BY MR. ALSAFFAR:

9      Q   Prior to the explosion on September 10, 2021,

10  had any one of your supervisors, commanders, or any

11  other instructors trained you in any form to not and

12  ensure that art pieces, trophies, et cetera, were not

13  made from any bomb fragments taken from the range on --

14  ranges on Eglin Air Force Base?

15      A   No.

16      Q   Okay.  Are -- when you -- I know you only --

17  said you were only on the ranges -- the Eglin Air Force

18  Base ranges in question for about two months prior to

19  this explosion, but were you aware -- we're still

20  talking about the art pieces from -- made from these

21  fragments.  Prior to the explosion, in those two months

22  that you were on the range, were you aware of any other

23  -- of any medics or -- including Mr. Fabozzi, but any

24  medics who were using -- you know, trying to find

25  fragments to make into art pieces for various soldiers

```
 1   know of any other instructors, EOD techs, or anybody
 2   else in the military on -- at Eglin Air Force Base who
 3   had any trophies or had any artwork made from fragments
 4   that were made by Mr. Fabozzi?
 5        A    I do not.
 6        Q    Okay.
 7        A    Prior to that date, I did not know that Mr.
 8   Fabozzi made artwork out of fragments.
 9        Q    Okay.  My -- and I know you know now that that
10   was the case, that he was making artwork out of
11   fragments --
12             MR. FISHER:  Object to form.
13             MR. ALSAFFAR:  -- (indiscernible -
14   simultaneous speech), right?
15   BY MR. ALSAFFAR:
16        Q    You can go ahead, you can answer.
17        A    I do know now, yes.
18        Q    Okay.  And can you tell me, Mr. Mattes, how
19   you came about that knowledge?
20        A    Gossip.
21        Q    Okay.  All right.  Could you explain --
22   expound on that a little more, like who was talking
23   about it to you, et cetera?
24        A    Previous EOD techs that had worked out at the
25   range and by previous, anybody that had worked with him
```

```
 1   knew that he went to the ranges and collected frag and
 2   made it into gifts.
 3        Q    Okay.  So other EOD techs that had worked with
 4   Mr. Fabozzi prior to 9/10/21 had expressed to you that
 5   it was well known that he would make art pieces for
 6   military folks out of these fragments from the range; is
 7   that correct?
 8        A    Correct.
 9             MR. FISHER:  Object to form.
10             Go ahead.
11             MR. ALSAFFAR:  Okay.
12             THE WITNESS:  Correct.
13   BY MR. ALSAFFAR:
14        Q    And this is -- this is based on conversations
15   you directly had from EOD techs who work for the
16   military on the range and were working there prior to
17   the explosion in question, is that correct?
18        A    Correct.
19        Q    Okay.  Okay.  I'm going to ask you, just
20   because I've been -- we've been going for almost an
21   hour.  We're not going to be too -- I don't think we'll
22   be more than 30 more minutes I think we're going to be
23   done, but do you want a quick break, a water, or
24   anything like that?
25        A    Drive on.
```

```
 1      Q    Good?
 2                MR. ALSAFFAR:  Okay.  Peter, are you
 3   okay?
 4                MR. FISHER:  Yeah, I'm good.  Thank you.
 5                MR. ALSAFFAR:  Okay.  All right.  We'll
 6   keep moving through this then.
 7   BY MR. ALSAFFAR:
 8      Q    And just to close out, seems like we've been
 9   talking about this for a long time, but I'm not sure if
10   I asked you this.  But just to be sure, are you aware of
11   any discipline, reprimands, or any kind of negative
12   disciplinary action that was taken against anybody at
13   Eglin Air Force Base, the Navy school, or any of the
14   ranges, people who worked on the ranges, any
15   disciplinary action that was given for taking bomb
16   fragments and making them into art pieces and are you
17   aware of any of that?
18      A    I'm not aware of any disciplinary action for
19   taking bomb fragments and making art pieces.
20      Q    Okay.  And does that include -- are you --
21   you're unaware of any disciplinary action taken against
22   anybody in the military at Eglin Air Force Base for
23   accepting fragments for -- I'm sorry, giving fragments
24   from bomb pieces to Mr. Fabozzi to make into artwork?
25   Any -- unaware of any disciplinary action for that?
```

```
 1                    MR. FISHER:  Object to form.
 2                    THE WITNESS:  I am not aware of any
 3    disciplinary action for EOD techs taking bomb fragments,
 4    making art pieces, or using them for gifts or giving
 5    them as gifts.
 6                    MR. ALSAFFAR:  Understood.  Thank you.
 7    BY MR. ALSAFFAR:
 8         Q    Are you -- let's transition a little bit to
 9    the range itself.  You're familiar with the term
10    operational control bunker; is that correct?
11         A    Yes.
12         Q    Okay.  What does that -- what does that mean
13    to you?
14         A    That is the -- the bunker in our safe area
15    where we house the students.  And that's what we use as
16    our protection from fragmentation and blast.
17         Q    Okay.  Is that a -- is that known as a safe
18    area?
19         A    Yes.
20         Q    Okay.  And is that a term you've used before
21    in just working on the range?
22         A    Yes.
23         Q    Okay.  What -- can you define for me the term
24    "pit", what that means to you?  Does that sound
25    familiar?
```

 1      A    Correct.
 2      Q    Okay.  So just so I understand, are there any
 3 other safety briefings given to students, instructors on
 4 the range on the day in question?
 5      A    No.
 6      Q    And how long is the hazard control brief?
 7 Would it -- how long does it last?  Thirty minutes?
 8 Fifteen minutes?  One minute?  I mean, how long does it
 9 last usually?
10      A    Five to 10 minutes.
11      Q    Okay.  Is it given in a classroom setting with
12 paperwork, or is it outside standing, talking?  How's it
13 given?
14      A    We give them the -- the hazard control brief
15 in the classroom, and then they receive it on -- every
16 -- every day they're on the range, they receive it every
17 morning.  So five -- so it was -- it's non-electric frag
18 day, electric frag day, 100 pound day, set day, 500
19 pound day.  So the four days prior to that, they're on
20 ranges and receive the HCB, and then they receive it a
21 fifth time on that range, making it a total of six times
22 from the first time in the classroom.
23      Q    Okay.  And on the day of the incident in
24 question, my understanding, and correct me if I'm wrong,
25 is that Mr. Fabozzi and the medics would not have

```
 1   received the HCB, the hazard control briefing, on the
 2   day of the incident, correct?
 3       A    Correct.
 4       Q    And is it your understanding that they would
 5   never have received the HCB from anyone in the military
 6   prior to coming on the base?  Or -- so let me rephrase
 7   that because that was actually contradictory.
 8            Is it your understanding that any medics,
 9   including Mr. Fabozzi, prior to the incident on
10   September 10, 2021, none of those medics would have
11   received the HCB from any military instructor or any
12   other range safety officer or anyone within the
13   military?
14       A    I --
15            MR. FISHER:  Object to form.
16            Go ahead.
17            THE WITNESS:  I do not know.
18   BY MR. ALSAFFAR:
19       Q    Okay.  So just based on your two months that
20   you were there prior to September 10, 2021, did any non-
21   military personnel receive the hazard control briefing
22   that you're aware of?
23       A    Not that I'm aware of.
24       Q    Okay.  And did -- and that would include
25   medics.  So in the time that you were on -- working at
```

1    Q    Okay.  Let me ask you a little bit about it
2    just so that I can understand, just like what we did
3    earlier.  First you said on the way to the bunker, Wayne
4    approached you with something in his hand.  Can you
5    explain to me -- just sort of explain -- take me through
6    that -- those moments.  Explain to me where you were,
7    what it looked like as if I'm standing in your boots and
8    Wayne is approaching you.
9    A    Okay.  So get out of the front passenger side
10   of the truck, and the students are in the back of the
11   truck.  We get out.  Students go around me.  ==Mr. Fabozzi==
12   ==comes walking up to me, hands me a metal object.  It --==
13   ==he puts in my hands, and I said, "Oh, shit, that's a==
14   ==fuse."==  I looked for nomenclature, saw nomenclature,
15   didn't recognize it, gave it back to him and said, "Go
16   put this down."  And then I continued to escort the
17   students into the bunker.
18   Q    I think the next -- the next paragraph, you
19   say, "After getting the students into the bunker, I was
20   standing in the door when I heard a small explosion."
21   That would be the explosion that -- of the device that
22   Mr. Fabozzi came up to you with, correct?
23   A    I -- yes.
24   Q    Okay.  Let me just break that down just a
25   little.  After -- so Mister -- he's walking towards you.

```
 1   like, "All right.  We need to get in the bunker."  So
 2   handed it back to him, said, "Go put it down," and then
 3   turn around and escorted the students into the bunker.
 4            And he turned and walked away.  My assumption
 5   was that he went to put it down because a master badge
 6   EOD tech told him to go put it down.
 7       Q    Okay.  Did you -- did you tell him
 8   specifically -- actually, let me break that down.  So
 9   when he -- when he gave it to you -- so Mr. Fabozzi gave
10   you the fuse, put it in your hands?
11       A    Correct.
12       Q    And I think -- I think you said -- you
13   immediately said, "Oh, this is a" -- "this is a fuse."
14   And then you -- I think you said you were looking for a
15   serial number or some kind of -- what do you --
16       A    Nomenclature.
17       Q    -- call it?  Nomenclature.  Can you tell me,
18   so it was in your hand and are you -- are you looking at
19   it for markings to see if you can -- help you identify
20   it?  Is that what you mean by looking for nomenclature?
21       A    Yes.
22       Q    Was it -- based on what you were observing of
23   Mr. Fabozzi, what he was saying to you, and the
24   circumstances surrounding the moment he handed you the
25   fuse, was it apparent to you, based on the circumstances
```

```
 1    at the time that Mr. Fabozzi did not know that this was
 2    some kind of fuse or explosive device?
 3         A    Absolutely not.
 4         Q    Okay.  Meaning my statement is correct, he
 5    didn't know what it was?
 6         A    No, he absolutely knew that it was a fuse.
 7         Q    Okay.  And before he handed it to you?
 8         A    Yes.
 9         Q    Okay.  And why is that?  What made you say he
10    absolutely knew it was a fuse?
11         A    His demeanor, his -- when -- when I said it
12    was a fuse, he was like, "Yeah."  He knew.
13         Q    Okay.  You said --
14         A    He --
15         Q    -- he said he -- go ahead.  Go ahead.
16         A    Yeah, he -- he acknowledged that I was
17    correct, that it was a fuse.
18         Q    All right.  When he handed it to you, did he
19    ask you what it was in any way?
20         A    No, he did not.
21         Q    What -- did he not say -- he just walked up to
22    you and hand it to you or did he -- what did he say to
23    you?
24         A    As he was walking up to, said, "Hey, check
25    this out.  This is cool," handed it to me.  Said, "This
```

```
 1      A    What I can --

 2      Q    Right.

 3      A    What I can tell you is it is briefed, and it

 4   is of the understanding that on that range -- on any of

 5   those ranges, anything shiny on the ground is explosive

 6   until an EOD tech instructor comes and says it isn't.

 7      Q    Okay. And it -- and when it was in your hand

 8   and you were inspecting it -- by the way, did you move

 9   it around at all or just to look --

10      A    Yes.

11      Q    -- and see if you could see -- okay. And you

12   said yes; is that correct?

13      A    Correct.

14      Q    Can you tell me what you did to -- you know,

15   moving it around and manipulate it to try to identify it

16   specifically?

17      A    I rotated it on its vertical center line axis

18   to find the nomenclature.

19      Q    Okay. Did you find the nomenclature that you

20   were looking for?

21      A    I did.

22      Q    Okay. Is that when you confirmed the -- "Oh"

23   -- when you said, "Oh, shit, this is a fuse," is that at

24   the time you confirmed it was a fuse?

25      A    No. As soon as it touched my hands --
```

```
 1     Q    Okay.
 2     A    -- it was a fuse.  It was already in my hands.
 3  I said maybe there's nomenclature on it, and I looked
 4  and was like, yeah, I don't -- I don't know what this is
 5  or how it works, and I handed it back and -- and told
 6  him to go put it down.
 7     Q    Okay.  When you had it in your hands and you
 8  recognized it was a fuse, did you -- when it was in your
 9  hands, did you know at that point that it could
10  potentially be an explosive fuse, meaning a --
11     A    Yes.
12     Q    -- an unexploded device that could detonate?
13     A    Yes.
14     Q    Okay.  And did you tell Mr. Fabozzi
15  specifically where to put it down?
16     A    No.
17     Q    Okay.  And my understanding is that there were
18  other students and instructors around the area, is that
19  right, when he handed this to you?
20     A    There were two students behind me.  There was
21  another instructor on the other side of the truck.
22     Q    All right.  And I believe you said that at the
23  time that Mr. Fabozzi handed you the fuse and you had it
24  in your hands and were looking at it, that you were
25  about four to five minutes away from when the active
```

```
 1      Q    Okay.  Now, going back to the students and the
 2   folks that were around, after you handled the UXO, after
 3   you realized it was a UXO and a fuse that could go off,
 4   and after you handed it -- you handed it back to Mr.
 5   Fabozzi, so you put it in his hands, is that what you
 6   did?
 7      A    That is correct.
 8      Q    Okay.  Did -- tell me what you did next.  Did
 9   you turn around and start talking to the students?  Take
10   me through the next steps?
11      A    Yes.  So after he handed me the fuse and I
12   handed it back to him, which was about a five second
13   interaction, I immediately turned around and escorted
14   the students into the bunker where Sergeant -- Sergeant
15   First Class Vasquez was conducting accountability of the
16   students.  So I was standing in the doorway, he was
17   doing accountability of the students.
18           And during that time, probably a minute -- 45
19   seconds to a minute from handing the fuse back to Mr.
20   Fabozzi and standing in that doorway with Sergeant
21   Vasquez getting accountability, the detonation occurred
22   of the fuse, and that was right outside the door.  When
23   the detonation occurred, I -- I immediately closed the
24   door -- as Vasquez was still doing accountability, all
25   the students were inside, closed the door, and turned
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3           I, Skyler Daniels, hereby certify:

 4           That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6           That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9           I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13           DATED, this 1st day of February 2024.

14

15

16           _____

17                    Skyler Daniels, CER-1973

18                    Court Reporter

19

20

21

22

23

24

25
```