IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:23-cv-10474-TKW-HTC

WAYNE FABOZZI and
WENDY FABOZZI,

        Plaintiffs,

V.

UNITED STATES OF AMERICA,

        Defendant.

_____

DEPOSITION OF

WAYNE FABOZZI

Wednesday, April 10, 2024
8:32 a.m. - 12:13 p.m.

LOCATION:

Work Space
1992 Lewis Turner Boulevard
Fort Walton Beach, FL 32547

Stenographically Reported By:
Dana L. Jeffries, CR

JOB NO. 353583

Wayne Fabozzi
April 10, 2024

1   That's a section in the complaint that talks about

2   something called the safe zone.

3       A       Yes, sir.

4       Q       Do you know what that term means?

5       A       Yes, sir.

6       Q       Can you tell me what that term means to

7   you?

8       A       That should be an area that's been cleared

9   of XOs.

10      Q       Can you tell me where you learned that

11  term?

12      A       In my job in the Navy.

13      Q       Okay.  Do you remember the name of any

14  person --

15      A       I --

16      Q       Hang on just a minute.  Let me finish it.

17              Do you remember the name of any person who

18  told you or explained to you that there was a safe

19  zone that --

20      A       Chris --

21      Q       Hold on just a minute.

22              -- any person that told you that there was

23  a safe zone that was cleared of UXO?

24      A       Yes, sir.

25      Q       And can you tell me who -- what those names

Wayne Fabozzi
April 10, 2024

Page 49

1    are?

2         A     I don't remember their names, but the guys

3    I worked with, they briefed me on the dos and don'ts

4    when I hired on.  We got it like secondhand

5    information, but it was all true information.

6         **Q     Okay.  So let me ask you -- so with respect**

7    **to that term, is there -- do you remember the name of**

8    **any person who explained that term to you?**

9         A     It's in their ledgers out there.  We

10   test -- we've got to take safety stuff and all of that

11   stuff.  It's in their paperwork.  It explains the

12   safety on the range and -- it's all supposed to be

13   cleared zone, you know, just -- I don't know how to

14   explain how they clear it.

15        **Q     Okay.**

16        A     They don't do a very good job, because we

17   were left in my bomb truck, and we noticed there was

18   nobody around us.  For hours, there was nobody there.

19   We come out of the truck to see what was going on and

20   they found a 500-pound bomb probably two or three

21   hundred yards from us, and they never told us.  And

22   they had to shut the whole school down, bury it and

23   blow it.  They constantly find unexploded -- they

24   built the place on an abandoned bombing range.

25        **Q     Okay.**

Wayne Fabozzi
April 10, 2024

1    A    It's everywhere.

2    **Q    I want to just go back, though, to this**

3    **idea of the safe zone.  Can you tell me where the safe**

4    **zone is?**

5    A    Safe zone is right down -- they call it

6    Centerline Road.  The safe zone is like around a

7    school area, there's no -- you know, a designated safe

8    zone.  The safe zone where I got hurt was that whole

9    middle strip to where that -- if you see the pictures,

10   there's a sawhorse right there.

11         At the end of that pavement, you have to

12   stop because there's a live rifle range at that end.

13   And they're shooting the new weapons out there and you

14   don't know what they're shooting, so you stay away.

15   **Q    Okay.**

16   A    And just -- while they're in the pit, just

17   that whole area -- the whole area is considered safe

18   other than the pit.  They mow it, they bush-hog it,

19   they drive through it, you know, just -- but I

20   don't -- you know, just --

21   **Q    So is it your understanding that the whole**

22   **area --**

23   A    Clear.

24   **Q    Let me just finish real quick.**

25        **Is it your understanding that the whole**

Wayne Fabozzi
April 10, 2024

Page 51

1    area that is bush-hogged is a safe zone?

2        A    Yes, sir.

3        Q    And is there somebody who explained to you

4    that that whole area is free of UXO?

5        A    No, sir.  I don't know how you could say it

6    was free from anything if you didn't check it out

7    yourself.

8        Q    So let's --

9        A    I've actually had to dodge a mortar round

10   leaving the pit.  Because it come out of the pit when

11   they blew it up and it was on the dirt road I was

12   going down.  And I had to go around a mortar round.

13   They had to go back and blow it.  It was just -- you

14   know, it just -- that stuff comes flying out of the

15   pit.  You can't control this.

16       Q    So I think -- if I -- tell me if I

17   misunderstood.  Is what you're telling me is that your

18   understanding of the safe zone is that there is an

19   area that is free from unexploded ordnance?

20       A    Best they can do, yes, sir.

21       Q    And what area is that?

22       A    That is that whole bush-hogged area.

23   Because they run equipment up and down there all of

24   the time.

25       Q    Okay.  And can you tell me where you

Wayne Fabozzi
April 10, 2024

Page 58

1   football huddle.  I'm the only person got hurt.  Thank

2   God.  I wouldn't want anybody else to get hurt.  But

3   it just went off.

4        Q    So did you -- this person that you handed

5   it to -- did you say you handed it to him?

6        A    Absolutely.

7        Q    Okay.  And so it was in his hands?

8        A    His hand.  He rotated it, looked at it,

9   flipped it, handed it to me back, and when he did, it

10  just went off.

11       Q    So he rotated it and flipped it, and then

12  he handed it back to you?

13       A    Yeah, just a quick -- I hand you something,

14  you look at it, you hand it back, you know.  I don't

15  know how many times he flipped it or what he done.  He

16  just looked at it, said, "I don't know what it is" and

17  handed it to me back.

18       Q    Did he say anything to you when he handed

19  it back to you?

20       A    No, sir.  He just handed it back.  All I

21  remember him saying at the moment, "I don't know what

22  it is."  And from that point on, it's "poof."

23       Q    How soon after he handed it back to you did

24  it go --

25       A    Instantly.  It went off instantly.  It's

Wayne Fabozzi
April 10, 2024

Page 65

1   walls.  When it blows in half like that and you've got

2   the threads and the numbers left there, that's what

3   they dig for to give to me to mount on their boards.

4          Q       Okay.

5          A       That's the reason I went for the warhead

6   because that's what they like.  I was just trying to

7   help them out.  Plus I was trying to protect any kids

8   from getting hurt.  But I don't know, I was just right

9   there by -- close to the ambulance, I picked it up,

10  showed it to my buddy, and you know the rest of the

11  story.

12         Q       Have you ever used a piece that looks like

13  that in artwork before?

14         A       Didn't look like that, but it was probably

15  from something like that.  It just all tore apart and

16  mangled because.  They got the brass rings on the

17  bottom, and you shoot a weapon, the brass rings seals

18  where it shoots straight.  They like the brass rings,

19  too, because they polish them up and I weld studs on

20  the back.  And it's just "I love me wall" shit.

21  They've been doing it forever.

22         Q       What is an "I love me" wall?

23         A       You're military, you're a bomb threat --

24  you're a bomb guy, you want everything to remind you

25  of your job, how good you are.

Wayne Fabozzi
April 10, 2024

Page 66

1       Q       Got you.

2       A       And they all do it.  From the XO down to

3    nobody.

4       Q       So are you talking about them keeping

5    mementos --

6       A       Oh, yeah.

7       Q       -- of their --

8       A       I didn't keep none of my stuff.  I just --

9    they brought it to me, and I fix it and brought it

10   right back.

11      Q       Do you know how many times you did that?

12      A       God, I couldn't tell you.  If I told you,

13   I'd be lying to you.  It was a bunch.  As soon as they

14   found out what I could do, I was the man.  Because

15   they were gluing the stuff to wood.  And I don't know

16   if you're familiar with shrapnel.  If that stuff comes

17   off, it's going to cut you.  I met the lady that

18   designed that stuff, she's an old grandma, and I told

19   her she was sadistic.  Because that stuff comes off

20   like glass.  And she designed it to do that.

21   Incredible.

22      Q       Did you ever work with a piece that was

23   shaped like a cone like that before?

24      A       No, sir.

25      Q       When you were doing that artwork, did you

Wayne Fabozzi
April 10, 2024

Page 72

1    Because they were looking for certain, like, numbers

2    on it, you know, or just -- like two pieces of metal,

3    when they hit each other, they melt together, you

4    know, they want that cool stuff.

5         Q    Got you.  So all of the artwork that you

6    made, to the extent that it included material from a

7    range, that material was given to you by an

8    instructor; is that correct?

9         A    Yes, sir.  And I supplied a lot of my own

10   material.  Because all the threaded rods, the bolts,

11   the paint, the heat -- everything, I supplied.  They

12   just give me a piece of metal and I did it as a gift.

13        Q    Okay.  So if all of the pieces were

14   supplied to you by an instructor, why did you pick up

15   this piece on the day, September 10th of 2021?

16        A    Because I was right there by my ambulance,

17   and it's where I hang out all of the time.  And it was

18   new.  It was there.  I don't know what it was.  But

19   then you see something, you say something.  There

20   wasn't nobody around, so I picked it up, put it in the

21   ambulance.  When they showed up, I give it to them.

22   It was right there next to my ambulance.  It couldn't

23   have been 25 feet in the -- off the road right there.

24   I was just right there hanging out.  Because there's

25   deer walk through there, hog, you look for their

Wayne Fabozzi
April 10, 2024

Page 73

1  tracks and stuff like that.  But it was just right

2  there.  It was new.  You know, I'm out there all of

3  the time.  It was new.

4       Q    Okay.  So you said it was near the

5  ambulance.  Can you describe for me a little bit more

6  the location where you found it?

7       A    Ambulance is right there by the bunker in

8  the middle of the road -- well, off to one side.  We

9  parked on one side.  We had to have "eyes on" on the

10 pit the whole time they was in the pit.

11          So my partner's sitting in the truck.  I'm

12 walking up and down the road because I'm bored.  And

13 I'm just walking up and down, veered off in the grass

14 a little bit, come back, veered off again, and I don't

15 remember exactly where it was, but it was just too

16 close -- it was there where the -- remember I told you

17 we see stuff fly over, we run out there and look for

18 it.  The students run out there.  And I seen it there.

19 I was like it might have come out of the last shot and

20 no one seen it.  I don't know.  But I seen it, and I

21 knew it shouldn't have been there, but -- yeah, I

22 should have left it, I don't know, but, you know, I'm

23 not a bomb tech.

24       Q    Okay.  You mentioned you were walking up

25 and down --

Wayne Fabozzi
April 10, 2024

1    correct that it's this side over here?

2         A    Yes, sir.

3         Q    And so this --

4         A    There's no rule says it has to be there,

5    it's just where we parked.

6         Q    Okay.  And is that a practice that you

7    regularly?

8         A    Yes, sir.  It's centrally located.

9         Q    Got you.  And I'm just going to put a red X

10   on the side that you talking about.  And you tell me,

11   am I putting it in the right place?

12        A    Yes, put it on the north side of the road.

13        Q    And that X on what is going to be Exhibit 5

14   represents the side of the road that the ambulance was

15   parked on?

16        A    Absolutely.

17        Q    Is that also the side of the road that you

18   found the item that detonated --

19        A    No, sir.  It was on the other side of the

20   road.

21        Q    Okay.  So the item that you found --

22        A    Was on the south side.

23        Q    -- was on the south side of the road.

24   Okay.  And --

25        A    The grassy knoll area.

Wayne Fabozzi
April 10, 2024

1      Q      Got you.  And did I understand correctly --

2   correct me if I'm wrong.  Did you say it was five to

3   ten feet off the side of the road?

4      A      If that, you know.  Just -- I was just

5   walking around.  I wasn't tape measuring.  I wasn't --

6   I was just listening to my radio, make sure everybody

7   is good and whole.  And I just, you know, walking

8   around, seen it, there it was.

9      Q      Did you see it from the road and so you

10  walked over to --

11     A      No, no.  I just went walking around, I

12  stepped out in the grass to look at a few deer tracks

13  and hog tracks, because they're huge out there, and

14  there it was.  But it was no big deal walking in the

15  grass because it's supposed to have been a safe zone.

16     Q      Got you.  So in this photograph here that's

17  going to be marked -- well, let me just go ahead and

18  do it.  I'm going to go ahead and mark this photograph

19  as Exhibit 5.

20            (The document was marked for identification

21      as Defendant's Exhibit 5.)

22            MR. FISHER:  Do you need a break?

23            THE WITNESS:  No, I'm fine.

24            MR. FISHER:  Okay.

25  BY MR. FISHER:

Wayne Fabozzi
April 10, 2024

Page 95

1    where it was.  It wasn't off in never-never land, it

2    was just right there.  I wasn't looking for it.

3          Q      Okay.

4          A      I don't know how to tell you how far, it's

5    just there.  You know, it wasn't very far.  I could

6    still see my buddy in the ambulance, you know.  I held

7    it up and showed it to him.  Went over to give it to

8    him, and he looked at it and put it on the center

9    console, and we waited.

10         Q      When you say the center console, do you

11   mean the center console of the ambulance?

12         A      Ambulance, yes, sir.

13         Q      So after you picked it up, you carried it

14   back to the ambulance?

15         A      Yes, sir.  Wiped it all off, cleaned it up.

16         Q      When you saw it, was it -- was it partially

17   submerged or anything?

18         A      It was half covered, yeah.  It was in the

19   ground a little bit.  I just seen -- looked like a

20   coin was laying -- I thought I found some money.

21         Q      Got you.  And then --

22         A      I don't know what part I was seeing of it,

23   if it was white -- it was just -- I seen something and

24   I kicked it.  You know how you kick something, you

25   walk around and you kick it?  And it come up.

Wayne Fabozzi
April 10, 2024

Page 96

1      Q      And that's when you saw the full piece?

2      A      Yeah, I picked it up and shook it, knocked

3    the dirt off it, said this is pretty cool, I'll use

4    this.  So I went over there and asked the guys what it

5    was, and -- sad story.

6      Q      Was anybody with you when you kicked it and

7    picked it up?

8      A      No, sir.  My partner was in the ambulance.

9      Q      Were there any instructors in the area --

10     A      The instructors were all down in the pit

11    watching the kids, because there's a lot going on.

12     Q      So I said a moment ago that I was going to

13    put a blue mark on there, and it seemed like maybe it

14    was difficult to do.

15     A      You couldn't justify it on this picture

16    because it just -- you need an aerial of the

17    approximate area, you know.  Because you can say right

18    next to that truck should be great, a couple feet off

19    in the grass, if you want to.  You know, that's -- if

20    that's what you want to say.  I --

21     Q      I -- I --

22     A      I'm not telling you what to say, I'm just

23    telling you about.  You know, there's nothing

24    chiselled in stone how far it was, it was just there.

25    Okay.  I'm sorry.

Wayne Fabozzi
April 10, 2024

Page 97

1        Q      No, no, don't apologize.  It's not a

2   memory -- let me just ask you this, are you able to

3   estimate, was it within 20 feet or 50 feet or

4   100 feet of the --

5        A      Wouldn't have been over 20 feet.

6               THE STENOGRAPHER:  How many?

7        A      Wouldn't have been over 20 feet.  There's

8   rattlesnakes in that grass out there.

9   BY MR. FISHER:

10       Q      It occurs to me that this next photograph

11  might help us get a better understanding of what now

12  it is we're talking about right now.  So let me show

13  you this.  And I will represent to you that what this

14  is, is this is an aerial view of the OCB area --

15       A      I know exactly what it is.

16       Q      -- that was -- all this was was extracted

17  from --

18       A      See these tracks and stuff right in here?

19       Q      Yes.

20       A      That's about where I found it, right in

21  there.

22       Q      And --

23       A      Just right here.

24       Q      Okay.

25       A      I park my ambulance right here, and I'm

Wayne Fabozzi
April 10, 2024

1    standing right here, somewheres right in here, and

2    that's where I found it.

3         **Q      Okay.**

4         A      I was walking down the road and seen some

5    tracks, walked in, checked them out, going back

6    towards the ambulance and I kicked it up.

7         **Q      And the area that you said -- where I'm**

8    **about to mark with the pen, is that approximately**

9    **correct?**

10        A      More over here.  About right where the dot

11   is.  I'm just guessing.

12        **Q      Let me ask you this, do you feel**

13   **comfortable trying to mark it yourself?**

14        A      I'll try.

15        **Q      And so we know what's going on --**

16        A      The ambulance is here, Chris was sitting

17   right here, and I was walking down the road and went

18   off just right about here somewhere.

19        **Q      Okay.  So you've put a very small little**

20   **blue circle --**

21        A      Yes, sir.

22        **Q      -- in roughly the area?**

23        A      Just because this is where all of the

24   shrapnel hits.  You can see where people have been

25   driving out here, and then bush-hogging it and

Wayne Fabozzi
April 10, 2024

Page 99

1    everything.  It just -- it's clean there.

2         Q     Got you.  So that marks the general area --

3         A     Approximate area.  I can't -- nothing

4    chiseled in stone.  I just -- I might even be lying to

5    you.  I don't know if I am, I don't -- not doing it

6    on -- because I want to.

7         Q     So you had also -- and that's a blue circle

8    there, that you've put there.

9         A     Yes, sir.  Blue circle.

10        Q     Now, I think we've got it marked fairly

11   well from the other picture, but let me just ask you

12   here, you also just said a moment ago where you parked

13   the ambulance.  Is that roughly here --

14        A     Yes, sir.

15        Q     -- where my pen is?

16        A     Absolutely.

17        Q     Okay.  And I'm going to make a little red

18   rectangle.

19        A     That's good enough.

20        Q     Is that's --

21        A     That's approximately.

22        Q     Approximately where it would be parked

23   then.  Okay.

24              And then what we see here in front of the

25   face of the OCB looks like it's an --

Wayne Fabozzi
April 10, 2024

Page 108

1    did you have any meeting with the instructors and

2    students?

3         A    No.

4         Q    On September 10th of 2021, while you were

5    waiting for the students and instructors to come back,

6    do you know how long you went for a walk for?

7         A    No.

8         Q    Are you able to estimate it at all?

9         A    Time just stops when you're out there.

10   It's just -- it's like being a firefighter, you're

11   ready or you're not ready.  You just -- you don't keep

12   time.  When they're ready, you move.  It just -- I

13   can't guess, because it all goes different.  When they

14   come up the road, that's my signal.

15        Q    And you stayed close enough to the

16   ambulance that you could tell when they were coming up

17   the road?

18        A    I could respond, yes.  That was my priority

19   job, respond.

20        Q    All right.  You had mentioned earlier that

21   when you first saw the item that you picked up, and

22   that detonated, that it was partially submerged; is

23   that correct?

24        A    It was -- yeah.

25        Q    Okay.

Wayne Fabozzi
April 10, 2024

1    Q    So tell me from the point at which you

2    parked the ambulance behind the OCB, can you walk me

3    through the next couple of minutes?  Like did you

4    proceed immediately to the bunker?  What did you do?

5    A    As soon as I got there, we got out of our

6    ambulance, we went out there, standing around, cutting

7    up, make sure all the kids are in the -- you know,

8    just the same old -- kids are in the room.  We're out

9    there at the back talking.  And then I remembered I

10   found that thing, so I went back to the ambulance and

11   got it.  Went over to the instructor I was standing by

12   and said, "What is this?  I'd like to use it for

13   artwork."  All he told me was, "I don't know what it

14   is."  And the rest is just "boom."

15   Q    So the location where you were located when

16   you showed it to the instructor, that was while you

17   were already under the overhang of the OCB?

18   A    Yes, sir.

19   Q    Did you show it to an instructor while you

20   were still in the parking lot?

21   A    No, sir.

22   Q    Do you remember anything else that the

23   instructor -- well, let me back up for a second.

24        Do you remember -- I think you've told me a

25   little bit, but let me just ask you, tell me

Wayne Fabozzi
April 10, 2024

Page 112

1    everything that you remember about what the instructor
2    told you when you handed it to him.
3         A    All he said is, "I don't know what it is."
4    That's all he said and handed it to me back.  So I
5    told him, "I'd like to use this for artwork."  He
6    said, "I don't know what it is."  And when he handed
7    it to me back, it just (makes noise).
8         Q    Did he tell you to go put it down?
9         A    No, sir.  I know I read that in the OSHA
10   report I signed, that he said I put it -- he never
11   said that.
12        Q    Did he tell you that he thought it was a
13   fuse?
14        A    He didn't say -- all he said is "I don't
15   know what it is."
16             I wouldn't throw him under the bus, you
17   know, I just -- it's only being truthful.
18        Q    Did it seem to you that any other
19   instructors saw the item?
20        A    No, I just -- I just had it in my hand,
21   walked up to the first one I was -- right there
22   talking to me before all of this went down.  We was up
23   there cutting up, and I went back and got it.
24        Q    Why was he the one you showed it to?
25        A    He was just there.  I'm sorry, I did.

Wayne Fabozzi
April 10, 2024

1      Q      No, that's -- if you don't remember, that's

2   fine.

3             Is going for a walk on the range when you

4   were waiting for the students and instructors to come

5   back from the pit, is that something that you did on a

6   regular basis?

7      A      Yes, sir.

8      Q      And did that always entail staying close

9   enough to the ambulance to be able to respond?

10     A      Yes.

11     Q      Did you typically pick up items that you

12  would find on the range during those walks?

13     A      No.

14     Q      Did you ever talk to any Navy EOD

15  instructor about the walks that you were taking?

16     A      Not that I'm aware of, no, sir.

17     Q      Do you have any photographs of the artwork

18  that you created from material in the ranges?

19     A      I don't have any.  I tried to find them,

20  but -- everybody I give -- I never got their names.

21  You know, I never seen -- hardly ever seen the

22  finished product.  I just took the part, done what I

23  done to it and give it to them back.  I never, hardly

24  ever seen the finished product.

25     Q      What did you do to it?  What was your role?

Wayne Fabozzi
April 10, 2024

Page 172

1    than that, it's all a mystery.

2        Q       Then the next item says "You had mentioned

3    you make plaques for the instructors when they leave

4    or retire."  And you said "Yes, for around three to

5    three and a half years."  Is that correct?

6        A       Yes, sir.

7        Q       And then it says "Have instructors over the

8    years given you pieces of shrapnel to use for making

9    the plaque" and you say "Yes.  Some I would use and

10   others I would not use."  Is that correct?

11       A       Yes.

12       Q       And then it asks "Have you picked up pieces

13   of shrapnel?"  And you say "Yes, if -- like if a piece

14   was on the road. "

15       A       Yes.

16       Q       Is that correct?

17       A       Yeah, where you walk generally, you know.

18   You're not out looking -- I'm just making more work

19   for myself if I'm picking it up.

20       Q       And then it asks "Have you ever shown the

21   pieces of shrapnel to any instructors, like 'Look at

22   the piece I can use for a plaque?'"  And you say

23   "Yes."

24       A       Yes.

25       Q       Do you remember any of the names of the

Wayne Fabozzi
April 10, 2024

Page 177

1            MR. FISHER:  I don't have any further

2       questions, Tom.

3            MR. JACOB:  Just a few clarifying

4       questions.

5                      CROSS-EXAMINATION

6   BY MR. JACOB:

7       Q    When Mr. Fisher was talking to you about

8   the safe zone.  Do you remember that conversation,

9   safe area?

10      A    Yes.

11      Q    Were those terms used by people in the Navy

12  when you were working there?

13      A    Yes, it was.

14      Q    Were you able to understand what they meant

15  when they used those terms?

16      A    More or less it was already been cleared

17  from all XOs.

18      Q    Is that how you learned of those terms and

19  their meanings, through use and conversation with the

20  folks at the Navy?

21      A    Yes, sir, I did.

22           MR. JACOB:  Pass the witness.

23           MR. FISHER:  Just a quick follow-up on

24      that.

25                     REDIRECT EXAMINATION

Wayne Fabozzi
April 10, 2024

Page 178

1    BY MR. FISHER:

2        Q    **As you were learning those terms, is there**
3    **anybody who expressly said to you, here is what the**
4    **term safe area means, or here is what the term safe**
5    **zone means?**

6        A    No.  You can go out there and look at their
7    maps on their walls.  They've got safe zone, hot zone,
8    safe zone.  And they've got it all pretty designated.

9        Q    **Do you have possession of any of those**
10   **maps?**

11       A    No, sir, that's their problem.

12       Q    **Where do you find those maps?**

13       A    At the schoolhouse.

14       Q    **Okay.**

15       A    I'm sure they got them.

16       Q    **Have you seen those maps yourself?**

17       A    More or less, yeah.  They got all kinds of
18   signs, don't go here, don't go there, unexploded
19   ordnances here.  Right -- and the kids are training
20   right here.  They built the whole city out there and
21   they can't use it because they built it on top of a
22   bomb dump.  They did.  It's got apartments out there.
23   It's got cafeterias.  You got hotels.  You got banks.
24   It's got all of that stuff that can simulate anything
25   going on.  They can't use none of it.

Wayne Fabozzi
April 10, 2024

Page 181

1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA )

4     COUNTY OF OKALOOSA )

5

6

7

8            I, DANA L. JEFFRIES, Registered
      Professional Reporter, certify that I was authorized
9     to and did stenographically report the deposition of
      WAYNE FABOZZI, pages 1 through 179; that a review of
10    the transcript was requested; and that the transcript
      is a true and complete record of my stenographic
11    notes.
             I further certify that I am not a relative,
12    employee, attorney, or counsel of any of the parties,
      nor am I a relative or employee of any of the parties'
13    attorney or counsel connected with the action, nor am
      I financially interested in the action.

14

15           DATED the 18th day of April, 2024.

16

17

18    _____

19           DANA L. JEFFRIES, RPR

20

21

22

23

24

25



DEFENDANT'S
EXHIBIT
6
4·10·24