```
 1            IN THE UNITED STATES DISTRICT COURT FOR

 2                THE NORTHERN DISTRICT OF FLORIDA

 3                       PENSACOLA DIVISION

 4    _____

 5    WAYNE FABOZZI and

 6    WENDY FABOZZI,

 7           Plaintiffs,

 8       v.                                Case No.:

 9    UNITED STATES OF AMERICA,            3:23-CV-10474-TKW-HTC

10           Defendant.

11    _____

12                     VIDEOTAPED DEPOSITION

13    _____

14

15    WITNESS:              WILLIAM YOUNG

16    DATE:                 Thursday, January 18, 2024

17    START TIME:           12:16 p.m., ET

18    END TIME:              1:58 p.m., ET

19    REMOTE LOCATION:      Remote Legal platform

20    REPORTER:             Skyler Daniels, CER# 1973

21    JOB NO.:              22170

22

23

24

25
```

```
 1   OCB during the buildup of our detonation ordnance of
 2   items, correct?  Is that what you're --
 3       Q    Yes.
 4       A    -- asking?
 5       Q    Yes, yes, yes.
 6       A    Yeah, so while we're down there with
 7   instructors, the medics, the two of them are by
 8   themselves until the instructors are heading back up to
 9   the OCB with the students prior to us priming in to the
10   detonate cord.
11       Q    Okay.  Great.  So let me ask you about during
12   your time at the Navy school at Eglin Air Force Base
13   from February to September 10, 2021, were any medics who
14   were hired to be on the range during detonation
15   exercises -- were any medics, to your knowledge, ever
16   reprimanded or disciplined in any way for, you know,
17   getting out of their ambulances and just walking around
18   the OCB area?
19       A    During my time at the schoolhouse, I have not
20   heard of any EMT or contractors themselves being
21   reprimanded for doing that.
22       Q    Okay.  And let me ask you specifically about
23   after you return to the OCB on 9/10/2021.  I think
24   probably this is a good time to show you your statement.
25   So what I'm going to do is -- tell me if you can see on
```

```
 1     A    That's correct.  I didn't know what it was.
 2     Q    And you never -- and I'm surmising this, so
 3  please tell me if this is accurate.  Based on your
 4  statement, you didn't actually look at the UXO directly.
 5  You never saw it directly.  You just saw he was tossing
 6  something, some object in his hand, in your peripheral
 7  vision, right?
 8     A    Yes, that's correct.  I never knew exactly
 9  what he had in his hands.
10     Q    Okay.  And that's when immediately after you
11  saw that in your peripheral vision is when you heard the
12  blast?  Felt the blast as well, right?
13     A    All the above.
14     Q    Yeah.  And I know you state here in your
15  statement that you did not actually see the explosion
16  occur.  You heard it and you felt it right next to you,
17  correct?
18     A    Yeah.  Seeing an explosion, that's a little
19  difficult at that close range.  So --
20     Q    Yeah.
21     A    -- most of things that happened right after
22  that was vague because I don't know if I got a mild
23  concussion, but there was definitely --
24     Q    Right.
25     A    -- other injuries that I did sustain.
```

```
 1        Q    And by the way, are you okay?
 2        A    Well, now, I mean --
 3        Q    From --
 4        A     -- short term.
 5        Q    Yeah, yeah.
 6        A    From where I was.
 7        Q    Do you have any long-term effects?  Do you
 8   have any long-term effects from the explosion?
 9        A    My hearing is definitely not the same as it
10   used to be.  I got a couple of different, you know,
11   scars.  But as far as those two things, hard to tell,
12   you know, how, you know, explosions affect people's
13   brains and stuff, but definitely got some effects from
14   that.  But overall, physically, I'm -- I'm good.
15        Q    And when you're talk -- you've still got some
16   -- you've still got some hearing issues related to the
17   explosion; is that correct?
18        A    That is correct.
19        Q    You still have scars from the explosion?
20        A    Around the leg, yes.
21        Q    Okay.  And you're not sure what the long-term
22   effects are regarding any potential brain injury?  Is
23   that what you're referring to?
24        A    Well, any type of overpressure, even at a
25   close distance, can have long-term or short-term effects
```

```
 1   as far as your brain goes.  I mean, that's still
 2   something that doctors are still trying to figure that
 3   out.
 4            I mean, I did go to the Intrepid Spirit, where
 5   I was seen for, you know, PTSD, TBI, other things like
 6   that that they're -- that's their expertise for anybody
 7   that sustains that type of injuries.  Because a lot of
 8   the EOD techs I know from deployments have gone to this
 9   place where they've been seen for those type of
10   incidences even after the fact, like being years, and
11   they still have TBI issues.  Some of them have PTSD
12   where sleeping is not an easy thing for them, so.
13       Q    Are you experiencing any of those today --
14   symptoms today?
15       A    Can you define "symptoms"?  Are you talking
16   about --
17       Q    Yes, of course.
18       A    -- TBI?  PTSD?  I mean, that's --
19       Q    Let's talk about -- let's talk about TBI
20   first.  And this is based on your understanding and your
21   own medical care.  You -- are you experiencing any of
22   those symptoms related to TBI today?
23       A    So TBI, yes.  Based off of their neural scans,
24   I do have ranging between a five to a six on their
25   scale.  My -- my wife complains about my issues with
```

```
 1   memory loss sometimes, or just concentration.  It's been
 2   lacking over the last couple of years due to it.  You
 3   know because I didn't really have much of that problem
 4   before.  But yeah, I do have some of those symptoms
 5   still and working to get through those.
 6       Q    I'm sorry that happened.  Are you still -- do
 7   you have any processing executive function type issues?
 8   What I mean by -- like word finding?  You've mentioned
 9   memory issues, but do you have any other executive
10   function problems like that that resulted from this
11   explosion?
12       A    Word finding being one of them.  That's one of
13   the things that Intrepid works on, to help, you know,
14   either work on more vocabulary or to work on
15   memorization with some of those word finding skills.
16   But I do run to -- run into issues when I'm talking
17   about something I really know and I talk about it, and
18   then I talk about it again shortly after that and forget
19   what word I was trying to use.  So I -- I do have that
20   problem a lot of times.
21       Q    And is the military providing you with
22   healthcare treatment that -- still today dealing with
23   these TBI issues related to this blast?  Are --
24       A    The --
25       Q    -- you still getting treatment for it?
```

 1     A    Intrepid Spirit has provided me a lot of tools
 2  to help me cope with that.  I've already been processed
 3  out of that, but I'm just using the tools they provide
 4  with that to help with those symptoms.  I did receive
 5  hearing aids and stuff to ensure that if and around
 6  large crowds, I can help cope with hearing issues within
 7  those aspects and other coping mechanisms.  I provided -
 8  - was provided an Alpha-Stim to help with headaches and
 9  any other pain issues I have.
10     Q    And I'm sorry, you were provided with what to
11  deal with those pain issues and other?
12     A    So an Alpha-Stim, it's a stimulation machine
13  that you can put on your earlobes.  It provides electric
14  current.  It helps with headaches and pain problems.
15     Q    Okay.  And I didn't mean to pry too much.
16  It's just one of the issues we have to discuss is what
17  kind of blast this was.  And it sounds like -- I know
18  you were close to it.  It's, what, three years later,
19  you're still experiencing the consequences of those --
20  of that explosion, including some issues with TBI as
21  well.  Is that fair to say?
22     A    Yes, that is fair to say.
23     Q    Okay.  Again, I'm so sorry that you're -- that
24  you're going through that.  I'll move on, just going
25  back to the event in question.  We're almost done.

 1            Prior to coming out of the bunker and
 2   immediately after coming out and immediately prior to
 3   the actual explosion itself, did any instructor tell you
 4   to -- did you hear any instructor tell Mr. Fabozzi to
 5   put down the item that he had in his hand?
 6       A    No, I didn't hear or did any instructor talk
 7   to me about the -- what Forbazzi had in his hand.
 8       Q    Right before, immediately before the
 9   explosion, did any instructor or any other military
10   personnel there instruct everyone to stop what they were
11   doing and go into the bunker and close the bunker?
12       A    No, not anything that you just mentioned.  I
13   didn't see or hear an instructor state that to anybody
14   else.  I mean, other than the students and the
15   instructors that were already in the bunker were there
16   due to the RSO providing the brief to those students.
17       Q    Okay.  And immediately prior to the explosion,
18   did any instructor or any other military supervisor or
19   personnel tell you or the others there, the students or
20   the other officers there, that you needed to get 400
21   feet away or x amount of feet away from whatever object
22   Mr. Fabozzi had?
23       A    No.  No statement from my recollection was
24   ever provided to me or did I hear that.
25       Q    Did you ever hear Mr. Fabozzi interact with --

 1   or interact with the -- one of the instructors, Mr.
 2   Mattes?  Did you see or hear any of that interaction?
 3       A    No, I did not.
 4       Q    Okay.  Did Mr. Mattes or any other instructor
 5   there at any point prior to the explosion, did you hear
 6   or see any of those instructors tell Mr. Fabozzi to --
 7   let me -- let me rephrase that.  That was getting too
 8   long.
 9            Prior to the explosion, did any instructor --
10   did you hear or see any instructor mark the device Mr.
11   Fabozzi had and/or put the UXO on the ground themselves?
12       A    I'm not sure what you're asking.  Can you
13   rephrase that again?  Sorry.
14       Q    Sure.  Prior to the explosion -- at any point
15   prior to the explosion, did you see any instructor take
16   the UXO and put it on the ground, and move people away
17   from it?
18       A    No.
19       Q    Okay.  And the last question is, and I think
20   you generally answered this, but I want to be very
21   specific, did you hear -- at any point prior to the
22   explosion, did you hear any instructor tell Mr. Fabozzi
23   to put the UXO down and to get away from it?
24       A    No, I did not hear anything.
25       Q    Okay.  We had -- I want to talk about right

 1                    CERTIFICATE OF REPORTER

 2

 3            I, Skyler Daniels, hereby certify:

 4            That the foregoing proceedings were taken

 5   before me at the time and place therein set forth;

 6            That the proceedings were recorded by me and

 7   thereafter formatted into a full, true, and correct

 8   transcript of same;

 9            I further certify that I am neither counsel

10   for nor related to any parties to said action, nor in

11   any way interested in the outcome thereof.

12

13            DATED, this 1st day of February 2024.

14

15            *[signature: Skyler Daniels]*

16   _____

17            Skyler Daniels, CER# 1973

18            Court Reporter

19

20

21

22

23

24

25