# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **WAYNE FABOZZI and WENDY FABOZZI,** | |
| Plaintiffs, | |
| vs. | **Case No.: 3:23-cv-10474-TKW-HTC** |
| **UNITED STATES OF AMERICA,** | |
| United States. | |

## NOTICE TO COURT

As directed by the Court's Order on September 17, 2024, the parties file notice that they are available for a status conference all day on October 8, 2024. While the following dates are not within the window of time directed by the Court, should it please the Court, the parties are also available on October 10, 2024 and October 18, 2024.

Respectfully submitted this 23rd day of September, 2024.

JASON R. COODY
United States Attorney

| */s/ Peter Fisher* | */s/ Jamal Alsaffar* |
|---|---|
| Peter G. Fisher | JAMAL ALSAFFAR |
| Assistant United States Attorney | jalsaffar@nationaltriallaw.com |
| Florida Bar No. 413010 | Texas State Bar #24027193 |
| Andrew Grogan | TOM JACOB |
| Assistant United States Attorney | tjacob@nationaltriallaw.com |
| Florida Bar No. 85932 | Texas State Bar #24069981 |
| 111 N. Adams Street, 4th Floor | WHITEHURST, HARKNESS, |
| Tallahassee, FL 32301 | BREES, CHENG, ALSAFFAR, |
| Telephone: 850-942-8430 | HIGGINBOTHAM, & JACOB P.L.L.C. |
| peter.fisher@usdoj.gov | 1114 Lost Creek Blvd, Ste. 410 |
| andrew.grogan@usdoj.gov | Austin, TX 78746 |
| Attorneys for Defendant | (512) 476-4346 (o) |
| | (512) 467-4400 (f) |
| | Attorneys for Plaintiffs |