## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WAYNE FABOZZI and
WENDY FABOZZI,

    Plaintiffs,

        vs.

UNITED STATES OF AMERICA,

    United States.

Case No.: 3:23-cv-10474-TKW-HTC

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

This is a Federal Tort Claims Act (FTCA) case.  The case has been set for a status conference on October 8, 2024.  The parties have recently preliminarily agreed to settlement terms.  The settlement, however, is ultimately subject to approval by the Department of Justice.  The parties request, during the pendency of that approval process, the October 8, 2024 status conference be continued for thirty (30) days, at which point the Parties will appraise the Court on status of the finalization of the settlement.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I certify that the Motion contained herein complies with the word limit set forth in Local Rule 7.1(F) as the Motion contains 250 words.

Respectfully submitted this 25th day of September, 2024.

JASON R. COODY
United States Attorney

/s/ Peter Fisher
Peter G. Fisher
Assistant United States Attorney
peter.fisher@usdoj.gov
Florida Bar No. 413010
Andrew Grogan
Assistant United States Attorney
andrew.grogan@usdoj.gov
Florida Bar No. 85932
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Attorney for Defendant

/s/ Tom Jacob
JAMAL ALSAFFAR
        jalsaffar@nationaltriallaw.com
        Texas State Bar #24027193
TOM JACOB
        tjacob@nationaltriallaw.com
        Texas State Bar #24069981
WHITEHURST, HARKNESS,
BREES, CHENG, ALSAFFAR,
HIGGINBOTHAM, & JACOB P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)
Attorneys for Plaintiffs