# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **WAYNE FABOZZI** and **WENDY FABOZZI**,<br>    Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br>    Defendant | **NO.**<br>**3:23-CV-10474-TKW-HTC** |

## STIPULATION OF DISMISSAL

The Parties would advise the Court that the settlement of this case has been fully funded. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared in this action stipulate to the dismissal with prejudice of this action, with each party bearing their own costs and fees.

Respectfully Submitted,

/s/ Peter Fisher
Peter G. Fisher
Assistant United States Attorney
peter.fisher@usdoj.gov
Florida Bar No. 413010
Andrew Grogan
Assistant United States Attorney
andrew.grogan@usdoj.gov
Florida Bar No. 85932
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Attorney for Defendant


/s/ Tom Jacob
TOM JACOB
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
JAMAL ALSAFFAR
   jalsaffar@nationaltriallaw.com
   Texas State Bar #24027193
WHITEHURST, HARKNESS,
   BREES, CHENG, ALSAFFAR,
   HIGGINBOTHAM, & JACOB
   P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)


B. SHANNON SAUNDERS
   ssaunders@saunderslawfirm.com
   Florida State Bar #178233

       Camerin J. Dixon-Hatcher
          chatcher@saunderslawfirm.com
          Florida State Bar #1025111
B. Shannon Saunders, P.A.
4359 Lafayette Street
P.O. Box 5896
Marianna, Florida 32447
(850) 526-5535 (o)
(850) 526-5586 (f)

Attorneys for the Plaintiffs